# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Nashville Division

Tennessee NAACP

v.

William Lee (as Governor of Tennessee), et al.

Case No. 3:20-cv-1039

Judge William L. Campbell, Jr.

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Danielle M. Lang hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for plaintiffs.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the bar of the following United States District Court or United States Appellate Court: District of Columbia Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

N/A

3. I have not been found in contempt by any court or tribunal, except as provided below:

N/A

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

N/A

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

N/A

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

N/A

7. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

8. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Danielle M. Lang  Signature

Name: Danielle M. Lang
State where admitted and State Bar Number: District of Columbia, Bar No. 1500218
Business Address: 1101 14th St. NW, Suite 400, Washington, DC 20005
Local Address [if different from above]: 1101 14th St. NW, Suite 400, Washington, DC 20005
Phone: 202-856-7911
Email: dlang@campaignlegalcenter.org

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 4th day of December 2020, a copy of the foregoing was filed electronically. Notice of this filing will be personally served along with the Summons and Complaint on Defendants as follows:

WILLIAM LEE, in his official capacity as Governor of the State of Tennessee
c/o Tennessee Attorney General
500 Charlotte Avenue
Nashville, Tennessee 37202

TONY C. PARKER, in his official capacity as Commissioner of the Department of Corrections for the State of Tennessee
c/o Tennessee Attorney General
500 Charlotte Avenue
Nashville, Tennessee 37202

MARK GOINS, in his official capacity as Coordinator of Elections for the State of Tennessee
c/o Tennessee Attorney General
500 Charlotte Avenue
Nashville, Tennessee 37202

TRE HARGETT, in his official capacity as Secretary of State of Tennessee
c/o Tennessee Attorney General
500 Charlotte Avenue
Nashville, Tennessee 37202

MELISSA HARRELL, in her official capacity as Rutherford County Clerk of Circuit Court
c/o Office of the County Mayor
County Courthouse
1 Public Square, Room 101
Murfreesboro, Tennessee 37130

*/s/ Charles K. Grant*
Charles K. Grant