IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TENNESSEE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 3:20-cv-01039 |
| v. | ) ) ) | Judge Campbell Magistrate Judge Frensley |
| WILLIAM LEE, et al. | ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' REPLY IN SUPPORT OF THEIR JOINT
MOTION TO POSTPONE THE CASE MANAGEMENT CONFERENCE
AND STAY DISCOVERY**

Plaintiffs assert that they will be "substantially" prejudiced, if a stay of discovery is granted, because "any delay in discovery will serve as an impediment to Plaintiffs' efforts to resolve their claims quickly and efficiently." Plaintiffs' Response, D.E. 39, at PageID# 247.

However, Tenn. Code Ann. §§ 40-29-201 through -205, have been on the books—unchanged—since 2006. Moreover, Plaintiffs, only now, have served Defendant Hargett with *another* written notification of alleged deficiencies in the Tennessee voter registration form. *See* Letter to Secretary Tre Hargett, dated 1/27/21 (D.E. 29-2). Even if Plaintiffs' assertions in that letter are meritorious, Defendants—by statute—have *90 days* to correct the alleged violations. *See* 52 U.S.C. § 20510(b)(2).

Thus, Defendants' Joint Motion does not present a justice-delayed-is-justice-denied circumstance, and no harm (let alone "substantial" harm) will be visited upon Plaintiffs by the requested stay.

Respectfully submitted,

HERBERT H. SLATERY III
Attorney General and Reporter

/s/ Andrew B. Campbell
JANET M. KLEINFELTER (BPR #13889)
Deputy Attorney General
Janet.kleinfelter@ag.tn.gov

ANDREW B. CAMPBELL (BPR #14258)
Senior Assistant Attorney General
Andrew.campbell@ag.tn.gov

ALEXANDER S. RIEGER (BPR #29362)
Assistant Attorney General
Alex.rieger@ag.tn.gov

MATTHEW D. CLOUTIER (BPR #36710)
Assistant Attorney General
Matt.cloutier@ag.tn.gov

Office of the Tennessee Attorney General
Public Interest Division
P.O. Box 20207
Nashville, TN 37202
*Attorneys for State Defendants*

/s/ Nick C. Christiansen (by ABC w/ perm)
Nick C. Christiansen (BPR #30103)
16 Public Square North
P.O. Box 884
Murfreesboro, TN 37133
nchristiansen@mborolaw.com
*Attorney for Defendant Harrell*

2

# CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the foregoing documents have been forwarded electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the parties named below. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Danielle Lang<br>Mark Graber<br>Aseem Mulji<br>Campaign Legal Center<br>1101 14th Street NW, Suite 400<br>Washington, DC 20005 | Charles K. Grant<br>Denmark J. Grant<br>Baker, Donelson, Bearman<br>Caldwell & Berkowitz, P.C.<br>211 Commerce Street, Suite 800<br>Nashville, TN 37201 |
| Phil Telfeyan<br>Natasha Baker<br>Equal Justice Under Law<br>400 7th St. NW, Suite 602<br>Washington, DC 20004 | Keeda Haynes<br>Free Hearts<br>2013 25th Ave. N.<br>Nashville, TN 37208 |
| Nick C. Christiansen<br>16 Public Square North<br>P.O. Box 884<br>Murfreesboro, TN 37133 | |

Date: February 5, 2021

                                            /s/ Andrew B. Campbell
                                            ANDREW B. CAMPBELL
                                            Senior Assistant Attorney General