# EXHIBIT 1

# DECLARATION OF ANDREW RON FIELDS

I, Andrew Ron Fields, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a resident of Rutherford County, TN. I am over 18 years of age, and the testimony in this Declaration is based on first-hand knowledge, about which I could and would testify competently in open court if called upon to do so.

2. I am a member of the Tennessee State Conference of the NAACP ("TN NAACP"). I have been listed under the Murfreesboro Chapter #5605 since February 21, 2021. Before that date I was engaged in TN NAACP activities through my father, who has long been an active member in the organization.

3. I have been convicted of felonies in two cases in Rutherford County. I have completed my sentence, including probation and parole, on both cases. I have also been convicted of a felony in Davidson County for which I have served my sentence, including probation and parole. I have never been convicted felony convictions listed as permanently disqualifying under Tenn. Code Ann. § 40-29-204.

4. I believe that I owe some legal financial obligation, but I understand that they are a mix of fines and fees, and that some are for misdemeanors. It is not clear to me how much I owe or which if any of those obligations would need to be paid in order for me to seek a Certificate of Restoration of Voting Rights (COR).

5. I wish to restore my right to vote in Tennessee by seeking one or more COR(s).

6. I was neither issued a COR nor provided any instructions about how to request a COR when I was discharged from supervision for my felony convictions.

7. I wanted to get my voting rights restored for the 2020 elections but did not know what the process would entail. I sought help and resources from the TN NAACP and Campaign Legal Center's Restore Your Vote hotline. It's my understanding that I will need to request a

partially filled out COR from the Rutherford County Clerk of Criminal Court because the probations office in Rutherford does not handle CORs.

\* \* \*

Executed on February 22, 2020 at Murfreesboro, TN.

I declare under penalty of perjury that the foregoing is true and correct.

*[signature: Andrew Fields]*

Andrew Ron Fields