# EXHIBIT 2

# DECLARATION OF JAMES W. OWENS

I, James W. Owens, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a resident of Rutherford County, TN. I am over 18 years of age, and the testimony in this Declaration is based on first-hand knowledge, about which I could and would testify competently in open court if called upon to do so.

2. I am a member of the TN NAACP. I have been listed under the Murfreesboro Chapter #5605 since February 19, 2021. Prior to that date I have attended meetings and been otherwise engaged in TN NAACP activities through my mother, who has long been an active member in the organization.

3. I have been convicted of felonies in two cases in Rutherford County. I have completed my sentence, including probation and parole on the first, and have roughly two years of probation left on the second. I have never been convicted of a felony conviction listed as permanently disqualifying under Tenn. Code Ann. § 40-29-204.

4. I believe that I have paid off my legal financial obligations on one case, but owe some legal financial obligations on the other conviction in Rutherford County. I believe those are a mix of fines and probation fees and it is not clear to me which if any of those obligations would need to be paid in order to obtain a Certificate of Restoration of Voting Rights (COR).

5. When I was previously discharged from probation, the process for restoring my voting rights was not explained to me as far as I remember.

6. To find out about the voting rights restoration process, I sought help and resources from the TN NAACP and Campaign Legal Center's Restore Your Vote hotline. It is my understanding that when I complete my probation, I will need to request a fully or partially filled out COR from the Rutherford County Clerk of Criminal Court because the probations office in Rutherford County does not handle CORs.

7. I plan to restore my right to vote in Tennessee by seeking one or more CORs as soon as I am discharged from probation.

* * *

Executed on February 22, 2020 at Murfreesboro, TN.

I declare under penalty of perjury that the foregoing is true and correct.

*James W. Owens* (signature)

James W. Owens