# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE of the NATIONAL ASSOCIATION for the ADVANCEMENT of COLORED PEOPLE, on behalf of itself and its members, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM LEE, in his official capacity as Governor of the State of Tennessee, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 3:20-cv-01039 <br> ) <br> ) JUDGE CAMPBELL <br> ) MAGISTRATE JUDGE FRENSLEY <br> ) <br> ) <br> ) [Class Action] <br> ) <br> ) |

## JOINT DISCOVERY DISPUTE STATEMENT

Pursuant to Local Rule 37.01, the Parties respectfully submit the following joint discovery dispute statement setting forth the discovery dispute at issue, their attempt to resolve the dispute, and the parties' respective positions. The Parties request a telephonic discovery conference with Magistrate Judge Frensley.

**I.    Background**

On March 15, 2021, the Court issued an Order staying discovery for Counts 1, 2, 3, 6, and 7, but allowed discovery to commence on Counts 4 and 5. Dkt. 60. On April 12, 2021, Plaintiffs sent Defendants their first set of Requests for Production of Documents. *See* Plaintiffs' First Requests for Production of Documents to Defendants Goins and Hargett (Apr. 12, 2021), *attached hereto as* **Exhibit A**. On May 12, 2021, Defendants provided responses to Plaintiffs' Requests for Production of Documents (*see* Defendants' Responses to Plaintiffs' First Requests for Production of Documents (May 12, 2021), *attached hereto as* **Exhibit B**) and made a partial production of

1

CKG 4832-0637-4645
2860000-008970
Case 3:20-cv-01039    Document 75    Filed 08/06/21    Page 1 of 5 PageID #: 405

documents responsive to Plaintiffs' second and third document requests and an accompanying privilege log. Plaintiffs reviewed the materials produced by Defendants. On June 17, 2021, Plaintiffs sent Defendants a letter detailing several questions and concerns with the production and requesting a meet and confer with Defendants, pursuant to Local Rule 37.01(a). *See* Letter from Plaintiffs' counsel to Defendants' counsel regarding Defendants' Responses to Plaintiffs' First Request for Production, *attached hereto as* **Exhibit C**.

The Parties participated in a meet and confer on June 24, 2021. The Parties were unable to resolve their dispute regarding Plaintiffs' first request, and accordingly agreed to submit this Joint Discovery Dispute Statement. On June 25, 2021, Defendants made a second production of documents responsive to Plaintiffs' second and third requests and a revised privilege log.

## II. Dispute

The instant dispute pertains to Request for Production #1. *See* Exhibit A at 6-8. Defendants assert that Plaintiffs' RFP 1 "as a whole is improper in that it seeks disclosure of information on topics currently stayed by Order of the Court." *See* Exhibit B at 4. Plaintiffs disagree, asserting that "RFP 1 seeks information that directly relates to Plaintiffs' [National Voter Registration Act] claims (4 and 5), which the Court explicitly held should proceed to discovery." *See* Exhibit C at 1-2.

For the foregoing reasons, the parties respectfully request a conference before Magistrate Judge Frensley for the purpose of resolving this dispute.

| | |
|---|---|
| Dated: August 6, 2021 | Respectfully submitted, |
| | */s/ Charles K. Grant* |
| Keeda Haynes, BPR No. 031518 | Charles K. Grant, BPR No. 017081 |
| Free Hearts | Denmark J. Grant, BPR No. 036808 |
| 2013 25th Ave. N, | BAKER, DONELSON, BEARMAN, |
| Nashville, TN 37208 | CALDWELL & BERKOWITZ, PC |
| (615) 479-5530 | 211 Commerce Street, Suite 800 |
| keeda@freeheartsorg.com | Nashville, TN 37201 |
| | Telephone: (615) 726-5600 |
| Phil Telfeyan | Facsimile: (615) 726-0464 |
| Natasha Baker* | cgrant@bakerdonelson.com |
| Equal Justice Under Law | dgrant@bakerdonelson.com |
| 400 7th St. NW, Suite 602 | |
| Washington, D.C. 20004 | Danielle Lang* BPR No. 86523 |
| (202) 505-2058 | Mark P. Gaber* |
| ptelfeyan@equaljusticeunderlaw.org | Alice C.C. Huling* |
| nbaker@equaljusticeunderlaw.org | Blair Bowie* |
| | Aseem Mulji*^ |
| | Dana Paikowsky**□ |
| * Admitted pro hac vice | Campaign Legal Center |
| ^ Licensed in CA only; supervision by Mark P. Gaber, a member of the D.C. Bar | 1101 14th St. NW, Suite 400 |
| | Washington, DC 20005 |
| □ Licensed in CA only; supervision by Danielle Lang, a member of the D.C. Bar | (202)-736-2200 |
| | dlang@campaignlegal.org |
| | mgaber@campaignlegal.org |
| | ahuling@campaignlegal.org |
| | bbowie@campaignlegal.org |
| | amulji@campaignlegal.org |
| | dpaikowsky@campaignlegal.org |
| | |
| | *Counsel for the Petitioners-Plaintiffs and the Putative Classes* |
| | |
| | HERBERT H. SLATERY III |
| | Attorney General and Reporter |
| | |
| | */s/ Andrew B. Campbell w/ perm. by Charles K. Grant* |
| | JANET M. KLEINFELTER (BPR #13889) |
| | Deputy Attorney General |
| | Janet.kleinfelter@ag.tn.gov |

3

ANDREW B. CAMPBELL (BPR #14258)
Senior Assistant Attorney General
Andrew.campbell@ag.tn.gov

ALEXANDER S. RIEGER (BPR #29362)
Assistant Attorney General
Alex.rieger@ag.tn.gov

MATTHEW D. CLOUTIER (BPR #36710)
Assistant Attorney General
Matt.cloutier@ag.tn.gov

Office of the Tennessee Attorney General
Public Interest Division
P.O. Box 20207
Nashville, TN 37202

*Attorneys for State Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on August 6, 2021 by operation of the Court's electronic filing system on the following:

>Janet M. Kleinfelter
>Andrew B. Campbell
>Matthew D. Cloutier
>Alexander S. Rieger
>Office of the Tennessee Attorney General
>Public Interest Division
>PO Box 20207
>Nashville, TN 37202

>/s/ *Charles K. Grant*
>Charles K. Grant