**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

**TENNESSEE CONFERENCE of the NATIONAL ASSOCIATION for the ADVANCEMENT of COLORED PEOPLE, on behalf of itself and its members, et al.,**

**Plaintiffs,**

**v.**

**WILLIAM LEE, in his official capacity as Governor of the State of Tennessee, et al.,**
**Defendants.**

Civil No. 3:20-cv-01039

JUDGE CAMPBELL
MAGISTRATE JUDGE FRENSLEY

## NOTICE OF SERVICE OF SUBPOENAS COMMANDING PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION

Plaintiffs hereby give notice that pursuant to Federal Rule of Civil Procedure 45(a)(4), they intend to serve subpoenas commanding the production of documents and electronically stored information upon Jeff Roberts, Administrator of the Davidson County Election Commission; Scott Allen, Administrator of the Hamilton County Election Commission; Charles Gibson, Administrator of the Jefferson County Election Commission; Chris Davis, Administrator of the Knox County Election Commission; Lori Lott, Administrator of the Madison County Election Commission; Elizabeth Black, Administrator of the Montgomery County Election Commission; Alan Farley, Administrator of the Rutherford County Election Commission; Linda Phillips, Administrator of the Shelby County Election

1

Commission; Alex Britt, Administrator of the Weakley County Election Commission; and Phillip Warren, Administrator of the Wilson County Election Commission.

Dated: September 28, 2021

Respectfully submitted,

Danielle Lang* BPR No. 86523
Mark P. Gaber*
Blair Bowie*
Aseem Mulji*^
CAMPAIGN LEGAL CENTER
1101 14th St. NW, Ste. 400
Washington, DC 20005
(202) 736-2200
dlang@campaignlegalcenter.org
mgaber@campaignlegalcenter.org
bbowie@campaignlegalcenter.org
amulji@campaignlegalcenter.org

\_\_/s/ Charles K. Grant_____
Charles K. Grant , BPR No. 017081
Denmark J. Grant , BPR No. 036808
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, PC
1600 West End Avenue
Nashville, TN 37203
(615) 726-5600
cgrant@bakerdonelson.com
dgrant@bakerdonelson.com

* Admitted pro hac vice
^ Licensed in CA only; supervision by Mark
P. Gaber, a member of the D.C. Bar

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on September 28, 2021 by operation of the Court's electronic filing system on the following:

Janet M. Kleinfelter
Andrew B. Campbell
Matthew D. Cloutier
Alexander S. Rieger
Office of the Tennessee Attorney General
Public Interest Division
PO Box 20207
Nashville, TN 37202

*/s/ Charles K. Grant*
Charles. K. Grant

3