IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE of the NATIONAL ASSOCIATION for the ADVANCEMENT of COLORED PEOPLE, on behalf of itself and its members, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM LEE, in his official capacity as Governor of the State of Tennessee, et al., <br><br> Defendants. | Civil No. 3:20-cv-01039 <br><br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE FRENSLEY <br><br> [Class Action] |

## MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Plaintiffs Tennessee Conference of the National Association for the Advancement of Colored People, Lamar Perry, Curtis Gray Jr., John Weare, Benjamin Tournier, and Amanda Lee Martin move this Court for entry of the proposed Agreed Protective Order attached hereto. As grounds, counsel for the parties have conferred and agreed to the terms of the Protective Order.

Dated: June 28, 2022

Keeda Haynes, BPR No. 031518
Free Hearts
2013 25th Ave. N,
Nashville, TN 37208
(615) 479-5530
keeda@freeheartsorg.com

Phil Telfeyan
Natasha Baker*
Equal Justice Under Law
400 7th St. NW, Suite 602
Washington, D.C. 20004
(202) 505-2058

Respectfully submitted,

/s/ Charles K. Grant
Charles K. Grant, BPR No. 017081
Denmark J. Grant, BPR No. 036808
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Telephone: (615) 726-5600
Facsimile: (615) 726-0464
cgrant@bakerdonelson.com
dgrant@bakerdonelson.com

ptelfeyan@equaljusticeunderlaw.org
nbaker@equaljusticeunderlaw.org


\* Admitted pro hac vice
^ Licensed in CA only; supervision by
Danielle Lang, a member of the D.C. Bar

Danielle Lang\* BPR No. 86523
Alice C. Huling\*
Blair Bowie\*
Aseem Mulji\*^
Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005
(202)-736-2200
Dlang@campaignlegal.org
Ahuling@campaignlegal.org
Bbowie@campaignlegal.org
Amulji@campaignlegal.org


*Counsel for the Petitioners-Plaintiffs and the Putative Classes*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served on June 30, 2022 by operation of the Court's CM/ECF filing system on the following:

JANET M. KLEINFELTER (BPR #13889)
Deputy Attorney General
Janet.kleinfelter@ag.tn.gov

ALEXANDER S. RIEGER (BPR #29362)
Assistant Attorney General
Alex.rieger@ag.tn.gov

MATTHEW D. CLOUTIER (BPR #36710)
Assistant Attorney General
Matt.cloutier@ag.tn.gov

Office of the Tennessee Attorney General
Public Interest Division
P.O. Box 20207
Nashville, TN 37202

*Attorneys for State Defendants*

                                                  /s/ *Charles K. Grant*
                                                  Charles K. Grant