IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE of the NATIONAL ASSOCIATION for the ADVANCEMENT of COLORED PEOPLE, on behalf of itself and its Members, and LAMAR PERRY, CURTIS GRAY JR., JOHN WEARE, BENJAMIN TOURNIER, and AMANDA LEE MARTIN, for themselves and those similarly situated,<br>  Plaintiffs,<br><br>v.<br><br>WILLIAM LEE, in his official capacity as Governor of the State of Tennessee, TONY C. PARKER, in his official capacity as Commissioner of the Department of Correction of the State of Tennessee, MARK GOINS, in his official capacity as Coordinator of Elections for the State of Tennessee, TRE HARGETT, in his official capacity as Secretary of State of Tennessee, and MELISSA HARRELL in her official capacity as Rutherford County Clerk of Circuit Court,<br>  Defendants. | Civil Action No. 3:20-cv-1039<br>Judge Campbell/Frensley<br>[Class Action] |

## ORDER

A telephone status conference in this matter is scheduled for August 1, 2022 at 9:00 a.m. due to a conflict in the Court's schedule the status conference is reset for **August 5, 2022 at 9:30 a.m..** The Parties shall call 1-877-336-1831 at the appointed time, and when prompted for the access code, enter 7039387# to participate in the Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please contact chambers at 615-736-7344.

IT IS SO ORDERED.

                          _____
                          **JEFFERY S. FRENSLEY**
                          **United States Magistrate Judge**