MOTION GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE of the NATIONAL ASSOCIATION for the ADVANCEMENT of COLORED PEOPLE, on behalf of itself and its members, et al.,<br><br>Plaintiffs,<br>v.<br>WILLIAM LEE, in his official capacity as Governor of the State of Tennessee, et al.,<br><br>Defendants. | Civil No. 3:20-cv-01039<br><br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE FRENSLEY<br><br>**[Class Action]** |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b)(4), the parties respectfully move this court for entry of this proposed Fifth Scheduling Order and to extend the deadline for Plaintiffs' Motion for Summary Judgement.

1. Counsel for the parties have conferred and agreed to the terms of the changes to the Fourth Amended Scheduling Order (ECF No. 140).

2. The earliest deadline impacted by the change is the deadline for the dispositive motions, which is currently set at July 26, 2023, seven days from the filing of this motion.

3. A complete amended scheduling order is as follows and includes all dates and deadlines:

DISPOSITIVE MOTIONS: Dispositive motions shall be filed no later than **August 2, 2023** (previously July 26, 2023). Responses to dispositive motions will be filed 21 days after filing of the motion, resulting in a response deadline of August 23, 2023. The parties stipulate to a shortened deadline of seven days for replies under LR 56.01(d) instead of the

standard deadline of fourteen days. Thus, replies under LR 56.01(d) will be due August 30, 2023.

ESTIMATED TRIAL TIME AND TRIAL DATE: The Bench trial of this action is expected to last approximately 7 days. The trial has been set for **November 28, 2023**.

4. The new schedule conforms to the requirements of Local Rule 16.01(h)(1) that no dispositive motion deadline shall be later than 90 days in advance of the trial date.

5. Good cause exists to modify the deadlines, as required by Fed. R. Civ. P. 16(b)(4). The parties do not move for this Amended Scheduling Order in order to cause delay or for any improper purpose. Since June 8, 2023, the parties have engaged in regular, productive conversations with the aim of resolving some or all of the claims in this case. At that time, neither party anticipated filing motions for summary judgment on claims 1 – 3. Both parties anticipated filing motions on summary judgment on the remaining claims, absent a negotiated resolution on those claims. It has become clear that the parties will not reach an agreement on Plaintiffs' claims before the dispositive deadline. Since early June, both parties have focused their time and attention on these negotiations, believing that a resolution would be reached, avoiding the need for dispositive motions. Now, since it appears that a settlement will not be reached by the deadline, both parties need a brief extension to complete their motions for summary judgment. Since the parties will be cross-moving on some of the claims, shortening the period for reply is acceptable and will not impact the quality of the briefing.

6. Except for the modifications provided in an order granting this proposed modification to the scheduling order, all other provisions of previous case management and scheduling orders remain in full force and affect.

7. For the foregoing reasons, Plaintiffs seek to amend the Fourth Amended Scheduling Order and to continue the deadlines as described above.

Respectfully submitted,

/s/ *Blair Bowie*
Blair Bowie*
Danielle Lang*
Alice C. Huling*
Aseem Mulji*^
Valencia Richardson*
Ellen Boettcher*
Kate Uyeda, BPR No. 040531
Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005
(202) 736-2200
Dlang@campaignlegal.org
Ahuling@campaignlegal.org
Bbowie@campaignlegal.org
Amulji@campaignlegal.org
Vrichardson@campaignlegal.org
Eboettcher@campaignlegal.org
Kuyeda@campaignlegal.org

Charles K. Grant, BPR No. 017081
Denmark J. Grant, BPR No. 036808
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Telephone: (615) 726-5600
Facsimile: (615) 726-0464
cgrant@bakerdonelson.com
dgrant@bakerdonelson.com

Keeda Haynes, BPR No. 031518
Free Hearts
2013 25th Ave. N,
Nashville, TN 37208
(615) 479-5530
keeda@freeheartsorg.com

Phil Telfeyan*
Natasha Baker*
Equal Justice Under Law
400 7th St. NW, Suite 602
Washington, D.C. 20004
(202) 505-2058
ptelfeyan@equaljusticeunderlaw.org
nbaker@equaljusticeunderlaw.org

\* Admitted pro hac vice
^ Licensed in CA only; supervision by Danielle Lang, a member of the D.C. Bar

*Counsel for the Petitioners-Plaintiffs and the Putative Classes*

JONATHAN SKRMETTI
Attorney General and Reporter

/s/ *Zachary L. Barker*
ZACHARY L. BARKER (BPR 035933)
Assistant Attorney General
Public Interest Division
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
Zachary.Barker@ag.tn.gov

*Counsel for the Defendants*