IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE of the NATIONAL ASSOCIATION for the ADVANCEMENT of COLORED PEOPLE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM LEE, in his official capacity as Governor of the State of Tennessee, et al., <br><br> Defendants. | Civil No. 3:20-cv-01039 <br><br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE FRENSLEY <br><br> [Class Action] |

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON COUNTS 4 AND 6 OF THE FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Pursuant to Fed. R. Civ. P. 56, Plaintiff Tennessee Conference of the National Association for the Advancement of Colored People ("Plaintiff or TN NAACP") files this Motion for Summary Judgment ("Motion") on Counts Four and Six of the First Amended Complaint for Declaratory and Injunctive Relief, which pertain to Defendants Goins' and Hargett's ("Defendants") violations of the National Voter Registration Act ("NVRA"), 52 U.S.C. § 20501, *et seq*. Plaintiff contemporaneously files a Memorandum of Law and Statement of Undisputed Material Facts in support of its Motion.

In violation of the NVRA, Defendants' policies (1) fail to specify eligibility requirements on the voter registration form, (2) unlawfully instruct election officials to reject all voter registration applications on which the applicant indicates they have a prior felony conviction,

regardless of whether the applicant is disqualified from voting, and (3) force eligible applicants to provide documentary proof of their eligibility.

There are no genuine disputes of material fact and Plaintiff is entitled to judgment as a matter of law. For the reasons described in the memorandum, Plaintiff respectfully asks the Court to grant the motion for summary judgment.

Respectfully submitted,

/s/ *Charles K. Grant*
Charles K. Grant, BPR No. 017081
Denmark J. Grant, BPR No. 036808
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
211 Commerce Street, Suite 800
Nashville, TN 37201
Telephone: (615) 726-5600
Facsimile: (615) 726-0464
cgrant@bakerdonelson.com
dgrant@bakerdonelson.com

Danielle Lang*
Blair Bowie*
Alice Huling*
Aseem Mulji*
Valencia Richardson*
Kate Uyeda*
Ellen Boettcher*
Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005
(202)-736-2200
dlang@campaignlegal.org
bbowie@campaignlegal.org
ahuling@campaignlegal.org
amulji@campaignlegal.org
vrichardson@campaignlegal.org

2

Keeda Haynes, BPR No. 031518
Free Hearts
2013 25th Ave N,
Nashville, TN 37208
(615) 479-5530
keeda@freeheartsorg.com

Phil Telfeyan
Natasha Baker*
Equal Justice Under Law
400 7th St. NW, Suite 602
Washington, D.C. 20004
(202) 505-2058
ptelfeyan@equaljusticeunderlaw.org
nbaker@equaljusticeunderlaw.org

*Counsel for the Petitioners-Plaintiffs
and the Putative Classes*

\* Admitted pro hac vice

## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing was served on August 2, 2023, via the Court's electronic filing system to the following:

Alexander S. Rieger
Dawn M. Jordan
Zachary L. Barker
David M. Rudolph
Office of the Tennessee Attorney General
Public Interest Division
P.O. Box 20207
Nashville, TN 37202

                                                      /s/ *Charles K. Grant*
                                                      Charles K. Grant