IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., | ) ) ) ) ) |
| Plaintiffs, | ) ) No. 3:20-cv-01039 |
| v. | ) ) Judge Campbell ) Magistrate Judge Frensley ) |
| WILLIAM LEE, et al. | ) ) |
| Defendants. | ) |

**NOTICE OF FILING DOCUMENTS**

Defendants give notice of the filing of the following documents that were inadvertently not included in Exhibit 1 to Defendants' Memorandum in Support of Defendants' Motion for Summary Judgment, the Declaration of Mark Goins, Coordinator of Elections, Tennessee Secretary of State, Division of Elections. The following are the Exhibits to the Declaration of Mark Goins:

Exhibit No. 1: *Falls v. Goins*, No. M2020-01510-SC-R11-CV, 2023 WL 4243961 (Tenn. June 29, 2023)

Exhibit No. 2: Certificate of Restoration Form[1]

Exhibit No. 3: Memorandum to County Elections Commissions[2]

---

[1] This form was attached to Defendants' Memorandum in Support of Defendants' Motion for Summary Judgment as Exhibit 7.
[2] This memorandum was attached to Defendants' Memorandum in Support of Defendants' Motion for Summary Judgment as Exhibit 5. The other memoranda provided with this notice as Exhibits 3, 4, 5, and 6 are of similar substance, but they are addressed to different individuals.

1

Exhibit No. 4:       Memorandum to Tennessee Government Officials

Exhibit No. 5:       Memorandum to Federal Government Officials

Exhibit No. 6:       Memorandum to Clerks of Court

Exhibit No. 7:       Memorandum on Older Felony Convictions[3]

Exhibit No. 8:       Voter Registration Rejection Appeal Form

                Respectfully submitted,

                JONATHAN SKRMETTI
                Attorney General and Reporter

                */s/ Zachary L. Barker*
                ZACHARY L. BARKER
                Assistant Attorney General
                Public Interest Division
                P.O. Box 20207
                Nashville, Tennessee 37202
                (615) 532-4098
                Zachary.Barker@ag.tn.gov
                B.P.R. No. 035933

---

[3] This memorandum was attached to Defendants' Memorandum in Support of Defendants' Motion for Summary Judgment as Exhibit 2.

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and exact copy of the foregoing document has been forwarded electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the parties named below. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Danielle Lang<br>Mark Graber<br>Aseem Mulji<br>Campaign Legal Center<br>1101 14th Street NW, Suite 400<br>Washington, DC 20005 | Charles K. Grant<br>Denmark J. Grant<br>Baker, Donelson, Bearman<br>Caldwell & Berkowitz, P.C.<br>1600 West End Avenue, Suite 2000<br>Nashville, TN 37203 |
| Phil Telfeyan<br>Natasha Baker<br>Equal Justice Under Law<br>400 7th St. NW, Suite 602<br>Washington, DC 20004 | Keeda Haynes<br>Free Hearts<br>2013 25th Ave. N.<br>Nashville, TN 37208 |

Date: August 8, 2023

                                                                         */s/ Zachary L. Barker*
                                                                         Assistant Attorney General