IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM LEE, et al.,<br><br>Defendants | No. 3:20-cv-01039 Class Action<br><br>Judge Campbell<br>Magistrate Judge Frensley |

## DECLARATION OF BLAIR BOWIE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO LATE FILE ANSWER TO AMENDED COMPLAINT

Pursuant to 28 U.S.C. § 1746, I, Blair Bowie, declare as follows:

1. I am competent to make this declaration.

2. I serve as one of the attorneys representing the Tennessee Conference of the National Association for the Advancement of Colored People and the class in this case. I have been employed by Campaign Legal Center since October 2017. I am over the age of 18 and am competent to testify as to the matters set forth in this affidavit based upon my own personal knowledge. This declaration is submitted in support of Plaintiffs' Opposition to Defendants' Motion for Leave to Late File Answer to Amended Complaint.

3. Attached to the Opposition is a true and correct copy an email I sent to Defendants' counsel on October 3, 2022.

1

4. I declare under penalty of perjury that the foregoing is true and correct. This Declaration was executed August 8, 2023, in Washington, D.C.

                                                          ___/s/ Blair Bowie_____

# CERTIFICATE OF SERVICE

      I hereby certify that on August 9, 2023, a copy of the foregoing DECLARATION OF BLAIR BOWIE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO LATE FILE ANSWER TO AMENDED COMPLAINT was filed electronically. Notice of this filing will be served by operation of the Court's electronic filing system to counsel for parties below. Counsel for the parties may access these filings through the Court's electronic filing system:

DAWN JORDAN (BPR #020383)
Special Counsel
dawn.jordan@ag.tn.gov

ALEXANDER S. RIEGER (BPR #29362)
Assistant Attorney General
Alex.rieger@ag.tn.gov
ZACHARY BARKER (BPR #035933)
Assistant Attorney General
Zachary.barker@ag.tn.gov

PABLO A. VARELA (BPR #29436)
Assistant Attorney General
Pablo.varela@ag.tn.gov

DAVID M. RUDOLPH (BPR #13402)
Senior Assistant Attorney General
david.rudolph@ag.tn.gov

Office of the Tennessee Attorney General
Public Interest Division
P.O. Box 20207
Nashville, TN 37202
*Attorneys for State Defendants*

                                                /s/ Charles K. Grant
                                                Charles K. Grant