# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE of the NATIONAL ASSOCIATION for the ADVANCEMENT of COLORED PEOPLE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM LEE, in his official capacity as Governor of the State of Tennessee, et al.,<br><br>Defendants. | Civil No. 3:20-cv-01039<br><br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE FRENSLEY<br><br>(Class Action) |

### PLAINTIFFS' MOTION TO EXPEDITE CONSIDERATION OF MOTION FOR RELIEF UNDER RULE 56(d)/MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to LR 7.01(c), Plaintiffs respectfully request expedited consideration of Plaintiffs' Motion for Relief Under Rule 56(d) and Motion for Extension of Time to File Response in Opposition to Defendants' Motion for Summary Judgment. Plaintiffs' motion under Rule 56(d) requests to reopen discovery to gather necessary evidence concerning Defendants' new rights restoration policies released on July 21 after the close of discovery. Plaintiffs have determined that such discovery is necessary to prepare their response in opposition to Defendants' Motion for Summary Judgment, which is currently due on September 22. Plaintiffs move to extend that quickly approaching deadline pending the Court's consideration of Plaintiffs' request for relief under Rule 56(d). Expedited consideration of these requests is necessary to afford Plaintiffs the relief they seek under Rule 56(d). Plaintiffs propose that Defendants' response to this motion be

1

filed no later than Friday, September 15, 2023 and Plaintiffs' reply no later than Monday, September 18, 2023.

Defendants oppose this motion to expedite.

| | |
|---|---|
| Dated: September 12, 2023 | Respectfully submitted, |
| Keeda Haynes, BPR No. 031518<br>Free Hearts<br>2013 25th Ave. N,<br>Nashville, TN 37208<br>(615) 479-5530<br>keeda@freeheartsorg.com<br><br>Phil Telfeyan<br>Natasha Baker*<br>Equal Justice Under Law<br>400 7th St. NW, Suite 602<br>Washington, D.C. 20004<br>(202) 505-2058<br>ptelfeyan@equaljusticeunderlaw.org<br>nbaker@equaljusticeunderlaw.org<br><br><br>* Admitted pro hac vice | Blair Bowie*<br>Danielle Lang*<br>Alice C. Huling*<br>Valencia Richardson*<br>Aseem Mulji*<br>Ellen Boettcher*<br>Kate Uyeda, BPR No. 040531<br>Campaign Legal Center<br>1101 14th St. NW, Suite 400<br>Washington, DC 20005<br>(202) 736-2200<br>Bbowie@campaignlegal.org<br>Dlang@campaignlegal.org<br>Ahuling@campaignlegal.org<br>VRichardson@campaignlegal.org<br>Amulji@campaignlegal.org<br>EBoettcher@campaignlegal.org<br>KUyeda@campaignlegal.org<br><br>/s/ Charles K. Grant<br>Charles K. Grant, BPR No. 017081<br>Denmark J. Grant, BPR No. 036808<br>BAKER, DONELSON, BEARMAN,<br>CALDWELL & BERKOWITZ, PC<br>1600 West End Avenue, Suite 2000<br>Nashville, TN 37203<br>Telephone: (615) 726-5600<br>Facsimile: (615) 726-0464<br>cgrant@bakerdonelson.com<br>dgrant@bakerdonelson.com<br><br>*Counsel for the Petitioners-Plaintiffs and the Class* |

# CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2023, a copy of the foregoing PLAINTIFFS' MOTION FOR RELIEF UNDER RULE 56(d)/MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT was filed electronically. Notice of this filing will be served by operation of the Court's electronic filing system to counsel for parties below. Counsel for the parties may access these filings through the Court's electronic filing system:

DAWN JORDAN (BPR #020383)
dawn.jordan@ag.tn.gov

ALEXANDER S. RIEGER (BPR #29362)
Alex.rieger@ag.tn.gov

ANDREW CRAIG COULAM
Andrew.Coulam@ag.tn.gov

ZACHARY BARKER (BPR #035933)
Zachary.barker@ag.tn.gov

PABLO A. VARELA (BPR #29436)
Pablo.varela@ag.tn.gov

DAVID M. RUDOLPH (BPR #13402)
david.rudolph@ag.tn.gov

ROBERT WADE WILSON
Robert.Wilson@ag.tn.gov

Office of the Tennessee Attorney General
Public Interest Division
P.O. Box 20207
Nashville, TN 37202

*Attorneys for State Defendants*

                                                    /s/ Charles K. Grant
                                                    Charles K. Grant