IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **TENNESSEE CONFERENCE of the** ) <br> **NATIONAL ASSOCIATION for the** ) <br> **ADVANCEMENT of COLORED** ) <br> **PEOPLE, et al.,** ) <br> ) <br>    **Plaintiffs,** ) <br> ) <br> **v.** ) <br> ) <br> **WILLIAM LEE, et al.,** ) <br> ) <br>    **Defendants.** ) | **NO. 3:20-cv-01039** <br><br> **JUDGE CAMPBELL** <br> **MAGISTRATE JUDGE FRENSLEY** |

## ORDER

The Court held a status teleconference in this matter on Friday, September 22, 2023. For the reasons stated on the record, Plaintiffs' Motion for Relief Under Rule 56(d) and Motion for Extension of Time to File Response in Opposition to Defendants' Motion for Summary Judgment (Doc. No. 171) are **GRANTED**. Accordingly, it is **ORDERED** that:

1. Defendants' Motion for Summary Judgment (Doc. No. 150) as to Counts 1-3 is **DENIED** without prejudice to refiling after the close of discovery.

2. Discovery is reopened until December 18, 2023, for the purpose of conducting additional discovery, including depositions, regarding the policies and procedures issued by Defendant Goins on July 21, 2023 for voting rights restoration and voter registration of individuals with prior felony convictions. During such discovery period, the time for responses to requests for production and interrogatories shall be shortened to 21 days pursuant to Rule 33(b)(2) and 34(b)(2)(A).

3. The parties shall file their responses in opposition to the other parties' Motion for Summary Judgment as to Counts 4-6 no later than 14 days after the entry of this Order. Replies shall be filed no later than 14 days thereafter.

4. The Court will hold another status teleconference in this matter on Monday, January 8, 2024, at 2:30 p.m. Counsel for the parties shall call 1-866-390-1828 and enter the access code 7884640 to be connected to the call.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE