IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE of the NATIONAL ASSOCIATION for the ADVANCEMENT of COLORED PEOPLE, on behalf of itself and its members, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>WILLIAM LEE, in his official capacity as Governor of the State of Tennessee, et al.,<br><br>  Defendants. | **Civil No. 3:20-cv-01039**<br><br>**JUDGE CAMPBELL**<br>**MAGISTRATE JUDGE FRENSLEY**<br><br>[Class Action] |

**NOTICE OF FILING IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO COUNTS FOUR, FIVE, AND SIX**

Plaintiff Tennessee Conference of the National Association for the Advancement of Colored People gives notice of filing the following in support of its Response in Opposition to Defendants' Motion for Summary Judgment:

1. Exhibit 01- Redacted_Benton_January_2019

2. Exhibit 02- Redacted_Weakley_August_2020

3. Exhibit 03 - Redacted_Hamilton_October_2018

4. Exhibit 04 - 308_-_Felony_Conviction_Information_Redacted

5. Exhibit 05 - 541_-__EXTERNAL__SECURE_EMAIL_COR_for_Redacted_Redacted

6. Exhibit 06 - Burch Expert Report 02-13-2023

7. Exhibit 07 - Redacted_Hickman_April_2022

8. Exhibit 08 - Redacted_Anderson_July_2020

1

9. Exhibit 09 - Redacted_Humphreys_April_2018

10. Exhibit 10 - 434_-__EXTERNAL__felony_20__Redacted

11. Exhibit 11 - 452_-__EXTERNAL__Fwd_Felon_Restoration_Documents_and_ Instructions_Redacted

12. Exhibit 12 - 429_-__EXTERNAL__Felon_Q

13. Exhibit 13 - 8_-_Voter_Registration_Appeal_Request_Form_SS-3079__Rev._7-23_

14. Exhibit 14 - Grace Period and Pre-1973 Compilation

15. Exhibit 15 - 032123 Excerpts of Rebecca Harvey Deposition

16. Exhibit 16 - 032223 Excerpts of Anthony Maxey Deposition

17. Exhibit 17 - 032723 Excerpts of Christopher Hill Deposition

18. Exhibit 18 - TDOC Policy 705.06, Hill Dep. Exhibit 6

| | |
|---|---|
| Dated: October 10, 2023 | Respectfully submitted, |

Keeda Haynes, BPR No. 031518
Free Hearts
2013 25th Ave. N,
Nashville, TN 37208
(615) 479-5530
keeda@freeheartsorg.com

Phil Telfeyan
Natasha Baker*
Equal Justice Under Law
400 7th St. NW, Suite 602
Washington, D.C. 20004
(202) 505-2058
ptelfeyan@equaljusticeunderlaw.org
nbaker@equaljusticeunderlaw.org

/s/ Charles K. Grant
Charles K. Grant, BPR No. 017081
Denmark J. Grant, BPR No. 036808
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Telephone: (615) 726-5600
Facsimile: (615) 726-0464
cgrant@bakerdonelson.com
dgrant@bakerdonelson.com

Blair Bowie*
Danielle Lang*
Alice C. Huling*
Valencia Richardson*
Aseem Mulji*
Ellen Boettcher*
Kate Uyeda, BPR No. 040531
Campaign Legal Center 1101 14th St.
NW, Suite 400
Washington, DC 20005
(202)-736-2200
BBowie@campaignlegal.org
DLang@campaignlegal.org
AHuling@campaignlegal.org
VRichardson@campaignlegal.org
AMulji@campaignlegal.org
EBoettcher@campaignlegal.org
KUyeda@campaignlegal.org

*Counsel for the Petitioners-Plaintiffs and the Class*

\* Admitted pro hac vice

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 10, 2023, a copy of the foregoing document was filed electronically. Notice of this filing will be served by operation of the Court's electronic filing system to counsel for parties below. Counsel for the parties may access these filings through the Court's electronic filing system:

DAWN JORDAN (BPR #020383)
Special Counsel
dawn.jordan@ag.tn.gov

ANDREW C. COULAM (BPR #030731)
Deputy Attorney General
andrew.coulam@ag.tn.gov

DAVID M. RUDOLPH (BPR #13402)
Senior Assistant Attorney General
david.rudolph@ag.tn.gov

ZACHARY BARKER (BPR #035933)
Assistant Attorney General
zachary.barker@ag.tn.gov

PABLO A. VARELA (BPR #29436)
Assistant Attorney General
pablo.varela@ag.tn.gov

ROBERT W. WILSON (BPR #034492)
Assistant Attorney General
robert.wilson@ag.tn.gov

Office of the Tennessee Attorney General
Public Interest Division
P.O. Box 20207
Nashville, TN 37202

*Attorneys for State Defendants*

                                              /s/ Charles K. Grant
                                              Charles K. Grant