# EXHIBIT 1

# Tennessee Secretary of State
## Tre Hargett



Elections Division
312 Rosa L. Parks Avenue, 7th Floor
Nashville, Tennessee 37243-1102

Mark Goins
Coordinator of Elections

615-741-7956
Mark.Goins@tn.gov

Thursday, January 31, 2019

Mr. Mark Ward
Benton County Election Commission
113 Maple Avenue
Suite 1
Camden, TN 38320-2044

Dear Mr. Ward:

Our office has verified that the below individual has the following felony conviction(s):

**Name**

**Date of Conviction**
11/06/74

**Conviction**
Robberty (Assault Unarmed)

Because the above conviction(s) occurred between January 15, 1973 and May 17, 1981, the above individual did not lose his or her right to vote. Therefore, this individual is eligible to register to vote. Please be advised that if the above individual has additional felony convictions not listed or is convicted of a felony offense after the date of this letter, he or she will be purged from the county's voter registration rolls and will no longer be eligible to vote in Tennessee pursuant to Tenn. Code Ann. § 40-20-112.

Please contact me if I may provide any additional information.

Sincerely,

Mark K. Goins

Mark K. Goins
Coordinator of Elections

MKG:asc



Division of Elections
Tre Hargett, Secretary of State

State of Tennessee
312 Rosa L. Parks Avenue, 9th Floor
Nashville, Tennessee 37243
615-741-7956

**CERTIFICATE OF RESTORATION
OF VOTING RIGHTS
for Persons Convicted of a Felony After May 18, 1981**

TO BE COMPLETED BY AN AGENT OF THE PARDONING AUTHORITY, AN AGENT OR OFFICER OF THE INCARCERATING AUTHORITY, OR A PROBATION/PAROLE OFFICER OR AGENT OF THE SUPERVISING AUTHORITY.

1. I hereby certify that the following information is true and correct:
   a. Applicant's Name: ▮▮▮ (First)   J (Middle)   ▮▮▮ (Last)
   b. Applicant's County of Residence: Benton County
   c. Felony Conviction: Robbery (Assault Unarmed)
   d. Month/Day/Year of Conviction: 11/06/1974    TOMIS ID: (if applicable) ▮▮▮
   e. Date of Birth: ▮▮▮    f. Soc. Sec. No.: ▮▮▮

2. On the __12th__ day of __February__, __2011__   *(check one)*
   ☐ The above individual received a pardon which contained no special conditions pertaining to the right of suffrage. A copy of said pardon is attached hereto; *or*
   ☐ The maximum sentence imposed for such infamous crime has been served by the above individual; *or*
   ☑ The maximum sentence imposed for such infamous crime has expired; *or*
   ☐ The above individual has been granted final release from incarceration or supervision by the Board of Probation/Parole, the Department of Correction, or county correction authorities.

   Signature: *Angela Parker Willis PPO II*   Date: Sep 26, 2012
   Printed Name: Angela Parker Willis, PPO II   Title: Probation Parole Officer II
   Address: 16245 Hwy. 22 N. Wildersville, TN. 38388   Phone Number: (731)967-1454

3. I hereby certify that the following is true and correct:   *(check one)*
   ☐ The court did not order the above individual to pay any restitution as part of his or her sentence; *or*
   ☐ All of the restitution ordered by the court as a part of the sentence for the above individual has been paid.

   Signature: _____   Date: _____
   Printed Name: _____   Title: _____
   Address: _____   Phone Number: _____

4. I hereby certify that the following is true and correct:   *(check one)*
   ☐ The court did not order the above individual to pay any court cost as part of his or her sentence; *or*
   ☐ All court cost assessed against the above individual has been paid; *or*
   ☐ The court has made a finding at an evidentiary hearing that the above individual is indigent at the time of application.

   Signature: _____   Date: _____
   Printed Name: _____   Title: _____
   Address: _____   Phone Number: _____

SEE REVERSE FOR INSTRUCTIONS

SS-3041 (Rev. 8/11)   RDA S836-1

| Name: | Number: | Location: WHV | Mailed: 06/12/2009 |

**The Michigan Parole Board,** having attained jurisdiction over the sentence of the above prisoner, having considered the facts and circumstances including the prisoner's mental and social attitude, and having exercised the discretion granted by the Legislature, says as follows:

[X] Reasonable assurance exists that the prisoner will not become a menace to society or to the public safety and pending investigation and approval of the proposed placement preliminarily acts as follows:

| DECISION DATE: | ACTION: | TERM OF PAROLE: | PROJECTED PAROLE DATE: |
|---|---|---|---|
| 06/05/2009 | Parole | 18 Months | 07/02/2009 |

61               NFD

61

**Regarding 30-day notice:**
Inmate agreed with receiving 30 days notice

**SPECIAL CONDITIONS IMPOSED IN ADDITION TO STANDARD RULES:**

2.1 You must complete an outpatient or residential substance abuse or re-entry program when you are referred by the field agent.

4.5 You must not have verbal, written, electronic, or physical contact either directly or through another person and you must not be within 500 feet of their residence, school, or place of employment of: Deborah Korte

4.16 You must obey all court orders.

**REASONS IN SUPPORT OF PAROLE BOARD ACTION:**

<u>Crime & Criminal Behavior</u>

The present offense is not sexually motivated

**Regarding the crime, it is our belief:**
Prisoner accepts responsibility

# Tennessee Mail-In Application For Vo[ter Registration]

**You can use this form to:**
☞ register to vote in Tennessee or to change your name and/or address.

**To register to vote:**
☞ you must be a U.S. citizen, AND
☞ you must be a resident of Tennessee, AND
☞ you must be at least 18 years old on/or before the next election, AND
☞ you must not have been convicted of a felony, or if you have, your voting rig[hts...]
☞ If you register by mail, you must vote in person the first time yo[u vote...]

MAIL OR HAND DELIVER THIS FORM TO YOUR COUNTY EL[ECTION...]

Go to: http://tnsos.org/elections/election_commissions.php to find your Cou[nty...]

**Instructions / checklist:**
☐ Please PRINT with a blue or black INK pen (not felt tip).
☐ Provide the information in boxes 1-10 below, read and answer the VOTER DEC[LARATION...] "X" in box 12.
☐ An application for voter registration must be postmarked or hand delivered to the [election] office at least 30 days before an election.
☐ Voter registration records are public records, open to inspection by any citizen o[f...] numbers.
☐ **To ensure a more confidential mailing process of this form, the applicant is [encouraged to place the] registration application in an envelope addressed to the county election c[ommission...]**

Names of persons selected for jury service in state court are not chosen from [...]
*If you are qualified and the information on your form is complete, we will ad[d...]*
*We will then mail you a voter registration card. This card will tell you where [...]*
*Federal or Tennessee State Government Issued Photo ID Is Required To [Vote...]*

---

**1** Are you a citizen of the United States? ☒ Yes ☐ No
Will you be 18 years of age or older on or before Election Day? ☒ Yes ☐ No
If you answered "No" in response to either of the above, do not complete this form.

FOR [OFFICE USE]
Mail[...]
Effe[ctive...]
Dist[rict...]

**2** LAST NAME ▮▮▮ FIRST NAME ▮▮▮ MIDDLE NAME ▮▮▮

**5** ADDRESS WHERE YOU LIVE (DO NOT GIVE A P.O. BOX) ▮▮▮ APT.# CITY COUN[TY]

**6** ADDRESS WHERE YOU GET YOUR MAIL (IF DIFFERENT THAN ABOVE)

**8** DATE OF BIRTH ▮▮▮ / CITY AND STATE OF BIRTH ▮▮▮ SOCIAL SECURITY # ▮▮▮ (required [for voter registration] purposes o[nly, to] void dupli[cation])

**10** NAME AND ADDRESS ON LAST VOTER REGISTRATION
NAME _____ ADDRESS _____ COUNTY _____

**11** VOTER DECLARATION: I, being duly sworn on oath (or [affirmation]...)

**12** WARNING: Giving false info[rmation...]

Offense: ~~Unarmed Robbery~~
Term:
Institution: WHV

Recommended Program: AOP

Interview Date: 02/12/2009

Program History: No

Specific Reason(s) for Nonadmission: (All reasons need to be explained in explanation section)
Prisoner was returned to prison after she escaped 33 years ago. Since then she has lived in another state. She is well past what her minimum would have been. She has not been sentenced on the escape charge.

Reassessment Opportunity: **Prisoners who are not admitted to this program when first assessed may be reassessed, but only upon direct request in writing by the prisoner.**
Prisoner needs to be reassessed at a later time if she is given a new sentence and stays in prison. It is not felt to be appropriate to enter her into AOP after 33 years of an uneventful life.

Explanation of Reasons for Nonadmission: See above

Distribution: Parole Board, Prisoner

NAME:
NUMBER:
D.O.B:

# MICHIGAN DEPARTMENT OF CORRECTIONS
## PAROLE BOARD ORDER FOR PAROLE

CB-661

The Parole Board hereby orders the parole of the person named below in accordance with the particulars appearing on the face of this certificate and the conditions stated on the reverse side.

| NAME | NUMBER | INST | PAROLE DATE | TERM | EXPIRATION DATE |
|---|---|---|---|---|---|
| RESIDE WITH ▓▓▓ | ▓▓▓ | WHV | 08/12/2009 | 18M | **02/12/2011** |
| REPORT TO ▓▓▓ | | | | | 38320 |

REPORT TO: OFFICER ANGELA PARKER WIL

| SOCIAL SECURITY NUMBER | DATE OF BIRTH | FBI NUMBER | SID NUMBER | | RACE | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|---|
| | | | | | W | 5' 2" | 130 |

| HAIR | EYES | BUILD | COMPLEXION | MARKS AND SCARS |
|---|---|---|---|---|
| GRY | GRN | THN | MED | |

AGENCIES

RELEASE INSTRUCTIONS: TELEPHONE THE PAROLE OFFICE UPON ARRIVAL

PURSUANT TO MCL 791.236A AS AMENDED BY PUBLIC ACT 184 OF 1993, YOU MUST PAY A SUPERVISION FEE OF $ 720.00. THE FEE IS PAYABLE WHEN THE PAROLE ORDER IS ENTERED, BUT THE FEE MAY BE PAID IN MONTHLY INSTALLMENTS TO BE DETERMINED BY THE FIELD AGENT. YOU WILL NOT BE REQUIRED TO PAY A SUPERVISION FEE TO MICHIGAN WHEN YOU ARE BEING SUPERVISED IN ANOTHER STATE UNDER THE PROVISIONS OF THE INTERSTATE PROBATION AND PAROLE COMPACT, PURSUANT TO MCL 798.103.

**************** S P E C I A L  C O N D I T I O N S ****************

2.0  YOU MUST NOT USE OR POSSESS ALCOHOLIC BEVERAGES OR OTHER INTOXICANTS. YOU MUST NOT ENTER BARS OR OTHER PLACES WHERE THE PRIMARY PURPOSE IS TO SERVE ALCOHOLIC BEVERAGES FOR DRINKING ON SITE, UNLESS THE FIELD AGENT HAS FIRST GIVEN YOU WRITTEN PERMISSION FOR YOUR EMPLOYMENT AT A SPECIFIC LOCATION.

2.1  YOU MUST COMPLETE AN OUTPATIENT OR RESIDENTIAL SUBSTANCE ABUSE OR RE-ENTRY PROGRAM WHEN YOU ARE REFERRED BY THE FIELD AGENT.

4.16  YOU MUST OBEY ALL COURT ORDERS.

4.5  YOU MUST NOT HAVE VERBAL, WRITTEN, ELECTRONIC OR PHYSICAL CONTACT WITH DEBORAH KORTE EITHER DIRECTLY OR THROUGH ANOTHER PERSON AND YOU MUST NOT BE WITHIN 500 FEET OF THEIR RESIDENCE, SCHOOL, OR PLACE OF EMPLOYMENT.

CONTINUED ON NEW PAGE.

ATTEST

DATE 08/06/09

MICHIGAN PAROLE BOARD

NOTE: Parole Violation(s) may result in the loss of good time or disciplinary credit

DISTRIBUTION: White - Parolee; White - Field Operations Central Office; White - Parole Agent

| Name: ▮▮▮ | Number: ▮▮▮ | Location: WHV | Mailed: 06/12/2009 |

**The Michigan Parole Board,** having attained jurisdiction over the sentence of the above prisoner, having considered the facts and circumstances including the prisoner's mental and social attitude, and having exercised the discretion granted by the Legislature, says as follows:

[X] Reasonable assurance exists that the prisoner will not become a menace to society or to the public safety and pending investigation and approval of the proposed placement preliminarily acts as follows:

| DECISION DATE: | ACTION: | TERM OF PAROLE: | PROJECTED PAROLE DATE: |
|---|---|---|---|
| 06/05/2009 | Parole | 18 Months | 07/02/2009 |

61                                                                                                                  NFD

61

**Regarding 30-day notice:**
Inmate agreed with receiving 30 days notice

**SPECIAL CONDITIONS IMPOSED IN ADDITION TO STANDARD RULES:**

2.1  You must complete an outpatient or residential substance abuse or re-entry program when you are referred by the field agent.

4.5  You must not have verbal, written, electronic, or physical contact either directly or through another person and you must not be within 500 feet of their residence, school, or place of employment of: Deborah Korte

4.16  You must obey all court orders.

**REASONS IN SUPPORT OF PAROLE BOARD ACTION:**

<u>Crime & Criminal Behavior</u>

The present offense is not sexually motivated

**Regarding the crime, it is our belief:**
Prisoner accepts responsibility

Case 3:20-cv-01039     Document 185-1     Filed 10/10/23     Page 8 of 10 PageID #: 3002

MICHIGAN DEPARTMENT OF CORRECTIONS
# PAROLE ELIGIBILITY / LIFER REVIEW REPORT

CSJ-123
7/08

| NUMBER | NAME (Last) | (First) | (M.I.) | DATE OF BIRTH | LOCATION |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | | [redacted] | WHV |

| ASSAULT RISK | PROPERTY RISK | PED (PA 670 Cases) | PMI / SGT Min. | PMX /SGT Max. | CALENDAR Min. | PRIOR PAROLE BOARD ACTION |
|---|---|---|---|---|---|---|
| VL | M | None | 08/06/1975 | 08/16/2016 | | |

| DATE OF REPORT | REPORT PREPARED BY | TITLE |
|---|---|---|
| 05/15/2009 | DANA L. TAYLOR | Assistant Resident Unit Supervisor |

[X] Parole Eligibility Report  [ ] Lifer Review Report

Date of most recent security classification  11/19/2008     Security Class Screen is Current and Accurate  [ ] Yes

## ACTIVE OFFENSE(S)

| Prefix | Term | Offense | Date | Accumulated Disciplinary Time |
|---|---|---|---|---|
| A | 1y - 15y | 750.88 Asslt Rob Unar | 08-01-08 | 0 |

Was the prisoner under sentence or criminal justice supervision at the time of the offense for any of the active sentences?  [X] Yes  [ ] No
If "Yes", provide summary of date and type of supervision:  **State Prisoner**

## PRIOR CRIMINAL RECORD

Adult History: [X]   Number of Felony Convictions [1]   Number of Misdemeanor Convictions [1]   Juvenile History: No

Prior Conviction Categories:
(Check all that apply Juvenile/Adult)   [X] Assaultive  [ ] Sex Offense  [ ] Property  [ ] Drugs/Alcohol  [ ] Weapons  [X] Other

## INSTITUTIONAL ADJUSTMENT

Number of major misconducts for active sentence(s) 1    Number of major misconducts since last PER was prepared 0

Disposition of major misconducts since last PER was prepared:  [X] LOP  [ ] Top Lock  [ ] Restitution  [ ] Extra Duty  [ ] Detention

Security reclassification in the past five years at a MDOC facility.

| Date | Level | Date | Level | Date | Level |
|---|---|---|---|---|---|
| 11/19/2008 | I | 10/03/2008 | II | 09/12/2008 | II |

Brief description of the prisoner's institutional adjustment for the active sentence(s), including reclasses to administrative segregation.

## PROGRAMMING

Education: Reception Facility Recommendation:  [ ] GED  [ ] Remedial  [ ] Other  [ ] None
GED / ABE Involvement  [ ] Yes  [X] No   [X] Has verified GED or High School Diploma  [ ] Completed some College
GED Exemption Authorized  [ ] Yes  [X] No   Estimated GED Completion Date
Comments: Verified

Work Assignment: Reception Facility Recommended  [X] Yes  [ ] No
Current Assignment:  Unit Porter
[X] Involvement Adequate  [ ] Involvement Poor  [ ] Delayed for School
Comments: Assigned as of 03-26-09

Vocational Counseling & Trades Programs: Reception Facility Recommended  [ ] Yes  [X] No
Name of Program: None       [ ] Enrolled  [ ] Waiting List  Date Completed
Comments:

Substance Abuse Program: Reception Facility Recommended  [ ] Yes  [X] No
Name of Program: None       [ ] Enrolled  [ ] Waiting List  Date Completed
Comments: Sassi 1

Psychological Counseling: Reception Facility Referral:  [ ] Yes  [X] No   Screening/Assessment Date: 09/02/2008
AOT: Date Completed:                        [ ] N/A     SOT: Date Completed:                [ ] N/A
[ ] Enrolled  [ ] Waiting List  [ ] Does Not Meet Criteria   [ ] Enrolled  [ ] Waiting List  [ ] Does Not Meet Criteria

#138000 - Hatcher, Rebecca

Page 1 of 2

| STATE OF MICHIGAN<br>THIRD JUDICIAL CIRCUIT<br>WAYNE COUNTY | ORDER OF PROBATION<br>(Felony) | CASE NO. |
|---|---|---|

ORI 82-1095J    Court address - 1441 St Antoine, Detroit, MI 48226    Court Telephone No.

**THE PEOPLE OF THE STATE OF MICHIGAN**

Defendant's Name, Address, and Telephone No., alias

Probation Officer: Nonreporting

Term: 10 months

CONVICTED OFFENSE: Escape Awam 750.193

☐ Judgement of guilt is deferred under:
 ☐ MCL 333.7411; MSA 14.15(7411), Controlled Substance Act
 ☐ MCL 750.350a; MSA 25.582(1), Parental Kidnapping Act
 ☐ MCL 762.11; MSA 28.853, Youthful Trainee Status
 ☐ MCL 769.4a; MSA 28.1076(1) Spousal Abuse Act

IT IS ORDERED that the defendant be placed on probation under the supervision of the above named probation officer for the term indicated, and that the defendant shall:

✓ 1. Not violate any criminal law of any unit of government.
✓ 2. Not leave the state without the consent of this court.
✓ 3. Make a truthful report to the probation officer monthly, or as often as the probation officer may require, either in person or in writing as required by the probation officer.
✓ 4. Notify the probation officer immediately of any change of address Or employment status. Defendant shall not change residence out prior permission of assigned probation agent.

5A. Pay the following to the court:
Crime Victim Assessment fee (MCL 780.905) Felony/Misdemeanor... $60.00/$50.00
Fine ............$
Costs per year ............$ 600
Restitution ............$ TBA
Attorney fees  retained ............$ —
State Minimum Costs -
Felony $60.00/Serious, Specified Misd $45.00/Simple Misd $40.00...$
(per convicted count, not per case) MCL 769.1j

Total ............$____

5B. ☐ Total amount due as shown in 5A, shall be paid in installments of $____ per ____ starting on ____ and shall be paid in full by the due date on the judgement of sentence unless otherwise ordered. Fines, costs, and fees not paid within 56 days of the date owed are subject to a 20% late penalty on the amount owed. If a cash bond/bail was personally posted by the defendant, payment toward the total is to first be collected out of that bond/bail and allocated as specified under MCL 775.22.

5C. ☑ Perform ____ hours of Community Service per week  ☐ IN LIEU OF:  ☐ Costs  ☑ Attorney fees  IF unable to pay
6. Pay a supervision fee to the Department of Corrections in the amount of $ 60. The fee is payable immediately and applies to all delayed sentences. A supervision fee may not be ordered or collected for defendants whose judgement of guilt has been deferred under MCL 750.350a.
☐ Total amount due may be paid in installments of $ 10 per mo starting on ____ payable to the State of Michigan.
7. ☐ Serve ____ of the probation period in ☐ WCJ ☐ HWH ☐ SAI (Boot Camp) ☐ Tether [____] Days credit
8. ☐ Enrollment/continue educational/vocational training.  ☐ obtain GED
9. ☐ Seek and maintain employment  ☐ full time  ☐ part time
10. ☐ Undergo periodic urinalysis upon request of the probation officer.  ☐ Non prescribed drugs of alcohol
11. ☐ Participate in psychological evaluation and, if indicated treatment as directed by probation officer.
12. ☐ Undergo substance abuse counseling and treatment until medically released.  ☐ In-Patient  ☐ Out-Patient
13. ☐ Alcoholics Anonymous/Narcotics Anonymous treatment.  ☐ 90 meetings for 90 days; then 5 meetings each week for one year, then 4 meetings each week thereafter and show proof of attendance to probation agent on demand.
14. ☐ Participate in counseling required by MCL 333.5129(3) HIV
15. Probation Violation  ☐ all previous conditions remain in effect  ☐ added costs for violation $____
16. ☐ Other ____

Failure to comply with this order may result in a revocation of probation and incarceration.

Date: 4-13-09    Judge: ____    Bar No.: 32-771

I have read or heard the above order of probation and have received a copy. I understand and agrees to comply with this order.

Date: 4-13-09    Defendant Signature

If the judgement of guilt is deferred as stated above, the clerk of the court shall send a photo copy of this order to the Michigan State Police Central Records Division to create a criminal history record as required under MCL 7__.16a, MCL 600.4803, MCL 769.1a; MSA 28.1073, MCL 771.1 et seq., MCL 775.22;MSA 28.1259, MCL 780.826; MCL 905; MSA 28.1287 (826), MC. 3.445