# EXHIBIT 4

**From:** Donald Hall [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3628CD39B8854F9ABFAC6E633D5268DD-DONALD HALL]
**Sent:** Thursday, July 27, 2023 9:59 AM
**To:** DCWEB@co.galveston.tx.us[DCWEB@co.galveston.tx.us]
**Subject:** Felony Conviction Information

Good morning,

My name is D.J. Hall and I am an Elections Assistant with the Tennessee Secretary of State's Office, Division of Elections. I am reaching out to inquire about a felony conviction in Galveston County for an individual attempting to register to vote here in Tennessee.

███████████, DOB ██████, indicated on his voter registration application that he was convicted of Burglary in Galveston County between 1969 and 1972. Mr. ████ said that he did not have any documentation from that conviction, nor did he seem to know the date or any other information regarding it. After a search of the courts websites, I was only able to find a number of misdemeanor cases for Mr. ████, but nothing showing a felony in the date range he indicated.

Due to the date and nature of the crime he indicated he was convicted of, I am unable to determine if he is eligible to vote under Tennessee state law, as individuals convicted of "infamous" crimes before January 15, 1973 (of which burglary was generally one) are not eligible to register without a court order restoring their rights or a pardon. However, if he was not declared infamous, he would in fact be eligible to register to vote, barring any other felony convictions.

I am hoping that our office may obtain a copy of the judgment for Mr. ████'s felony case if someone from your office is able to locate it. I would appreciate any assistance you can provide in this matter or if you could direct me to someone in your office that may be able to help.

Best regards,

D.J.

**D.J. Hall**
Elections Assistant
Division of Elections
Office of Tennessee Secretary of State Tre Hargett
312 Rosa L. Parks Ave., 7th Floor
William R. Snodgrass Tower
Nashville, TN 37243
Phone: (615) 253-4589
Fax: (615) 741-1278
Donald.Hall@tn.gov

This electronic mail may be subject to the Tennessee Public Records Act, Tenn. Code Ann. §10-7-503 et seq. Any reply to this email may also be subject to this act.

The mission of the Office of the Secretary of State is to exceed the expectations of our customers, the taxpayers, by operating at the highest levels of accuracy, cost-effectiveness, and accountability in a customer-centered environment.

Secretary of State Social Media Links:
www.facebook.com/TennesseeSecretaryofState
www.facebook.com/TNStateLibraryArchives/timeline

DEF001928