# EXHIBIT 5

**From:** Amanda Joslin [aljoslin@mcgtn.net]
**Sent:** Monday, June 5, 2023 3:03 PM
**To:** Donald Hall
**Subject:** [EXTERNAL] *SECURE EMAIL* COR for JAMES O. HEAD
**Attachments:** 20230605145327.pdf

**\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. \*\*\***

DJ,

I have attached the paperwork for Mr. ▇▇▇. Because the crime(s) are from 1972, the clerk's office did attach his Order of Discharge from Probation to each set. She called probation and was told that they no longer have those records because of it being 50+ years ago. Hopefully a copy of that order will suffice for section 2? There was also the question if he lost his right to vote at all. He may have for the Burglary charge but we don't believe he did for the Attempt to Commit a Felony charge. Anyway, please let me know if you need anything further on this one.

Thanks,

Amanda L. Joslin
Sr. Deputy Clerk
(931)648-5707



Division of Elections
Secretary of State Tre Hargett



**State of Tennessee**
312 Rosa L. Parks Avenue, 7th Floor
Nashville, Tennessee 37243
615-741-7956

**CERTIFICATE OF RESTORATION OF VOTING RIGHTS**
for Persons Convicted of a Felony on or after May 18, 1981

This includes any federal or state felony conviction both within Tennessee or from another state.

---

*TO BE COMPLETED BY AN AGENT OF THE PARDONING AUTHORITY, AN AGENT OR OFFICER OF THE INCARCERATING AUTHORITY, OR A PROBATION/PAROLE OFFICER OR AGENT OF THE SUPERVISING AUTHORITY. A SEPARATE FORM MUST BE COMPLETED FOR EACH FELONY CONVICTION WITH A DIFFERENT DOCKET/CASE NUMBER. THE PERSON CONVICTED OF THE FELONY OFFENSE MAY NOT COMPLETE THIS FORM.*

1. I hereby certify that the following information is true and correct:
   a. Applicant's Name: _____ (First) _____ (Middle) _____ (Last)
   b. Applicant's County of Residence: Montgomery   c. Applicant's Phone Number: _____
   d. Felony Conviction: Burglary
   e. Month/Day/Year of Conviction: 3-07-1972   f. TOMIS ID: (if applicable) _____
   g. Date of Birth: _____   h. Soc. Sec. No.: _____

2. On the _____ day of _____, _____   *(check one)*
   - ☐ The above individual received a pardon which contained no special conditions pertaining to the right of suffrage. A copy of said pardon is attached hereto; *or*
   - ☐ The maximum sentence imposed for such infamous crime has been served by the above individual; *or*
   - ☐ The maximum sentence imposed for such infamous crime has expired; *or*
   - ☐ The above individual has been granted final release from incarceration or supervision from either the United States Probation/Parole, a state Board of Probation/Parole, the Department of Correction, or county correction authorities.

   Signature: _____   Date: _____
   Printed Name: _____   Title: _____
   Address: _____   Phone Number: _____

3. I hereby certify that the following is true and correct:   *(check one)* # _____
   - ☒ The court did not order the above individual to pay any restitution as part of his or her sentence; *or*
   - ☐ All of the restitution ordered by the court as a part of the sentence for the above individual has been paid; *or*
   - ☐ For Federal Convictions Only, 18 U.S.C. § 3613(b) applies in this case and therefore the liability to pay has expired; *or*
   - ☐ Restitution ordered by the court is owed.

   Signature: Debbie LaPointe   Date: 6-05-2023
   Printed Name: Debbie LaPointe   Title: Assistant Chief Deputy, Circuit Court Clerks Office
   Address: 2 Millennium Plaza, Ste 115, Clarksville, TN 37040   Phone Number: 931-648-5700 ext 11105

4. I hereby certify that the following is true and correct:   *(check one)*
   - ☐ The court did not order the above individual to pay any court cost as part of his or her sentence; *or*
   - ☑ All court cost assessed against the above individual has been paid; *or*
   - ☐ The court has made a finding at an evidentiary hearing that the above individual is indigent at the time of application; *or*
   - ☑ Court costs ordered by the court are owed. *DL*

   Signature: Debbie LaPointe   Date: 6-05-2023
   Printed Name: Debbie LaPointe   Title: Assistant Chief Deputy
   Address: 2 Millennium Plaza, Ste. 115, Clarksville, TN 37040   Phone Number: 931-648-5700 ext 11105

SS-3041 (Rev. 3/20)   SEE REVERSE FOR INSTRUCTIONS   RDA S836-1

STATE OF TENNESSEE

VS: ▇ Burglary    "JUDGMENT OF COURT"

▇

    Comes the Attorney General on behalf of the State and the defendants in person, and by counsel, John Mitchell, and he, being arraigned at the bar, pleads Guilty as charged in the indictment and whereupon to try this cause the defendants place themselves upon the mercy of the Court without the intervention of the Jury.

    Whereupon, after hearing the proof, and after due consideration of the cause the Court finds the defendants guilty of Burglary and fix their punishment at confinement in the State Penitentiary for a period of three (3) years.

    Thereupon, the Court sentenced the defendants, ▇, to serve Three (3) years in the State Penitentiary for the offense of Burglary and to pay the cost of their prosecution for which execution may issue.

    It is further ordered that said Penitentiary sentence be suspended and the defendants placed on probation for a period of Five (5) years, subject to the terms and conditions set forth in Minute Book No. 39 Page, No. 566 in the minutes of this Court, a copy of which terms and conditions has been delivered to the defendant.     3/7/72

Form 303

STATE OF TENNESSEE

| | |
|---|---|
| STATE OF TENNESSEE | In the __Criminal__ Court |
| vs | of __Montgomery__ County |
| ▐▐▐▐▐▐▐▐▐▐ | No. ▐▐▐▐▐▐▐▐▐▐ |

## ORDER OF DISCHARGE FROM PROBATION

It appearing to the Court that ▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐, who has been on probation by order of this Court since __3-7-72__, and it being the opinion of this Court that his discharge from probation upon completion of the maximum period of probation would be compatible with the welfare of society and the suspension of sentence entered by this Court on __3-7-72__, should be terminated pursuant to Section 40-2901, T.C.A., it is by the Court on __3-7-75__, ordered that ▐▐▐▐▐▐▐▐▐▐▐▐▐▐ be unconditionally discharged from probation.

_____
JUDGE

**Division of Elections**
Secretary of State Tre Hargett



**State of Tennessee**
312 Rosa L. Parks Avenue, 7th Floor
Nashville, Tennessee 37243
615-741-7956

**CERTIFICATE OF RESTORATION OF VOTING RIGHTS**
**for Persons Convicted of a Felony on or after May 18, 1981**

This includes any federal or state felony conviction both within Tennessee or from another state.

---

*TO BE COMPLETED BY AN AGENT OF THE PARDONING AUTHORITY, AN AGENT OR OFFICER OF THE INCARCERATING AUTHORITY, OR A PROBATION/PAROLE OFFICER OR AGENT OF THE SUPERVISING AUTHORITY. A SEPARATE FORM MUST BE COMPLETED FOR EACH FELONY CONVICTION WITH A DIFFERENT DOCKET/CASE NUMBER. THE PERSON CONVICTED OF THE FELONY OFFENSE MAY NOT COMPLETE THIS FORM.*

1. I hereby certify that the following information is true and correct:
   a. Applicant's Name: _____ (First) _____ (Middle) _____ (Last)
   b. Applicant's County of Residence: __Montgomery__   c. Applicant's Phone Number: _____
   d. Felony Conviction: __Attempt to Commit a Felony__
   e. Month/Day/Year of Conviction: __3-07-1972__   f. TOMIS ID: (if applicable) _____
   g. Date of Birth: _____   h. Soc. Sec. No.: _____

2. On the _____ day of _____, _____ *(check one)*
   ☐ The above individual received a pardon which contained no special conditions pertaining to the right of suffrage. A copy of said pardon is attached hereto; *or*
   ☐ The maximum sentence imposed for such infamous crime has been served by the above individual; *or*
   ☐ The maximum sentence imposed for such infamous crime has expired; *or*
   ☐ The above individual has been granted final release from incarceration or supervision from either the United States Probation/Parole, a state Board of Probation/Parole, the Department of Correction, or county correction authorities.

   Signature: _____   Date: _____
   Printed Name: _____   Title: _____
   Address: _____   Phone Number: _____

3. I hereby certify that the following is true and correct:   *(check one)* # _____
   ☒ The court did not order the above individual to pay any restitution as part of his or her sentence; *or*
   ☐ All of the restitution ordered by the court as a part of the sentence for the above individual has been paid; *or*
   ☐ For Federal Convictions Only, 18 U.S.C. § 3613(b) applies in this case and therefore the liability to pay has expired; *or*
   ☐ Restitution ordered by the court is owed.

   Signature: __Debbie LaPointe__   Date: __6-05-2023__
   Printed Name: __Debbie LaPointe__   Title: __Assistant Chief Deputy, Circuit Court Clerks Office__
   Address: __2 Millennium Plaza, Ste.115, Clarksville, TN 37040__   Phone Number: __931-648-5700 ext 11105__

4. I hereby certify that the following is true and correct:   *(check one)*
   ☐ The court did not order the above individual to pay any court cost as part of his or her sentence; *or*
   ☒ All court cost assessed against the above individual has been paid; *or*
   ☐ The court has made a finding at an evidentiary hearing that the above individual is indigent at the time of application; *or*
   ☒ Court costs ordered by the court are owed.

   Signature: __Debbie LaPointe__   Date: __6-05-2023__
   Printed Name: __Debbie LaPointe__   Title: __Assistant Chief Deputy, Circuit Court Clerks Office__
   Address: __2 Millennium Plaza, Ste.115, Clarksville, TN 37040__   Phone Number: __931-648-5700 ext 11105__

SS-3041 (Rev. 3/20)   SEE REVERSE FOR INSTRUCTIONS   RDA S836-1

STATE OF TENNESSEE

VS: ███ Violation Bank    "NOL PROSS ON COST"
         CHECK Law

███

Came the Attorney General on behalf of the State and the defendant, in person and by counsel, when the Attorney General moved the Court to allow a Nolle Prosequi to enter in this cause, upon the payment of all the costs, which motion after due consideration of the Court was allowed and it was ordered by the Court that the cause be nolle prossed upon all payment of costs, and that the defendant be held in custody until said costs are paid, secured or worked out.    3/7/72


STATE OF TENNESSEE

VS: ███ Burglary    "JUDGMENT OF COURT"

███

Came the Attorney General on behalf of the State and the defendants in person, and by counsels, Jack Mitchell and Douglas Parker, and they, being arraigned at the bar, pleads Guilty to an attempt to commit a felony, the State waiving the graver charge, and whereupon to try this cause the defendants place themselves upon the mercy of the Court without the intervention of the Jury.

Whereupon, after due consideration of the cause, the Court finds the defendant guilty of an attempt to commit a felony and fix their punishment at confinement in the County Workhouse for a period of Eleven months and twenty-nine days at hard labor, and that

Whereupon, it was ordered by the Court that the defendants be taken to the County Workhouse and there confined for a period of Eleven months and twenty-nine days at hard labor and that they pay the costs of this cause for all of which execution may issue.    3/7/72

Form 303

STATE OF TENNESSEE

STATE OF TENNESSEE          In the ___Criminal___ Court

vs                          of ___Montgomery___ County

[REDACTED]                  No. [REDACTED]

ORDER OF DISCHARGE FROM PROBATION

It appearing to the Court that ___[REDACTED]___, who has been on probation by order of this Court since ___3-7-72___, and it being the opinion of this Court that his discharge from probation upon completion of the maximum period of probation would be compatible with the welfare of society and the suspension of sentence entered by this Court on ___3-7-72___, should be terminated pursuant to Section 40-2901, T.C.A., it is by the Court on ___3-7-75___, ordered that ___[REDACTED]___ be unconditionally discharged from probation.

_____
JUDGE