# EXHIBIT 7

# Tennessee Secretary of State
# Tre Hargett



Elections Division
312 Rosa L. Parks Avenue, 7th Floor
Nashville, Tennessee 37243-1102

Mark Goins
Coordinator of Elections

615-741-7956
Mark.Goins@tn.gov

Tuesday, April 19, 2022

Ms. Martie Davis
Hickman County Election Commission
114 North Central Ave
Suite 201
Centerville, TN 37033-1423

Dear Ms. Davis:

   Our office has verified that the below individual has the following felony conviction(s):

**Name**

███████████████████

| **Date of Conviction** | **Conviction** |
| --- | --- |
| 02/22/73 | Sell Controlled Substance (Hallucinogen Sell PCP) x 2 |
| 02/22/73 | Sell Controlled Substance (Marijuana Sell) |

   Because the above conviction(s) occurred between January 15, 1973 and May 17, 1981, the above individual did not lose his or her right to vote. Therefore, this individual is eligible to register to vote. Please be advised that if the above individual has additional felony convictions not listed or is convicted of a felony offense after the date of this letter, he or she will be purged from the county's voter registration rolls and will no longer be eligible to vote in Tennessee pursuant to Tenn. Code Ann. § 40-20-112.

   Please contact me if I may provide any additional information.

Sincerely,

*Mark K. Goins*

Mark K. Goins
Coordinator of Elections

MKG:jcl

**1** Are you a citizen of the United States? ☐ Yes ☐ No
Will you be 18 years of age or older on or before Election Day? ☐ Yes ☐ No
**If you answered "No" in response to either of the above, do not complete this form.**

FOR COUNTY ELECTION COMMISSION USE ONLY
Mail _____ Reg # _____ Approved _____
Effective Date _____ P/A _____
District _____ Precinct _____ Ward _____

**2** LAST NAME [redacted] SUFFIX **3** SEX ☒ M ☐ F **4** RACE (OPTIONAL)

**5** ADDRESS WHERE YOU LIVE (DO NOT GIVE A P.O. BOX) [redacted] APT # CITY COUNTY STATE ZIP CODE

**6** ADDRESS WHERE [redacted] E-MAIL (OPTIONAL)

**8** DATE OF BIRTH [redacted] CITY AND STATE OF BIRTH SOCIAL SECURITY # (required under T.C.A. § 2-2-116 for purposes of identification and to avoid duplicate registration) **9** [redacted]

**10** NAME AND ADDRESS ON LAST VOTER REGISTRATION
NAME _____ ADDRESS _____
CITY _____ COUNTY _____ STATE _____ ZIP _____

**11** VOTER DECLARATION: I, being duly sworn on oath (or affirmation) declare that the above address is my legal residence and that I plan to remain at such residence for an undetermined period of time and say that to the best of my knowledge and belief all of the statements made by me are true.

                          Yes   No
1. Are you a resident of the State of Tennessee? ☒ ___
2. Have you ever been convicted of a crime which is a felony in this state, by a court in this state, a court in another state, or a federal court? ___ ☒

**12** WARNING: Giving false information to register to vote or attempting to register when not qualified is a felony punishable by not less than two (2) years nor more than twelve (12) years imprisonment or a fine of $5,000 or both.

X [redacted signature]     4/4/2022
Signature (or mark) of Applicant     Date
*If applicant is unable to sign, provide signature of person who signed for applicant.*

_____
Signature of Person Assisting

Address _____

ss-3010 (Rev. 10/15)

 

**TENNESSEE BUREAU OF INVESTIGATION**
ATTN: TORIS
901 R.S. Gass Boulevard
Nashville, Tennessee 37216-2639
(615) 744-4057
Facsimile (615) 744-4289

Bill Lee
Governor

David B. Rausch
Director

04/13/2022

CRYSTAL A HICKS
7671 OPOSSUM HO;LLOW RD
LYLES TN 37098

Tennessee Criminal History Records Request

Attached is the response to your request for a criminal history record check on the following individual in which Tennessee information was found. NOTE: All aliases submitted have been searched.

███████████████████████

**Please be aware that, unless a fingerprint comparison is performed, it is impossible for the Tennessee Bureau of Investigation to be sure the record belongs to the individual you requested.** A fingerprint comparison will only be performed in the event of a written appeal of criminal history results. The information you receive will be based on only those arrests which occurred within the state of Tennessee.

The Tennessee Bureau of Investigation found Tennessee criminal history based on the information provided. No criminal record check was conducted for other states or for the Federal Bureau of Investigation.

Tennessee Open Records Information Services
Tennessee Bureau of Investigation
901 R.S. Gass Blvd.
Nashville, TN 37216

INTERNATIONALLY ACCREDITED SINCE 1994



THIS RECORD IS BASED ONLY ON THE SID OR FBI NUMBER IN YOUR REQUEST (
202282 ) BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW
COPY SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE. USE OF THE
FOLLOWING RECORD IS REGULATED BY LAW. IT IS FURNISHED FOR OFFICIAL USE
ONLY AND SHOULD ONLY BE USED FOR THE PURPOSE REQUESTED. WHEN
EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE DIRECTLY
WITH THE AGENCY THAT CONTRIBUTED THE FINGERPRINTS. (TBI; 2005-06-28)

************************* IDENTIFICATION *************************

SUBJECT NAME(S)

[REDACTED]

SUBJECT DESCRIPTION

SOCIAL SECURITY NUMBER
MATCH

| | | |
|---|---|---|
| SEX | RACE | SKIN TONE |
| MALE | WHITE | UNKNOWN |
| HEIGHT | WEIGHT | DATE OF BIRTH |
| 6'01" | 150 | [REDACTED] |
| HAIR COLOR | EYE COLOR | |
| BROWN | BLUE | |

PLACE OF BIRTH
TN

************************* CRIMINAL HISTORY *************************

=============================== CYCLE 001 ===============================
TRACKING NUMBER          [REDACTED]
EARLIEST EVENT DATE      1973-02-22
-------------------------------------------------------------------------
CORRECTIONS              (CYCLE 001)
CORRECTIONS AGENCY       TN019015C CHARLES B BASS CORRECTIONAL CO
SUBJECT'S NAME           [REDACTED]
CORRECTIONAL ID NUMBER   [REDACTED]
CORRECTION ACTION        RECEIVED-3 YEARS
CORRECTION COMMENT       SELL CONTROLLED SUBSTANCE
SENTENCE TYPE            FELONY CONVICTED
=============================== CYCLE 002 ===============================
TRACKING NUMBER          [REDACTED]
EARLIEST EVENT DATE      1972-07-08
-------------------------------------------------------------------------
ARREST DATE              1972-07-08
ARREST CASE NUMBER       [REDACTED]
ARRESTING AGENCY         TN0190100 METROPOLITAN NASHVILLE PD
SUBJECT'S NAME
OFFENDER ID NUMBER       [REDACTED]
CHARGE NUMBER
CHARGE LITERAL           POSSESS CONTROLLED SUBSTANCE
COUNTS                   1
SEVERITY                 UNKNOWN
=============================== CYCLE 003 ===============================
TRACKING NUMBER          [REDACTED]
EARLIEST EVENT DATE      1972-06-16
-------------------------------------------------------------------------
ARREST DATE              1972-06-16
ARREST CASE NUMBER       202282
ARRESTING AGENCY         TNTBI0000 TENNESSEE BUREAU OF INV
SUBJECT'S NAME
OFFENDER ID NUMBER       [REDACTED]

```
CHARGE NUMBER              ███████████
CHARGE LITERAL             MARIJUANA-SELL
COUNTS                     1
SEVERITY                   UNKNOWN
=============================== CYCLE 004 ===============================
TRACKING NUMBER            ███████████
EARLIEST EVENT DATE        1972-06-16
-------------------------------------------------------------------------
ARREST DATE                1972-06-16
ARREST CASE NUMBER         ███████████
ARRESTING AGENCY           TNTBI0000 TENNESSEE BUREAU OF INV
SUBJECT'S NAME
OFFENDER ID NUMBER         ███████████
CHARGE NUMBER
CHARGE LITERAL             HALLUCINOGEN-SELL-PCP
COUNTS                     2
SEVERITY                   UNKNOWN
=============================== CYCLE 005 ===============================
TRACKING NUMBER            ███████████
EARLIEST EVENT DATE        1972-06-16
-------------------------------------------------------------------------
COURT DISPOSITION          (CYCLE 005)
COURT AGENCY               TNTBI0000 TENNESSEE BUREAU OF INV
SUBJECT'S NAME             ███████████
CHARGE                     1
CHARGE LITERAL             HALLUCINOGEN SELL PCP
CHARGE DESCRIPTION         UNKNOWN
COUNTS                                 2
DISPOSITION                (SENT 3 YRS TSP ; )
=============================== CYCLE 006 ===============================
TRACKING NUMBER            ███████████
EARLIEST EVENT DATE        1972-06-16
-------------------------------------------------------------------------
COURT DISPOSITION          (CYCLE 006)
COURT AGENCY               TNTBI0000 TENNESSEE BUREAU OF INV
SUBJECT'S NAME             ███████████
CHARGE                     2
CHARGE LITERAL             HALLUCINOGEN SELL PCP
CHARGE DESCRIPTION         UNKNOWN
COUNTS                                 2
DISPOSITION                (SENT 3 YRS TSP ON 2ND CT TO RUN CONCURR ; )
=============================== CYCLE 007 ===============================
TRACKING NUMBER            ███████████
EARLIEST EVENT DATE        1972-06-16
-------------------------------------------------------------------------
COURT DISPOSITION          (CYCLE 007)
COURT AGENCY               TNTBI0000 TENNESSEE BUREAU OF INV
SUBJECT'S NAME             ███████████
CHARGE                     3
CHARGE LITERAL             MARIJ SELL
CHARGE DESCRIPTION         UNKNOWN
COUNTS                                 2
DISPOSITION                (SENT 1 YR TSP TO RUN CONCURR 1-5 YRS TSP ; )

  * * * END OF RECORD * * *

#########################################################################
```

| From: | Jessica Lim |
|---|---|
| To: | Marti Davis |
| Subject: | Voter Eligibility - ▮ |
| Date: | Tuesday, April 19, 2022 11:44:00 AM |
| Attachments: | ▮ |

Martie,

I've attached for your records an eligibility letter for ▮▮▮ The documentation provided by ▮▮ confirm that his only felony convictions were during the 1973-1981 "grace period." He therefore does not have to get his voting rights restored and is eligible to register and vote.

Normally I require some type of documentation confirming the felony conviction, and I would not necessarily accept a TBI/FBI Background check. Among other reasons, the TBI background check dates do not necessarily show the exact dates of conviction and the offense. However, I have been working with ▮▮ and his daughter, ▮▮, for about a month and know they have tried unsuccessfully to get the documentation from the Williamson County Criminal Court and the Davidson County Criminal Court. Moreover, ▮▮ only convictions are for drug crimes. Even if his felony conviction fell before the 1973-1981 grace period, drug convictions are not one of the "infamous" crimes listed for the pre-1973 category convictions that got their voting rights taken away either.

I know that's a lot of extra information, but just an FYI!

Jessica

**Jessica Cunningham Lim**
Elections Attorney
Division of Elections
Office of Tennessee Secretary of State Tre Hargett
312 Rosa L. Parks Ave., 7th Floor
William R. Snodgrass Tower
Nashville, TN 37243
Phone: (615) 253-4581
Fax: (615) 741-1278
Jessica.Lim@tn.gov

Secretary of State Social Media Links:
www.facebook.com/TennesseeSecretaryofState
www.facebook.com/TNStateLibraryArchives/timeline