# EXHIBIT 8

# Tennessee Secretary of State
## Tre Hargett



Elections Division
312 Rosa L. Parks Avenue, 7th Floor
Nashville, Tennessee 37243-1102

Mark Goins
Coordinator of Elections

615-741-7956
Mark.Goins@tn.gov

Thursday, July 16, 2020

Mr. Mark Stephens
Anderson County Election Commission
100 North Main Street
Room 207
Clinton, TN 37716-3683

Dear Mr. Stephens:

Our office has verified that the below individual has the following felony conviction(s):

**Name**

[redacted]

**Date of Conviction**
05/24/78

**Conviction**
N/A (Carroll Co., Ohio)

Because the above conviction(s) occurred between January 15, 1973 and May 17, 1981, the above individual did not lose his or her right to vote. Therefore, this individual is eligible to register to vote. Please be advised that if the above individual has additional felony convictions not listed or is convicted of a felony offense after the date of this letter, he or she will be purged from the county's voter registration rolls and will no longer be eligible to vote in Tennessee pursuant to Tenn. Code Ann. § 40-20-112.

Please contact me if I may provide any additional information.

Sincerely,

Mark K. Goins

Mark K. Goins
Coordinator of Elections

MKG:jcl

sos.tn.gov
Case 3:20-cv-01039   Document 185-8   Filed 10/10/23   Page 2 of 5 PageID #: 3086

# Jessica Lim

**From:** Jessica Lim
**Sent:** Wednesday, July 15, 2020 3:56 PM
**To:** Tina Price
**Subject:** RE: Restoration of Rights

Tina,

I'm a little confused about this one. Is this someone we have rejected before or was on a felon report? I don't have any information on him.

If he is a new registration who marked "yes" to the felony question, he is not eligible to vote unless I have processed his documentation and send an eligibility letter confirming his only felony conviction was during the grace period. In order to do that, however, I need his full name, DOB, and full SSN. Can you call me to give me that information?

Thanks,

Jessica



DOB:
SSN:

Jessica Cunningham Lim
**Elections Attorney**
**Division of Elections**
**Office of Tennessee Secretary of State Tre Hargett**
312 Rosa L. Parks Ave., 7th Floor
William R. Snodgrass Tower
Nashville, TN 37243
Jessica.Lim@tn.gov
Phone: (615) 253-4581
Fax: (615) 741-1278

This electronic mail may be subject to the Tennessee Public Records Act, Tenn. Code Ann. §10-7-503 *et seq*. Any reply to this email may also be subject to this act.

*The mission of the Office of the Secretary of State is to exceed the expectations of our customers, the taxpayers, by operating at the highest levels of accuracy, cost-effectiveness, and accountability in a customer-centered environment.*

Secretary of State Social Media Links:
www.facebook.com/TennesseeSecretaryofState
www.facebook.com/TNStateLibraryArchives/timeline

**From:** Tina Price <tprice@andersontn.org>
**Sent:** Tuesday, July 14, 2020 10:21 AM
**To:** Jessica Lim <Jessica.Lim@tn.gov>
**Subject:** [EXTERNAL] Restoration of Rights

*** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. ***

Jessica,

We received the following information from the Carroll County, OH clerk regarding ▇▇▇ felony restoration. We have registered him since it falls with the dates when felons didn't lose their rights in Tennessee. Please let me know, if you need additional information.

Thanks,

*Tina Price*

Anderson County Election Commission
100 N. Main Street, Room 207
Clinton, TN 37716
(865) 457-6299

**From:** Kim Eby
**Sent:** Wednesday, April 01, 2020 3:51 PM
**To:** Tina Price <tprice@andersontn.org>
**Subject:** Re: Finding documentation showing a conviction date

Ok

Sent from my iPhone

> On Apr 1, 2020, at 2:10 PM, Tina Price <tprice@andersontn.org> wrote:
>
> Hey Kim,
>
> We sent a rejection letter to ▇▇▇ regarding his felony conviction. They have sent the following information that was received from the Carroll County, OH clerk. I'm not sure if this is acceptable or not since he doesn't have to have a restoration of rights. I have filed his registration form back in the rejection file until you have time to review his situation.
>
> Thanks,
>
> *Tina Price*
>
> Anderson County Election Commission
> 100 N. Main Street, Room 207
> Clinton, TN 37716
> (865) 457-6299
>
> **From:** ▇▇▇
> **Sent:** Wednesday, April 01, 2020 10:46 AM
> **To:** Tina Price <tprice@andersontn.org>
> **Subject:** Fw: Finding documentation showing a conviction date
>
> Re: Voting rights for ▇▇▇

2

As per our 10:40 AM phone call, I am forwarding the information from the Carroll County clerk of courts (Ohio) regarding the felony charges against my husband, ▮▮▮▮▮ He was convicted in 1978, which according to the information you provided, means he did not lose his right to vote. He always voted when we lived in Ohio.

I am his wife, ▮▮▮▮▮ You can reach me at this email address or at my cell phone number ▮▮▮▮▮ I probably won't answer the phone, so be prepared to leave a short message.
Thanks!

All the best,

▮▮▮▮▮

---

**From:** ccclerk@carrollcountyohio.us <ccclerk@carrollcountyohio.us>
**Sent:** Wednesday, April 1, 2020 8:57 AM
**To:** ▮▮▮▮▮
**Subject:** RE: Finding documentation showing a conviction date

Good morning...

No per our website it shows our records only goes back to March 2000 ...

My records show ▮▮▮▮▮ a Bill of Information was filed in this court on February 9, 1978 and he was sentenced in this court on May 24, 1978 ... if there is anything else I can help you with please let me know.

**From:** ▮▮▮▮▮
**Sent:** Monday, March 30, 2020 3:24 PM
**To:** ccclerk@carrollcountyohio.us
**Subject:** Finding documentation showing a conviction date

Hello,

I searched your records through http://50.42.31.132/eservices/home.page.2;jsessionid=43CB0A2923A88395405AF5DED4C9C01E because Tennessee is asking my husband, ▮▮▮▮▮ to show documentation that his conviction date was between 1/15/1973 and 5/17/1981 so he can vote. We previously lived in Ohio and did not have this issue. He believes his conviction date was February 1978, there at the Carroll County Courthouse. I searched around those dates too, but no matches were found. Are you records dating back to 1978 online? Can you suggest anything to help me find the documentation I am looking for? Thanks for any help you can provide.

All the best,

▮▮▮▮▮

<image001.jpg> Virus-free. www.avast.com