# EXHIBIT 9

# Tennessee Secretary of State
## Tre Hargett



Elections Division
312 Rosa L. Parks Avenue, 7th Floor
Nashville, Tennessee 37243-1102

Mark Goins
Coordinator of Elections

615-741-7956
Mark.Goins@tn.gov

Wednesday, April 04, 2018

Ms. Joann Bullion
Humphreys County Election Commission
208 West Wyly Street
Waverly, TN 37185-1547

Dear Ms. Bullion:

Our office has verified that the below individual has the following felony conviction(s):

**Name**

███████████████

| **Date of Conviction** | **Conviction** |
|---|---|
| 05/07/75 | Unarmed Robbery (Michigan) |
| 04/13/79 | Manslaughter (Florida) |

Because the above conviction(s) occurred between January 15, 1973 and May 17, 1981, the above individual did not lose his or her right to vote. Therefore, this individual is eligible to register to vote. Please be advised that if the above individual has additional felony convictions not listed or is convicted of a felony offense after the date of this letter, he or she will be purged from the county's voter registration rolls and will no longer be eligible to vote in Tennessee pursuant to Tenn. Code Ann. § 40-20-112.

Please contact me if I may provide any additional information.

Sincerely,

*Mark K. Goins*

Mark K. Goins
Coordinator of Elections

MKG:asc

sos.tn.gov

IN THE CIRCUIT COURT FOR ORANGE COUNTY, STATE OF FLORIDA

THE STATE OF FLORIDA

VS.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

INFORMATION # ▮▮▮▮▮▮

DIVISION 10

SECOND DEGREE MURDER

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

ROBERT EAGAN, State Attorney of the Ninth Judicial Circuit prosecuting for the State of Florida in Orange County, CHARGES that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ between the 26th day of October, 1978 and the 29th day of October, 1978 in said County and State, did, in violation of Florida Statute 782.04, by an act imminently dangerous to another, and evincing a depraved mind regardless of human life, although without any premeditated design to effect the death of any particular individual, kill and murder ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ by hitting or striking the said ▮▮▮▮▮▮▮▮▮▮ in the head with a blunt object.

STATE OF FLORIDA
COUNTY OF ORANGE

Personally appeared before me Lawson L. Lamar, Assistant State Attorney of the Ninth Judicial Circuit of Florida, who being first duly sworn, says that he certifies that he has received testimony under oath from the material witness or witnesses for the offense and that he institutes the prosecution in good faith.
IN WITNESS WHEREOF, I have hereunto set my hand and seal this 5th day of Dec., 19 78.

Sally A. Kesselman

Notary Public, State of Florida at Large
My Commission Expires Nov. 23, 1980
Bonded By American Fire & Casualty Company

782.04 F1

State of Florida, County of Orange
I hereby certify that the foregoing is a true and correct copy of the instrument filed in this office. Confidential or sensitive information, if any, have been removed per Fla.R.Jud.Admin. 2.420.
...my hand and official seal this 12 day of March, 2018

_____ of the Circuit Court
Deputy Clerk

ROBERT EAGAN, State Attorney
Ninth Judicial Circuit of Florida

Bond $ NONE

SAK    JU

1373159 ORANGE CO., FL
Apr 17 3 15 PM '79
O.R. 3000 PG 604

STATE OF FLORIDA,
Plaintiff,

-vs-

Defendant.

IN The **Circuit** CIRCUIT COURT, CRIMINAL DIV.
OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA

CASE NUMBER ▮

FILED IN OPEN COURT
THIS 13 DAY OF April, 1979
R. P. Kirkland, Clerk
By ▮▮▮ B.C.

## JUDGMENT AND SENTENCE

▮▮▮, being now before the Court, attended by your attorney, _Joel Remland_, and you having (1) been tried and found guilty of (2) pleaded guilty to (3) pleaded nolo contendere to _Manslaughter (F-2)_

the Court Adjudges that you are guilty of said offense, and it is the Sentence of the Law and the Judgment of the Court that you ▮▮▮, be committed to the custody of the DEPARTMENT OF CORRECTIONS (1) Department of Corrections (2) Orange County Jail, to be imprisoned for a term of _fifteen (15) years with credit for 150 days._

and you are further Ordered to pay a fine of $_____, $_____ as required by Sec. 897.20, $_____ as 5% surcharge under Sec. 142.01, and Cost in the amount of $_____.

DONE and ADJUDGED in open Court at _Orlando_, Orange County, Florida this the _13_ day of _April_, 19_79_, pursuant to Rules 3.670 and 3.700 R.Cr.P.

JUDGE

(Fingerprints, if required by Sec. 921.241 Florida Statutes)

*Michael Rooney - April 13, 1979 - 10:10 AM*

I hereby certify that the above and foregoing fingerprints on this judgment are the fingerprints of the defendant, ▮▮▮, and that they were placed thereon by said defendant in my presence in open court this _13_ day of _April_, 19_79_.

State of Florida, County of Orange
I hereby certify that the foregoing is a true and correct copy of the original instrument filed in this office, and in my presence confidential or sealed items, if any, have been removed per Fla. R. Jud. Admin. 2.420.
Witness my hand and official seal this ___ day of _____, 2018.
Tiffany Moore Russell, Clerk of the Circuit Court

By _____ Deputy Clerk

32-11 (11/77)

JUDGE

# STATE OF MICHIGAN
# The Circuit Court for the County of Kent

At a general term of The Circuit Court for the County of Kent continued and held at the Court House in the City of Grand Rapids, in said county, on the **seventh** day of **May** A. D. one thousand nine hundred and **seventy-five.**

Present, HON. **JOHN T. LETTS**
Circuit Judge

The Court here opened for business in due form.

---

**The People of the State of Michigan,**
VS.
[redacted]

Court File No. [redacted]
Information for **UNARMED ROBBERY**
( C.L. 750.530 )

---

In this cause, an information having been duly filed, charging the said respondent with the crime of **UNARMED ROBBERY** and the said respondent being, on motion of the Prosecuting Attorney of the County, arraigned upon such information in open Court, and on said information being read to **him** **pleaded thereto guilty**

And the Court having become satisfied after such investigation and private examination of the respondent as said Court deemed necessary, respecting the nature of the case, and the circumstances of such plea, that said plea was made freely and with full knowledge of the accusation; and without undue influence, and said respondent [redacted] being on motion of the Prosecuting Attorney of the County, arraigned at the Bar in open Court for sentence, and having there been asked by the Court whether **he** had anything to say why judgment should not be pronounced against **him** and answering **briefly,**

Therefore it is ordered and adjudged by the Court now here that said [redacted] be committed to the MICHIGAN CORRECTIONS COMMISSION at the State Prison of Southern Michigan, at Jackson, in this State, for the period of not to exceed **fifteen (15)** years, and not less than **four (4)** years and **no** months, from and including 12/12/74 ~~this day~~, with recommendation.

Circuit Judge

# Mail-In Application For Voter Registration

**You can use this form to:**
- register to vote in Tennessee or to change your name and/or address.

**To register to vote:**
- you must be a U.S. citizen, AND
- you must be a resident of Tennessee, AND
- you must be at least 18 years old on/or before the next election, AND
- you must not have been convicted of a felony, or if you have, your voting rights must have been restored.

☞ **If you register by mail, you must vote in person the first time you vote after registering.**

**MAIL OR HAND DELIVER THIS FORM TO YOUR COUNTY ELECTION COMMISSION.**

Go to: http://tnsos.org/elections/election_commissions.php
to find your County Election Commission address.

E0317007

Are you interested in working on Election Day? ☐ Yes ☐ No

**Instructions / checklist:**
- ☐ Please PRINT with a blue or black **INK** pen (not felt tip).
- ☐ Provide the information below, read and answer the VOTER DECLARATION, and sign by the "X".
- ☐ An application for voter registration must be postmarked or hand delivered to the proper county election commission office at least 30 days before an election.
- ☐ Voter registration records are public records, open to inspection by any citizen of Tennessee, excluding social security numbers.

Names of persons selected for jury service in state court are not chosen from permanent voter registration records. If you are qualified and the information on your form is complete, we will add your name to the county's voter rolls. We will then mail you a voter registration card. This card will tell you where to vote.

*Federal or Tennessee State Government Issued Photo ID Is Required To Vote Unless Exception Applies.*

---

Are you a citizen of the United States? ☒ Yes ☐ No
Will you be 18 years of age on or before election day? ☒ Yes ☐ No
If you answered "No" in response to either of the above, do not complete this form.

| LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | SEX ☒ M ☐ F | RACE (OPTIONAL) |

ADDRESS WHERE YOU LIVE (DO NOT GIVE A P.O. BOX) / APT. # / CITY / COUNTY / STATE / ZIP CODE

ADDRESS WHERE YOU GET YOUR MAIL (IF DIFFERENT THAN ABOVE): Same / E-MAIL (OPTIONAL)

DATE OF BIRTH / CITY AND STATE OF BIRTH / SOCIAL SECURITY # (required under T.C.A. § 2-2-116 for purposes of identification and to avoid duplicate registration) / PHONE #

NAME AND ADDRESS ON LAST VOTER REGISTRATION
NAME _____ ADDRESS _____
CITY _____ COUNTY _____ STATE _____ ZIP _____

**VOTER DECLARATION:** I, being duly sworn on oath (or affirmation) declare that the above address is my legal residence and that I plan to remain at such residence for an undetermined period of time and say that to the best of my knowledge and belief all of the statements made by me are true.

1. Are you a resident of the State of Tennessee? Yes ✓ No ___
2. Have you ever been convicted of a crime which is a felony in this state, by a court in this state, a court in another state, or a federal court? Yes ___ No ✓

WARNING: Giving false information to register to vote or attempting to register when not qualified is a felony punishable by not less than two (2) years nor more than twelve (12) years imprisonment or a fine of $5,000 or both.

Signature (or mark) of Applicant / Date 2-26-18
*If applicant is unable to sign, provide signature of person who signed for applicant.*

Signature of Person Assisting _____
Address _____

ss-3010 (Rev. 5/13)

To: Andrew Dodd
From: JoAnn Bullion, Humphreys County
Date: February 27, 2018
Ref: Felony

I have a letter of clemency for ▮▮▮▮▮▮▮▮ from Florida. Will this take place of the Certificate of restoration form. See attached.

Thank you

JoAnn



# OFFICE OF EXECUTIVE CLEMENCY
## Tallahassee, Florida

## CERTIFICATE OF RESTORATION OF CIVIL RIGHTS

WHEREAS, the Governor with the concurrence of the requisite members of the Cabinet of the State of Florida have filed an Executive Order on ____February 19____, 19 _87_, with the Secretary of the State, in compliance with Article IV, Section 8, Constitution of the State of Florida, which grants

███████████████████████

restoration of civil rights, except the specific authority to possess or own a firearm for any and all felony convictions in the State of Florida and/or restoration of civil rights in the State of Florida for any and all felony convictions in any state other than Florida, or in any United States court or military court for which this person has been duly discharged from imprisonment and/or parole, adult community control or probation, and for which this person has not been heretofore granted clemency.

NOW, THEREFORE, I, the Coordinator of the Office of Executive Clemency, pursuant to said Order, and by virtue of the authority vested in me by the Governor with the concurrence of the requisite members of the Cabinet of the State of Florida, do hereby issue this certificate to

███████████████████████████████████████████████

and the same shall be evidence to all persons that this person is restored to all civil rights in this State, except the specific authority to possess or own a firearm, lost by reason of any and all felonies this person may have been convicted of in the State of Florida and/or any felony conviction in another state, federal, or military court.

Dated this ___19th___ day of ___February___, A.D., 19 _87_.

*Alice S. Ragsdale*
COORDINATOR

To: Andrew Dodd
From: JoAnn Bullion, Humphreys County
Date: February 27, 2018
Ref: Felony

I have a letter of clemency for ▮▮▮▮▮▮▮▮▮▮ from Florida. Will this take place of the Certificate of restoration form. See attached.

Thank you

JoAnn

Tre Hargett, Secretary of State
# State of Tennessee



Division of Elections
312 Eighth Avenue North
William R. Snodgrass Tower, 7th Floor
Nashville, Tennessee 37243

Mark Goins
Coordinator

615-741-7956
Mark.Goins@tn.gov

Thursday, December 17, 2015

Ms. Joann Bullion
Humphreys County Election Commission
208 West Wyly Street
Waverly, TN 37185-1547

Dear Ms. Bullion:

Please be advised that voting rights for the following person(s) in Humphreys County can not be restored until such person(s) satisfies the eligibilty requirement(s) listed below.

| Name | Reason for Denial of Restoration |
|---|---|
| ▬▬▬▬▬▬▬▬ | Incomplete/Insufficient Document(s) |

Sincerely,

*Mark K. Goins*

Mark K. Goins
Coordinator of Elections

MKG:ch

www.tn.gov/sos

Tre Hargett, Secretary of State
# State of Tennessee



Division of Elections
312 Eighth Avenue North
William R. Snodgrass Tower, 7th Floor
Nashville, Tennessee 37243

Mark Goins  
Coordinator

615-741-7956  
Mark.Goins@tn.gov

Thursday, December 17, 2015

Ms. Joann Bullion  
Humphreys County Election Commission  
208 West Wyly Street  
Waverly, TN 37185-1547

Dear Ms. Bullion:

Please be advised that voting rights for the following person(s) in Humphreys County can not be restored until such person(s) satisfies the eligibilty requirement(s) listed below.

| **Name** | **Reason for Denial of Restoration** |
|---|---|
| ▬▬▬▬▬▬▬ | Incomplete/Insufficient Document(s) |

Sincerely,

*Mark K. Goins*

Mark K. Goins  
Coordinator of Elections

MKG:ch



# OFFICE OF EXECUTIVE CLEMENCY
## Tallahassee, Florida

### CERTIFICATE OF RESTORATION OF CIVIL RIGHTS

WHEREAS, the Governor with the concurrence of the requisite members of the Cabinet of the State of Florida have filed an Executive Order on _February 19_, 19 _87_, with the Secretary of the State, in compliance with Article IV, Section 8, Constitution of the State of Florida, which grants

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

restoration of civil rights, except the specific authority to possess or own a firearm for any and all felony convictions in the State of Florida and/or restoration of civil rights in the State of Florida for any and all felony convictions in any state other than Florida, or in any United States court or military court for which this person has been duly discharged from imprisonment and/or parole, adult community control or probation, and for which this person has not been heretofore granted clemency.

NOW, THEREFORE, I, the Coordinator of the Office of Executive Clemency, pursuant to said Order, and by virtue of the authority vested in me by the Governor with the concurrence of the requisite members of the Cabinet of the State of Florida, do hereby issue this certificate to

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

and the same shall be evidence to all persons that this person is restored to all civil rights in this State, except the specific authority to possess or own a firearm, lost by reason of any and all felonies this person may have been convicted of in the State of Florida and/or any felony conviction in another state, federal, or military court.

Dated this _19th_ day of _February_, A.D., 19 _87_.

_Alice S. Ragsdale_
COORDINATOR

**STATE OF TENNESSEE**
**DEPARTMENT OF SAFETY**
NASHVILLE, TN 37243





    3670

TO REGISTER TO VOTE OR TO UPDATE YOUR VOTING RECORDS, FILL OUT AND SEND ENCLOSED FORM TO:

HUMPHREYS CO ELECTION COMM
208 WEST WYLY STREET
WAVERLY, TN 37185-1547

132617104

FOR FURTHER INFORMATION ABOUT VOTER REGISTRATION, CALL:    931.296.6504

---------- CUT ALONG DOTTED LINE AND SUBMIT BOTTOM PORTION TO LOCAL ELECTION COMMISSION ----------

Are you a citizen of the United States? ☒ Yes ☐ No
Will you be 18 years of age on or before election day? ☒ Yes ☐ No
If you answered "No" in response to either of the above, do not complete this form.

| LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | SEX | RACE (OPTIONAL) |
|---|---|---|---|---|---|
| | | | | ☒ M ☐ F | W |

| ADDRESS WHERE YOU LIVE (DO NOT GIVE A P.O. BOX) APT. # | CITY | COUNTY | ZIP CODE |
|---|---|---|---|

| ADDRESS WHERE YOU GET YOUR MAIL (IF DIFFERENT THAN ABOVE) | E-MAIL (OPTIONAL) |
|---|---|
| Same | |

| DATE OF BIRTH | CITY AND STATE OF BIRTH | SOCIAL SECURITY # | (required under T.C.A § 2-2-116 for purposes of identification and to avoid duplicate registration) | |
|---|---|---|---|---|

NAME AND ADDRESS ON LAST VOTER REGISTRATION

| NAME | ADDRESS |
|---|---|
| CITY | COUNTY | STATE | ZIP |

**VOTER DECLARATION:** I, being duly sworn on oath (or affirmation) declare that the above address is my legal residence and that I plan to remain at such residence for an undetermined period of time and say that to the best of my knowledge and belief all of the statements made by me are true.

**WARNING:** Giving false information to register to vote or attempting to register when not qualified is a felony punishable by not less than two (2) years nor more than twelve (12) years imprisonment or a fine of $5,000 or both.

1. Are you a resident of the State of Tennessee?  Yes [X]  No ___
2. Have you ever been convicted of a crime which is a felony in this state, by a court in this state, a court in another state, or a federal court?  Yes ___  No [X]

Signature (or mark) of Applicant _____ Date _____
If applicant is unable to sign, provide signature of person who signed for applicant.

Signature of Person Assisting

# Humphreys County Election Commission
208 West Wyly Street
Waverly, Tennessee 37185
(931) 296-6504 * Fax (931) 296-6509
www.waverly.net/hcec

Date: 12-16-15

To: Cara

From: JoAnn Bullion, Administrator of Elections

Ref: felony

Fax Number _____

Pages including fax cover sheet _____   Denial

Case 3:20-cv-01039   Document 185-9   Filed 10/10/23   Page 14 of 15 PageID #: 3103

# Humphreys County Election Commission
208 West Wyly Street
Waverly, Tennessee 37185
(931) 296-6504 * Fax (931) 296-6509

Date:  December 16, 2015
To:    Cara Harr
From:  JoAnn Bullion, Humphreys County
Re:    ▓▓▓▓▓▓▓▓ restore of Voting Rights

Enclosed are copies of the Executive Clemency and a copy of his Application for voter registration please verify that she is, or is not eligible to register to vote.

Being a convicted felon is the only reason he would be denied registration in Humphreys County.