# EXHIBIT 10

**From:** HCEC Vote [waverly.vote@gmail.com]
**Sent:** Monday, July 3, 2023 8:40 AM
**To:** Donald Hall
**Subject:** [EXTERNAL] felony
**Attachments:** CCF_000025.pdf

**\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. \*\*\***

DEF002342

FROM:

_____

_____

_____

OFFICIAL ELECTION MAIL™
Authorized by the U.S. Postal Service

PLACE STAMP HERE
The Post Office will not deliver without postage.

Voter Registration Document - Please Do Not Delay

TO:

_____ COUNTY ELECTION COMMISSION

_____

_____

_____

## FOR COUNTY ELECTION COMMISSION USE ONLY

Mail _____ Reg # _____ Approved _____ Effective Date _____
P/A _____ District _____ Precinct _____ Ward _____

### TRANSFERRED TO NEW ADDRESS

| New Address (and mailing address if different) | District/Ward/Precinct | Clerk | Date | Additional Information |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DEF002345

# Mail-In Application For Voter Registration



**You can use this form to:**
- register to vote in Tennessee or to change your name and/or address.

**To register to vote:**
- you must be a U.S. citizen, AND
- you must be a resident of Tennessee, AND
- you must be at least 18 years old on/or before the next election, AND
- you must not have been convicted of a felony, or if you have, your voting rights must have been restored.

**If you register by mail, you must vote in person the first time you vote after registering.**

**MAIL OR HAND DELIVER THIS FORM TO YOUR COUNTY ELECTION COMMISSION.**

Go to: http://tnsos.org/elections/election_commissions.php
to find your County Election Commission address.

E0316950

Are you interested in working on Election Day? ☐ Yes ☐ No

**Instructions / checklist:**
- ☐ Please PRINT with a blue or black **INK** pen (not felt tip).
- ☐ Provide the information below, read and answer the VOTER DECLARATION, and sign by the "X".
- ☐ An application for voter registration must be postmarked or hand delivered to the proper county election commission office at least 30 days before an election.
- ☐ Voter registration records are public records, open to inspection by any citizen of Tennessee, excluding social security numbers.

Names of persons selected for jury service in state court are not chosen from permanent voter registration records.
If you are qualified and the information on your form is complete, we will add your name to the county's voter rolls. We will then mail you a voter registration card. This card will tell you where to vote.

**Federal or Tennessee State Government Issued Photo ID Is Required To Vote Unless Exception Applies.**

---

Are you a citizen of the United States? ✓ Yes ☐ No
Will you be 18 years of age on or before election day? ✓ Yes ☐ No
**If you answered "No" in response to either of the above, do not complete this form.**

| LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | SEX ✓M ☐F | RACE (OPTIONAL) |

ADDRESS WHERE YOU LIVE (DO NOT GIVE A P.O. BOX) | APT.# | CITY: McEwen | COUNTY: Humprey | STATE: Tennessee | ZIP CODE

ADDRESS WHERE YOU GET YOUR MAIL (IF DIFFERENT THAN ABOVE) | E-MAIL (OPTIONAL)

DATE OF BIRTH | CITY AND STATE OF BIRTH: Waverly Tenn | SOCIAL SECURITY # (required under T.C.A. § 2-2-116 for purposes of identification and to avoid duplicate registration) | PHONE #

NAME AND ADDRESS ON LAST VOTER REGISTRATION
NAME _____ ADDRESS _____
CITY _____ COUNTY _____ STATE _____ ZIP _____

**VOTER DECLARATION:** I, being duly sworn on oath (or affirmation) declare that the above address is my legal residence and that I plan to remain at such residence for an undetermined period of time and say that to the best of my knowledge and belief all of the statements made by me are true.

1. Are you a resident of the State of Tennessee? Yes ✓ No
2. Have you ever been convicted of a crime which is a felony in this state, by a court in this state, a court in another state, or a federal court? Yes No ✓

**WARNING:** Giving false information to register to vote or attempting to register when not qualified is a felony punishable by not less than two (2) years nor more than twelve (12) years imprisonment or a fine of $5,000 or both.

X _____ Signature (or mark) of Applicant
Date: June 29 2023
*If applicant is unable to sign, provide signature of person who signed for applicant.*

Signature of Person Assisting
Address

ss-3010 (Rev. 9/15)

DEF002344

# INSTRUCTIONS

Instructions to the Agent Completing the Certificate of Restoration:

> *In order to complete any section of this form, the agent must have access to the information being attested to on this form.*

1. In **BOX #1**, the proper authority/agent must provide the requested applicant information.

    NOTE: For 1c, list the crime(s) for which the person was convicted.
    For 1d, list the date the person was convicted for the crime listed in 1c.

2. In **BOX #2**, the proper authority/agent must provide the following information:
    a) Provide the date that corresponds to the box that is checked
    b) Check the appropriate box indicating how the applicant completed their sentence
    c) Provide your signature (print name below signature) and contact information

3. In **BOX #3**, the proper authority/agent must provide the following information:
    a) Check the appropriate box as it relates to any restitution that was or was not assessed to the applicant.
    b) Provide your signature (print name below signature) and contact information.

4. In **BOX #4**, the proper authority/agent must provide the following information:
    a) Check the appropriate box as it relates to any court fines that were assessed to the applicant.
    b) Provide your signature (print name below signature) and contact information.

### Persons convicted of any of the following, cannot have his or her voting rights restored:

- Between July 1, 1986, and June 30, 1996 - first degree murder, aggravated rape, treason, or voter fraud

- Between July 1, 1996, and June 30, 2006 - murder, rape, treason, or voter fraud

- On or after July 1, 2006 – Any of the above, or any degree of murder or rape or any felony offense under TCA Title 39, Chapter 16, parts 1, 4, or 5; or any sexual offense under TCA § 40-39-202(17) or any violent sexual offense under TCA § 40-39-202(25) designated as a felony and where the victim of such offense was a minor

### Instructions to the Applicant Seeking to have His or Her Voting Rights Restored:

- After completion, the original form must be filed with the local county election commission office in the county the applicant desires to register to vote.

---

**NOTICE**
A person is not eligible to apply for a voter registration card and have their voting rights restored unless the person is current in all child support obligations. Before restoring the voting rights of an applicant, the Coordinator of Elections will verify with the Department of Human Services that the applicant does not have any outstanding child support payments or arrearages.

---



**Division of Elections**
Secretary of State Tre Hargett

**State of Tennessee**
312 Rosa L. Parks Avenue, 7th Floor
Nashville, Tennessee 37243
615-741-7956

# CERTIFICATE OF RESTORATION OF VOTING RIGHTS
**for Persons Convicted of a Felony on or after May 18, 1981**
This includes any federal or state felony conviction both within Tennessee or from another state.

> TO BE COMPLETED BY AN AGENT OF THE PARDONING AUTHORITY, AN AGENT OR OFFICER OF THE INCARCERATING AUTHORITY, OR A PROBATION/PAROLE OFFICER OR AGENT OF THE SUPERVISING AUTHORITY. A SEPARATE FORM MUST BE COMPLETED FOR EACH FELONY CONVICTION WITH A DIFFERENT DOCKET/CASE NUMBER. THE PERSON CONVICTED OF THE FELONY OFFENSE MAY NOT COMPLETE THIS FORM.

1. I hereby certify that the following information is true and correct:
   a. Applicant's Name: _____ _____ _____
        (First)           (Middle)          (Last)
   b. Applicant's County of Residence: _____  c. Applicant's Phone Number: _____
   d. Felony Conviction: Sale of Marijuana, Poss W/Int to Sell
   e. Month/Day/Year of Conviction: 4/9/02, 10/30/01    f. TOMIS ID: (if applicable) _____
   g. Date of Birth: [REDACTED]                         h. Soc. Sec. No.: [REDACTED]

2. On the _____ day of _____, _____  *(check one)*
   ☐ The above individual received a pardon which contained no special conditions pertaining to the right of suffrage. A copy of said pardon is attached hereto; *or*
   ☐ The maximum sentence imposed for such infamous crime has been served by the above individual; *or*
   ☐ The maximum sentence imposed for such infamous crime has expired; *or*
   ☐ The above individual has been granted final release from incarceration or supervision from either the United States Probation/Parole, a state Board of Probation/Parole, the Department of Correction, or county correction authorities.

   Signature: _____        Date: _____
   Printed Name: _____     Title: _____
   Address: _____          Phone Number: _____

3. I hereby certify that the following is true and correct:    *(check one)*
   ☑ The court did not order the above individual to pay any restitution as part of his or her sentence; *or*
   ☐ All of the restitution ordered by the court as a part of the sentence for the above individual has been paid; *or*
   ☐ Restitution ordered by the court is owed.

   Signature: Donna Stringer            Date: 6-28-23
   Printed Name: Donna Stringer         Title: Chief Deputy Clerk
   Address: Rm 106 100 N Court Sq       Phone Number: 931-296-24
            Waverly TN 37185

4. I hereby certify that the following is true and correct:    *(check one)*
   ☐ The court did not order the above individual to pay any court cost as part of his or her sentence; *or*
   ☑ All court cost assessed against the above individual has been paid; *or*
   ☐ For Federal Convictions Only, 18 U.S.C. § 3613(b) applies in this case and therefore the liability to pay has expired; *or*
   ☐ The court has made a finding at an evidentiary hearing that the above individual is indigent at the time of application; *or*
   ☐ Court costs ordered by the court are owed.

   Signature: Donna Stringer            Date: 6-28-23
   Printed Name: Donna Stringer         Title: Chief Deputy
   Address: Rm 106 100 N Court Sq       Phone Number: 931-296-
            Waverly TN 37185

SS-3041 (Rev. 4/17)        SEE REVERSE FOR INSTRUCTIONS         RDA S836-1

[SEAL: CLERK OF CIRCUIT & GENERAL SESSIONS COURT, HUMPHREYS COUNTY, TENNESSEE]

# Humphreys County Election Commission
208 West Wyly Street
Waverly, Tennessee 37185
(931) 296-6504 * Fax (931) 296-6509

Date: July 3, 2023
To: Donald Hall
From: JoAnn Bullion, Humphreys County
Re: ███████, Restoration of Voting Rights

Enclosed are a copy of Mr. ███████ Certificate of Restoration and a copy of his Application for voter registration. Please verify that he is, or is not eligible to register to vote.

Being a convicted felon is the only reason he would be denied registration in Humphreys County.