# EXHIBIT 11

**From:** Susie Davenport [sdavenport@warrencountytn.gov]
**Sent:** Thursday, July 27, 2023 4:03 PM
**To:** Donald Hall
**Subject:** [EXTERNAL] Fwd: Felon Restoration Documents and Instructions
**Attachments:** ▮▮▮▮▮▮▮▮▮▮ VR form.pdf

**\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. \*\*\***

DJ,
I sent these two emails to Andrew a few days ago, but I suppose he is covered up, so I am sending them to you. Can you make sure I am understanding these things right, please? Especially, can I register Mrs. ▮▮▮▮?
Thanks,
SusieD


**Susie Davenport**, Administrator of Elections
Warren County Election Commission
201 Locust St, Ste 3
McMinnville, TN 37110
931-473-5834


---------- Forwarded message ---------
From: **Susie Davenport** <sdavenport@warrencountytn.gov>
Date: Fri, Jul 21, 2023 at 12:16 'a0PM
Subject: Re: Felon Restoration Documents and Instructions
To: Andrew Dodd <Andrew.Dodd@tn.gov>


Andrew,
Just making sure I have this right. I have attached a copy of a lady's VR form that I was waiting on a COR for. Her felony is listed on this and it happened in the summer of 1969. Do I understand correctly that I can process this registration 1) without having to have anything else (COR, proof of date of judgement, etc.), and 2) not sending it to DJ?
So, in essence, if what they put on the form is prior to Jan 73 or May 81 (depending on what and when and if it falls in the list of what is permitted and what was current at that time to not lose their right to vote by) we are taking these people at their word that the felonies were what and when they say and they don't have any others? Or am I understanding it wrong?
Thanks,
SusieD

.........

DEF002428

Ok, now I have more questions...1)What other way can a person have their rights of citizenship restored other than by court order? and 2) I have received court orders restoring rights of citizenship previously that would restore them with the exception of owning firearms or running for public office, etc., but sometimes stating specifically that the right of suffrage is restored.  Mark's memo says "full rights of citizenship."   Those would count wouldn't they, or not?
Thanks,
SusieD

On Fri, Jul 21, 2023 at 10:05 'a0AM Andrew Dodd <Andrew.Dodd@tn.gov> wrote:

> All,
>
> Please see the attached documents regarding the felon restoration process:
>
> - Memo with instructions for updated Certificate of Restoration and process
> - Certificate of Restoration SS-3041 (Rev. 7/23)
> - Voter Registration Appeal Request Form SS-3079 (Rev. 7/23)
> - Memo with instructions for processing older felonies
> - Frequently asked questions
>
> If you have information your website, we recommend you link directly to our site at https://sos.tn.gov/elections/guides/restoration-of-voting-rights, which will be updated with the latest information.
>
> If you have any questions, please let us know.
>
> Thanks,
>
> Andrew

Andrew Dodd
HAVA Attorney

Division of Elections

Office of Tennessee Secretary of State Tre Hargett

312 Rosa L. Parks Avenue, 7th Floor
Nashville, TN 37243
(615) 253-4587

This electronic mail may be subject to the Tennessee Public Records Act, Tenn. Code Ann. § 10-7-503. Any reply to this email may also be subject to this act.

*The mission of the Office of the Secretary of State is to exceed the expectations of our customers, the taxpayers, by operating at the highest levels of accuracy, cost-effectiveness, and accountability in a customer-centered environment.*

Secretary of State Social Media Links:

www.facebook.com/TennesseeSecretaryofState

www.facebook.com/TNStateLibraryArchives/timeline

# Tennessee Mail-In Application For Voter Registration

*[Handwritten at top: "Marlon Verne Johnson / Hold for COR"]*

**E1989688**

Are you interested in working on Election Day? ☐ YES ☐ NO

**You can use this form to:**
- register to vote in Tennessee or change your name and/or address.

**To register to vote:**
- you must be a U.S. citizen, AND
- you must be a resident of Tennessee, AND
- you must be at least 18 years old on or before the next election, AND
- If you have had a felony conviction, your eligibility to register and vote depends upon the crime you were convicted of and the date of your conviction. To assist in processing your application, provide the required information in box 4 and any responsive documents you have. For more information about this process, call **1-877-850-4959** or visit **sos.tn.gov/restoration**.

**Instructions/Checklist:**
- ☐ Please PRINT with a blue or black **INK** pen (not felt tip).
- ☐ Provide the information in boxes 1–4 below, read the VOTER DECLARATION in box 5, and sign by the **"X"** in box 5.
- ☐ You must mail or hand deliver this form to your county election commission at least 30 days before an election. Go to **sos.tn.gov/election-commission** to find your county election commission address.
- ☐ To ensure a more confidential mailing process for this form, you can place this application in an envelope addressed to the county election commission.

If you register by mail, you must vote **IN PERSON** the first time you vote after registering.

If you are qualified and the information on your form is complete, we will add your name to the county's voter rolls. We will then mail you a voter registration card. This card will tell you where to vote.

**Names of persons selected for jury service in state court are not chosen from permanent voter registration records.** Voter registration records are public records, open to inspection by any citizen of Tennessee, excluding social security numbers.

**Federal or Tennessee state government-issued photo ID is required to vote unless exception applies.**

---

**Warning:** Knowingly giving false information to register to vote or attempting to register when not qualified is a felony punishable by not less than two (2) years nor more than twelve (12) years imprisonment or a fine of $5,000 or both.

**FOR COUNTY ELECTION COMMISSION USE ONLY**
Mail _____ Reg # _____ Approved _____
Effective Date _____ (P/A)
District _____ Precinct _____ Ward _____

**1 VOTER ELIGIBILITY**
- Are you a citizen of the United States? ☒ YES ☐ NO
- Are you a resident of the State of Tennessee? ☒ YES ☐ NO
- Will you be 18 or older on or before Election Day? ☒ YES ☐ NO

*If you answered "No" in response to any of the above, do not complete this form.*

**2 PERSONAL DETAILS**
Last Name: [redacted]  First Name: [redacted]  Middle Name: [redacted]  Suffix: ___
SSN: [redacted]  Date of Birth: [redacted]  Sex: ☐ M ☒ F  Race (optional): W
Place of Birth (city/state): Youngstown, OH  Phone: [redacted]
Residential Address: [redacted] (no PO box) City: McMinnville
State: [redacted]  Zip Code: [redacted]  County: Warren  Email (optional): ___
Mailing Address (if different): ___

**3 LAST ADDRESS OF VOTER REGISTRATION (if any)**
Name: ___  Address: N/A
City: ___  State: ___  Zip Code: ___  County: ___

**4 FELONY CONVICTION** Have you ever been convicted of a felony? (If expunged, answer "no") ☒ YES ☐ NO *If yes, provide the following information (if known).*
Crime(s): Possession of Weapon  Date (mo./yr.): Summer, 1969
Place (city/state): Battle Creek, MI  Have you received a pardon or had your voting rights restored? ☐ YES ☒ NO *If yes, provide copy of document.*

**5 VOTER DECLARATION:** I, being duly sworn on oath (or affirmation), declare that the above address is my legal residence and that I plan to remain at such residence for an undetermined period of time and say that to the best of my knowledge and belief all of the statements made by me are true.

X [redacted signature]  Date: 9/27/2023
Signature of Applicant

Signature of Person Assisting Applicant  Address of Person Assisting Applicant  ss-3010 (Rev. 07/20)

REMOVE TO EXPOSE ADHESIVE (repeated)

Case 3:20-cv-01039   Document 185-11   Filed 10/10/23   Page 5 of 5 PageID #: 2116

DEF002451