# EXHIBIT 12

**From:** Barbara Staggs [barbarastaggs@sumnercountytn.gov]
**Sent:** Friday, July 28, 2023 3:01 PM
**To:** Donald Hall
**Subject:** [EXTERNAL] Felon Q

**\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. \*\*\***

Sorry to bother you again DJ,

Aleea and I were talking again and if we look at this in another way. The conviction date should not really matter moving forward with this. It would just mean that anyone from this point forward unless they fell in the period of time on the Eligibility to vote form would just have to follow the 2-step process regardless of the conviction date.  That would make it easier if that was the case.  Either way, I would still have to let the circuit court people both in criminal & civil about the new process because people will now be having to go to both sides of the building to get the proper docs if they are from Sumner Co.

There would just be no need to color code the Felon cardstock etc. but everything else including the new Contact letter would still be a good idea.

Also, per a previous email that Aleea got from Jessica while I was in training when we had a person whose Civil Rights were restored in another state and she referred to the process as Citizenship/Civil Rights restoration; probably because that was what the other state was calling it. I thought it would be a good idea to add the /Civil to it if that is ok because I had two recent situations where people were confused by the "Citizenship" term. One was the McMinn co guy who said via phone call that he was allowed to vote in Davidson Co and carry a weapon.  I asked him if he had his Citizenship Rights restored and he was very confused by the term saying he had always been an American.  The other situation was just yesterday when someone came in who just heard that Felons voting rights were taken away on the news.  When we were going over the COR paperwork where it mentions "Rights of Citizenship restored", he thought the same thing.  He was saying he was born and raised in GA and is a citizen etc.

Let me know your thoughts about that as well.  We just thought it would be less confusing to say: Citizenship/Civil.

--Thanks,



**BARB**STAGGS
Election Deputy

 615-452-1456

 355 N. Belvedere Drive #106
Gallatin, TN 37066

 votesumnertn.org

DEF002328