# EXHIBIT 13



# VOTER REGISTRATION APPEAL REQUEST FORM
## State of Tennessee

**Your voter registration application has been rejected because you indicated that you were not eligible to vote in Tennessee. If you would like to appeal the rejection of your voter registration application, you may submit this appeal form to the county election commission office.**

**This appeal form will be presented to the election commission and the election commission's decision will be a final administrative decision. This form must be filed with the county election commission office within ten (10) days of the enclosed notice.**

I, _____, understand that in order to be eligible to vote that I have not been convicted of a felony or if convicted have had my rights properly restored; that I will be eighteen (18) on or before the next election; that I am a United States citizen; and that I am a resident of the State of Tennessee.

By checking all the applicable options below and signing my name, I am swearing (or affirming) that the information I have provided is true, subject to the **WARNING** below as stated.

- ☐ I have not been convicted of a felony;
- ☐ I have been convicted of a felony but:
    - ☐ I have had my voting rights properly restored or my record expunged.
    - ☐ My felony conviction was between January 15, 1973, and May 18, 1981. (I did not lose my voting rights.)
    - ☐ My felony conviction was before January 15, 1973, and the judgment did not declare me infamous. (I did not lose my voting rights.)
- ☐ I am a citizen of the United States;
- ☐ I will be eighteen (18) years of age on or before the next election;
- ☐ I am a resident of the State of Tennessee.

**A copy of the supporting documentation may be included with this appeal to be considered by the election commission.**

**WARNING: Giving false information to register to vote or attempting to register when not qualified is a felony punishable by not less than two (2) years nor more than twelve (12) years imprisonment or a fine of $5,000 or both.**

☐ Your appearance is not required; however, if you would like to appear before the election commission check the box provided.

_____    _____
Signature of Applicant                              Date

*If applicant is unable to sign, provide signature of person who signed for applicant.*

_____    _____
Signature of Person Assisting            Address of Person Assisting

**BELOW INFORMATION FOR ELECTION COMMISSION USE ONLY**

Application ID: _____

☐ The members of the County Election Commission met in an open meeting on _____, 20___, and by a majority vote have found this appeal to be sufficient to allow the applicant to become a registered voter of this county.

☐ The members of the County Election Commission met in an open meeting on _____, 20___, and by a majority vote have NOT found this appeal to be sufficient to allow the applicant to become a registered voter of this county. A written statement of our reasons for doing so is attached and will be forwarded to the applicant.

Case 3:20-cv-01039   Document 185-13   Filed 10/10/23   Page 2 of 2 PageID #: 3121
DEF001097

SS-3079 (Rev. 7/23)                                                                                          RDA SW-13