# EXHIBIT 14

**From:** Beth Henry-Robertson
**To:** "jdavis@cumberlandcountytn.gov"
**Cc:** Joshua Anderson
**Subject:** RE: Cumberland County Felon ▮▮▮▮
**Date:** Wednesday, July 10, 2019 2:13:00 PM
**Attachments:** ▮▮▮▮▮▮ Felon.pdf
image001.png

Jill,

Based on the dates of the conviction you provided, ▮▮▮▮▮ does not have to complete a Certificate of Restoration of Voting Rights (COR). However, before ▮▮▮▮▮ may register to vote, this office must verify that the felony occurred during the grace period, that is, between January 15, 1973 and May 17, 1981.

The court documents which you included in your email are a part of the verification process. Please thank ▮▮▮▮, or whoever gave you the court documents, for providing this information.

Joshua Anderson, who has been processing the CORs, is out of the office this week. However, by copy of this email, I am providing him with what you emailed, and he will follow-up with you on ▮▮▮▮▮'s eligibility to register to vote.

Thank you for sending the evidence of when the felony convictions occurred. Have a great rest of the day.

Beth

----
Beth Henry-Robertson
Assistant Coordinator of Elections



Division of Elections
Office of Tennessee Secretary of State Tre Hargett
312 Rosa L. Parks Avenue, 7th Floor Snodgrass Tower
Nashville, TN 37243
(615) 741-7956 (phone)
(615) 741-1278 (fax)

This electronic mail may be subject to the Tennessee Public Records Act, Tenn. Code Ann. § 10-7-503. Any reply to this email may also be subject to this act.

*The Mission of the Office of the Secretary of State is to exceed the expectations of our customers, the taxpayers, by operating at the highest levels of accuracy, cost-effectiveness, and accountability in a customer-centered environment.*

Secretary of State Social Media Links:
www.facebook.com/TennesseeSecretaryofState
www.facebook.com/TNStateLibraryArchives/timeline

---

**From:** Jill Davis [mailto:jdavis@cumberlandcountytn.gov]
**Sent:** Wednesday, July 10, 2019 12:03 PM
**To:** Beth Henry-Robertson <Beth.Henry-Robertson@tn.gov>

**Subject:** [EXTERNAL] Cumberland County Felon Kearley

**\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. \*\*\***

Hey Beth, I have attached paperwork on ███████████. He had two felonies one in 1974 and the other in 1976 which was in the free period, does he still fill out COR?

Thanks,

*Jill Davis*
Cumberland County
Administrator of Elections
2 South Main Street, Suite 105
Crossville, TN 38555
Phone: 931-484-4919 Fax: 931-456-9409

| From: | Joshua Anderson |
| To: | bcdunaway@tndagc.org |
| Cc: | Beth Henry-Robertson |
| Subject: | ███████ Restoration of Voting Rights |
| Date: | Thursday, June 13, 2019 12:39:18 PM |
| Attachments: | ███████ COR (Redacted).pdf |
| | Tennessee Felony Voting Rights Restoration Process.pdf |

General Dunaway,

I hope my message finds you well. I am contacting you today regarding the Certificate of Restoration of Voting Rights (COR) that we received for ███████████. Beth Henry-Robertson, Assistant Coordinator of Elections, had contacted you by phone and you were kind enough to return her call with your email address included in the message.

Briefly stated, the COR applies to those convicted of a felony after May 18, 1981. Based on the information provided on the attached COR, Mr. ██████ was convicted of Receiving and Concealing Stolen Goods on May 1, 1965. Because of the date and the conviction type, the restoration of Mr. ██████'s voting rights depends on whether at the time of the conviction a judge rendered him "infamous." If the court did not render Mr. ██████ "infamous," this office can advise the county election commission that Mr. ██████ is eligible to vote and a COR is not required. However, if the court rendered Mr. ██████ "infamous," he must obtain a court order restoring his voting rights.

Along with the COR, I have attached to this email a document that provides some details about this process.

If you have any questions, or if I can be of assistance in any way, please contact me or Beth Henry-Robertson who is copied on this email.

Best regards,


**Joshua Anderson**
**Legal Intern**
**Division of Elections**
Office of Tennessee Secretary of State Tre Hargett
Phone (615) 253-4586
joshua.anderson@tn.gov

This electronic mail may be subject to the Tennessee Public Records Act, Tenn. Code Ann. §10-7-503 *et seq.* Any reply to this email may also be subject to this act.


**Our Core Values: Exceptionalism – Collaboration – Integrity – Stewardship**

*The mission of the Office of the Secretary of State is to exceed the expectations of our customers, the taxpayers, by operating at the highest levels of accuracy, cost-effectiveness and accountability in a customer-centered environment.*

Secretary of State Social Media Links:

www.facebook.com/TennesseeSecretaryofState
www.facebook.com/TNStateLibraryArchives/timeline

The information contained in this message may be privileged and confidential. It is intended to be read only by the individual or entity to whom it is addressed or by their designee. If the reader of this message is not the intended recipient, you are on notice that any distribution of this message, in any form, is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete or destroy any and all copies of this message.

DEF 000476



**Division of Elections**
Secretary of State Tre Hargett

**State of Tennessee**
312 Rosa L. Parks Avenue, 7th Floor
Nashville, Tennessee 37243
615-741-7956

# CERTIFICATE OF RESTORATION OF VOTING RIGHTS
### for Persons Convicted of a Felony on or after May 18, 1981
This includes any federal or state felony conviction both
within Tennessee or from another state.

---

*TO BE COMPLETED BY AN AGENT OF THE PARDONING AUTHORITY, AN AGENT OR OFFICER OF THE INCARCERATING AUTHORITY, OR A PROBATION/PAROLE OFFICER OR AGENT OF THE SUPERVISING AUTHORITY. A SEPARATE FORM MUST BE COMPLETED FOR EACH FELONY CONVICTION WITH A DIFFERENT DOCKET/CASE NUMBER. THE PERSON CONVICTED OF THE FELONY OFFENSE MAY NOT COMPLETE THIS FORM.*

1. I hereby certify that the following information is true and correct:
   a. Applicant's Name: ▮▮▮▮▮▮  ▮▮▮▮  ▮▮▮▮▮▮▮
               (First)        (Middle)        (Last)
   b. Applicant's County of Residence: _Putnam_   c. Applicant's Phone Number: ▮▮▮▮
   d. Felony Conviction: _Rec. & Concealing Stolen Goods_
   e. Month/Day/Year of Conviction: _5-1 1965_    f. TOMIS ID: (if applicable) _____
   g. Date of Birth: ▮▮▮▮▮▮    h. Soc. Sec. No.: _____

2. On the _17_ day of _May_, _1965_   *(check one)*
   ☐ The above individual received a pardon which contained no special conditions pertaining to the right of suffrage. A copy of said pardon is attached hereto; *or*
   ☐ The maximum sentence imposed for such infamous crime has been served by the above individual; *or*
   ☒ The maximum sentence imposed for such infamous crime has expired; *or*
   ☐ The above individual has been granted final release from incarceration or supervision from either the United States Probation/Parole, a state Board of Probation/Parole, the Department of Correction, or county correction authorities.

   Signature: _Bryant C. D_    Date: _June 5 2019_
   Printed Name: _Bryant C. Dunaway_   Title: _District Attorney General_
   Address: _1510-A E. Spring St. Cookeville TN_   Phone Number: _931 528-5015_

3. I hereby certify that the following is true and correct:    *(check one)*
   ☒ The court did not order the above individual to pay any restitution as part of his or her sentence; *or*
   ☐ All of the restitution ordered by the court as a part of the sentence for the above individual has been paid; *or*
   ☐ Restitution ordered by the court is owed.

   Signature: _____    Date: _June 6, 2019_
   Printed Name: _Jennifer Wilkerson_   Title: _Circuit Court Clerk_
   Address: _421 E. Spring St, 1C.44A_   Phone Number: _931-526-2060_
   _Cookeville, TN 38501_

4. I hereby certify that the following is true and correct:    *(check one)*
   ☒ The court did not order the above individual to pay any court cost as part of his or her sentence; *or*
   ☐ All court cost assessed against the above individual has been paid; *or*
   ☐ For Federal Convictions Only, 18 U.S.C. § 3613(b) applies in this case and therefore the liability to pay has expired; *or*
   ☐ The court has made a finding at an evidentiary hearing that the above individual is indigent at the time of application; *or*
   ☐ Court costs ordered by the court are owed.

   Signature: _____    Date: _June 6, 2019_
   Printed Name: _Jennifer Wilkerson_   Title: _Circuit Court Clerk_
   Address: _421 E. Spring St, 1C.44A_   Phone Number: _931-526-2060_
   _Cookeville, TN 38501_

SS-3041 (Rev. 4/17)    SEE REVERSE FOR INSTRUCTIONS

DEF000471

[EXTERNAL] Re: [Secure Email]



dkillebrew@sumnercountytn.gov
Fri 4/9, 11:06 AM
Jessica Lim <Jessica.Lim@tn.gov>; dkillebrew@sumnercountytn.gov ⤵

↩ Reply all | ⌄

Jessica,

Could you see if you have anything on ▮▮▮▮▮▮▮▮▮ dob/▮▮▮▮▮▮ SSN ▮▮▮▮▮▮ Chk'd yes to felony question on ovr.

Thanks,
Debbie Killebrew

**DEF000511**

Debra,

Yes, █████████████, with DOB ███████ and SSN you sent by Secure Email, has 3 felony convictions:

- 6/9/1980 – Armed Robbery with Deadly Weapon (Sumner Co)
- 6/9/1980 – Grand Larceny (Sumner Co)
- 10/20/1986 – Cocaine – Sell Sch. II Drugs (Rutherford Co).

He has not had his voting rights restored. Because the two 1980 convictions appear to be in the felony "Grace period," he would just need to get copies of the Judgment Orders from the Sumner County Circuit/Criminal Court to confirm that those are the dates of conviction. For the 1986 conviction, he must get a COR completed.

I hope this helped!

Thanks,

Jessica

**Jessica Cunningham Lim**
**Elections Attorney**
**Division of Elections**
**Office of Tennessee Secretary of State Tre Hargett**
312 Rosa L. Parks Ave., 7th Floor
William R. Snodgrass Tower
Nashville, TN 37243
Jessica.Lim@tn.gov
Phone: (615) 253-4581
Fax: (615) 741-1278

This electronic mail may be subject to the Tennessee Public Records Act, Tenn. Code Ann. §10-7-503 *et seq.* Any reply to this email may also be subject to this act.

*The mission of the Office of the Secretary of State is to exceed the expectations of our customers, the taxpayers, by operating at the highest levels of accuracy, cost-effectiveness, and accountability in a customer-centered environment.*

Secretary of State Social Media Links:
www.facebook.com/TennesseeSecretaryofState
www.facebook.com/TNStateLibraryArchives/timeline

Vicki,

It means that I did not find any record of a felony conviction in the data available to us.

If ▮▮▮▮▮▮▮▮▮▮ affirmatively disclosed a felony conviction in 1979 Craighead County, then he ordinarily would need to provide paperwork on that conviction. I know you said you already called Craighead and Lakehead County, and neither could find anything. You might want to call the AK Department of Corrections or his local parole/probation office to double check. But after that, because it's a close call, I think he would fine to register to vote.

Thanks,
Jessica

Jessica Cunningham Lim
**Elections Attorney**
**Division of Elections**
**Office of Tennessee Secretary of State Tre Hargett**
312 Rosa L. Parks Ave., 7th Floor
William R. Snodgrass Tower
Nashville, TN 37243
Jessica.Lim@tn.gov
Phone: (615) 253-4581
Fax: (615) 741-1278

This electronic mail may be subject to the Tennessee Public Records Act, Tenn. Code Ann. §10-7-503 *et seq*. Any reply to this email may also be subject to this act.

*The mission of the Office of the Secretary of State is to exceed the expectations of our customers, the taxpayers, by operating at the highest levels of accuracy, cost-effectiveness, and accountability in a customer-centered environment.*

Secretary of State Social Media Links:
www.facebook.com/TennesseeSecretaryofState
www.facebook.com/TNStateLibraryArchives/timeline

**From:** Collins, Vicki [mailto:Vicki.Collins@shelbycountytn.gov]
**Sent:** Thursday, September 5, 2019 11:10 AM
**To:** Jessica Lim <Jessica.Lim@tn.gov>
**Subject:** [EXTERNAL]

**\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. \*\*\***

I have email from you that you do not have any felony conviction for ▮▮▮▮▮▮▮▮ dob ▮▮▮▮. So that that mean he's good to register to vote?

*Vicki Collins*
Shelby County Election Commission
157 Poplar Ave.  Ste 137
222-1256
Vicki.collins@shelbycountytn.gov

Dorcas,

Back in November, you emailed me about ███████████, who had felony convictions in Fort Worth, Texas in 1980 (federal) and in Louisiana in 1997 or 1998. He had made some arguments about how he did not need to submit any additional documentation.

Today I *finally* had a chance to speak with Mr. ███████████. For the federal/grace period conviction in Texas, I told him that the documents he sent from the National Archives are sufficient. As you know, we always require a copy of the Judgment to confirm that the conviction indeed fell during the grace period, but the documents show his case documents were destroyed. There is no other way he could get confirmation. The documents also list his case as being filed in 1979, so it's another indicator that his conviction was probably during the grace period. So we will make a slight exception and accept the documents he sent to cover his federal/grace period conviction.

For the Louisiana conviction, I explained to Mr. ██████ that we still need three documents that he should be able to request from the Court: (a) a copy of the Judgment Order showing the date and offense, (b) court documentation showing he paid all court costs, and (c) court documentation showing he paid any restitution or that none was ordered. He seemed to understand and said he would get started requesting those immediately. He also said he received a Pardon. He understood that it wasn't sufficient to restore his voting rights, but I told him that he is welcome to submit a copy of that document as well. The more documentation the better, I always say.

There's no action needed from you at this time. I just wanted to let you know the status. Hopefully you will soon get the other documentation from him. When you do, please re-submit everything to me all together, including the documents from the National Archives regarding his federal/grace period conviction.

Let me know if you have any questions!

Thanks,

Jessica

Jessica Cunningham Lim
**Elections Attorney**
**Division of Elections**
**Office of Tennessee Secretary of State Tre Hargett**
312 Rosa L. Parks Ave., 7th Floor
William R. Snodgrass Tower
Nashville, TN 37243
Jessica.Lim@tn.gov
Phone: (615) 253-4581
Fax: (615) 741-1278

This electronic mail may be subject to the Tennessee Public Records Act, Tenn. Code Ann. §10-7-503 *et seq*. Any reply to this email may also be subject to this act.

*The mission of the Office of the Secretary of State is to exceed the expectations of our customers, the taxpayers, by operating at the highest levels of accuracy, cost-effectiveness, and accountability in a customer-centered environment.*

Secretary of State Social Media Links:
www.facebook.com/TennesseeSecretaryofState
www.facebook.com/TNStateLibraryArchives/timeline

**From:** Dorcas Marcum <dorcas.marcum@whitecountytn.gov>
**Sent:** Monday, November 2, 2020 12:29 PM
**To:** Jessica Lim <Jessica.Lim@tn.gov>
**Subject:** [EXTERNAL] ███████████ - felony question

Jessica,

I'm attaching several emails regarding ████████████.  The first is what I emailed to him back in April with your response regarding his conviction and then the following ones are what I have received from him today and my response.  I think you talked to him after that first email.

Am I correct that there's nothing he can do right now but seems like he's not taking no for an answer.   Could I get your advice when you have a chance please?

Thanks,
Dorcas


--
*Dorcas Marcum, Administrator of Elections*
*White County Election Commission*
*Rm. 215, Courthouse, 1 E. Bockman Way*
*Sparta, Tennessee  38583*
*phone 931-836-3671 - fax 931-837-3672*

Lainny,

I cannot issue a restoration/eligibility letter for a Grace Period conviction unless I have documentation from the Court verifying the conviction fell within 1973 to 1981. Here, ▮▮▮▮▮▮▮ has submitted the opposite – the Rutherford County Court Clerk is stating they do *not* have any documentation verifying a felony conviction in 1977.

The only thing I can do with this documentation is say that, after a reasonably diligent search, I did not find any record of a felony conviction for ▮▮▮▮▮▮, DOB ▮▮▮▮▮▮, with the SSN you provided.

If she is sure she has a felony conviction in 1977, she will need to get some type of documentation from the court where she was convicted to verify her conviction date. Maybe she was convicted in a different county? Maybe it was federal? But if after checking with the court she does not believe it was a felony, she can fill out a new voter registration and mark "no" to the felony question. You can then save that new registration with my email.

Thanks,

Jessica

**Jessica Cunningham Lim**
**Elections Attorney**
**Division of Elections**
**Office of Tennessee Secretary of State Tre Hargett**
312 Rosa L. Parks Ave., 7th Floor
William R. Snodgrass Tower
Nashville, TN 37243
Jessica.Lim@tn.gov
Phone: (615) 253-4581
Fax: (615) 741-1278

This electronic mail may be subject to the Tennessee Public Records Act, Tenn. Code Ann. §10-7-503 *et seq.* Any reply to this email may also be subject to this act.

*The mission of the Office of the Secretary of State is to exceed the expectations of our customers, the taxpayers, by operating at the highest levels of accuracy, cost-effectiveness, and accountability in a customer-centered environment.*

Secretary of State Social Media Links:
www.facebook.com/TennesseeSecretaryofState
www.facebook.com/TNStateLibraryArchives/timeline

**From:** Aletta M. West <amwest@mcgtn.net>
**Sent:** Monday, September 28, 2020 3:46 PM
**To:** Jessica Lim <Jessica.Lim@tn.gov>
**Subject:** [EXTERNAL] Felony Conviction Check [Secure Email]

Jessica,

Attached is a statement from our circuit count office on the listed applicant. She answered YES to the felony question, but when she went to probation and the circuit court they cannot have any records of charges dating back to 1977.

Thanks, Lainny



*Aletta M. West, Asst. AOE*

350 Pageant Ln, Ste. 404 ☑ Clarksville, TN 37043
PO Box 422 ☑ Clarksville, TN 37041-0422
931.648.5707 Office
931.553.5155 Fax

DEF 000570

| | |
|---|---|
| **From:** | Warren Commission |
| **To:** | Jessica Lim |
| **Subject:** | Re: new question--same verse, different song |
| **Date:** | Friday, September 27, 2019 2:32:59 PM |
| **Sensitivity:** | Confidential |

Jessica,

I spoke with my lady who hunts things for me at Warren County CCC.  She did not  find anything on Mr. ▮▮▮▮ from 90 to 97.

SusieD

**From:** Jessica Lim <Jessica.Lim@tn.gov>
**Sent:** Friday, September 27, 2019 1:49 PM
**To:** Warren Commission <Warren.Commission@tn.gov>
**Subject:** RE: new question--same verse, different song

Susie,

I called Marion County, who confirmed they didn't have anything on him. I also called and left a VM for Warren County. If they don't find anything, I'll follow up with you on next steps.

Thanks,

Jessica

Jessica Cunningham Lim
**Elections Attorney**
**Division of Elections**
**Office of Tennessee Secretary of State Tre Hargett**
312 Rosa L. Parks Ave., 7th Floor
William R. Snodgrass Tower
Nashville, TN 37243
Jessica.Lim@tn.gov
Phone: (615) 253-4581
Fax: (615) 741-1278

This electronic mail may be subject to the Tennessee Public Records Act, Tenn. Code Ann. §10-7-503 *et seq*.  Any reply to this email may also be subject to this act.

*The mission of the Office of the Secretary of State is to exceed the expectations of our customers, the taxpayers, by operating at the highest levels of accuracy, cost-effectiveness, and accountability in a customer-centered environment.*

Secretary of State Social Media Links:
www.facebook.com/TennesseeSecretaryofState
www.facebook.com/TNStateLibraryArchives/timeline

**From:** Warren Commission
**Sent:** Thursday, September 26, 2019 4:58 PM
**To:** Jessica Lim <Jessica.Lim@tn.gov>
**Subject:** Re: new question--same verse, different song

**Sensitivity:** Confidential

He has already been to Warren County's Clerk and was told they did not find any record.  I will speak with him tomorrow about what you have told me.  i wasn't thinking about that on probably falling in the grace period!

Thank you.

SusieD

---

**From:** Jessica Lim <Jessica.Lim@tn.gov>
**Sent:** Thursday, September 26, 2019 3:13 PM
**To:** Warren Commission <Warren.Commission@tn.gov>
**Subject:** RE: new question--same verse, different song

Susie,

I did a simple search and did not find a felony conviction for ███████████, DOB ████████, SSN xxx-xx-████. But that does not mean he does not have a felony conviction. The data we receive from Tennessee and federal courts is not perfect, especially for older convictions. It is much more likely the Warren and Marion county court clerks will have documentation, even if they have to go into their archives.

If the court clerks cannot find any information (even in their archives), you should contact me. I will then run the more complex search in all of our databases for any information. If I still do not find anything, we can talk about next steps.

Also, just to clarify – even if he has a felony conviction any time in the 1970s, he does not have to fill out a COR. For convictions before January 15, 1973, he is eligible to vote unless he was convicted of an infamous crime (which would not include a drug charge). For convictions between January 15, 1973 and May 17, 1981, he is still eligible to vote and just needs to submit paperwork showing his conviction date and offense. You said you gave him CORs to take to the court clerks for each of the crimes. If so, you should call and clarify that for his 1970s conviction he just needs a document (like a copy of the judgment order) showing his conviction date and offense.

Thanks,
Jessica

Jessica Cunningham Lim
**Elections Attorney**
**Division of Elections**
**Office of Tennessee Secretary of State Tre Hargett**
312 Rosa L. Parks Ave., 7th Floor
William R. Snodgrass Tower
Nashville, TN 37243
Jessica.Lim@tn.gov
Phone: (615) 253-4581
Fax: (615) 741-1278

This electronic mail may be subject to the Tennessee Public Records Act, Tenn. Code Ann. §10-7-503 *et seq.*  Any reply to this email may also be subject to this act.

*The mission of the Office of the Secretary of State is to exceed the expectations of our customers, the taxpayers, by operating at the highest levels of accuracy, cost-effectiveness, and accountability in a customer-centered environment.*

Secretary of State Social Media Links:
www.facebook.com/TennesseeSecretaryofState
www.facebook.com/TNStateLibraryArchives/timeline

---

**From:** Warren Commission
**Sent:** Thursday, September 26, 2019 1:15 PM
**To:** Jessica Lim <Jessica.Lim@tn.gov>
**Subject:** new question--same verse, different song
**Sensitivity:** Confidential

Jessica,

I have a gentleman who came in this morning who had marijuana charges in the past--one in late 70s and one in early 90s, both in Tennessee--Warren and Marion counties.  He says does not know if they were felonies or not.  The story goes--first time the officer took him to jail and called his father, he went to the judges office, Daddy paid a fine and he was done.  The other time he just paid a fine.  But I don't know for sure if he has a felony conviction, he brought it up, and of course, I don't know what really happened.  I gave him CORs to take to the Court Clerks.  These are old charges and they may well tell him they don't see anything and not fill out the forms.

His name is ████████████, DOB ██████, last four ████.  Can you find anything on him?
SusieD

Susie Davenport, Administrator of Elections
Warren County Election Commission
201 Locust St, Ste 3
McMinnville, TN  37110
931-473-5834

**From:** Donald Hall [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3628CD39B8854F9ABFAC6E633D5268DD-DONALD HALL]
**Sent:** Thursday, July 27, 2023 9:59 AM
**To:** DCWEB@co.galveston.tx.us[DCWEB@co.galveston.tx.us]
**Subject:** Felony Conviction Information

Good morning,

My name is D.J. Hall and I am an Elections Assistant with the Tennessee Secretary of State's Office, Division of Elections. I am reaching out to inquire about a felony conviction in Galveston County for an individual attempting to register to vote here in Tennessee.

███████████████, DOB ████████, indicated on his voter registration application that he was convicted of Burglary in Galveston County between 1969 and 1972. Mr. ████ said that he did not have any documentation from that conviction, nor did he seem to know the date or any other information regarding it. After a search of the courts websites, I was only able to find a number of misdemeanor cases for Mr. ████, but nothing showing a felony in the date range he indicated.

Due to the date and nature of the crime he indicated he was convicted of, I am unable to determine if he is eligible to vote under Tennessee state law, as individuals convicted of "infamous" crimes before January 15, 1973 (of which burglary was generally one) are not eligible to register without a court order restoring their rights or a pardon. However, if he was not declared infamous, he would in fact be eligible to register to vote, barring any other felony convictions.

I am hoping that our office may obtain a copy of the judgment for Mr. ████'s felony case if someone from your office is able to locate it. I would appreciate any assistance you can provide in this matter or if you could direct me to someone in your office that may be able to help.

Best regards,

D.J.

**D.J. Hall**
Elections Assistant
Division of Elections
Office of Tennessee Secretary of State Tre Hargett
312 Rosa L. Parks Ave., 7th Floor
William R. Snodgrass Tower
Nashville, TN 37243
Phone: (615) 253-4589
Fax: (615) 741-1278
Donald.Hall@tn.gov

This electronic mail may be subject to the Tennessee Public Records Act, Tenn. Code Ann. §10-7-503 et seq. Any reply to this email may also be subject to this act.

DEF001927

The mission of the Office of the Secretary of State is to exceed the expectations of our customers, the taxpayers, by operating at the highest levels of accuracy, cost-effectiveness, and accountability in a customer-centered environment.

Secretary of State Social Media Links:
www.facebook.com/TennesseeSecretaryofState
www.facebook.com/TNStateLibraryArchives/timeline

DEF 001928

**From:** Donald Hall [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3628CD39B8854F9ABFAC6E633D5268DD-DONALD HALL]
**Sent:** Tuesday, June 6, 2023 10:16 AM
**To:** Susie Davenport[sdavenport@warrencountytn.gov]
**Subject:** RE: [EXTERNAL] ██████████████ restoration of rights


Ok got it, thank you!

D.J.

**D.J. Hall**
Elections Assistant
Division of Elections
Office of Tennessee Secretary of State Tre Hargett
312 Rosa L. Parks Ave., 7th Floor
William R. Snodgrass Tower
Nashville, TN 37243
Phone: (615) 253-4589
Fax: (615) 741-1278
Donald.Hall@tn.gov

This electronic mail may be subject to the Tennessee Public Records Act, Tenn. Code Ann. §10-7-503 et seq. Any reply to this email may also be subject to this act.

The mission of the Office of the Secretary of State is to exceed the expectations of our customers, the taxpayers, by operating at the highest levels of accuracy, cost-effectiveness, and accountability in a customer-centered environment.

Secretary of State Social Media Links:
www.facebook.com/TennesseeSecretaryofState
www.facebook.com/TNStateLibraryArchives/timeline

---

**From:** Susie Davenport <sdavenport@warrencountytn.gov>
**Sent:** Tuesday, June 6, 2023 10:16 AM
**To:** Donald Hall <Donald.Hall@tn.gov>
**Subject:** Re: [EXTERNAL] ██████████████ restoration of rights

I got it from the clerk's office in NC. She had to submit a request to the archives in Raleigh because it was so old.

Susie Davenport, Administrator of Elections
Warren County Election Commission
201 Locust St, Ste 3
McMinnville, TN 37110
931-473-5834

DEF 002034

On Tue, Jun 6, 2023 at 10:05 'a0AM Donald Hall <Donald.Hall@tn.gov> wrote:

Good morning,

Thanks for sending this over, I'll take a look at it along with what was received before and see if it is sufficient. Did you receive this directly from the court or did Mr. ███ submit this to you?

Thanks,

D.J.

**D.J. Hall**

Elections Assistant

Division of Elections

Office of Tennessee Secretary of State Tre Hargett

312 Rosa L. Parks Ave., 7th Floor

William R. Snodgrass Tower

Nashville, TN 37243

Phone: (615) 253-4589

Fax: (615) 741-1278

Donald.Hall@tn.gov

This electronic mail may be subject to the Tennessee Public Records Act, Tenn. Code Ann. §10-7-503 et seq. Any reply to this email may also be subject to this act.

The mission of the Office of the Secretary of State is to exceed the expectations of our customers, the taxpayers, by operating at the highest levels of accuracy, cost-effectiveness, and accountability in a customer-centered environment.

Secretary of State Social Media Links:

www.facebook.com/TennesseeSecretaryofState

www.facebook.com/TNStateLibraryArchives/timeline

---

**From:** Susie Davenport <sdavenport@warrencountytn.gov>
**Sent:** Monday, June 5, 2023 8:29 AM
**To:** Donald Hall <Donald.Hall@tn.gov>
**Subject:** Re: [EXTERNAL] ███████████ restoration of rights

DJ,

I have received the attached info from North Carolina about Mr. ██████ felony conviction.  Is this sufficient to establish that his felony conviction was within the grace period?

Susie Davenport, Administrator of Elections

Warren County Election Commission

201 Locust St, Ste 3

McMinnville, TN  37110

931-473-5834

On Mon, Apr 10, 2023 at 10:10 'a0AM Donald Hall <Donald.Hall@tn.gov> wrote:

> Got it, thank you.

DEF002036

I've attached here a denial letter for ███████████████ for the reasons mentioned below.

Thanks,

D.J.

**D.J. Hall**

Elections Assistant

Division of Elections

Office of Tennessee Secretary of State Tre Hargett

312 Rosa L. Parks Ave., 7th Floor

William R. Snodgrass Tower

Nashville, TN 37243

Phone: (615) 253-4589

Fax: (615) 741-1278

Donald.Hall@tn.gov

This electronic mail may be subject to the Tennessee Public Records Act, Tenn. Code Ann. §10-7-503 et seq. Any reply to this email may also be subject to this act.

The mission of the Office of the Secretary of State is to exceed the expectations of our customers, the taxpayers, by operating at the highest levels of accuracy, cost-effectiveness, and accountability in a customer-centered environment.

Secretary of State Social Media Links:

www.facebook.com/TennesseeSecretaryofState

DEF 002037

[www.facebook.com/TNStateLibraryArchives/timeline](www.facebook.com/TNStateLibraryArchives/timeline)

**From:** Susie Davenport <[sdavenport@warrencountytn.gov](mailto:sdavenport@warrencountytn.gov)>
**Sent:** Monday, April 10, 2023 9:58 AM
**To:** Donald Hall <[Donald.Hall@tn.gov](mailto:Donald.Hall@tn.gov)>
**Subject:** Re: [EXTERNAL] ███████████ restoration of rights

DOB ███████ ss

Susie Davenport, Administrator of Elections

Warren County Election Commission

201 Locust St, Ste 3

McMinnville, TN  37110

931-473-5834

On Mon, Apr 10, 2023 at 9:54 'a0AM Donald Hall <[Donald.Hall@tn.gov](mailto:Donald.Hall@tn.gov)> wrote:

Good morning,

Do you have a DOB and SSN for Mr. ███████? I would like to go ahead and issue a denial letter for what he turned in so that we can have record of it.

Thanks,

D.J.

DEF 002036

**D.J. Hall**

Elections Assistant

Division of Elections

Office of Tennessee Secretary of State Tre Hargett

312 Rosa L. Parks Ave., 7th Floor

William R. Snodgrass Tower

Nashville, TN 37243

Phone: (615) 253-4589

Fax: (615) 741-1278

Donald.Hall@tn.gov

This electronic mail may be subject to the Tennessee Public Records Act, Tenn. Code Ann. §10-7-503 et seq.  Any reply to this email may also be subject to this act.

The mission of the Office of the Secretary of State is to exceed the expectations of our customers, the taxpayers, by operating at the highest levels of accuracy, cost-effectiveness, and accountability in a customer-centered environment.

Secretary of State Social Media Links:

www.facebook.com/TennesseeSecretaryofState

www.facebook.com/TNStateLibraryArchives/timeline

**From:** Donald Hall
**Sent:** Thursday, April 6, 2023 10:41 AM
**To:** Susie Davenport <sdavenport@warrencountytn.gov>
**Subject:** RE: [EXTERNAL] ███████████ restoration of rights

Good morning,

After looking over this document and doing some research to try and find record to confirm the date of conviction, I do not believe it is enough to confirm the date of his conviction. In the document restoring his rights in North Carolina, it says that he was placed on probation in 1979 and not that he was sentenced for a felony conviction in 1979. In fact, on this document, I cannot even truly tell whether or not he was convicted of a felony, as the part pertaining to felons is mentioned at the end and seems to only be directed to those who have been convicted of felonies, indicating that this document could have been issued to someone who didn't have one. Additionally, since this only says when he was placed on probation, I cannot confirm the date of the conviction either. With this in mind, Mr. █████ would need to receive a copy of his judgement from the time of his conviction if it was a felony, or some other confirmation document from the Onslow County court confirming the date of his conviction for any and all felonies.

If you have any other questions about this just let me know!

Thanks,

D.J.

**D.J. Hall**

Elections Assistant

Division of Elections

Office of Tennessee Secretary of State Tre Hargett

312 Rosa L. Parks Ave., 7th Floor

William R. Snodgrass Tower

Nashville, TN 37243

Phone: (615) 253-4589

Fax: (615) 741-1278

Donald.Hall@tn.gov

DEF 002040

This electronic mail may be subject to the Tennessee Public Records Act, Tenn. Code Ann. §10-7-503 et seq.  Any reply to this email may also be subject to this act.

The mission of the Office of the Secretary of State is to exceed the expectations of our customers, the taxpayers, by operating at the highest levels of accuracy, cost-effectiveness, and accountability in a customer-centered environment.

Secretary of State Social Media Links:

www.facebook.com/TennesseeSecretaryofState

www.facebook.com/TNStateLibraryArchives/timeline

**From:** Susie Davenport <sdavenport@warrencountytn.gov>
**Sent:** Wednesday, April 5, 2023 3:52 PM
**To:** Donald Hall <Donald.Hall@tn.gov>
**Subject:** [EXTERNAL] ███████████ restoration of rights

**<span style="color:red">*** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. ***</span>**

DJ,

Attached is a copy of the restoration of citizenship rights that Mr. ██████ got in 1981 for a crime committed in 1979 in North Carolina.  I believe this conviction date falls within the Grace period.  Will he need to provide anything else?

SusieD

Susie Davenport, Administrator of Elections

Warren County Election Commission

201 Locust St, Ste 3

McMinnville, TN  37110

931-473-5834

DEF 002042

**From:** Scott Commission [Scott.Commission@tn.gov]
**Sent:** Monday, June 12, 2023 11:41 AM
**To:** Donald Hall
**Subject:** ███████████
**Attachments:** 20230612124924275.pdf


DJ,
Thank you for taking time to speak with me today.  I appreciate your help.
Here is the information on Mr. ██████████.
I cant find a Florida Felon Registry online that doesn't cost $$$$$$$$$$$$$.

Thank you.  Have a great day!

*Gabe Krahn, AOE*
*Scott County Election Commission*
*2845 Baker Hwy*
*PO Box 586*
*Huntsville, TN  37756*
*(423)663-3210*
*Scott.commission@tn.gov*

DEF002236

# Tennessee Mail-In Application For Voter Registration

**You can use this form to:**
- register to vote in Tennessee or to change your name and/or address.

**To register to vote:**
- you must be a U.S. citizen, AND
- you must be a resident of Tennessee, AND
- you must be at least 18 years old on or before the next election, AND
- If you have had a felony conviction, your eligibility to register and vote depends upon the crime you were convicted and the date of your conviction. To assist in processing your application, provide the required information in box 4 and any responsive documents you have. For more information about this process, call **1-877-850-4959** or visit **sos.tn.gov/restoration**.

**Instructions/Checklist:**
- ☐ Please PRINT with a blue or black **INK** pen (not felt tip).
- ☐ Provide the information in boxes 1 - 4 below, read the VOTER DECLARATION in box 5, and sign by the "**X**" in box 5.
- ☐ You must mail or hand deliver this form to your county election commission at least 30 days before an election. Go to **sos.tn.gov/election-commission** to find your county election commission address.
- ☐ To ensure a more confidential mailing process for this form, you can place this application in an envelope addressed to the county election commission.

If you are qualified and the information on your form is complete, we will add your name to the county's voter rolls. We will then mail you a voter registration card. This card will tell you where to vote.

**Names of persons selected for Jury service in state court are not chosen from permanent voter registration records.**
Voter registration records are public records, open to inspection by any citizen of Tennessee, excluding social security numbers.

**Federal or Tennessee state government-issued photo ID is required to vote unless exception applies.**

| Are you interested in working on Election Day? ☐ Yes ☒ No |
| --- |

---

**Warning:** Knowingly giving false information to register to vote or attempting to register when not qualified is a felony punishable by not less than two (2) years nor more than twelve (12) years imprisonment or a fine of $5,000 or both.

**FOR COUNTY ELECTION COMMISSION USE ONLY**
Mail _____ Reg # _____ Approved _____
Effective Date _____ P/A _____
District _____ Precinct _____ Ward _____

**1 VOTER ELIGIBILITY**

| Are you a citizen of the United States? | Are you a resident of the State of Tennessee? | Will you be 18 or older on or before Election Day? |
| --- | --- | --- |
| ☒ YES ☐ NO | ☒ YES ☐ NO | ☐ YES ☐ NO |

*If you answered "No" in response to any of the above, do not complete this form.*

**2 PERSONAL DETAILS**
Last Name: ▓▓▓▓   First Name: ▓▓▓▓   Middle Name: ▓▓▓   Suffix: ▓▓▓

SSN: ▓▓▓   Date of Birth: ▓▓▓▓   Sex: ☒ M ☐ F   Race (optional): _White_

Place of Birth (city/state): FLORIDA   Phone: ( ▓▓▓▓

Residential Address: ▓▓▓▓   Apt # : _____ (no PO box) City: SUNBRIGHT

State: TN   Zip Code: ▓▓▓   County: SCOTT   Email (optional): ▓▓▓▓

Mailing Address (if different): _____

**3 LAST ADDRESS OF VOTER REGISTRATION (if any)**
Name: ▓▓▓▓   Address: ▓▓▓▓   Apt#: _____
City: _Harriman_   State: _TN_   Zip Code: ▓▓▓   County: _Roane_

**4 FELONY CONVICTION** Have you ever been convicted of a felony? (If expunged, answer "no") ☒ YES ☐ NO   *If yes, provide the following information (if known)*
Crime(s): _Larceny_   Date (mo./yr.): _1/9 1975_
Place (city/state): _Tallahassee / Florida_   Have you received a pardon or had your voting rights restored? ☒ YES ☐ NO
*If yes, please provide a copy of document.*

**5 VOTER DECLARATION: I,** being duly sworn on oath (or affirmation), declare that the above address is my legal residence and that I plan to remain at such residence for an undetermined period of time and say that to the best of my knowledge and belief all of the statements made by me are true.

**X** ▓▓▓▓
Sign ▓▓▓▓   Date _5 / 23 / 23_

Signature of Person Assisting Applicant   Address of Person Assisting Applicant

ss-3010 (Rev. 06/20) S



# OFFICE OF EXECUTIVE CLEMENCY
### Tallahassee, Florida

## CERTIFICATE OF RESTORATION OF CIVIL RIGHTS

WHEREAS, the Governor with the concurrence of the requisite members of the Cabinet of the State of Florida have filed an Executive Order on _____ August 28 _____, 19 __87__, with the Secretary of the State, in compliance with Article IV, Section 8, Constitution of the State of Florida, which grants

███████████████████,

restoration of civil rights, except the specific authority to possess or own a firearm for any and all felony convictions in the State of Florida and/or restoration of civil rights in the State of Florida for any and all felony convictions in any state other than Florida, or in any United States court or military court for which this person has been duly discharged from imprisonment and/or parole, adult community control or probation, and for which this person has not been heretofore granted clemency.

NOW, THEREFORE, I, the Coordinator of the Office of Executive Clemency, pursuant to said Order, and by virtue of the authority vested in me by the Governor with the concurrence of the requisite members of the Cabinet of the State of Florida, do hereby issue this certificate to

████████████, ██████████ DOB ████████

and the same shall be evidence to all persons that this person is restored to all civil rights in this State, except the specific authority to possess or own a firearm, lost by reason of any and all felonies this person may have been convicted of in the State of Florida and/or any felony conviction in another state, federal, or military court.

Dated this _____28 th_____ day of _____August_____, A.D., 19 87 .

*Alice S Ragsdale*
COORDINATOR

MATHIS