IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., | )<br>)<br>)<br>) |
| Plaintiffs, | ) No. 3:20-cv-01039 |
| v. | ) Judge Campbell<br>) Magistrate Judge Frensley |
| WILLIAM LEE, et al. | ) |
| Defendants. | ) |

## JOINT MOTION FOR EXTENSION OF TIME

Under Local Rule 6.01(a), the parties respectfully move for an extension of time for filing Replies in support of their respective motions for summary judgment. The Court's September 25th Order specified that replies be filed 14 days after the filing of the other parties' response in opposition. (Order, R. 179, PageID 2856.) Accordingly, Plaintiffs' reply is due October 23, 2023, and Defendants' reply is due October 24, 2023. The parties agree that additional time is needed to prepare and draft their replies. An extension will not affect any other deadlines in this matter. Therefore, the parties jointly request a brief extension of the filing deadline for both parties to **October 25, 2023**.

1

Respectfully submitted,

/s/ *Charles K. Grant*
Charles K. Grant, BPR No. 017081
Denmark J. Grant, BPR No. 036808
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
1600 West End Avenue, Suite 2000
Nashville, TN 37203
 Telephone: (615) 726-5600
Facsimile: (615) 726-0464
cgrant@bakerdonelson.com
dgrant@bakerdonelson.com

Blair Bowie*
Danielle Lang*
Alice C. Huling*
Aseem Mulji*^
Valencia Richardson*
Ellen Boettcher*
Kate Uyeda, BPR No. 040531
Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005
(202) 736-2200
Dlang@campaignlegal.org
Ahuling@campaignlegal.org
Bbowie@campaignlegal.org
Amulji@campaignlegal.org
Vrichardson@campaignlegal.org
Eboettcher@campaignlegal.org
Kuyeda@campaignlegal.org

Keeda Haynes, BPR No. 031518
Free Hearts
2013 25th Ave. N,
Nashville, TN 37208
(615) 479-5530
keeda@freeheartsorg.com

Phil Telfeyan*
Natasha Baker*
Equal Justice Under Law
400 7th St. NW, Suite 602
Washington, D.C. 20004
(202) 505-2058
ptelfeyan@equaljusticeunderlaw.org
nbaker@equaljusticeunderlaw.org

* Admitted pro hac vice
^ Licensed in CA only; supervision by
Danielle Lang, a member of the D.C. Bar

*Counsel for the Petitioners-Plaintiffs and the Putative Classes*

JONATHAN SKRMETTI
Attorney General and Reporter

/s/ *Zachary L. Barker*
ZACHARY L. BARKER (BPR 035933)
Assistant Attorney General
Public Interest Division
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
Zachary.Barker@ag.tn.gov

*Counsel for the Defendants*