IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TENNESSEE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 3:20-cv-01039 |
| v. | ) ) | Judge Campbell |
| WILLIAM LEE, et al., | ) ) | Magistrate Judge Frensley |
| Defendants | ) | |

**DEFENDANTS' MOTION TO EXPEDITE CONSIDERATION OF MOTION FOR CLARIFICATION OF THE ORDER REOPENING DISCOVERY**

Defendants, William Lee, Lisa Helton, Mark Goins, and Tre Hargett, move this Court to expedite consideration of Defendants' motion for clarification of this Court's September 25, 2023 Order reopening discovery. (Order, R. 179, PageID# 2856.) Expedited consideration of Defendants' motion is necessary to ensure that all discovery is completed before the December 18th deadline. (*See id.*) Defendants request this relief because the parties dispute the scope of the September 25, 2023 Order. (Motion for Clarification, R. 194, PageID #3251.) This affects Defendants' written discovery requests, the responses to which might occasion depositions of one or more witnesses. Without swift resolution of Defendants' motion for clarification, their ability to complete discovery—even under expedited discovery-response deadlines—becomes even more demanding before the discovery cutoff. Thus, Defendants propose that Plaintiffs' response to this motion be filed no later than November 3, 2023, and that Defendants' reply be filed two days after the filing of Plaintiffs' response. Plaintiffs indicated via email on October 30, 2023 that they take no position on this motion.

1

Respectfully submitted,


JONATHAN SKRMETTI
Attorney General and Reporter

/s/ *Zachary L. Barker*
ZACHARY L. BARKER (BPR 035933)
Assistant Attorney General

Public Interest Division
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
Zachary.Barker@ag.tn.gov

2

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and exact copy of the foregoing document has been forwarded electronically. Notice of this filing will be sent through the Court's electronic filing system to the parties named below. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Danielle Lang<br>Mark Graber<br>Aseem Mulji<br>Campaign Legal Center<br>1101 14th Street NW, Suite 400<br>Washington, DC 20005 | Charles K. Grant<br>Denmark J. Grant<br>Baker, Donelson, Bearman<br>Caldwell & Berkowitz, P.C.<br>1600 West End Avenue, Suite 2000<br>Nashville, TN 37203 |
| Phil Telfeyan<br>Natasha Baker<br>Equal Justice Under Law<br>400 7th St. NW, Suite 602<br>Washington, DC 20004 | Keeda Haynes<br>Free Hearts<br>2013 25th Ave. N.<br>Nashville, TN 37208 |

Date: October 30, 2023

                                                    */s/ Zachary L. Barker*
                                                    Assistant Attorney General