IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **TENNESSEE CONFERENCE of the** ) <br> **NATIONAL ASSOCIATION for the** ) <br> **ADVANCEMENT of COLORED** ) <br> **PEOPLE, et al.,** ) <br> ) <br>    **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **WILLIAM LEE, et al.,** ) <br> ) <br>    **Defendants.** ) | NO. 3:20-cv-01039 <br><br> **JUDGE CAMPBELL** <br> **MAGISTRATE JUDGE FRENSLEY** |

## ORDER

Pending before the Court is Defendants' motion (Doc. No. 194) requesting clarification as to whether the Court's September 25, 2023, Order (Doc. No. 179) granting Plaintiffs' Motion for Relief Under Rule 56(d), (Doc. No. 171), reopened discovery for both parties. Also pending before the Court is Defendants' motion to expedite consideration of its motion for clarification. (Doc. No. 195). Defendants' motions (Doc. Nos. 194, 195) are **GRANTED**. The Court's September 25, 2023, Order (Doc. No. 179) granting Plaintiffs' Motion for Relief Under Rule 56(d) did not reopen discovery for both parties and does not allow Defendants to serve discovery requests on Plaintiffs.

Plaintiffs' motion (Doc. No. 171) requested that the Court reopen discovery for the limited purpose of allowing Plaintiffs to probe Defendants' new policies and guidance released on July 21, 2023, regarding the procedures and requirements for individuals with felony convictions to restore their voting rights and register to vote. Plaintiffs argued such additional discovery was necessary to respond fully to Defendants' motion for summary judgment as to Counts 1-3. (*See* Doc. No. 171-1 ¶¶ 17-26; *see also* Doc. Nos. 171, 172, 176). Defendants opposed Plaintiffs' request to reopen discovery on the basis that no additional discovery was necessary. (*See* Doc. No.

175). At no point in their briefing or in the subsequent teleconference did Defendants indicate that they needed or wanted to take additional discovery. Thus, the Court's prior Order (Doc. No. 179) did not contemplate reopening discovery for Defendants.

    It is so **ORDERED**.

                                                                                                                  WILLIAM L. CAMPBELL, JR.
                                                                                                                  UNITED STATES DISTRICT JUDGE