| | |
|---|---|
| **From:** | David M. Rudolph |
| **To:** | Blair Bowie |
| **Cc:** | Danielle Lang; Alice Huling; Grant, Charles; dgrant@bakerdonelson.com; Valencia Richardson; Aseem Mulji; Ellen Boettcher; Kate Uveda; keeda@freeheartsorg.com; ptelfeyan@equaljusticeunderlaw.org; nbaker@equaljusticeunderlaw.org; Zachary L. Barker; Dawn Jordan; Andrew Coulam; Robert W. Wilson |
| **Subject:** | NAACP v. Lee -- Supplemental Discovery |
| **Date:** | Tuesday, September 5, 2023 11:49:52 AM |
| **Attachments:** | image001.png |
| | PRIVLOG - NAACP LEE 9.5.2023.pdf |

Blair, Defendants are making a supplemental discovery production (Bates Stamped Nos. DEF001082-2961). I am sending you a thumb drive overnight by FedEx to be delivered tomorrow. I am also attaching to this email Defendants' privilege log for this supplemental document production. If you have any questions regarding any of this, please let me know. David

**David M. Rudolph** | Senior Assistant Attorney General
Office of Tennessee Attorney General
One Commerce Square
40 South Main Street, Suite 1014
Memphis, TN 38103-1877
p. 901.543.4162
David.Rudolph@ag.tn.gov

