| | |
|---|---|
| **From:** | Blair Bowie |
| **To:** | Zachary L. Barker; Dawn Jordan; Andrew Coulam; David M. Rudolph; Robert W. Wilson |
| **Cc:** | keeda@freeheartsorg.com; Danielle Lang; Aseem Mulji; Alice Huling; Grant, Charles; Grant, Denmark; ptelfeyan@equaljusticeunderlaw.org; Kate Uyeda; Ellen Boettcher; Valencia Richardson |
| **Subject:** | Re: NAACP v. Lee - Letter on Supplemental Productions |
| **Date:** | Wednesday, October 4, 2023 1:47:15 PM |
| **Attachments:** | TN NAACP 10-4 Letter on Supp. Production.pdf |

Counsel,

Please see the attached letter regarding Defendants' recent supplemental productions. Plaintiffs are requesting a meet and confer tomorrow or Friday to resolve these issues. Please advise as to your availability.

Best,
Blair