| Privilege Type | Date Sent | Email From | Email To | Privilege Description |
|---|---|---|---|---|
| Attorney - Client Communication; Work Product | 7/19/2023 8:49 p.m. | Mark Goins | *Janet Kleinfelter; *Zachary Barker; cc: Tre Hargett | Email communication with attachments to counsel re drafts of memos on COR process for county election commissions |
| Attorney - Client Communication; Work Product | 7/20/2023 8:51 a.m. | Mark Goins | *Janet Kleinfelter; *Zachary Barker; cc: Tre Hargett | Email communication with attachments to counsel re drafts of memos on COR process for county election commissions |
| Attorney - Client Communication | 7/21/2023 3:40 p.m. | Mark Goins | *Janet Kleinfelter; *Zachary Barker | Email communication to counsel re media inquiry |
| Attorney - Client Communication; Work Product | 7/11/2023 12:50 p.m. | *Zachary Barker | *Janet Kleinfelter | Email communication with attachment from counsel re settlement discussions |
| Attorney - Client Communication; Work Product | 7/11/2023 5:04 p.m. | *Janet Kleinfelter | Mark Goins; cc: *Michael Harmon | Email communication with attachment from counsel re settlement discussions |
| Attorney - Client Communication; Work Product | 7/12/2023 8:55 a.m. | Mark Goins | *Beth Henry-Robertson | Email communication with attachment from counsel re settlement discussions |
| Attorney - Client Communication; Work Product | 8/3/2023 5:26 p.m. | Mark Goins | *Beth-Henry Robertson, Mark Goins; cc: *Michael Harmon | Email communication from counsel re discovery requests |
| Attorney - Client Communication; Work Product | 7/10/2023 4:46 p.m. | *Zachary Barker | Mark Goins; *Michael Harmon; *Janet Kleinfelter; cc: *Andrew Coulam; *Dawn Jordan; | Email communication with attachment from counsel re settlement discussions |
| Attorney - Client Communication; Work Product | 7/10/2023 4:50 p.m. | Mark Goins | *Zachary Barker, cc: *Michael Harmon; *Janet Kleinfelter; *Andrew Coulam; *Dawn Jordan | Email communication with attachment from counsel re settlement discussions |
| Attorney - Client Communication; Work Product | 7/10/2023 4:53 p.m. | *Zachary Barker | Mark Goins; cc: *Michael Harmon; *Janet Kleinfelter; *Andrew Coulam; *Dawn Jordan | Email communication with attachment from counsel re settlement discussions |
| Attorney - Client Communication; Work Product | 7/10/2023 4:56 p.m. | Mark Goins | *Zachary Barker, cc: *Michael Harmon; *Janet Kleinfelter; *Andrew Coulam; *Dawn Jordan | Email communication with attachment from counsel re settlement discussions |
| Attorney - Client Communication; Work Product | 7/10/2023 5:26 p.m. | Mark Goins | *Beth Henry-Robertson | Email communication with attachment from counsel re settlement discussions |
| Attorney - Client Communication; Work Product | 7/11/2023 8:18 a.m. | *Janet Kleinfelter | *Zachary Barker; Mark Goins; cc: *Michael Harmon; *Andrew Coulam; *Dawn Jordan | Email communication with attachment from counsel re settlement discussions |
| Attorney - Client Communication; Work Product | 7/11/2023 12:50 p.m. | *Zachary Barker | *Janet Kleinfelter | Email communication with attachment from counsel re settlement discussions |
| Attorney - Client Communication; Work Product | 7/11/2023 5:04 p.m. | *Janet Kleinfelter | Mark Goins; cc: *Michael Harmon | Email communication with attachment from counsel re settlement discussions |
| Attorney - Client Communication; Work Product | 7/14/2023 11:49 a.m. | *Zachary Barker | Mark Goins; *Michael Harmon; cc: *Janet Kleinfelter; *Andrew Coulam; *Dawn Jordan; *David M. Rudolph | Email communication from counsel re settlement discussions |
| Attorney - Client Communication; Work Product | 7/14/2023 2:43 p.m. | Mark Goins | *Zachary Barker; cc: *Michael Harmon; *Janet Kleinfelter; *Andrew Coulam; *Dawn Jordan; *David M. Rudolph | Email communication from counsel re settlement discussions |

| Privilege | Date/Time | From | To | CC | Description |
|---|---|---|---|---|---|
| Attorney - Client Communication; Work Product | 7/13/2023 2:31 p.m. | *Zachary Barker | Mark Goins | cc: *Janet Kleinfelter | Email communication with attachments from counsel re settlement discussions |
| Attorney - Client Communication; Work Product | 7/13/2023 3:50 p.m. | Mark Goins | *Beth Henry-Robertson | | Email communication with attachments from counsel re settlement discussions |
| Attorney - Client Communication; Work Product | 7/14/2023 11:55 a.m. | *Beth Henry-Robertson | *Zachary Barker; cc: Mark Goins; | | Email communication with attachments from counsel re settlement discussions |
| Attorney - Client Communication; Work Product | 7/14/2023 12:04 p.m. | *Zachary Barker | *Beth Henry-Robertson; cc: Mark Goins; *Janet Kleinfelter | | Email communication with attachments from counsel re settlement discussions |
| Attorney - Client Communication; Work Product | 7/14/2023 2:05 p.m. | Mark Goins | *Zachary Barker | | Email communication with attachments from counsel re settlement discussions |
| Attorney - Client Communication; Work Product | 7/20/2023 6:04 p.m. | Mark Goins | *Zachary Barker; *Janet Kleinfelter | | Email communication with attachments to counsel re drafts of felon restoration FAQs for policy revisions |
| Attorney - Client Communication; Work Product | 7/20/2023 7:37 p.m. | *Zachary Barker | Mark Goins; *Janet Kleinfelter | | Email communication with attachments to counsel re drafts of felon restoration FAQs for policy revisions |
| Attorney - Client Communication; Work Product | 7/21/2023 8:13 a.m. | Mark Goins | *Andrew Dodd | | Email communication with attachments to counsel re drafts of felon restoration FAQs for policy revisions |
| Attorney - Client Communication; Work Product | 7/25/2023 2:52 p.m. | *Andrew Coulam | Mark Goins; cc: *Janet Kleinfelter | | Email communication from counsel re media inquiry |
| Attorney - Client Communication; Work Product | 7/25/2023 3:09 p.m. | Mark Goins | *Zachary Barker; cc: *Janet Kleinfelter; *Andrew Coulam | | Email communication to counsel re media inquiry |
| Attorney - Client Communication; Work Product | 7/19/2023 8:49 p.m. | Mark Goins | *Zachary Barker; *Janet Kleinfelter; cc: Tre Hargett | | Email communication with attachments to counsel re drafts of COR process revisions |
| Attorney - Client Communication; Work Product | 7/20/2023 4:55 p.m. | *Zachary Barker | Mark Goins; *Janet Kleinfelter; cc: Tre Hargett | | Email communication with attachments from counsel re drafts and edits of COR process revisions |
| Attorney - Client Communication; Work Product | 7/21/2023 8:51 a.m. | Mark Goins | *Beth Henry-Robertson | | Email communication with attachments to counsel re drafts of COR process revisions |
| Attorney - Client Communication; Work Product | 7/19/2023 8:19 p.m. | Mark Goins | *Beth Henry-Robertson | | Email communication with attachment to counsel re drafts of COR form and process revisions |
| Attorney - Client Communication; Work Product | 7/20/2023 5:13 p.m. | Mark Goins | *Janet Kleinfelter; *Zachary Barker; Tre Hargett | | Email communication with attachments to counsel re drafts of felon restoration FAQs |

Attorneys and legal personnel are designated by asterisk

| | | | | |
|---|---|---|---|---|
| Attorney - Client Communication; Work Product | 7/19/2023 6:41 p.m. | Mark Goins | *Janet Kleinfelter; *Zachary Barker; cc: Tre Hargett; *Michael Harmon | Email communication to counsel with attachment re drafts of COR form and process revisions for government officials |
| Attorney - Client Communication; Work Product | 7/20/2023 8:52 a.m. | *Janet Kleinfelter | Mark Goins; *Zachary Barker; cc: Tre Hargett; *Michael Harmon | Email communication from counsel with attachment re drafts of COR form and process revisions for government officials |
| Attorney - Client Communication; Work Product | 7/20/2023 7:37 p.m. | *Janet Kleinfelter | Mark Goins; *Zachary Barker | Email communication from counsel with attachment to counsel re drafts of felon restoration FAQs |
| Attorney - Client Communication; Work Product | 7/20/2023 6:07 p.m. | Mark Goins | *Zachary Barker; *Janet Kleinfelter | Email communication to counsel with attachment to counsel re drafts of felon restoration FAQs |
| Attorney - Client Communication; Work Product | 7/20/2023 6:04 p.m. | Mark Goins | *Zachary Barker; *Janet Kleinfelter | Email communication to counsel with attachment to counsel re drafts of felon restoration FAQs |
| Attorney - Client Communication; Work Product | 7/11/2023 8:24 a.m. | Mark Goins | *Zachary Barker; *Janet Kleinfelter | Email communication with link to counsel regarding legal case |
| Attorney - Client Communication; Work Product | 7/14/2023 9:02 a.m. | *Zachary Barker | Mark Goins; *Janet Kleinfelter | Email communication with attachment from counsel regarding news article |
| Attorney - Client Communication; Work Product | 7/19/2023 8:49 p.m. | Mark Goins | *Zachary Barker; *Janet Kleinfelter; cc: Tre Hargett | Email communication with attachments to counsel regarding legal cases and news articles |
| Attorney - Client Communication; Work Product | 7/20/2023 4:55 p.m. | *Zachary Barker | Mark Goins; *Janet Kleinfelter | Email communication with attachments from counsel regarding legal cases and news articles |
| Attorney - Client Communication; Work Product | 8/3/2023 5:26 p.m. | *Janet Kleinfelter | *Beth-Henry Robertson; Mark Goins; cc: *Michael Harmon | Email communication from counsel re discovery requests |
| Attorney - Client Communication; Work Product | 8/3/2023 6:05 p.m. | *Beth-Henry Robertson | *Janet Kleinfelter | Email communication to and from counsel re discovery requests |
| Attorney - Client Communication; Work Product | 7/5/2023 5:58 p.m. | *Zachary Barker | *Janet Kleinfelter | Email communication to and from counsel re settlement discussions |
| Attorney - Client Communication; Work Product | 7/5/2023 6:01 p.m. | *Janet Kleinfelter | *Zachary Barker | Email communication to and from counsel re settlement discussions |
| Attorney - Client Communication; Work Product | 7/5/2023 6:05 p.m. | *Zachary Barker | *Janet Kleinfelter | Email communication to and from counsel re settlement discussions |
| Attorney - Client Communication; Work Product | 7/14/2023 11:35 a.m. | *Zachary Barker | *Janet Kleinfelter | Email communication to and from counsel re settlement discussions |

Attorneys and legal personnel are designated by asterisk

| Privilege | Date/Time | From | To | Description |
|---|---|---|---|---|
| Attorney - Client Communication; Work Product | 7/14/2023 11:41 a.m. | *Janet Kleinfelter | *Zachary Barker | Email communication to and from counsel re settlement discussions |
| Attorney - Client Communication; Work Product | 6/29/2023 4:46 p.m. | *Zachary Barker | *Michael Harmon; *Janet Kleinfelter; Mark Goins; *Beth-Henry Robertson; cc: *Dawn Jordan; *Andrew Coulam; *James P. Urban | Email communication to and from counsel re settlement discussions |
| Attorney - Client Communication; Work Product | 7/3/2023 1:04 p.m. | *Zachary Barker | *Michael Harmon; *Janet Kleinfelter; Mark Goins; *Beth-Henry Robertson; cc: *Dawn Jordan; *Andrew Coulam; *James P. Urban | Email communication to and from counsel re settlement discussions |
| Attorney - Client Communication; Work Product | 7/3/2023 1:27 p.m. | *Michael Harmon | Mark Goins | Email communication to and from counsel re settlement discussions |
| Attorney - Client Communication; Work Product | 7/3/2023 1:43 p.m. | Mark Goins | *Michael Harmon | Email communication to counsel re settlement discussions |
| Attorney - Client Communication; Work Product | 7/3/2023 1:51 p.m. | *Michael Harmon | *Zachary Barker; *Janet Kleinfelter; Mark Goins; *Beth-Henry Robertson; cc: *Dawn Jordan; *Andrew Coulam; *James P. Urban | Email communication to and from counsel re settlement discussions |
| Attorney - Client Communication; Work Product | 7/3/2023 6:30 p.m. | *Janet Kleinfelter | Mark Goins; cc: *Michael Harmon | Email communication from counsel re settlement discussions |
| Attorney - Client Communication; Work Product | 7/3/2023 7:22 p.m. | Mark Goins | *Janet Kleinfelter; cc: *Michael Harmon | Email communication to counsel re settlement discussions |
| Attorney - Client Communication; Work Product | 7/13/2023 2:31 p.m. | *Zachary Barker | Mark Goins; cc: *Janet Kleinfelter | Email communication from counsel re settlement discussions |
| Attorney - Client Communication; Work Product | 7/14/2023 11:55 a.m. | *Beth-Henry Robertson | *Zachary Barker; cc: Mark Goins; *Janet Kleinfelter | Email communication from counsel with draft attachments re settlement discussions |
| Attorney - Client Communication; Work Product | 8/1/2023 2:25 p.m. | *Janet Kleinfelter | *Zachary Barker; cc: *Dawn Jordan | Email communication from counsel re discovery requests |
| Attorney - Client Communication; Work Product | 8/1/2023 2:34 p.m. | *Janet Kleinfelter | *Zachary Barker; cc: *Dawn Jordan | Email communication from counsel re discovery requests |
| Attorney - Client Communication; Work Product | 8/1/2023 4:07 p.m. | *Janet Kleinfelter | *Zachary Barker; cc: *Dawn Jordan | Email communication from counsel re discovery requests |
| Attorney - Client Communication; Work Product | 8/3/2023 4:36 p.m. | *Zachary Barker | *Janet Kleinfelter; cc: *Dawn Jordan | Email communication from counsel re discovery requests |
| Attorney - Client Communication; Work Product | 8/3/2023 5:19 p.m. | *Janet Kleinfelter | *Zachary Barker | Email communication from counsel re discovery requests |
| Attorney - Client Communication; Work Product | 7/25/2023 1:25 p.m. | *Janet Kleinfelter | *Zachary Barker | Email communication from counsel with attachments re draft declaration |
| Attorney - Client Communication; Work Product | 7/25/2023 4:30 p.m. | *Zachary Barker | *Janet Kleinfelter | Email communications from counsel with attachments re draft declaration |
| Attorney - Client Communication; Work Product | 7/25/2023 5:55 p.m. | *Janet Kleinfelter | *Mark Goins; *Michael Harmon | Email communication from counsel with attachments re draft declaration |

| | | | | |
|---|---|---|---|---|
| Attorney - Client Communication; Work Product | 7/25/2023 10:38 p.m. | Mark Goins | *Janet Kleinfelter; cc: *Michael Harmon | Email communication to counsel with attachments re draft declaration |
| Attorney - Client Communication; Work Product | 7/25/2023 10:53 p.m. | *Janet Kleinfelter | Mark Goins | Email communication from counsel with attachments re draft declaration |
| Attorney - Client Communication; Work Product | 7/26/2023 8:53 a.m. | *Michael Harmon | *Mark Goins; *Janet Kleinfelter | Email communication from counsel with attachments re draft declaration |
| Attorney - Client Communication; Work Product | 6/29/2023 4:46 p.m. | *Janet Kleinfelter | *Zachary Barker, Mark Goins; cc: *Michael Harmon; *Beth-Henry Robertson; cc: *Dawn Jordan; *Andrew Coulam; *James P. Urban | Email communication from counsel re settlement discussions |
| Attorney - Client Communication; Work Product | 7/25/2023 1:05 p.m. | *Zachary Barker | *Janet Kleinfelter; Mark Goins; cc: *Michael Harmon; *Andrew Coulam | Email communication from counsel with attachments re draft declaration |
| Attorney - Client Communication; Work Product | 7/25/2023 1:25 p.m. | *Janet Kleinfelter | *Zachary Barker | Email communication from counsel with attachments re draft declaration |
| Attorney - Client Communication; Work Product | 7/25/2023 1:42 p.m. | Mark Goins | *Zachary Barker, cc: *Janet Kleinfelter; *Andrew Coulam | Email communication to counbsel with attachments re draft declaration |
| Attorney - Client Communication; Work Product | 7/25/2023 4:30 p.m. | *Zachary Barker | *Janet Kleinfelter | Email communication to and from counsel with attachments re draft declaration |
| Attorney - Client Communication; Work Product | 7/25/2023 5:55 p.m. | *Janet Kleinfelter | Mark Goins; *Michael Harmon | Email communication to and from counsel with attachments re draft declaration |
| Attorney - Client Communication; Work Product | 7/25/2023 10:38 p.m. | Mark Goins | *Janet Kleinfelter; cc: *Michael Harmon | Email communication to counsel with attachments re draft declaration |
| Attorney - Client Communication; Work Product | 7/25/2023 10:53 p.m. | *Zachary Barker | *Janet Kleinfelter; Mark Goins; cc: *Michael Harmon; *Andrew Coulam | Email communication from counsel with attachments re draft declaration |
| Attorney - Client Communication; Work Product | 7/20/2023 5:58 p.m. | *Janet Kleinfelter | Mark Goins; *Michael Harmon | Email communication from counsel re attachment re legal memorandum on *Falls* decision |
| Attorney - Client Communication; Work Product | 7/25/2023 2:07 p.m. | *Janet Kleinfelter | Mark Goins; *Michael Harmon | Email communication from counsel with attachment re legal memorandum on *Falls* decision |
| Attorney - Client Communication; Work Product | 7/25/2023 5:40 p.m. | *Michael Harmon | *Janet Kleinfelter | Email communication with attachment re legal memorandum on *Falls* decision |
| Attorney - Client Communication; Work Product | 7/25/2023 10:41 p.m. | *Janet Kleinfelter | Mark Goins; *Michael Harmon | Email communication with attachment re legal memorandum on *Falls* decision |
| Attorney - Client Communication; Work Product | 7/27/2023 8:17 a.m. | *Michael Harmon | Mark Goins; *Janet Kleinfelter | Email communication from counsel re case update |
| Attorney - Client Communication; Work Product | 7/24/2023 2:36 p.m. | *Andrew Dodd | Mark Goins; Julia Bruck; *Beth Henry-Robertson; *Michael Harmon; Tre Hargett | Email communication from counsel re media inquiry |

Attorneys and legal personnel are designated by asterisk

| Privilege | Date/Time | To | From | Cc / Description |
|---|---|---|---|---|
| Attorney - Client Communication; Work Product | 7/24/2023 2:39 p.m. | *Andrew Dodd | Mark Goins; Julia Bruck; *Beth Henry-Robertson; *Michael Harmon; Tre Hargett | Email communication from counsel re media inquiry |
| Attorney - Client Communication; Work Product | 8/2/2023 5:27 p.m. | *Andrew Dodd | Mark Goins | Email communication from counsel re case filing |
| Attorney - Client Communication; Work Product | 8/2/2023 5:53 p.m | *Andrew Dodd | Mark Goins | Email communication from counsel re case filing |
| Attorney - Client Communication; Work Product | 8/2/2023 6:22 p.m. | Mark Goins | *Andrew Dodd | Email communication from counsel re case filing |
| Attorney - Client Communication; Work Product | 7/26/2023 12:14 p.m. | *Andrew Dodd | Mark Goins | Email communication from counsel re case filing |
| Attorney - Client Communication; Work Product | 7/26/2023 1:06 p.m. | Mark Goins | *Andrew Dodd | Email communication from counsel re case filing |
| Attorney - Client Communication; Work Product | 7/26/2023 1:29 p.m. | *Andrew Dodd | Mark Goins | Email communication from counsel re case filing |
| Attorney - Client Communication; Work Product | 7/26/2023 4:48 p.m. | Mark Goins | *Andrew Dodd | Email communication from counsel re case filing |
| Attorney - Client Communication; Work Product | 8/3/2023 10:44 a.m. | *Andrew Dodd | Mark Goins | Email communication from counsel re case filing |
| Attorney - Client Communication; Work Product | 8/3/2023 11:46 a.m. | Mark Goins | *Andrew Dodd | Email communication from counsel re case filing |
| Attorney - Client Communication; Work Product | 8/3/2023 11:49 a.m. | Mark Goins | *Michael Harmon; *Janet Kleinfelter | Email communication from counsel re case filing |
| Attorney - Client Communication; Work Product | 7/26/2023 4:25 p.m. | *Andrew Dodd | Robert A. Greene; cc: Mark Goins; *Beth Henry-Robertson | Email communication to and from counsel re proposed edits to SS-3010 voter registration |
| Attorney - Client Communication; Work Product | 7/25/2023 12:02 p.m. | *Zachary Barker | *Janet Kleinfelter; Mark Goins; cc: *Andrew Coulam | Email communication from counsel with attachment re draft declaration |
| Attorney - Client Communication; Work Product | 7/13/2023 11:36 a.m. | *Beth Henry-Robertson | Mark Goins | Email communication from counsel with attachments re legal research |
| Attorney - Client Communication; Work Product | 7/13/2023 11:46 a.m. | Mark Goins | *Janet Kleinfelter; *Michael Harmon | Email communication from counsel with attachments re legal research by Beth-Henry Robertson |
| Attorney - Client Communication; Work Product | 8/3/2023 7:44 p.m. | *Beth Henry-Robertson | Mark Goins | Email communication from counsel with attachment re draft memo for clerks of court |
| Attorney - Client Communication; Work Product | 7/19/2023 7:23 p.m. | *Beth Henry-Robertson | Mark Goins | Email communication from counsel with attachment re draft COR memo for county election commissions |

| Privilege | Date/Time | From | To | CC | Description |
|---|---|---|---|---|---|
| Attorney - Client Communication; Work Product | 7/19/2023 8:39 p.m. | *Beth Henry-Robertson | Mark Goins | | Email communication from counsel with attachments re draft COR process memos |
| Attorney - Client Communication; Work Product | 7/14/2023 5:46 p.m. | *Beth Henry-Robertson | Mark Goins | | Email from counsel with attachments re draft COR |
| Attorney - Client Communication; Work Product | 7/20/2023 6:01 p.m. | Mark Goins | *Beth Henry-Robertson; *Andrew Dodd | | Email communication with attachments re draft COR form and process |
| Attorney - Client Communication; Work Product | 7/20/2023 6:22 p.m. | Mark Goins | *Beth Henry-Robertson; *Andrew Dodd | | Email communication with attachments re draft COR form and process |
| Attorney - Client Communication; Work Product | 7/26/2023 9:42 a.m. | *Janet Kleinfelter | Mark Goins | | Email communication from counsel with attachments re draft declaration |
| Attorney - Client Communication; Work Product | 7/26/2023 10:08 a.m. | Mark Goins | *Janet Kleinfelter | | Email communication to counsel with attachments re draft declaration |
| Attorney - Client Communication; Work Product | 7/26/2023 10:33 a.m. | Mark Goins | *Janet Kleinfelter | | Email communication to counsel with attachments re draft declaration |
| Attorney - Client Communication; Work Product | 7/26/2023 11:04 a.m. | *Janet Kleinfelter | Mark Goins | | Email communication from counsel with attachments re draft declaration |
| Attorney - Client Communication; Work Product | 7/26/2023 11:08 a.m. | Mark Goins | *Janet Kleinfelter | | Email communication to counsel with attachments re draft declaration |
| Attorney - Client Communication; Work Product | 7/26/2023 12:57 p.m. | Mark Goins | *Janet Kleinfelter | | Email communication to counsel with attachments re draft declaration |
| Attorney - Client Communication; Work Product | 7/19/2023 4:47 p.m. | *Beth Henry-Robertson | Mark Goins | | Email communication from counsel with attachment re draft COR form and process |
| Attorney - Client Communication; Work Product | 7/19/2023 6:29 p.m. | *Beth Henry-Robertson | Mark Goins | | Email communication from counsel with attachment re draft COR form and process |
| Attorney - Client Communication; Work Product | 7/26/2023 8:43 a.m. | *Janet Kleinfelter | Mark Goins | | Email communication from counsel with attachment re draft declaration |
| Attorney - Client Communication; Work Product | 7/19/2023 4:38 p.m. | Mark Goins | *Andrew Dodd; *Beth Henry-Robertson; Donald Hall | | Email communication to counsel re draft memo on older felonies |
| Attorney - Client Communication; Work Product | 7/19/2023 5:52 p.m. | *Andrew Dodd | Mark Goins; *Beth Henry-Robertson; Donald Hall | | Email communication from counsel re draft memo on older felonies |
| Attorney - Client Communication; Work Product | 7/19/2023 12:04 p.m. | *Beth Henry-Robertson | Mark Goins; *Andrew Dodd; Donald Hall | | Email communication from counsel with attachment re draft COR form and process |
| Attorney - Client Communication; Work Product | 7/19/2023 6:29 p.m. | *Beth Henry-Robertson | *Zachary Barker; cc: Mark Goins; *Janet Kleinfelter | | Email communication from counsel with attachment re draft voting forms |
| Attorney - Client Communication; Work Product | 7/20/2023 2:28 p.m. | *Beth Henry-Robertson | Mark Goins; cc: *Andrew Dodd | | Email communication from counsel with attachment re draft COR forms |

Attorneys and legal personnel are designated by asterisk

| | | | | |
|---|---|---|---|---|
| Attorney - Client Communication; Work Product | 7/19/2023 4:44 p.m. | Mark Goins | *Janet Kleinfelter; *Zachary Barker; cc: *Andrew Dodd; *Beth Henry-Robertson; *Jen Brenner; *Michael Harmon | Email communication to counsel with attachment to counsel re drafts of COR form and process revisions |
| Attorney - Client Communication; Work Product | 7/19/2023 5:35 p.m. | *Andrew Dodd | Mark Goins; *Beth Henry-Robertson | Email communication from counsel with attachment from counsel re draft Felon Restoration FAQs |
| Attorney - Client Communication; Work Product | 7/19/2023 6:29 p.m. | Mark Goins | *Beth Henry-Robertson | Email communication to counsel with attachment re draft COR form and process |
| Attorney - Client Communication; Work Product | 7/20/2023 4:58 p.m. | *Andrew Dodd | Mark Goins | Email communication from counsel with attachment re draft felon restoration FAQs |
| Attorney - Client Communication; Work Product | 7/20/2023 5:13 p.m. | Mark Goins | *Janet Kleinfelter; *Zachary Barker; Tre Hargett | Email communication to counsel with attachment to counsel re draft felon restoration FAQs |
| Attorney - Client Communication; Work Product | 7/20/2023 6:00 p.m. | *Andrew Dodd | Mark Goins; *Beth Henry-Robertson | Email communication from counsel with attachment from counsel re edits to draft Felon Restoration FAQs |
| Attorney - Client Communication; Work Product | 7/20/2023 6:28 p.m | *Beth-Henry Robertson | *Andrew Dodd; Mark Goins; *Beth Henry-Robertson | Email communication with attachment from counsel re edits to draft Felon Restoration FAQs |
| Attorney - Client Communication; Work Product | 7/26/2023 10:07 a.m. | *Janet Kleinfelter | Tre Hargett; Mark Goins | Email communication from counsel with attachments re legal memoranda on restoration of voting rights and restoration of citizenship rights |
| Attorney - Client Communication; Work Product | 7/19/2023 8:49 p.m. | Mark Goins | *Zachary Barker; *Janet Kleinfelter; cc: Tre Hargett | Email communication with attachment to counsel with attachment re COR process and older felonies |
| Attorney - Client Communication; Work Product | 7/20/2023 8:51 a.m. | *Janet Kleinfelter | Mark Goins; *Zachary Barker; cc: Tre Hargett | Email communication to and from counsel with attachment with attachment re COR process and older felonies |
| Attorney - Client Communication; Work Product | 7/25/2023 4:55 p.m | *Zachary Barker | Mark Goins; *Janet Kleinfelter; cc: Tre Hargett | Email communication with attachment from counsel with attachment re COR process and older felonies |
| Attorney - Client Communication; Work Product | 7/25/2023 1:05 p.m. | *Zachary Barker | *Janet Kleinfelter; Mark Goins; cc: *Andrew Coulam | Email communication from counsel with attachment re draft declaration |
| Attorney - Client Communication; Work Product | 7/25/2023 1:42 p.m. | Mark Goins | *Zachary Barker; cc: Janet Kleinfelter; *Andrew Coulam | Email communication to counsel with attachment re draft declaration |

Attorneys and legal personnel are designated by asterisk

*Tennessee Conference of the NAACP et al. v. William Lee et al.*, No. 3:20-cv-01039, U.S.D.C. M.D. Tenn
Defendants' Supplemental Privilege Log 09/05/2023 (Revised)

| | | | | |
|---|---|---|---|---|
| Attorney - Client Communication; Work Product | 7/19/2023 4:35 p.m. | Robert A. Greene | Mark Goins; *Beth Henry-Robertson | Email communication to counsel with attachment re draft COR form and process |
| Attorney - Client Communication; Work Product | 7/19/2023 4:44 p.m. | Mark Goins | *Janet Kleinfelter, *Zachary Barker; cc: *Andrew Dodd; *Beth Henry-Robertson; *Jen Brenner; *Michael Harmon | Email communication to counsel with attachment re draft COR form and process |
| Attorney - Client Communication; Work Product | 7/20/2023 8:54 a.m. | *Janet Kleinfelter | Mark Goins; *Zachary Barker; cc: *Andrew Dodd; *Beth Henry-Robertson; *Jen Brenner; *Michael Harmon | Email communication from counsel with attachment re draft COR form and process |
| Attorney - Client Communication; Work Product | 7/20/2023 9:27 a.m. | Mark Goins | *Janet Kleinfelter, *Zachary Barker; cc: *Andrew Dodd; *Beth Henry-Robertson; *Jen Brenner; *Michael Harmon; Robert A. Greene | Email communication to counsel with attachment re draft COR form and process |
| Attorney - Client Communication; Work Product | 7/18/2023 4:31 p.m. | Donald Hall | Mark Goins | Email communication re draft SOS website documents for review by counsel Andrew Dodd |
| Attorney - Client Communication; Work Product | 7/19/2023 1:46 p.m. | Mark Goins | *Andrew Dodd | Email communication to counsel re draft SOS website documents |
| Attorney - Client Communication; Work Product | 7/19/2023 11:16 a.m. | Donald Hall | Mark Goins; cc: *Beth Henry-Robertson; *Andrew Dodd | Email communication to counsel re draft memo on older felonies |
| Attorney - Client Communication; Work Product | 8/4/2023 2:14 p.m. | *Andrew Dodd | Mark Goins; *Michael Harmon; *Janet Kleinfelter | Email communication from counsel re recent case |
| Attorney - Client Communication; Work Product | 7/6/2023 8:28 a.m. | Mark Goins | *Zachary Barker; *Janet Kleinfelter | Email communication to counsel re *Falls* decision |
| Attorney - Client Communication; Work Product | 7/6/2023 8:35 a.m. | *Janet Kleinfelter | Mark Goins; *Zachary Barker | Email communication to and from counsel re *Falls* decision |
| Attorney - Client Communication; Work Product | 7/6/2023 9:56 a.m. | *Zachary Barker | *Janet Kleinfelter; Mark Goins | Email communication to and from counsel re *Falls* decision |
| Attorney - Client Communication; Work Product | 7/6/2023 9:59 a.m. | *Janet Kleinfelter | *Zachary Barker; Mark Goins | Email communication to and from counsel re *Falls* decision |
| Attorney - Client Communication; Work Product | 7/6/2023 10:12 a.m. | Mark Goins | *Janet Kleinfelter; cc: *Zachary Barker | Email communication to and from counsel re *Falls* decision |
| Attorney - Client Communication; Work Product | 7/6/2023 10:14 a.m. | Mark Goins | *Beth-Henry Robertson | Email communication to and from counsel re *Falls* decision |
| Attorney - Client Communication; Work Product | 6/29/2023 1:52 p.m. | *Alexander Rieger | Mark Goins; *Michael Harmon; *Janet Kleinfelter; *Beth Henry-Robertson | Email communication with attachment from counsel re *Falls* decision |
| Attorney - Client Communication; Work Product | 6/29/2023 1:57 p.m. | Mark Goins | *Beth Henry-Robertson; *Andrew Dodd; Donald Hall | Email communication to counsel with attachment re *Falls* decision |
| Attorney - Client Communication; Work Product | 6/29/2023 2:01 p.m. | Mark Goins | Tre Hargett, cc: Julie Bruck | Email communication with attachment from counsel re *Falls* decision |

Attorneys and legal personnel are designated by asterisk

| Privilege | Date/Time | From | To | Description |
|---|---|---|---|---|
| Attorney - Client Communication; Work Product | 6/5/2023 9:56 a.m. | *Alexander Rieger | *Beth Henry-Robertson; *Janet Kleinfelter; cc: *Zachary Barker | Email communication from counsel re discovery requests |
| Attorney - Client Communication; Work Product | 6/5/2023 11:31 a.m. | *Beth Henry-Robertson | Mark Goins | Email communication from counsel re discovery requests |
| Attorney - Client Communication; Work Product | 6/6/2023 12:52 p.m. | *Beth Henry-Robertson | Mark Goins; *Michael Harmon | Email communication from counsel re discovery requests |
| Attorney - Client Communication; Work Product | 7/5/2023 4:29 p.m. | Mark Goins | *Janet Kleinfelter | Email communication with attachment to counsel re felon restoration court decision in other state |
| Attorney - Client Communication; Work Product | 7/5/2023 6:04 p.m. | *Janet Kleinfelter | Mark Goins | Email communication from counsel re felon restoration court decision in other state |
| Attorney - Client Communication; Work Product | 7/5/2023 6:56 p.m. | Mark Goins | *Janet Kleinfelter | Email communication to counsel re felon restoration court decision in other state |
| Attorney - Client Communication; Work Product | 7/19/2023 4:57 p.m. | *Beth Henry-Robertson | Mark Goins | Email communication from counsel with attachment re draft COR form and process |
| Attorney - Client Communication; Work Product | 7/5/2023 8:16 a.m. | Mark Goins | *Michael Harmon | Email communication to counsel re legal research |
| Attorney - Client Communication; Work Product | 7/5/2023 11:54 a.m. | Mark Goins | *Michael Harmon | Email communication to counsel re legal research |
| Attorney - Client Communication | 7/17/2023 11:45 a.m. | Mark Goins | *Janet Kleinfelter | Email communication requesting advice from counsel re legal issue |
| Attorney - Client Communication | 7/17/2023 1:38 p.m. | *Janet Kleinfelter | *Mark Goins | Email communication from counsel re legal issue |
| Attorney - Client Communication | 6/20/2023 9:33 a.m. | Mark Goins | *Janet Kleinfelter | Email communication from requesting advice from counsel re request for cost bill |
| Attorney - Client Communication; Work Product | 6/20/2023 4:10 p.m. | *Janet Kleinfelter | *Mark Goins | Email communication with attachments from counsel re revised forms and flowcharts on felon restoration issues |
| Attorney - Client Communication; Work Product | 7/19/2023 12:04 p.m. | *Beth Henry-Robertson | Mark Goins; *Andrew Dodd; Donald Hall | Email communication from counsel with attachments re draft COR |
| Attorney - Client Communication; Work Product | 7/7/2023 1:06 p.m. | *Beth Henry-Robertson | Mark Goins | Email communication from counsel with attachments re revised voter registration form |
| Attorney - Client Communication; Work Product | 6/14/2023 1:06 p.m. | *Beth Henry-Robertson | *Janet Kleinfelter; cc: Mark Goins | Email communication from and to counsel with attachment re revised voter registration form |

Attorneys and legal personnel are designated by asterisk

| Privilege | Date/Time | From | To | Description |
|---|---|---|---|---|
| Attorney - Client Communication; Work Product | 7/20/2023 2:28 p.m. | *Beth Henry-Robertson | Mark Goins; cc: *Andrew Dodd | Email communication from and to counsel with attachment re draft COR |
| Attorney - Client Communication; Work Product | 6/14/2023 12:36 p.m. | *Beth Henry-Robertson | Robert A. Greene; Mark Goins | Email communication from counsel with attachment re draft voter registration form |
| Attorney - Client Communication; Work Product | 6/14/2023 4:42 p.m. | *Beth Henry-Robertson | Robert A. Greene; Mark Goins | Email communication from counsel with attachment re draft voter registration form |
| Attorney - Client Communication; Work Product | 7/19/2023 5:48 p.m. | Mark Goins | *Beth Henry-Robertson | Email communication to counsel with attachment re draft COR form and process |
| Attorney - Client Communication; Work Product | 7/17/2023 7:09 p.m. | Mark Goins | *Beth Henry-Robertson | Email communication to counsel with attachment re court decision |
| Attorney - Client Communication; Work Product | 7/12/2023 12:16 p.m. | Mark Goins | *Beth Henry-Robertson | Email communication to counsel with attachment re court decision |
| Attorney - Client Communication; Work Product | 7/17/2023 3:47 p.m. | Mark Goins | *Beth Henry-Robertson | Email communication to counsel with attachment re court decision |
| Attorney - Client Communication; Work Product | 7/17/2023 6:46 p.m. | Mark Goins | *Beth Henry-Robertson | Email communication to counsel with attachment re court decision |
| Attorney - Client Communication; Work Product | 7/17/2023 6:33 p.m. | Mark Goins | *Beth Henry-Robertson | Email communication to counsel with attachment re court decision |
| Attorney - Client Communication; Work Product | 7/17/2023 6:36 p.m. | Mark Goins | *Beth Henry-Robertson | Email communication to counsel with attachment re court decision |
| Attorney - Client Communication; Work Product | 7/13/2023 12:18 p.m. | Mark Goins | *Beth Henry-Robertson | Email communication to counsel with attachment re court decision |
| Attorney - Client Communication; Work Product | 7/17/2023 7:06 p.m. | Mark Goins | *Beth Henry-Robertson | Email communication to counsel with attachment re court decision |
| Attorney - Client Communication; Work Product | 7/17/2023 11:53 a.m. | Mark Goins | *Beth Henry-Robertson | Email communication to counsel with attachment re court decision |
| Attorney - Client Communication; Work Product | 7/17/2023 3:24 p.m. | Mark Goins | *Beth Henry-Robertson | Email communication to counsel with attachment re court decision |
| Attorney - Client Communication; Work Product | 5/23/2023 5:22 p.m. | *Pablo Varela | *Beth Henry-Robertson; cc: *Alexander Rieger; *Zachary Barker; *Dawn Jordan | Email communication from and to counsel re discovery requests |
| Attorney - Client Communication; Work Product | 5/25/2023 6:09 p.m. | *Beth Henry-Robertson | *Pablo Varela; *Alexander Rieger; cc: *Zachary Barker; *Dawn Jordan; Mark Goins; *Michael Harmon | Email communication from and to counsel re discovery requests |
| Attorney - Client Communication; Work Product | 6/15/2023 3:08 p.m. | *Beth Henry-Robertson | *Janet Kleinfelter | Email communication to and from counsel with attachment re draft COR form |

Page 11 of 15

Attorneys and legal personnel are designated by asterisk

| | | | | |
|---|---|---|---|---|
| Attorney - Client Communication; Work Product | 6/16/2023 11:03 a.m. | Robert A. Greene | *Beth Henry-Robertson; Mark Goins | Email communication to counsel with attachment re proposed edit to ss-3010 form |
| Attorney - Client Communication; Work Product | 6/16/2023 2:15 p.m. | Mark Goins | *Janet Kleinfelter; cc: *Beth Henry-Robertson | Email communication to counsel with attachment re draft COR form |
| Attorney - Client Communication; Work Product | 5/31/2023 1:33 p.m. | *Zachary Barker | Mark Goins; *Michael Harmon *Beth Henry-Robertson; cc: *Dawn Jordan; *Alexander Rieger | Email communication from counsel with attachment re settlement discussions |
| Attorney - Client Communication; Work Product | 5/31/2023 2:16 p.m. | Mark Goins | *Zachary Barker; *Michael Harmon; Mark Goins; *Beth Henry-Robertson; cc: *Dawn Jordan; *Alexander Rieger | Email communication to counsel with attachment re settlement discussions |
| Attorney - Client Communication; Work Product | 6/14/2023 12:48 p.m. | *Beth Henry-Robertson | *Zachary Barker | Email from counsel with attachment re draft voter registration forms |
| Attorney - Client Communication; Work Product | 4/27/2023 11:52 a.m. | Donald Hall | *Beth Henry-Robertson; Mark Goins | Email communication to counsel with attachment re draft letter to county courts on citizenship orders |
| Attorney - Client Communication; Work Product | 4/27/2023 1:44 p.m. | Donald Hall | *Beth Henry-Robertson; Mark Goins | Email communication to counsel with attachment re draft letter to county courts on citizenship orders |
| Attorney - Client Communication; Work Product | 4/27/2023 4:03 p.m. | Donald Hall | *Beth Henry-Robertson; Mark Goins | Email communication to counsel with attachment re draft letter to county courts on citizenship orders |
| Attorney - Client Communication; Work Product | 4/27/2023 4:04 p.m. | Donald Hall | *Beth Henry-Robertson; Mark Goins | Email communication to counsel with attachment re draft letter to county courts on citizenship orders |
| Attorney - Client Communication; Work Product | 5/1/2023 5:53 p.m. | *Beth Henry-Robertson | Donald Hall; cc: Mark Goins | Email communication from counsel with edits to attachment re draft letter to county courts on citizenship orders |
| Attorney - Client Communication; Work Product | 5/9/2023 8:10 a.m. | Donald Hall | *Beth Henry-Robertson | Email communication to counsel with attachment re draft letter to county courts on citizenship orders |
| Attorney - Client Communication; Work Product | 5/10/2023 6:38 p.m. | *Beth Henry-Robertson | Donald Hall | Email communication from counsel with edits to attachment re draft letter to county courts on citizenship orders |
| Attorney - Client Communication; Work Product | 7/6/2023 2:01 p.m. | *Beth Henry-Robertson | Robert A. Greene | Email communication from counsel with attachments re draft revisions to voter registration forms |
| Attorney - Client Communication; Work Product | 7/14/2023 12:48 p.m. | *Beth Henry-Robertson | *Zachary Barker | Email communication from and to counsel with attachments re proposed voter registration form |

Attorneys and legal personnel are designated by asterisk

| | | | | |
|---|---|---|---|---|
| Attorney - Client Communication; Work Product | 7/7/2023 11:14 a.m. | Robert A. Greene | *Beth Henry-Robertson | Email communication to counsel with attachments re draft revisions to voter registration forms |
| Attorney - Client Communication; Work Product | 7/20/2023 11:22 a.m. | Robert A. Greene | *Beth Henry-Robertson | Email communication to counsel with attachments re draft revisions to ss-3079 form text |
| Attorney - Client Communication; Work Product | 7/20/2023 11:22 a.m. | Robert A. Greene | *Beth Henry-Robertson; Mark Goins | Email communication to counsel with attachments re draft revisions to ss-3041 form |
| Attorney - Client Communication; Work Product | 7/19/2023 12:47 p.m. | *Beth Henry-Robertson | Robert A. Greene; cc: Mark Goins | Email communication from counsel with attachments re draft revisions to COR form |
| Attorney - Client Communication; Work Product | 6/14/2023 4:42 p.m. | *Beth Henry-Robertson | Robert A. Greene; cc: Mark Goins | Email communication from counsel with attachments re draft revisions to voter registration forms |
| Attorney - Client Communication; Work Product | 6/15/2023 3:08 p.m. | *Beth Henry-Robertson | *Janet Kleinfelter | Email communication from counsel with attachment re draft SS-3041 certificate of restoration form |
| Attorney - Client Communication; Work Product | 6/14/2023 12:36 p.m. | *Beth Henry-Robertson | Robert A. Greene; cc: Mark Goins | Email communication from counsel with attachments re draft revisions to voter registration forms |
| Attorney - Client Communication; Work Product | 8/2/2023 10:12 a.m. | *Zachary Barker | *Janet Kleinfelter; *Michael Harmon; cc: *Andrew Coulam; *Philip Hammersley; *Dawn Jordan; *David M. Rudolph; *Robert W. Wilson | Email communication from counsel with attachment re draft summary judgment motion |
| Attorney - Client Communication; Work Product | 8/2/2023 10:32 a.m. | *Michael Harmon | Mark Goins | Email communication from counsel with attachment re draft summary judgment motion |
| Attorney - Client Communication; Work Product | 8/2/2023 11:45 a.m. | Mark Goins | *Michael Harmon; cc: *Janet Kleinfelter | Email communication to counsel with attachment re draft summary judgment motion |
| Attorney - Client Communication; Work Product | 7/26/2023 1:06 p.m. | *Zachary Barker | Mark Goins; *Janet Kleinfelter; *Beth Henry-Robertson; cc: *Andrew Coulam | Email communication from counsel with attachments re SOS website question and summary judgment motion |
| Attorney - Client Communication; Work Product | 7/26/2023 1:07 p.m. | Mark Goins | Phil Rogers; cc: *Andrew Dodd; Donald Hall; John Moravec | Email communication from counsel with attachments re SOS website question and summary judgment motion |

Attorneys and legal personnel are designated by asterisk

| Privilege | Date/Time | From | To | Description |
|---|---|---|---|---|
| Attorney - Client Communication; Work Product | 7/26/2023 1:30 p.m. | Phil Rogers | Rudy Barrett | Email communication from counsel with attachments re SOS website question and summary judgment motion |
| Attorney - Client Communication; Work Product | 7/26/2023 1:42 p.m. | Mark Goins | *Zachary Barker, cc: *Janet Kleinfelter; *Beth Henry-Robertson; *Andrew Coulam | Email communication from counsel with attachments re SOS website question and summary judgment motion |
| Attorney - Client Communication; Work Product | 7/26/2023 1:43 p.m. | *Zachary Barker | Mark Goins; cc: *Janet Kleinfelter; *Beth Henry-Robertson; *Andrew Coulam | Email communication from counsel with attachments re SOS website question and summary judgment motion |
| Attorney - Client Communication; Work Product | 7/26/2023 1:44 p.m. | *Beth Henry-Robertson | Mark Goins | Email communication from counsel with attachments re SOS website question and summary judgment motion |
| Attorney - Client Communication; Work Product | 7/26/2023 2:34 p.m. | Rudy Barrett | Phil Rogers; Mark Goins; cc: *Andrew Dodd | Email communication from counsel with attachments re SOS website question and summary judgment motion |
| Attorney - Client Communication; Work Product | 7/26/2023 2:41 p.m. | *Andrew Dodd | *Janet Kleinfelter; *Beth Henry-Robertson | Email communication from counsel with attachments re SOS website and summary judgment motion |
| Attorney - Client Communication; Work Product | 7/26/2023 2:42 p.m. | *Janet Kleinfelter | *Andrew Dodd; *Beth Henry-Robertson | Email communication from counsel with attachments re SOS website and summary judgment motion |
| Attorney - Client Communication; Work Product | 7/26/2023 2:43 p.m. | *Janet Kleinfelter | *Zachary Barker; Mark Goins; *Beth Henry-Robertson; cc: *Andrew Coulam | Email communication from counsel with attachments re SOS website question and summary judgment motion |
| Attorney - Client Communication; Work Product | 7/26/2023 2:45 p.m. | *Zachary Barker | Mark Goins; *Janet Kleinfelter; *Michael Harmon; *Beth Henry-Robertson; cc: *Andrew Coulam | Email communication from counsel with attachments re SOS website question and summary judgment motion |
| Attorney - Client Communication; Work Product | 8/3/2023 1:22 p.m. | *Zachary Barker | *Janet Kleinfelter; *Michael Harmon; Mark Goins; cc: *Andrew Coulam; *Philip Hammersley; *Dawn Jordan; *David M. Rudolph; *Robert W. Wilson | Email communication from counsel with attachments re summary judgment motion and filings |

Attorneys and legal personnel are designated by asterisk

*Tennessee Conference of the NAACP et al. v. William Lee et al.*, No. 3:20-cv-01039, U.S.D.C. M.D. Tenn
Defendants' Supplemental Privilege Log 09/05/2023 (Revised)

| | | | | |
|---|---|---|---|---|
| Attorney - Client Communication; Work Product | 8/4/2023 9:14 a.m. | *Zachary Barker | *Janet Kleinfelter; *Michael Harmon; Mark Goins; cc: *Andrew Coulam; *Philip Hammersley; *Dawn Jordan; *David M. Rudolph; *Robert W. Wilson | Email communication from counsel with attachments re summary judgment motion filing by plaintiffs |

Attorneys and legal personnel are designated by asterisk

Defendant Supplemental Privilege Log – Index

**Tre Hargett**, Tennessee Secretary of State

**Mark Goins**, Coordinator of Elections, Division of Elections, Tennessee Secretary of State

**Beth Henry-Robertson**, Assistant Coordinator of Elections, Division of Elections, Tennessee Secretary of State; Division of Elections attorney

**Michael Harmon**, General Counsel, Tennessee Secretary of State; SOS attorney

**Janet Kleinfelter**, Special Counsel, Tennessee Secretary of State; SOS attorney

**Andrew Dodd**, HAVA Attorney, Division of Elections, Tennessee Secretary of State; Division of Elections attorney

**Donald J. Hall**, Elections Assistant, Division of Elections, Tennessee Secretary of State

**Robert Greene**, Director of Publications, Tennessee Secretary of State

**Julia Bruck**, Director of Communications, Tennessee Secretary of State

**Phil Rogers**, Director of Information Technology, Tennessee Secretary of State

**John Moravec**, Assistant Director of Information Technology, Tennessee Secretary of State

**Rudy Bennett**, Lead Developer, Division of Information Technology, State of Tennessee

**Jen Brenner**, General Counsel, Tennessee Department of Correction; TDOC attorney


Defense Counsel for Tennessee Attorney General's Office: **Zachary Barker; Andrew Coulam; Dawn Jordan; David Rudolph; Robert Wilson; Alexander Rieger; Pablo Varela; James P. Urban; Philip Hammersley**