# Tennessee Secretary of State
# Tre Hargett



Division of Human Resources and Organizational Development
312 Rosa L. Parks Avenue, 7th Floor
Nashville, Tennessee 37243-1102

Ashley Bowers　　　　　　　　　　　　　　　　　　　　　　　　　　　615-253-4548
Director　　　　　　　　　　　　　　　　　　　　　　　　　　　Ashley.Bowers@tn.gov

**Assistant Coordinator of Elections**
**The Tennessee Department of State**
**Division of Elections**

**Mission:** The mission of the Office of the Secretary of State is to exceed the expectations of our customers, the taxpayers, by operating at the highest levels of accuracy, cost-effectiveness, and accountability in a customer-centered environment.

**Supervisor:** Coordinator of Elections

**Summary:** Under direction, provide comprehensive support to the Coordinator of Elections in generally supervising and coordinating elections in the State

**Expectations:**
- Thorough knowledge of Tennessee election laws.
- Working understanding of federal election law directly impacting the election process.
- Effective communication skills for dealing with a wide variety of people, including but not limited to, election officials, candidates, and members of the public.
- Ability to complete a high volume of tasks and projects in short periods of time.

**Duties:**
- Advises election commissions, primary boards and administrators of elections as to the proper methods of performing their duties.
- Assists in the interpretation of elections laws for all persons administering them.
- Assists in conducting annual training seminars for county election officials and administrators of elections.
- Drafts exam and assists in training for the certification exam for administrators of elections.
- Assists with promulgation of rules and regulations concerning election laws.
- Drafts sample language for legislation, gathers information for fiscal notes, and testifies before the legislature in the absence of the Coordinator of Elections.
- Assists with election certifications.
- Responds to public records requests.
- Assists Attorney General's office in collection of documents and provides written and oral court testimony regarding election laws and processes.
- Ability to meet deadlines under intense workload.
- Ensures the integrity of the election process through observation, prevention, and investigation.
- Assists in responding to numerous media requests, voter, and citizen inquiries.
- Speaks about the election process to large or small groups.

- Must be able to multitask.
- Communicates with a wide variety of people.
- Assists in conducting voter registration drives held throughout the state.
- Must understand the complexities of working with all 95 counties in the state of Tennessee, which include small, medium, and large populated counties.
- Performs other duties as assigned.

**Education and Experience:**
Licensure as an attorney by the Tennessee Board of Bar Examiners and experience equivalent to four (4) years of responsible professional full-time work in the practice of law.

**Knowledge and Abilities:**
- Thorough knowledge of the state election laws and procedures including rules and regulations promulgated there under, Attorney General's opinions and Court decisions interpreting these laws.
- Ability to deal effectively and tactfully with inquiries from election officials, county officials, and private citizens.
- Familiarity with the political and legislative process.
- Ability to express ideas and to communicate effectively, including public speaking.

**Other Requirements:**
- Candidate must be willing to submit to a background check.

**Salary:** Commensurate with experience and State of Tennessee benefits package.

**To apply:**
Please email your resume and cover letter to Human Resources at sos.hr@tn.gov. Include the position you are applying for in the email subject. Position will be posted until filled.