# Tennessee Secretary of State
# Tre Hargett



Division of Human Resources and Organizational Development
312 Rosa L. Parks Avenue, 7th Floor
Nashville, Tennessee 37243-1102

Ashley Bowers  
Director

615-253-4548  
Ashley.Bowers@tn.gov

## HAVA Attorney
**Tennessee Department of State**
**Division of Elections**

**Mission:** The mission of the Office of the Secretary of State is to exceed the expectations of our customers, the taxpayers, by operating at the highest levels of accuracy, cost-effectiveness, and accountability in a customer-centered environment.

**Supervisor:** Coordinator of Elections

**Summary:**

Ensures compliance with the Help America Vote Act (HAVA), National Voter Registration Act of 1993 (NVRA), Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA), and Americans with Disabilities Act (ADA). Oversees the disbursement of millions of dollars to county election commissions through grants. Under general supervision, assists the Coordinator of Elections and interprets the election laws for all persons administering them. Drafts rules and regulations concerning election laws and revises outdated election forms.

**Expectations:**
- Working knowledge of Tennessee election laws and the NVRA, HAVA, UOCAVA, and ADA, as it relates to the election process.
- Effective communication skills for dealing with a wide variety of people, including but not limited to, election officials, candidates, and members of the public.
- Possesses project management skills to oversee the disbursement of HAVA moneys and reporting requirements

**Duties:**
- Responds to legal questions from the counties and the public regarding all aspects dealing with the Help America Vote Act (HAVA).
- Reviews and responds to HAVA Complaints.
- Assists in the training of administrators regarding the administration of federal elections.
- Assist the AES System Administrator regarding the statewide voter registration database.
- Oversees HAVA State Plan execution.
- Assists in writing legislation regarding the implementation of HAVA and follows state legislation regarding the election process.
- Attends meetings regarding Cyber security and Cyber hygiene.
- Administers multi-million federal grant programs, including coordinating the transmission and receipt of required paperwork from all 95 counties documenting grant expenditures.

- Assists in verifying compliance with reporting requirements for HAVA to the Tennessee General Assembly and the U. S. Election Assistance Commission.
- Primary contact for HAVA auditors.
- Assists in election night reporting.
- Assists in keeping the GoVoteTN app and website current.
- Responds to inquiries from election officials, voters, and campaigns.
- Proofs documents.
- Reviews and assists in compiling various reports including a federal survey administered by the U.S. Election Assistance Commission after each regular November general election.
- Assists in the training of election officials.
- Assists in the implementation of on-going and special projects undertaken by the Division.
- Assists in writing summaries of legislation and completing legislative fiscal notes.
- Secondary contact for ADA compliance and communications.
- Drafts sample language for legislation and gathers information for fiscal notes.
- Must be able to multitask.
- Communicates with a wide variety of people.
- Assists with certifying voting systems and electronic pollbooks.
- Must understand the complexities of working with all 95 counties in the state of Tennessee, which includes small, medium, and large populated counties.

**Education and Experience:**

Licensure as an attorney by the Tennessee Board of Bar Examiners.

**Knowledge and Abilities:**
- Knowledge of the state election laws and procedures, including rules and regulations promulgated there under, Attorney General's opinions and court decisions interpreting these laws.
- Ability to deal effectively and tactfully with inquiries from county officials, the Legislature, private citizens, and members of the news media.
- Familiarity with the political and legislative processes.
- Ability to express ideas clearly and to communicate effectively, including public speaking.

**Other Requirements:**
- Candidate must be willing to submit to a background check.

**Salary:** Commensurate with experience and State of Tennessee benefits package.

**To apply:**
Please email your resume and cover letter to Human Resources at sos.hr@tn.gov. Include the position you are applying for in the email subject. Position will be posted until filled.