IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE of the NATIONAL ASSOCIATION for the ADVANCEMENT of COLORED PEOPLE, on behalf of itself and its Members, and LAMAR PERRY, CURTIS GRAY JR., JOHN WEARE, BENJAMIN TOURNIER, and AMANDA LEE MARTIN, for themselves and those similarly situated,<br>    Plaintiffs,<br><br>v.<br><br>WILLIAM LEE, in his official capacity as Governor of the State of Tennessee, TONY C. PARKER, in his official capacity as Commissioner of the Department of Correction of the State of Tennessee, MARK GOINS, in his official capacity as Coordinator of Elections for the State of Tennessee, TRE HARGETT, in his official capacity as Secretary of State of Tennessee, and MELISSA HARRELL in her official capacity as Rutherford County Clerk of Circuit Court,<br>    Defendants. | Civil Action No. 3:20-cv-1039<br>Judge Campbell/Frensley<br>[Class Action] |

**ORDER**

The Court held a case management conference with the Parties on December 15, 2023, to discuss the Joint Discovery Dispute Statement regarding certain disputed privilege documents (Docket No. 200). The Parties indicated an agreement that it would be appropriate for the Court to conduct an in-camera review of the items disputed. By **December 18, 2023**, the Defendant shall file *ex parte* and under seal the documents identified in the privilege log which remain in dispute (Docket No. 201-1). The Defendant shall deliver the documents to the clerk's office and file a notice on the docket indicating their compliance with this Order.

**IT IS SO ORDERED.**

JEFFERY S. FRENSLEY
United States Magistrate Judge