STATE OF TENNESSEE

# Office of the Attorney General





**JONATHAN SKRMETTI**
ATTORNEY GENERAL AND REPORTER

P.O. BOX 20207, NASHVILLE, TN 37202
TELEPHONE (615)741-3491
FACSIMILE (615)741-2009

December 18, 2023

**VIA HAND DELIVERY**

The Honorable Jeffery S. Frensley
United States Magistrate Judge, Middle District of Tennessee
Fred D. Thompson U.S. Courthouse and Federal Building
719 Church Street
Nashville, TN 37203

RE: *Tenn. Conference of the NAACP, et al. v. William Lee, et al.*
     M.D. Tenn. Case No. 3:20-cv-01039
     **Judge Campbell**
     **Magistrate Judge Frensley**

Dear Magistrate Judge Frensley:

    Pursuant to the Court's order (D.E. 203), enclosed please find a USB thumb drive containing the disputed privilege documents for in-camera review. Defendant is filing a notice of this *ex parte* and under seal filing.

                                         Respectfully submitted,

                                         /s/ David M. Rudolph
                                         DAVID M. RUDOLPH
                                         Senior Assistant Attorney General

Enclosure