No. 23-0502

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Feb 8, 2024
KELLY L. STEPHENS, Clerk

In re: WILLIAM BYRON LEE, in his
official capacity as Governor of the State
of Tennessee, et al.,

    Petitioners.

Before: SUTTON, Chief Judge; NORRIS and SILER, Circuit Judges.

# JUDGMENT

On Petition for Permission to Appeal.
District Court for the Middle District of Tennessee at Nashville.

THIS MATTER was heard on the record and the pleadings without oral argument. In accordance with the order entered on this date and incorporated herein,

IT IS HEREBY ORDERED that the petition is GRANTED, the district court's order is VACATED, and this case is REMANDED to the district court for further proceedings.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk