STATE OF TENNESSEE

# Office of the Attorney General



**JONATHAN SKRMETTI**
ATTORNEY GENERAL AND REPORTER

P.O. BOX 20207, NASHVILLE, TN 37202
TELEPHONE (615)741-3491
FACSIMILE (615)741-2009

February 22, 2024

**VIA HAND DELIVERY**

The Honorable William L. Campbell, Jr.
United States District Judge, Middle District of Tennessee
Fred D. Thompson U.S. Courthouse and Federal Building
719 Church Street
Nashville, TN 37203

RE: *Tenn. Conference of the NAACP, et al. v. William Lee, et al.*
     M.D. Tenn. Case No. 3:20-cv-01039
     **Judge Campbell**
     **Magistrate Judge Frensley**

Dear Judge Campbell:

     Pursuant to the Court's instructions, enclosed please find a USB thumb drive containing documents which remain in dispute.

                                      Respectfully submitted,

                                      /s/
                                      Assistant Attorney General

Enclosure