IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TENNESSEE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 3:20-cv-01039 |
| v. | ) ) ) | Judge Campbell Magistrate Judge Frensley |
| WILLIAM LEE, et al. | ) ) ) | |
| Defendants. | ) | |

### NOTICE OF *EX PARTE* FILING UNDER SEAL REGARDING DOCUMENTS SUBJECT TO DISCOVERY DISPUTE

Defendants hereby give notice of the *ex parte* filing under seal of the disputed documents with the clerk's office on February 22, 2024, pursuant to this Court's February 8, 2024 order, (D.E. 213, PageID 3548). Defendants' submission of this document on February 22, 2024, is due to a genuine misunderstanding. Defense Counsel thought that the order had been complied with because the documents and a notice had been filed, (*see* D.E. 204, 205), and because discussion at the status teleconference led counsel to believe that the in camera review was already underway. Defendants mean no disrespect in their late filing, and had no improper purpose for doing so.

1

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter


/s/ *Zachary L. Barker*
ZACHARY L. BARKER, BPR # 035933
Assistant Attorney General

ANDREW COULAM
Deputy Attorney General

DAWN JORDAN
Senior Counsel

DAVID RUDOLPH
Senior Assistant Attorney General

ROBERT WILSON
Senior Assistant Attorney General

Public Interest Division
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
Zachary.Barker@ag.tn.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and exact copy of the above document has been forwarded electronically. Notice of this filing will be sent by the Court's electronic filing system to the parties named below. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Danielle Lang<br>Mark Graber<br>Aseem Mulji<br>Campaign Legal Center<br>1101 14th Street NW, Suite 400<br>Washington, DC 20005 | Charles K. Grant<br>Denmark J. Grant<br>Baker, Donelson, Bearman<br>Caldwell & Berkowitz, P.C.<br>1600 West End Avenue, Suite 2000<br>Nashville, TN 37203 |
| Phil Telfeyan<br>Natasha Baker<br>Equal Justice Under Law<br>400 7th St. NW, Suite 602<br>Washington, DC 20004 | Keeda Haynes<br>Free Hearts<br>2013 25th Ave. N.<br>Nashville, TN 37208 |

Date: February 22, 2024

                                                */s/ Zachary L. Barker*
                                                Assistant Attorney General