# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 01, 2024

Ms. Lynda M. Hill
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

Re: Case No. 23-0502, *In re: William Lee, et al*
Originating Case No. : 3:20-cv-01039

Dear Ms. Hill,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Mackenzie Collett
 For Michelle Lambert

cc: Mr. Zachary Lewis Barker
    Ms. Ellen Boettcher
    Mr. Andrew C. Coulam
    Mr. Charles Kevin Grant
    Mr. Philip W Hammersley
    Ms. Alice Clare Campbell Huling
    Ms. Danielle Marie Lang
    Mr. Phil Telfeyan

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 23-0502
_____

Filed: March 01, 2024

In re: WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; MARK GOINS, in his official capacity as Coordinator of Elections for the State of Tennessee; TRE HARGETT in his official capacity as Secretary of State of the State of Tennessee; LISA HELTON, in her official capacity as Interim Commisioner of the Department of Correction of the State of Tennessee

    Petitioners

<u>MANDATE</u>

   Pursuant to the court's disposition that was filed 02/08/2024 the mandate for this case hereby issues today.

COSTS: None