IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE of the ) <br> NATIONAL ASSOCIATION for the ) <br> ADVANCEMENT of COLORED ) <br> PEOPLE, et al., ) <br> ) <br>    Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WILLIAM LEE, et al., ) <br> ) <br>    Defendants. ) | NO. 3:20-cv-01039 <br><br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE FRENSLEY |

## ORDER

Pending before the Court is a motion for summary judgment on Counts Four, Five, and Six filed by Defendants Trey Hargett ("Secretary Hargett") and Mark Goins ("Coordinator Goins") (Doc. No. 150), and a cross motion for summary judgment on Counts Four and Six filed by Plaintiff Tennessee National Association for the Advancement of Colored People ("TN NAACP") (Doc. No. 153). The motions are fully briefed as to Counts Four, Five, and Six, and ripe for consideration. (Doc. Nos. 182, 190, 180, 192). For the reasons set forth in the accompanying memorandum, the motion for summary judgement filed by Secretary Hargett and Coordinator Goins is **DENIED** as to Counts Four, Five, and Six, and TN NAACP's motion for summary judgment is **GRANTED** as to Count Six and **GRANTED** in part as to Count Four.

**IT IS FURTHER ORDERED** that, as soon as reasonably practicable, counsel for Secretary Hargett, Coordinator Goins, and TN NAACP shall meet in person and confer about the language for the injunction that will be entered as to Count Six. On or before **May 3, 2024**, Secretary Hargett, Coordinator Goins, and TN NAACP shall file an agreed proposed injunction as to Count Six or notify the Court that the parties could not agree on the injunction language.

**IT IS FURTHER ORDERED** that all parties in this action shall participate in mediation as to Counts One, Two, Three, and Four within 60 days of the entry of this Order. On or before **May 3, 2024**, the parties shall either notify the Court whether they each agree to mediating with Magistrate Judge Newbern or, in the alternative, jointly file a list of three proposed mediators agreeable to each of them, from which the undersigned will then select a mediator.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE