# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., | ) ) ) ) ) |
| Plaintiffs, | ) No. 3:20-cv-01039 |
| v. | ) Judge Campbell<br>) Magistrate Judge Frensley<br>) (Putative Class Action) |
| WILLIAM LEE, et al. | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's April 18, 2024, Order (D.E. 222), the parties respectfully file this joint status report. As required by the Court's order, counsel for the parties met in person on May 1, 2024, and conferred about the language for the injunction that will be entered as to Count Six. The parties could not agree on the injunction language. The parties will separately file any proposed orders.

The parties have agreed to mediate with Magistrate Judge Newbern. Additionally, counsel for both parties have indicated availability for mediation on June 12, 2024.

1

Respectfully submitted,

Charles K. Grant, BPR No. 017081
Denmark J. Grant, BPR No. 036808
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, PC
1600 West End Avenue, Suite 2000
Nashville, TN 37203
 Telephone: (615) 726-5600
Facsimile: (615) 726-0464
cgrant@bakerdonelson.com
dgrant@bakerdonelson.com

/s/ Blair Bowie
Blair Bowie*
Danielle Lang*
Alice C. Huling*
Aseem Mulji*^
Valencia Richardson*
Ellen Boettcher*
Kate Uyeda, BPR No. 040531
Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005
(202) 736-2200
Dlang@campaignlegal.org
Ahuling@campaignlegal.org
Bbowie@campaignlegal.org
Amulji@campaignlegal.org
Vrichardson@campaignlegal.org
Eboettcher@campaignlegal.org
Kuyeda@campaignlegal.org

Keeda Haynes, BPR No. 031518
Free Hearts
2013 25th Ave. N,
Nashville, TN 37208
(615) 479-5530
keeda@freeheartsorg.com

Phil Telfeyan*
Natasha Baker*
Equal Justice Under Law
400 7th St. NW, Suite 602
Washington, D.C. 20004
(202) 505-2058
ptelfeyan@equaljusticeunderlaw.org
nbaker@equaljusticeunderlaw.org

* Admitted pro hac vice
^ Licensed in CA only; supervision by
Danielle Lang, a member of the D.C. Bar

*Counsel for the Petitioners-Plaintiffs and the Putative Classes*

JONATHAN SKRMETTI
Attorney General and Reporter

/s/ *Zachary L. Barker*
ZACHARY L. BARKER (BPR 035933)
Assistant Attorney General
ANDREW COULAM
Deputy Attorney General
DAWN JORDAN
Special Counsel
DAVID RUDOLPH
Senior Assistant Attorney General
ROBERT W. WILSON
Senior Assistant Attorney General
Public Interest Division
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
Zachary.Barker@ag.tn.gov

*Counsel for the Defendants*

2

# CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the above document has been forwarded electronically. Notice of this filing will be sent by the Court's electronic filing system to the parties named below. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Blair Bowie<br>Danielle Lang<br>Alice C. Huling<br>Valencia Richardson<br>Aseem Mulji<br>Ellen Boettcher<br>Kate Uyeda<br>Campaign Legal Center<br>1101 14th Street NW, Suite 400<br>Washington, DC 20005 | Charles K. Grant<br>Denmark J. Grant<br>Baker, Donelson, Bearman<br>Caldwell & Berkowitz, P.C.<br>1600 West End Avenue, Suite 2000<br>Nashville, TN 37203 |
| Phil Telfeyan<br>Natasha Baker<br>Equal Justice Under Law<br>400 7th St. NW, Suite 602<br>Washington, DC 20004 | Keeda Haynes<br>Free Hearts<br>2013 25th Ave. N.<br>Nashville, TN 37208 |

Date: May 3, 2024

                                                      /s/ Robert W. Wilson<br>
                                                      ROBERT W. WILSON (BPR No. 34492)<br>
                                                      Senior Assistant Attorney General