IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE of the ) <br> NATIONAL ASSOCIATION for the ) <br> ADVANCEMENT of COLORED ) <br> PEOPLE, et al., ) <br> ) <br>    Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WILLIAM LEE, et al., ) <br> ) <br>    Defendants. ) | NO. 3:20-cv-01039 <br><br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE FRENSLEY |

## ORDER

On April 18, 2024, the Court granted summary judgment on Count Six in favor of Plaintiff Tennessee National Association for the Advancement of Colored People ("TN NAACP"), and ordered TN NAACP and Defendants Trey Hargett ("Secretary Hargett") and Mark Goins ("Coordinator Goins") to file, by May 3, 2024, an agreed proposed injunction as to Count Six or notify the Court that they could not agree on the injunction language. (Doc. No. 222).

On May 3, 2024, TN NAACP, Secretary Hargett, and Coordinator Goins filed a joint status report stating that they could not agree on the language for the injunction that will be entered as to Count Six and will file separate proposed orders. (Doc. No. 224).

In light of the foregoing, the parties **SHALL** each file a proposed injunction as to Count Six on or before **Wednesday, May 8, 2024**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE