IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE of the NATIONAL ASSOCIATION for the ADVANCEMENT of COLORED PEOPLE, et al., <br><br>   Plaintiffs, <br><br>v. <br><br>WILLIAM LEE, et al., <br><br>   Defendants. | NO. 3:20-cv-01039 <br><br>JUDGE CAMPBELL <br>MAGISTRATE JUDGE FRENSLEY |

## ORDER

This case is REFERRED to Magistrate Judge Newbern for a judicial settlement conference.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE