# **EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

_____

TENNESSEE CONFERENCE of the NATIONAL
ASSOCIATION for the ADVANCEMENT of
COLORED PEOPLE, on behalf of itself
and its members, et al.,

        Plaintiffs,

vs.                  Case No. 3:20-CV-01039

WILLIAM LEE, in his official capacity
as Governor of the State of Tennessee,
et al.,

        Defendants.

_____

30(b)(6) Deposition of:

ELIZABETH HENRY-ROBERTSON

Taken on behalf of the Plaintiffs
December 5, 2023
Commencing at 9:28 a.m.

_____

Reported by:  Georgette K. Arena, RPR, LCR
BERES & ASSOCIATES
Licensed Stenographic Court Reporters
Post Office Box 190461
Nashville, Tennessee 37219-0461
(615)742-2550

1  been restored?

2  A.      That's what's still being determined.

3  Q.      But there's no current position?

4  A.      It's being discussed, looking at the legal

5  aspects of that.

6  Q.      Okay.  But you're saying that as of right

7  now, there is no determinative position that the

8  elections division holds on that question?

9  A.      If gun rights have been excluded or another

10 right has been excluded, no, not as of yet.

11 Q.      Have you had to review any court orders that

12 say that and determine whether or not a person has

13 had their citizenship rights restored under Section

14 2-19-143?

15 A.      If the court order -- we have had a court

16 order that restores citizenship rights.  It did not

17 have any exclusion.

18 Q.      Did not have any exclusions, okay.

19 A.      It did not use the word "full," but it did

20 not excluded anything, any rights.

21 Q.      Okay.  Where was that order from?

22 A.      It's a Tennessee -- I think it's Sumner

23 County.

24 Q.      Okay.  Okay.  We can talk more about all that

25 later.

```
 1              REPORTER'S CERTIFICATE

 2

   STATE OF TENNESSEE
 3
   COUNTY OF WILLIAMSON
 4

 5

 6          I, Georgette K. Arena, RPR, Licensed

 7  Court Reporter, with offices in Franklin,

 8  Tennessee, hereby certify that I reported the

 9  foregoing deposition of ELIZABETH HENRY-ROBERTSON

10  by machine shorthand to the best of my skills and

11  abilities, and thereafter the same was reduced to

12  typewritten form by me.  I am not related to any of

13  the parties named herein, nor their counsel, and

14  have no interest, financial or otherwise, in the

15  outcome of the proceedings.

16          I further certify that in order for this
    document to be considered a true and correct copy,
17  it must bear my original signature, and that any
    unauthorized reproduction in whole or in part
18  and/or transfer of this document is not authorized,
    will not be considered authentic, and will be in
19  violation of Tennessee Code Annotated 39-14-104,
    Theft of Services.
20

21

22

23  _____
    Georgette K. Arena, RPR, LCR
24  Notary Public State of Tennessee
    My Notary Public Commission Expires: 2/22/26
25  LCR # 091 - Expires: 6/30/24
```