# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE of the NATIONAL ASSOCIATION for the ADVANCEMENT of COLORED PEOPLE, et al.,<br><br>　Plaintiffs,<br><br>v.<br><br>WILLIAM LEE, et al.,<br><br>　Defendants. | NO. 3:20-cv-01039<br><br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE FRENSLEY |

## ORDER

The Court is in receipt of the Emergency Motion for a Stay of Permanent Injunction Pending Appeal (Doc. No. 243) filed by Defendants Trey Hargett and Mark Goins (collectively "Tennessee Election Officials") on the afternoon of Friday, June 7, 2024, pursuant to Federal Rule of Appellate Procedure 8(a)(1). The Court has reviewed the motion and finds that a response from Plaintiff Tennessee National Association for the Advancement of Colored People ("TN NAACP") would be helpful. Accordingly, TN NAACP shall file a response to the present motion on or before Monday, June 17, 2024.

To assuage the Tennessee Election Officials' concerns about time to comply with the permanent injunction, the Court notes that the injunction does not require the State to make any changes to its voter registration forms. (Doc. No. 237).

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE