IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., | ) ) ) ) ) |
| Plaintiffs, | ) No. 3:20-cv-01039 |
| v. | ) ) Judge Campbell ) Magistrate Judge Frensley |
| WILLIAM LEE, et al. | ) ) ) |
| Defendants. | ) |

**DEFENDANTS' PARTIAL OBJECTION TO MAGISTRATE JUDGE'S ORDER (ECF 240)**

Pursuant to Fed. R. Civ. 72(a), Defendants file this partial objection to the Magistrate Judge's Order dated June 7, 2024, ECF 240. In his Order granting the re-deposition of two witnesses, Magistrate Judge Frensley found that "[m]ost importantly, Defendants' Motion for Summary Judgment is no longer pending." (Order, ECF 240, PageID# 3855.) Defendant's Motion for Summary Judgment as to Counts 1-3 is still pending, and thus, the Magistrate Judge's Order is clearly erroneous on that point.

On August 2, 2023, Defendants filed a Motion for Summary Judgment on all six Counts in the Second Amended Complaint. (*See*, Def.'s Mot. for Summ. J., ECF 150; Mem. in Supp. of Mot. for Summ. J., ECF 151.) When reopening discovery, this Court denied Defendant's motion for summary judgment on Counts 1-3, without prejudice to refiling. (Order, ECF 179, PageID# 2856.) After the conclusion of the re-opened discovery period, this Court *reinstated* Defendants' motion for summary judgment as to Counts 1-3, and ordered Plaintiffs to respond by August 1,

1

2024. (Order, ECF 214, PageID# 3549.) On April 18, 2024, this Court ruled on Counts 4-6, but did not rule on Counts 1-3. (*See*, Order, ECF 222, PageID# 3692.) Instead, this Court ordered the parties to court-ordered mediation as to Counts 1-3, and also Count 4. (*Id*. at PageID# 3693.)

Defendants submit that the Magistrate Judge's Order is incorrect and ask that the record reflect that Defendants' Motion for Summary Judgment as to Counts 1-3 remains outstanding.[1]

## CONCLUSION

For the reasons stated above, Defendants ask that the record reflect that their Motion for Summary Judgment as to Counts 1-3 remains outstanding.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

/s/ *Dawn Jordan*
DAWN JORDAN, BPR 020383
Senior Counsel

ZACHARY L. BARKER, BPR # 035933
Assistant Attorney General

ANDREW COULAM
Deputy Attorney General

DAVID RUDOLPH
Senior Assistant Attorney General

ROBERT WILSON
Senior Assistant Attorney General

Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
Dawn.Jordan@ag.tn.gov

*Counsel for Defendants*

---

[1] While Defendants maintain that they are entitled to judgment as a matter of law, Defendants intend to attend the mediation in good faith and have prepared for the mediation.

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and exact copy of the above document has been forwarded electronically. Notice of this filing will be sent by the Court's electronic filing system to the parties named below. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Blair Bowie | Charles K. Grant |
| Danielle Lang | Denmark J. Grant |
| Alice C. Huling | Baker, Donelson, Bearman |
| Valencia Richardson | Caldwell & Berkowitz, P.C. |
| Aseem Mulji | 1600 West End Avenue, Suite 2000 |
| Ellen Boettcher | Nashville, TN 37203 |
| Kate Uyeda | |
| Campaign Legal Center | |
| 1101 14th Street NW, Suite 400 | |
| Washington, DC 20005 | |
| | |
| Phil Telfeyan | Keeda Haynes |
| Natasha Baker | Free Hearts |
| Equal Justice Under Law | 2013 25th Ave. N. |
| 400 7th St. NW, Suite 602 | Nashville, TN 37208 |
| Washington, DC 20004 | |

Date: June 14, 2024.

                                                             */s/ Dawn Jordan*
                                                             Senior Counsel