IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE of the NATIONAL ASSOCIATION for the ADVANCEMENT of COLORED PEOPLE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM LEE, in his official capacity as Governor of the State of Tennessee, et al., <br><br> Defendants. | Civil No. 3:20-cv-01039 <br><br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE FRENSLEY |

## NOTICE OF FILING IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR A STAY OF PERMANENT INJUNCTION PENDING APPEAL

Plaintiff Tennessee NAACP gives notice of the filing of the following in support of Plaintiffs' Response in Opposition to Defendants' Motion for a Stay of Permanent Injunction Pending Appeal:

1) Exhibit A – 2024-2025 Budget;

2) Exhibit B – 9/5/19 Email from Jessica Lim to Vicki Collins (DEF000544-545);

3) Exhibit C – 9/30/2020 Email from Jessica Lim to Aletta M. West (DEF000569-570); and

4) Declaration of Valencia Richardson

Date: June 17, 2024

Respectfully submitted,

/s/ *Charles K. Grant*
Charles K. Grant, BPR No. 017081
Denmark J. Grant, BPR No. 036808
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
211 Commerce Street, Suite 800
Nashville, TN 37201
Telephone: (615) 726-5600
Facsimile: (615) 726-0464
cgrant@bakerdonelson.com
dgrant@bakerdonelson.com

Danielle Lang*
Blair Bowie*
Alice Huling*
Aseem Mulji*
Valencia Richardson*
Ellen Boettcher*
Kate Uyeda, BPR No. 040531
Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005
(202)-736-2200
dlang@campaignlegal.org
bbowie@campaignlegal.org
ahuling@campaignlegal.org
amulji@campaignlegal.org
vrichardson@campaignlegal.org
eboettcher@campaignlegal.org
kuyeda@campaignlegal.org

Keeda Haynes, BPR No. 031518
Free Hearts
2013 25th Ave N,
Nashville, TN 37208
(615) 479-5530
keeda@freeheartsorg.com

Phil Telfeyan
Equal Justice Under Law
400 7th St. NW, Suite 602
Washington, D.C. 20004

(202) 505-2058
ptelfeyan@equaljusticeunderlaw.org

*Counsel for the Petitioners-Plaintiffs and the Putative Classes*

\* Admitted pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on June 17, 2024 via the Court's electronic filing system to the following:

Zachary Barker
Dawn Jordan
Andrew C. Coulam
David M. Rudolph
Robert W. Wilson

Office of the Tennessee Attorney General
Public Interest Division
P.O. Box 20207
Nashville, TN 37202

/s/ *Charles K. Grant*
Charles K. Grant