IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE of the NATIONAL ASSOCIATION for the ADVANCEMENT of COLORED PEOPLE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM LEE, in his official capacity as Governor of the State of Tennessee, et al.,<br><br>Defendants. | Civil No. 3:20-cv-01039<br><br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE FRENSLEY |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUR-REPLY IN OPPOSITION OF DEFENDANTS' EMERGENCY MOTION FOR A STAY OF PERMANENT INJUNCTION PENDING APPEAL**

Plaintiffs respectfully move this Court for leave to file a sur-reply to address late-disclosed evidence that came to light during Plaintiffs' depositions of Defendant Goins and the Rule 30(b)(6) representative of the Elections Division on June 18. It has become apparent that Defendants withheld documents highly material to the assertions in their stay motions at this Court and at the Sixth Circuit Court of Appeals. Despite Defendants' ongoing obligation to supplement their productions under Rule 26(e)(1)(a), these documents apparently would not have been disclosed in time to use in briefing the stay motions if Plaintiffs had not learned of their existence during depositions on June 18 and subsequently demanded their production.[1] All of these documents were

---

[1] At the parties' meeting on May 1, 2024 to discuss a joint proposal on the terms of the Court's injunction on Count 6, counsel for Plaintiffs asked counsel for Defendants to more regularly supplement their disclosures. Defendants refused, insisting that they would continue to provide documents on a "quarterly basis." Defendants Election Division last supplemented their productions on March 15, 2024. Defendants had not supplemented since until Plaintiffs demanded these specific documents after the depositions on June 18.

1

distributed to the Administrators of Elections between June 5 and June 14, 2024. None of these documents had been disclosed to Plaintiffs prior to their June 17 deadline to respond to Defendants' stay motion nor prior to the additional depositions on June 18.

Plaintiffs assert that a sur-reply is necessary to provide the Court with the information in these late-disclosed documents and additional depositions which are relevant to the Court's determination of Defendants' Motion to Stay. The proposed sur-reply is attached hereto as **Exhibit A**.

Counsel for Plaintiffs emailed counsel for Defendants to inquire whether the instant motion is opposed, stating that the reason for filing is the late-disclosed documents which are material to this briefing. Defendants offered to agree to a 5-page sur-reply due June 25, if Plaintiffs would agree to grant Defendants a 5-page sur-sur-reply due June 28. Plaintiffs declined this offer because already Defendants had possession of this previously undisclosed information prior to filing their Motion to Stay and could have addressed this new evidence in their Motion or Reply. Plaintiffs, on the other hand, had no prior knowledge of the existence of these documents when drafting their Response.[2] Plaintiffs object to granting Defendants additional space to brief information that they already possessed and deliberately did not disclose.

Therefore, Plaintiffs' respectfully request that this Court grant Plaintiffs' Motion for Leave to file a Sur-reply to Defendants' Motion to Stay.

Date: June 21, 2024                     Respectfully submitted,

/s/ *Charles K. Grant*
Charles K. Grant, BPR No. 017081
Denmark J. Grant, BPR No. 036808
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

---

[2] Except that Plaintiffs happened to find the revised voter registration form on the Secretary of State's website during the short time it was publicly available prior to its retraction.

211 Commerce Street, Suite 800
Nashville, TN 37201
Telephone: (615) 726-5600
Facsimile: (615) 726-0464
cgrant@bakerdonelson.com
dgrant@bakerdonelson.com

Danielle Lang*
Blair Bowie*
Alice Huling*
Aseem Mulji*
Valencia Richardson*
Ellen Boettcher*
Kate Uyeda, BPR No. 040531
Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005
(202)-736-2200
dlang@campaignlegal.org
bbowie@campaignlegal.org
ahuling@campaignlegal.org
amulji@campaignlegal.org
vrichardson@campaignlegal.org
eboettcher@campaignlegal.org
kuyeda@campaignlegal.org

Keeda Haynes, BPR No. 031518
Free Hearts
2013 25th Ave N,
Nashville, TN 37208
(615) 479-5530
keeda@freeheartsorg.com

Phil Telfeyan
Equal Justice Under Law
400 7th St. NW, Suite 602
Washington, D.C. 20004
(202) 505-2058
ptelfeyan@equaljusticeunderlaw.org

*Counsel for the Petitioners-Plaintiffs and the Putative Classes*

* Admitted pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on June 21, 2024 via the Court's electronic filing system to the following:

>Zachary Barker
>Dawn Jordan
>Andrew C. Coulam
>David M. Rudolph
>Robert W. Wilson
>
>Office of the Tennessee Attorney General
>Public Interest Division
>P.O. Box 20207
>Nashville, TN 37202

/s/ *Charles K. Grant*

Charles K. Grant