Case No. 24-5546

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

TENNESSEE STATE CONFERENCE OF THE NAACP, on behalf of itself and its members; CURTIS GRAY, JR.; LAMAR PERRY; JOHN WEARE; BENJAMIN TOURNIER; LEOLA SCOTT; REGINALD HENDRIX

    Plaintiffs - Appellees

v.

WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; LISA HELTON, in her official capacity as Interim Commissioner of the Department of Correction of the State of Tennessee

    Defendants

MARK GOINS, in his official capacity as Coordinator of Elections for the State of Tennessee; TRE HARGETT, in his official capacity as Secretary of the State of Tennessee

    Defendants - Appellants

Upon consideration of the appellees' motion for extension on response to defendants' Emergency motion for stay pending appeal and administrative stay,

It is ORDERED that the motion be, and it hereby is GRANTED. The REPLY from the appellants' is now due **Monday, June 24, 2024 by 5:00 P.M EST.**

                            **ENTERED BY ORDER OF THE COURT**
                            Kelly L. Stephens, Clerk

Issued: June 21, 2024