# Exhibit 4

# Tennessee Secretary of State
## Tre Hargett



Elections Division
312 Rosa L. Parks Avenue, 7th Floor
Nashville, Tennessee 37243-1102

Mark Goins
Coordinator of Elections

615-741-7956
Mark.Goins@tn.gov

# MEMORANDUM

**To:** All County Election Commissions

**From:** Mark Goins
Coordinator of Elections

**Date:** June 14, 2024

**Subject:** Administrative Stay of Court Order

---

This afternoon, the United States Court of Appeals for the Sixth Circuit issued an administrative stay of the order we discussed with you earlier this week. This means that the lower court decision is on hold until further notice.

Because of the stay, you do not need to send forms to the Division of Elections from individuals who have marked "yes" to the felony question. You should continue to follow the prior process outlined in the July 21, 2023 memo.

If you have already sent forms to this office, you do not have to wait for a response from us. You should continue to follow the prior process for these forms.

You should also use the prior versions of the voter registration form and appeal form. The training site is being updated accordingly, and we have put a request into our IT to ensure our website is updated.

Thank you for your patience as we work through the appellate process.