# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **TENNESSEE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al.,** | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | **No. 3:20-cv-01039** |
| **v.** | ) ) ) | **Judge Campbell** **Magistrate Judge Frensley** |
| **WILLIAM LEE, et al.** | ) ) | |
| **Defendants.** | ) | |

---

## DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-SUR-REPLY

---

Defendants Secretary of State Tre Hargett and Coordinator of Elections Mark Goins move this Court for leave to file a sur-sur-reply in response to the NAACP's sur-reply which asks the Court to modify the June 5 injunction, relies on facts not mentioned in its response, and accuses Defendants of lacking candor. Further, the NAACP attempts to use Defendants' good faith steps toward compliance with this Court's injunction as the basis for denying Defendants' Emergency Motion for Stay. That argument is nonsensical. But, since the NAACP uses those facts to argue against Defendants' Emergency Motion for Stay, (D.E. 258), good cause and fairness dictate that Defendants should be allowed to address those facts and the NAACP's last-minute request to change the injunction. Thus, this Court should grant Defendants leave to file the attached sur-sur-reply, (Defendants' Sur-sur-reply, Exhibit A).

"[A]ny party seeking the consideration of a Sur-Reply should file a motion for leave of court establishing good cause to consider the pleading." *Dowell v. Zinke*, No. 3:19-cv-105, 2019