IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE OF THE ) <br> NATIONAL ASSOCIATION FOR THE ) <br> ADVANCEMENT OF COLORED ) <br> PEOPLE, et al., ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> WILLIAM LEE, et al. ) <br> ) <br>     Defendants. ) | No. 3:20-cv-01039 <br><br> Judge Campbell <br> Magistrate Judge Frensley |

## NOTICE OF STAY PENDING APPEAL

On June 7, 2024, Defendants filed in this Court an emergency motion for a stay pending appeal. On June 12, 2024, the Defendants moved the Sixth Circuit for a stay pending appeal and an immediate administrative stay. The Sixth Circuit granted an administrative stay on June 14, 2024. And on June 28, 2024, the Sixth Circuit granted a stay pending appeal. The order is attached as Exhibit A. The Defendants write to inform the Court of this development given the motion for emergency relief pending before this Court.

1

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

ZACHARY L. BARKER
Senior Assistant Attorney General

ANDREW COULAM
Deputy Attorney General

DAWN JORDAN
Senior Counsel

DAVID RUDOLPH
Senior Assistant Attorney General

ROBERT WILSON
Senior Assistant Attorney General

/s/ *Philip Hammersley*
Philip Hammersley (BPR No. 041111)
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
Philip.Hammersley@ag.tn.gov

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

       I hereby certify that a true and exact copy of the above document has been forwarded electronically. Notice of this filing will be sent by the Court's electronic filing system to the parties named below. Parties may access this filing through the Court's electronic filing system.

Blair Bowie
Danielle Lang
Alice C. Huling
Valencia Richardson
Aseem Mulji
Ellen Boettcher
Kate Uyeda
Campaign Legal Center
1101 14th Street NW, Suite 400
Washington, DC 20005

Phil Telfeyan
Natasha Baker
Equal Justice Under Law
400 7th St. NW, Suite 602
Washington, DC 20004

Charles K. Grant
Denmark J. Grant
Baker, Donelson, Bearman
Caldwell & Berkowitz, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203

Keeda Haynes
Free Hearts
2013 25th Ave. N.
Nashville, TN 37208

Date: June 28, 2024

                                           /s/ *Philip Hammersley*
                                           Philip Hammersley (BPR No. 041111)