IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **TENNESSEE CONFERENCE of the** ) <br> **NATIONAL ASSOCIATION for the** ) <br> **ADVANCEMENT of COLORED** ) <br> **PEOPLE, et al.,** ) <br> ) <br>    Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **WILLIAM LEE, et al.,** ) <br> ) <br>    Defendants. ) | NO. 3:20-cv-01039 <br><br> **CHIEF JUDGE CAMPBELL** <br> **MAGISTRATE JUDGE FRENSLEY** |

### ORDER

On June 28, 2024, the Sixth Circuit Court of Appeals granted a stay pending appeal. *See TN Conference of the NAACP v. Lee*, Case No. 24-5546, Doc. No. 27. Accordingly, Defendants' Emergency Motion for a Stay of Permanent Injunction Pending Appeal (Doc. No. 243) is **MOOT**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE