UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: July 09, 2024

Mr. Zachary Lewis Barker
Office of the Attorney General
of Tennessee
P.O. Box 20207
Nashville, TN 37202

Ms. Ellen Boettcher
Campaign Legal Center
1101 14th Street, N.W.
Suite 400
20005
Washington, DC 20005

Ms. Blair S. Bowie
Campaign Legal Center
1101 14th Street, N.W.
Suite 400
20005
Washington, DC 20005

Mr. Charles Kevin Grant
Mr. Denmark Grant
Baker, Donelson, Bearman, Caldwell & Berkowitz
1600 West End Avenue
Suite 2000
Nashville, TN 37203

Mr. Philip W Hammersley
Office of the Attorney General
of Tennessee
P.O. Box 20207
Nashville, TN 37202

Ms. Kathryn Lynn Huddleston
Ms. Alice Clare Campbell Huling
Ms. Valencia Richardson
Ms. Kate Uyeda
Campaign Legal Center
1101 14th Street, N.W.
Washington, DC 20005

Ms. Dawn M. Jordan
Office of the Attorney General
of Tennessee
P.O. Box 20207
Nashville, TN 37202

Ms. Danielle Marie Lang
Campaign Legal Center
1101 14th Street, N.W.
Suite 400
20005
Washington, DC 20005

Mr. James Matthew Rice
Office of the Attorney General of Tennessee
P.O. Box 20207
Nashville, TN 37202

>            Re:  Case No. 24-5546, *TN State Conference of the NAACP, et al v. William Lee, et al*
>                 Originating Case No. : 3:20-cv-01039

Dear Counsel,

    The Court issued the enclosed order today in this case.

>                                      Sincerely yours,
>
>                                      s/Cathryn Lovely
>                                      for Roy Ford, Case Manager

cc:  Ms. Lynda M. Hill

Enclosure

No. 24-5546

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

TENNESEE STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, on behalf of itself and its members,

    Plaintiff-Appellee,

CURTIS GRAY, JR.; LAMAR PERRY; JOHN WEARE; BENJAMIN TOURNIER; LEOLA SCOTT; RGINALD HENDRIX,

    Plaintiffs,

v.

WILLIAM BYRON LEE, et al.,

    Defendants,

MARK GOINS, in his official capacity as Coordinator of Elections for the State of Tennessee; TRE HARGETT, in his official capacity as Secretary of State of the State of Tennessee,

    Defendants-Appellants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**FILED**
Jul 09, 2024
KELLY L. STEPHENS, Clerk

**O R D E R**

Before: BUSH, LARSEN, and MURPHY, Circuit Judges.

We recently directed the parties to confer regarding a proposed briefing and argument schedule. *See Tenn. Conf. of the NAACP v. Lee*, 2024 WL 3219054, at *16 (6th Cir. June 28, 2024). They could not reach an agreement, so they filed separate proposals. Both parties requested oral argument. The appellee also indicated that it would soon file a motion to remand and dismiss.

No. 24-5546, *Tenn. State Conference of the NAACP, et al. v. Lee, et al.*

We took the parties' proposals under consideration and adopt the following briefing schedule. The appellants shall file an appellants' brief by August 14, 2024. The appellee shall file an appellees' brief by September 13, 2024. In lieu of filing a motion to remand, the appellee can include any arguments in support of a remand in its appellees' brief. The appellants shall file any reply by September 27, 2024. We will schedule argument sometime between October 28 and November 1, 2024, with further coordination between the parties and the Clerk of the Court.

ENTERED BY ORDER OF THE COURT

_____
Kelly L. Stephens, Clerk