No. 24-5546

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

FILED
Jul 23, 2024
KELLY L. STEPHENS, Clerk

| | ) | |
|---|---|---|
| TENNESSEE STATE CONFERENCE OF THE NAACP, on behalf of itself and its members, | ) ) ) | |
| Plaintiff-Appellee, | ) ) | |
| v. | ) ) | O R D E R |
| MARK GOINS, in his official capacity as Coordinator of Elections for the State of Tennessee & TRE HARGETT, in his official capacity as Secretary of the State of Tennessee, | ) ) ) ) ) | |
| Defendants-Appellants. | ) ) | |

Before: BUSH, LARSEN, and MURPHY, Circuit Judges.

Upon consideration of the appellant's motion to continue the oral argument tentatively scheduled for the week of October 28-November 1, 2024, it is ORDERED that the motion be and hereby is GRANTED. A new argument date may be set by the Clerk upon the completion of briefing.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk

United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 07/23/2024.

**Case Name:** TN State Conference of the NAACP, et al v. William Lee, et al
**Case Number:** 24-5546

**Docket Text:**
ORDER filed - Upon consideration of the appellant's motion to continue the oral argument tentatively scheduled for the week of October 28-November 1, 2024, it is ORDERED that the motion be and hereby is GRANTED. A new argument date may be set by the Clerk upon the completion of briefing. John K. Bush, Joan L. Larsen, and Eric E. Murphy, Circuit Judges.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

**A copy of this notice will be issued to:**

Mr. Zachary Lewis Barker
Ms. Ellen Boettcher
Ms. Blair S. Bowie
Mr. Charles Kevin Grant
Mr. Denmark Grant
Mr. Philip W Hammersley
Ms. Lynda M. Hill
Ms. Kathryn Lynn Huddleston
Ms. Alice Clare Campbell Huling
Ms. Dawn M. Jordan
Ms. Danielle Marie Lang
Mr. James Matthew Rice
Ms. Valencia Richardson
Ms. Kate Uyeda