IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE of the NATIONAL ASSOCIATION for the ADVANCEMENT of COLORED PEOPLE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM LEE, in his official capacity as Governor of the State of Tennessee, *et al.*,<br><br>Defendants. | Civil Case No. 3:20-cv-01039<br><br>JUDGE CAMPBELL<br><br>MAGISTRATE JUDGE FRENSLEY |

**PLAINTIFFS' MOTION FOR CLARIFICATION AS TO CLASS CERTIFICATION BRIEFING AND NOTICE OF RENEWED MOTION FOR SUMMARY JUDGMENT**

On February 8, 2024, the Sixth Circuit vacated this Court's Order, Doc. 123, granting Plaintiffs' Motion for Class Certification, Doc. 104. *In re: Lee*, Case No. 23-0502, Doc. 19 at 3 (6th Cir. Feb. 8, 2024) ("the district court's order is vacated, and this case is remanded to the district court for further proceedings"). When this Court granted Plaintiffs' motion in its initial Order, the Court described the Motion as "fully briefed and ripe for review." Doc. 123. Plaintiffs respectfully request clarification from the Court as to whether the Motion remains fully briefed and ripe for review or whether, alternatively, the Court would like additional briefing on Plaintiffs' motion for class certification now that the Sixth Circuit has remanded the matter for further proceedings.

Further, Plaintiffs wish to notify the Court that Plaintiffs intend to file a renewed motion for summary judgment as to Count 4.

//

1

Dated: July 24, 2024

Keeda Haynes, BPR No. 031518
Free Hearts
2013 25th Ave. N
Nashville, TN 37208
(615) 479-5530
keeda@freeheartsorg.com

Phil Telfeyan
Equal Justice Under Law
400 7th St. NW, Suite 602
Washington, D.C. 20004
(202) 505-2058
ptelfeyan@equaljusticeunderlaw.org

\* Admitted pro hac vice

Respectfully submitted,

Blair Bowie*
Danielle Lang*
Alice C. Huling*
Kathryn Huddleston*
Valencia Richardson*
Aseem Mulji*
Ellen Boettcher*
Kate Uyeda, BPR No. 040531
Campaign Legal Center
1101 14th St NW, Suite 400
Washington, DC 20005
(202) 736-2200
Bbowie@campaignlegal.org
Dlang@campaignlegal.org
Ahuling@campaignlegal.org
Khuddleston@campaignlegal.org
VRichardson@campaignlegal.org
Amulji@campaignlegal.org
EBoettcher@campaignlegal.org
KUyeda@campaignlegal.org

/s/ *Charles K. Grant*
Charles K. Grant, BPR No. 017081
Denmark J. Grant, BPR No. 036808
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Telephone: (615) 726-5600
Facsimile: (615) 726-0464
cgrant@bakerdonelson.com
dgrant@bakerdonelson.com

*Counsel for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on July 24, 2024, via the Court's electronic filing system to the following:

Dawn M. Jordan
Zachary L. Barker
Andrew C. Coulam
David M. Rudolph
Robert W. Wilson

Office of the Tennessee Attorney General
Public Interest Division
P.O. Box 20207
Nashville, TN 37202

/s/ *Charles K. Grant*
Charles K. Grant