IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE of the ) <br> NATIONAL ASSOCIATION for the ) <br> ADVANCEMENT of COLORED ) <br> PEOPLE, et al., ) <br> ) <br>    Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WILLIAM LEE, et al., ) <br> ) <br>    Defendants. ) | NO. 3:20-cv-01039 <br><br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE FRENSLEY |

## ORDER

Plaintiffs' pending motion for clarification as to class certification briefing (Doc. No. 272) is **GRANTED**. The Sixth Circuit vacated the undersigned's class certification order and remanded the case for "reconsideration of the motion for class certification" because of the State's policy changes announced on July 21, 2023. (Doc. No. 215). More specifically, the Sixth Circuit decided "it would be premature" for it "to review the certification decision" because it was "unclear how the [July 2023] policies are being implemented and how, if at all, the new policies affect the class certification analysis." (*Id*. at PageID # 3553).

If the State has since revised or otherwise made any changes to its policies or procedures for voting rights restoration (i.e., made any changes that were not announced on July 21, 2023), it shall file a notice identifying such changes on or before **Thursday, August 1, 2024**.

On or before **Wednesday, August 14, 2024**, the parties shall file supplemental briefs, not to exceed ten pages in length, addressing how, if at all, the July 2023 policy changes and any changes identified by the State in response to this Order affect the class certification analysis.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE