IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TENNESSEE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 3:20-cv-01039 |
| v. | ) ) ) | Judge Campbell Magistrate Judge Frensley |
| WILLIAM LEE, et al. | ) ) | |
| Defendants. | ) | |

## DEFENDANTS' NOTICE REGARDING CLASS CERTIFICATION

Defendants file this notice in compliance with the Court's order directing that if the State has "revised or otherwise made any changes to its policies or procedures for voting rights restoration (i.e., made any changes that were not announced on July 21, 2023)" to file a notice identifying such changes by August 1, 2024.

While the State has not made any revisions or changes to the July 21, 2023 policy, Division of Elections did confirm earlier this year that "full rights of citizenship" include "firearm rights under Tennessee law and Article 1, section 26 of the Tennessee Constitution." (*See* Exhibit A, Goins Dep. Excerpt, 13-14; Response to Motion to Re-depose Witnesses, D.E. 236, PageID# 3779). Accordingly, out of an abundance of caution, Defendants give notice of this "confirmation" to the July 21, 2023 policy, as previously identified to this Court in the Defendants' Response to Plaintiffs' Motion For Leave to Re-depose Two Witnesses By Oral Examination filed on May 29, 2024. (*Id.*)

Defendants also give notice that TDOC revised its policy on restoration of voting rights, effective April 24, 2024. (Exhibit B, TDOC Policy 705.06.) Through the course of supplementing discovery, Defendants provided Plaintiffs with a copy of this policy and related documents.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

/s/ *Zachary L. Barker*
ZACHARY L. BARKER, BPR # 035933
Senior Assistant Attorney General

PHILIP HAMMERSLEY
Assistant Solicitor General

ANDREW COULAM
Deputy Attorney General

DAWN JORDAN
Senior Counsel

DAVID RUDOLPH
Senior Assistant Attorney General

ROBERT WILSON
Senior Assistant Attorney General

General Litigation Division
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
Zachary.Barker@ag.tn.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the above document has been forwarded electronically. Notice of this filing will be sent by the Court's electronic filing system to the parties named below. Parties may access this filing through the Court's electronic filing system.

Blair Bowie
Danielle Lang
Alice C. Huling
Valencia Richardson
Aseem Mulji
Ellen Boettcher
Kate Uyeda
Kathryn Huddleston
Campaign Legal Center
1101 14th Street NW, Suite 400
Washington, DC 20005

Charles K. Grant
Denmark J. Grant
Baker, Donelson, Bearman
Caldwell & Berkowitz, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203

Phil Telfeyan
Natasha Baker
Equal Justice Under Law
400 7th St. NW, Suite 602
Washington, DC 20004

Keeda Haynes
Free Hearts
2013 25th Ave. N.
Nashville, TN 37208

Date: August 1, 2024

      */s/ Zachary L. Barker*
      Senior Assistant Attorney General