```
        IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT TENNESSEE
                 NASHVILLE DIVISION
_____

TENNESSEE CONFERENCE OF THE
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE,
on behalf of itself and its
members, et al.,

          Plaintiffs      Civil Action No. 3:20-cv-01039
                          JUDGE CAMPBELL
vs.                       MAGISTRATE JUDGE FRENSLEY

WILLIAM LEE, in his official
capacity as Governor of the
State of Tennessee, et al.,

          Defendant

_____




              VIDEO RECORDED DEPOSITION OF:

                       MARK GOINS

            Taken on behalf of the Plaintiffs

                 Tuesday, June 18, 2024

                        9:37 a.m.




_____

          BERES & ASSOCIATES COURT REPORTERS
            Virginia Dodge, RDR, CRR, LCR
                   P.O. Box 190461
            Nashville, Tennessee  37219-0461
                    (615) 742-2550
              virginia@beresandassociates.com
```

1  APPEARANCES:

2
   For the Plaintiffs:
3
              Keeda J. Haynes, Esq.
4             Free Hearts
              2013 25th Avenue North
5             Nashville, TN 37208
              (615) 745-1117 Ext. 705
6             keeda@freeheartsorg.com

7             and

8             Blair Bowie, Esq.
              Aseem Mulji, Esq.
9             Gicola Lane, Restore Your Vote Advocate
              Valencia Richardson, Esq. (Via
10              Videoconference)
              Aimee Pruitt, Legal Assistant
11            Amanda Harrington Sargent, Intern
              Campaign Legal Center
12            1101 14th Street NW
              Suite 400
13            Washington, DC 20005
              (202) 736-2200
14            bbowie@campaignlegal.org
              amulji@campaignlegal.org
15            glane@campaignlegal.org
              vrichardson@campaignlegal.org
16
              and
17
              Charles K. Grant, Esq.
18            Baker, Donelson, Bearman,
              Caldwell & Berkowitz, P.C.
19            1600 West End Avenue
              Suite 2000
20            Nashville, TN 37203
              (615) 726-5767
21            cgrant@bakerdonelson.com

22

23

24

25

```
 1   APPEARANCES (continued):

 2

 3   For the Defendant:

 4            Zachary L. Barker, Assistant Attorney General
              Dawn Jordan, Senior Counsel
 5            Bradley Krause, Intern
              Assistant Attorney General of
 6            the State of Tennessee
              P.O. Box 20207
 7            Nashville, TN 37219
              (615) 532-4098
 8            zachary.barker@ag.tn.gov
              dawn.jordan@ag.tn.gov
 9

10   Also Present:

11            Elizabeth Henry-Robertson

12            Todd Davis, Videographer
              Legal Tech Services
13            (615) 337-3494
              todd.legaltech@gmail.com
14

15

16

17

18

19

20

21

22

23

24

25
```

# INDEX

### EXAMINATION OF MARK GOINS

PAGE

By Attorney Haynes .......................................6
By Attorney Bowie ......................................78
By Attorney Haynes ...................................141


Telephonic Hearing Before ..........................108
          Magistrate Judge Frensley

### EXHIBITS

PAGE

Exhibit 1, Certificate of Restoration of Voting .....41
           Rights for Persons Convicted of a
           Felony on or after May 18, 1981

Exhibit 2, T.C.A. 40-29-204 .........................51

Exhibit 3, T.C.A. 39-17-1307 ........................56

Exhibit 4, T.C.A. 39-12-301 .........................59

Exhibit 5, T.C.A 40-20-114 ..........................69

Exhibit 6, Letter dated Friday, February 9, .........79
           2024

Exhibit 7, Letter dated March 14, 2024 ..............82

Exhibit 8, Letter dated March 5, 2024 ..............101

Exhibit 9, Third Supplemental Declaration of .......116
           Mark Goins, Coordinator of
           Elections, Tennessee Secretary of
           State, Division of Elections

(Original exhibits returned to Attorney Bowie.)

1         The video recorded deposition of MARK GOINS was
2    taken by counsel for the Plaintiffs pursuant to notice,
3    at the offices of Baker, Donelson, Bearman, Caldwell &
4    Berkowitz, PC, 1600 West End Avenue, Suite 2000,
5    Nashville, Tennessee, commencing at 9:37 a.m. on
6    Tuesday, June 18, 2024, for all purposes under the
7    Federal Rules of Civil Procedure.
8         The formalities as to notice, caption,
9    certificate, et cetera, are waived.  It is agreed that
10   Virginia Dodge, being a licensed court reporter and
11   notary public for the State of Tennessee, may swear the
12   witness, and the reading and signing of the completed
13   deposition was not discussed.
14                  *  *  *    *  *  *    *  *  *
15        THE VIDEOGRAPHER:  This is the video
16   deposition taken of Mark Goins on 6/18/2024 at the time
17   indicated on the video screen, which is 9:37 a.m.  Full
18   introduction has been waived.
19        Would the court reporter please swear in the
20   witness and counsel introduce themselves.
21             (Witness sworn or affirmed.)
22        ATTORNEY HAYNES:  I am Keeda Haynes,
23   K-E-E-D-A  H-A-Y-N-E-S, counsel for the plaintiff.
24        ATTORNEY BARKER:  Zachary Barker of the
25   Tennessee Attorney General's office, counsel for the

```
 1    I can't ask my counsel that.
 2              But I believe there was some other
 3    individuals that were involved in that conversation.
 4        Q.    Okay.  And who did you speak to in your
 5    office?
 6        A.    Beth, Andrew, Michael, Janet.
 7        Q.    And are all these lawyers in your office?
 8        A.    Yes.
 9        Q.    Okay.  Okay.  And so what was the decision
10    that your office made as to what the definition of full
11    rights of citizenship included?
12        A.    Right to jury, hold public office, right to
13    vote, gun ownership and fiduciary.
14        Q.    Okay.  And would you say that this was a
15    significant change from the way that your office had
16    been doing things before?
17        A.    Certainly it was -- yes.  I mean Falls v.
18    Goins put the focus on full rights of citizenship.
19    That's something that we had not focused on before.
20        Q.    So would you say that it was a significant
21    change from the way that you all had been operating
22    before?
23        A.    Yes.
24        Q.    Okay.  And so you talked about the lawyers
25    that you talked to in preparation of the decision being
```

1  made, but who made the actual decision in the office
2  that those rights that you just listed wouldn't be
3  included in full rights of citizenship?
4      A.  That's an interesting question.  Ultimately,
5  it was me.
6      Q.  Okay.  You said ultimately it was you.  What
7  do you mean by that?
8      A.  The attorneys researched the issue
9  thoroughly.
10     Q.  Okay.  And did they give you their opinion,
11 or did they just, like, say, "Okay.  Well, it could be
12 this, or it could be that," or --
13         ATTORNEY BARKER:  Objection.  Attorney-client
14 privilege.
15         I'll instruct the witness not to answer that
16 question as to any statements made by his attorneys to
17 him with regard to this.
18     Q.  (By Attorney Haynes)  So when exactly did
19 your office make this decision about what full rights
20 of citizenship included?
21     A.  Early January.
22     Q.  Do you remember exactly when in January?
23     A.  I do not.
24     Q.  Okay.  Okay.  And so when you all were making
25 this decision, was there anyone that disagreed with