IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE of the NATIONAL ASSOCIATION for the ADVANCEMENT of COLORED PEOPLE, on behalf of itself and its members, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM LEE, in his official capacity as Governor of the State of Tennessee, et al.,<br><br>Defendants. | Civil No. 3:20-cv-01039<br><br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE FRENSLEY<br><br>[Class Action] |

### NOTICE OF FILING IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO COUNTS ONE, TWO, AND THREE

Plaintiffs gives notice of filing the following in support of their Response in Opposition to Defendants' Motion for Summary Judgment as to Counts 1-3:

1. Exhibit 01 - Perry 1st ROG Response
2. Exhibit 02 - Perry Case Summary
3. Exhibit 03 - Perry Transcript Excerpts
4. Exhibit 04 - Magistrate Findings and Recs
5. Exhibit 05 – Hendrix Transcript Excerpts
6. Exhibit 06 - Hendrix 1st ROG Response
7. Exhibit 07 - Gray Transcript Excerpts
8. Exhibit 08 - Gray 1st ROG Response
9. Exhibit 09 - Gray Cost Bill

1

10. Exhibit 10 - Shelby County Email

11. Exhibit 11 - Scott Declaration

12. Exhibit 12 - Scott 1st ROG Response

13. Exhibit 13 - Scott Costs

14. Exhibit 14 - Scott Citizenship Order

15. Exhibit 15 - Scott Transcript Excerpts

16. Exhibit 16 - Tournier 1st ROG Response

17. Exhibit 17 - Tournier Judgment Docs

18. Exhibit 18 - Tournier Discharge Docs

19. Exhibit 19 - Tournier 2nd ROG Response

20. Exhibit 20 - Tournier Yavapai Financial Balance

21. Exhibit 21 - Tournier CRO

22. Exhibit 22 - Weare 2nd ROG Response

23. Exhibit 23 - Weare 2003 CRO

24. Exhibit 24 - Weare 1983 CRO

25. Exhibit 25 - Weare Discharge Docs

26. Exhibit 26 - Weare Transcript Excerpts

27. Exhibit 27 - Wear LFO docs

28. Exhibit 28 - 3d Sweet-Love Declaration

29. Exhibit 29 - Randolph Declaration

30. Exhibit 30 - Tipton-Boyd Declaration

31. Exhibit 31 - Carter Declaration

32. Exhibit 32 - Lumpkin Declaration

33. Exhibit 33 - Selin Report

34. Exhibit 34 - December 5, 2023 Henry-Robertson Deposition Excerpts

35. Exhibit 35 - Legislative Committee Meeting Part 1

36. Exhibit 36 - Legislative Committee Meeting Part 2

37. Exhibit 37 - June 18, 2024 Henry-Robertson Transcript Excerpts

38. Exhibit 38 - June 18, 2024 Goins Transcript Excerpts

39. Exhibit 39 - December 14, 2023 Goins Transcript Excerpts vol.II

40. Exhibit 40 - December 14, 2023 Goins Transcript Excerpts vol.I

41. Exhibit 41 - December 13, 2023 Hall Transcript Excerpts

42. Exhibit 42 - March 24, 2023 Hall Transcript Excerpts

43. Exhibit 43 - Harvey Transcript Excerpts

44. Exhibit 44 - Mathes Transcript Excerpts

45. Exhibit 45 - Phillips Transcript Excerpts

46. Exhibit 46 - Sivley Transcript Excerpts

47. Exhibit 47 - Samantha Max NPR Article

48. Exhibit 48 - Felon Restorations Training

49. Exhibit 49 - Hill Transcript Excerpts

50. Exhibit 50 - New Policy 705.06

51. Exhibit 51 - Tournier Transcript Excerpts

52. Exhibit 52 - Merrick Transcript Excerpts

53. Exhibit 53 - Maxey Transcript Excerpts

54. Exhibit - 54 - Sullivan Cty. Clerk Prod.

55. Exhibit 55 - May 18, 2023 Ricci Transcript Excerpts

56. Exhibit 56 - Horton Transcript Excerpts

57. Exhibit 57 - Killinger Transcript Excerpts

58. Exhibit 58 - Supplemental Burch Report

59. Exhibit 59 - Email to AP reporter confirming restoration rates

60. Exhibit 60 – December 4, 2023 Ricci Transcript Excerpts

61. Exhibit 61 - Shaw Transcript Excerpts

62. Exhibit 62 - Whitson File

63. Exhibit 63- Wright File

64. Exhibit 64 - December 13, 2023 Henry-Robertson Transcript Excerpts

65. Exhibit 65 - Lim memo on out-of-state convictions

66. Exhibit 66 - Lim training docs

67. Exhibit 67 - Goins Letter on Out-of-State Convictions

68. Exhibit 68 - Young Files

69. Exhibit 69 - Baker Files

70. Exhibit 70 - Falls Indigency Order

71. Exhibit 71 - Falls Letter

72. Exhibit 72 - Selin Transcript Excerpts

73. Exhibit 73 - December 14, 2023 Hall Transcript Excerpts

74. Exhibit 74 - Holt Transcript Excerpts

75. Exhibit 75 - July 2023 Memo to County Election Commissions

76. Exhibit 76 - Burgess File

77. Exhibit 77 - Brown File

78. Exhibit 78 - Henry Banks File

79. Exhibit 79 - Application for Pardon

Dated: August 1, 2024

Keeda Haynes, BPR No. 031518
Free Hearts
2013 25th Ave. N,
Nashville, TN 37208
(615) 479-5530
keeda@freeheartsorg.com

Phil Telfeyan
Natasha Baker*
Equal Justice Under Law
400 7th St. NW, Suite 602
Washington, D.C. 20004
(202) 505-2058
ptelfeyan@equaljusticeunderlaw.org
nbaker@equaljusticeunderlaw.org

Respectfully submitted,

/s/ Charles K. Grant
Charles K. Grant, BPR No. 017081
Denmark J. Grant, BPR No. 036808
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Telephone: (615) 726-5600
Facsimile: (615) 726-0464
cgrant@bakerdonelson.com
dgrant@bakerdonelson.com


Blair Bowie*
Danielle Lang*
Alice C. Huling*
Valencia Richardson*
Aseem Mulji*
Ellen Boettcher*
Kate Uyeda, BPR No. 040531
Campaign Legal Center 1101 14th St.
NW, Suite 400
Washington, DC 20005
(202)-736-2200
BBowie@campaignlegal.org
DLang@campaignlegal.org
AHuling@campaignlegal.org
VRichardson@campaignlegal.org
AMulji@campaignlegal.org
EBoettcher@campaignlegal.org
KUyeda@campaignlegal.org


*Counsel for the Petitioners-Plaintiffs and the Class*

* Admitted pro hac vice

# CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2024, a copy of the foregoing document was filed electronically. Notice of this filing will be served by operation of the Court's electronic filing system to counsel for parties below. Counsel for the parties may access these filings through the Court's electronic filing system:

DAWN JORDAN (BPR #020383)
Special Counsel
dawn.jordan@ag.tn.gov

ANDREW C. COULAM (BPR #030731)
Deputy Attorney General
andrew.coulam@ag.tn.gov

DAVID M. RUDOLPH (BPR #13402)
Senior Assistant Attorney General
david.rudolph@ag.tn.gov

ZACHARY BARKER (BPR #035933)
Assistant Attorney General
zachary.barker@ag.tn.gov

ROBERT W. WILSON (BPR #034492)
Assistant Attorney General
robert.wilson@ag.tn.gov


Office of the Tennessee Attorney General
Public Interest Division
P.O. Box 20207
Nashville, TN 37202

*Attorneys for State Defendants*

/s/ Charles K. Grant
Charles K. Grant