> **ORDER: Motion GRANTED.**
> /s/ William L. Campbell Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE of the NATIONAL ASSOCIATION for the ADVANCEMENT of COLORED PEOPLE, on behalf of itself and its members, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM LEE, in his official capacity as Governor of the State of Tennessee, et al., <br><br> Defendants. | Civil No. 3:20-cv-01039 <br><br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE FRENSLEY <br><br> [Putative Class Action] |

## MOTION TO AMEND AND CORRECT THE RECORD

Plaintiffs respectfully file this motion to amend and correct the record regarding their Notice of Filing in Support of Plaintiffs' Response in Opposition to Defendants' Motion for Summary Judgement as to Counts One, Two, and Three, Doc. 275. Pursuant to Local Rule 7.01(a)(1), Plaintiffs' counsel has conferred with Defendants' counsel on this motion and Defendants' counsel has no objection.

Plaintiffs seek to modify eight exhibits attached to their Notice of Filing. Plaintiffs inadvertently left out several pages of deposition transcripts that were cited in Plaintiffs' Statement of Undisputed Material Facts, Doc. 276, and Plaintiffs' Responses to Defendants Statement of Undisputed Material Facts, Doc. 277. Plaintiffs respectfully seek leave to correct their error and ensure that the Court has all the relevant documents before it. Adding these pages at this time will not prejudice Defendants, as they already possessed complete transcripts of all depositions in