# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE of the NATIONAL ASSOCIATION for the ADVANCEMENT of COLORED PEOPLE, et al.,<br><br>                              Plaintiffs,<br><br>    v.<br><br>WILLIAM LEE, in his official capacity as Governor of the State of Tennessee, et al.,<br><br>                              Defendants. | Civil No. 3:20-cv-01039<br><br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE FRENSLEY<br><br>[Putative Class Action] |

## JOINT MOTION FOR SCHEDULING CONFERENCE

Pursuant to this Court's May 2, 2023 Order Setting Case For Trial, this case was originally scheduled for trial on November 28, 2023, with parties' witness lists, exhibit lists, and a Proposed Pretrial Order due by November 13, 2023, and a Pretrial Conference set for November 20, 2023. ECF No. 129. On February 8, 2024, the trial scheduled in this case was reset for December 9, 2024. ECF No. 214.

To date, no deadlines have been set for parties' witness lists, exhibit lists, motions in limine, a Proposed Pretrial Order, or a Pretrial Conference. The parties have conferred and jointly propose the following pretrial deadlines:

1. Parties' witness lists due by November 13, 2024;

2. Parties' exhibit lists due by November 13, 2024;

3. Motions in limine due by November 15, 2024,

    a. Responses due by November 22, 24, and

    b. Replies due by November 26, 2024;

1

4. A Proposed Pretrial Order due by November 26, 2024; and

5. A Pretrial Conference to be held on December 3, 2024.

Alternatively, the parties respectfully request that the Court conduct a scheduling conference to set pretrial deadlines that are amenable to the Court.

| | |
|---|---|
| Dated: September 27, 2024 | Respectfully submitted, |
| Keeda Haynes, BPR No. 031518<br>Free Hearts<br>2013 25th Ave. N,<br>Nashville, TN 37208<br>(615) 479-5530<br>keeda@freeheartsorg.com<br><br>Phil Telfeyan<br>Natasha<br>Baker*<br>Equal Justice Under Law<br>400 7th St. NW, Suite 602<br>Washington, D.C. 20004<br>(202) 505-2058<br>ptelfeyan@equaljusticeunderlaw.org<br>nbaker@equaljusticeunderlaw.org | Blair Bowie*<br>Danielle Lang*<br>Alice C. Huling*<br>Valencia Richardson*<br>Aseem Mulji*<br>Ellen Boettcher*<br>Kate Uyeda, BPR No. 040531<br>Campaign Legal Center<br>1101 14th St. NW, Suite 400<br>Washington, DC 20005<br>(202)-736-2200<br>Bbowie@campaignlegal.org<br>Dlang@campaignlegal.org<br>Ahuling@campaignlegal.org<br>VRichardson@campaignlegal.org<br>Amulji@campaignlegal.org<br>EBoettcher@campaignlegal.org<br>KUyeda@campaignlegal.org |
| * Admitted pro hac vice | /s/ *Charles K. Grant*<br>Charles K. Grant, BPR No. 017081<br>Denmark J. Grant, BPR No. 036808<br>BAKER, DONELSON, BEARMAN,<br>CALDWELL & BERKOWITZ, PC<br>1600 West End Avenue, Suite 2000<br>Nashville, TN 37203<br>Telephone: (615) 726-5600<br>Facsimile: (615) 726-0464<br>cgrant@bakerdonelson.com<br>dgrant@bakerdonelson.com<br><br>*Counsel for the Plaintiffs* |

JONATHAN SKRMETTI
Attorney General and Reporter

s/ *Zachary L. Barker*
Zachary L. Barker, BPR #035933
Senior Assistant Attorney General

General Litigation Division
Office of the Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
Zachary.barker@ag.tn.gov
B.P.R. No. 30731

*Counsel for the Defendants*

CERTIFICATE OF SERVICE

      I hereby certify that on September 27, 2024, a copy of the foregoing JOINT MOTION FOR SCHEDULNG CONFERENCE was filed electronically. Notice of this filing will be served by operation of the Court's electronic filing system to counsel for parties below. Counsel for the parties may access these filings through the Court's electronic filing system:

DAWN JORDAN (BPR #020383)
Special Counsel
dawn.jordan@ag.tn.gov

ANDREW C. COULAM (BPR #030731)
Deputy Attorney General
Andrew.coulman@ag.tn.gov

ZACHARY BARKER (BPR #035933)
Assistant Attorney General
Zachary.barker@ag.tn.gov

DAVID M. RUDOLPH (BPR #13402)
Senior Assistant Attorney General
david.rudolph@ag.tn.gov

Office of the Tennessee Attorney General
Public Interest Division
P.O. Box 20207
Nashville, TN 37202

*Attorneys for State Defendants*

                                                /s/ *Charles K. Grant*
                                                Charles K. Grant