IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE of the NATIONAL ASSOCIATION for the ADVANCEMENT of COLORED PEOPLE, on behalf of itself and its members, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM LEE, in his official capacity as Governor of the State of Tennessee, et al.,<br><br>Defendants. | Civil No. 3:20-cv-01039<br><br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE FRENSLEY<br><br>[Class Action] |

**STIPULATION OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(ii)**

Plaintiff Reginald Hendrix voluntarily dismisses his claims against Defendants Lee et al., under Federal Rule of Civil Procedure 41(a)(1)(A). The parties hereby stipulate that his claims be dismissed. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may voluntarily dismiss their claims without a court order.

Dated: October 1, 2024

Keeda Haynes, BPR No. 031518
Free Hearts
2013 25th Ave. N,
Nashville, TN 37208
(615) 479-5530
keeda@freeheartsorg.com

Phil Telfeyan
Natasha Baker*
Equal Justice Under Law
400 7th St. NW, Suite 602
Washington, D.C. 20004
(202) 505-2058

Respectfully submitted,

/s/ Blair Bowie_____
Blair Bowie*
Danielle Lang*
Alice Huling*
Valencia Richardson*
Aseem Mulji*
Ellen Boettcher*
Kate Uyeda, BPR No. 040531
Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005
(202) 736-2200

ptelfeyan@equaljusticeunderlaw.org

* Admitted pro hac vice

EBoettcher@campaignlegal.org
Bbowie@campaignlegal.org
Dlang@campaignlegal.org
Ahuling@campaignlegal.org
VRichardson@campaignlegal.org
Amulji@campaignlegal.org
KUyeda@campaignlegal.org

Charles K. Grant, BPR No. 017081
Denmark J. Grant, BPR No. 036808
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
211 Commerce Street, Suite 800
Nashville, TN 37201
Telephone: (615) 726-5600
Facsimile: (615) 726-0464
cgrant@bakerdonelson.com
dgrant@bakerdonelson.com

*Counsel for the Plaintiffs*

JONATHAN SKRMETTI
Attorney General and Reporter

*/s/ Zachary Barker*_____
ZACHARY BARKER (BPR #035933)
Zachary.barker@ag.tn.gov

ANDREW C. COULAM (BPR #030731)
Andrew.Coulam@ag.tn.gov

DAWN JORDAN (BPR #020383)
dawn.jordan@ag.tn.gov

DAVID M. RUDOLPH (BPR #13402)
david.rudolph@ag.tn.gov

ROBERT W. WILSON (BPR # 034492)
Robert.Wilson@ag.tn.gov

Office of the Tennessee Attorney General
Public Interest Division
P.O. Box 20207
Nashville, TN 37202

*Counsel for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on October 1, 2024 by operation of the Court's electronic filing system on the following:

Zachary Barker
Dawn Jordan
Andrew C. Coulam
David M. Rudolph
Robert W. Wilson

Office of the Tennessee Attorney General
General Litigation Division
P.O. Box 20207
Nashville, TN 37202

                                                                         /s/ Blair Bowie
                                                                         Blair Bowie