# EXHIBIT A

# Tennessee Secretary of State
## Tre Hargett



Elections Division
312 Rosa L. Parks Avenue, 7th Floor
Nashville, Tennessee 37243-1102

Mark Goins
Coordinator of Elections

615-741-7956
Mark.Goins@tn.gov

Friday, December 18, 2020

Ms. Donna Burgner
Greene County Election Commission
311 CCU BLVD
STE 1
Greeneville, TN 37745-3848

Dear Ms. Burgner:

Pursuant to Tenn. Code Ann. § 40-29-202, the below individual has successfully completed the restoration process for the following convictions:

| **Name** | **Date of Restoration** |
|---|---|
| Amanda Lee Martin | 12/18/2020 |
| **Date of Conviction** | **Conviction** |
| 08/15/05 | Controlled Substance - Sell - Distribute - or Dispense |

As of the above date of restoration, this individual is eligible to register to vote in Tennessee. Please be advised that if the individual has additional felony convictions not listed, or is convicted of a felony offense after the above date of restoration, he or she will be purged from the county's voter registration rolls and will no longer be eligible to vote in Tennessee pursuant to Tenn. Code Ann. § 40-20-112 until restored again.

Please contact me if I may provide any additional information.

Sincerely,

*Mark K. Goins*

Mark K. Goins
Coordinator of Elections

MKG:jcl



**State of Tennessee**
**Department of State**
Division of Elections
312 Eighth Avenue North
William R. Snodgrass Tower, Ninth Floor
Nashville, Tennessee 37243
Phone: (615) 741-7956 Fax: (615) 741-1278


BY: .....................

Wednesday, September 14, 2005

Ms. Josephine Roberts
Greene County Election Commission
218 North Main Street
Suite 1
Greeneville, TN 37745-3816

Dear Ms. Roberts:

Enclosed is a copy of a federal criminal conviction that was sent to my office. I believe that it is appropriate to purge the following from your voter registration rolls, as it appears that the conviction is for a federal felony:

| NAME | SOCIAL SECURITY | DATE OF BIRTH |
|------|-----------------|---------------|
| Amanda Martin | | |

*38767*
*15141 (I)*

*'elon File*

Please contact me if I may provide any additional information.

Sincerely,

Brook K. Thompson
Coordinator of Elections

BKT:pm

Enclosure(s)

The Department of State is an equal opportunity, equal access, affirmative action employer.

38767

FILED



# United States District Court
## Eastern District of Tennessee

Aug 18  3 52 PM '05

U.S.
East.                    CLERK

BY: _____

UNITED STATES OF AMERICA

v.

AMANDA MARTIN

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number:    2:05-CR-01

William L. Francisco
_____
Defendant's Attorney

## THE DEFENDANT:

[✓]    pleaded guilty to count(s): One of the Indictment
[ ]    pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ]    was found guilty on count(s) ___ after a plea of not guilty.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21:841(a)(1) & 846 | Conspiracy to distribute and possession with the intent to distribute, 50 grams or more of methamphetamine | 10/1/04 | One |

The defendant is sentenced as provided in pages 2 through 6 of this judgment and the Statement of Reasons. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has been found not guilty on count(s) ___.

[ ]    Count(s) ___ [] is [] are  dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and the United States attorney of any material change in the defendant's economic circumstances.

8/15/05
_____
Date of Imposition of Judgment

_____
Signature of Judicial Officer

J. RONNIE GREER, United States District Judge
_____
Name & Title of Judicial Officer

8/10/05
_____
Date

E-filed  8.18.05
R #:  20

Case 3:20-cv-01039    Document 300-1    Filed 10/01/24    Page 4 of 36 PageID #: 7952

DEFENDANT:     AMANDA MARTIN
CASE NUMBER:   2:05-CR-01

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 41 months .

[✓]   The court makes the following recommendations to the Bureau of Prisons:

1. That the defendant receive credit for time served since 1/7/05.
2. It is strongly recommended that the defendant receive 500 hours of substance abuse treatment from the BOP Institution Residential Drug Abuse Treatment Program.
3. That the defendant receive mental health treatment. The Court's primary concern is to obtain drug treatment for the defendant.
4. That the defendant be designated to the Federal Facility closest to this area that has drug and mental health services.

[✓]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district:
      [ ] at ___  [] a.m.   [] p.m.   on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before 2 p.m. on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.


                                               _____
                                               UNITED STATES MARSHAL


                                               By _____
                                               DEPUTY UNITED STATES  MARSHAL

DEFENDANT:       AMANDA MARTIN
CASE NUMBER:     2:05-CR-01

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 5 years .

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

[ ]     The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[✓]     The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.  (Check, if applicable.)

[✓]     The defendant shall cooperate in the collection of DNA as directed by the probation officer.  (Check, if applicable.)

[ ]     The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.  (Check, if applicable.)

[ ]     The defendant shall participate in an approved program for domestic violence.  (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).  The defendant shall also comply with the additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without permission of the court or probation officer;
2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4)   the defendant shall support his or her dependants and meet other family responsibilities;
5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: AMANDA MARTIN
CASE NUMBER: 2:05-CR-01

# SPECIAL CONDITIONS OF SUPERVISION

1. You shall participate in a program of testing and treatment for drug and/or alcohol abuse, as directed by the probation officer, until such time as you are released from the program by the probation officer.

2. You shall participate in a program of mental health treatment, as directed by the probation officer, until such time as you are released from the program by the probation officer. You shall waive all rights to confidentiality regarding mental health treatment in order to allow release of information to the supervising United States Probation Officer and to authorize open communication between the probation officer and the mental health treatment provider.

DEFENDANT:      AMANDA MARTIN
CASE NUMBER:    2:05-CR-01

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B. The assessment is ordered in accordance with 18 U.S.C. § 3013.

|        | Assessment | Fine | Restitution |
|--------|------------|------|-------------|
| Totals: | $ 100.00  | $    | $           |

[] The determination of restitution is deferred until _. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[] The defendant shall make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, if the United States is a victim, all other victims, if any, shall receive full restitution before the United States receives any restitution, and all restitution shall be paid to the victims before any restitution is paid to a provider of compensation, pursuant to 18 U.S.C. § 3664.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---------------|-----------------------|-------------------------------|------------------------------------------|
| TOTALS:       | $_                    | $_                            |                                          |

[] If applicable, restitution amount ordered pursuant to plea agreement $ _

The defendant shall pay interest on any fine or restitution of more than $2500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

[] The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

[] The interest requirement is waived for the      [] fine and/or      [] restitution.

[] The interest requirement for the      [] fine and/or      [] restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:       AMANDA MARTIN
CASE NUMBER:   2:05-CR-01

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A   [✓]   Lump sum payment of $ 100.00  due immediately, balance due

[ ] not later than _, or
[ ] in accordance with [ ] C, [ ] D, or [ ] E or [ ] F below; or

B   [ ]   Payment to begin immediately (may be combined with [ ] C, [ ] D, or [ ] F below); or

C   [ ]   Payment in ___ (e.g., equal, weekly, monthly, quarterly) installments of $ _ over a period of _ (e.g., months or years), to commence _ (e.g., 30 or 60 days) after the date of this judgment; or

D   [ ]   Payment in ___ (e.g., equal, weekly, monthly, quarterly) installments of $ _ over a period of _ (e.g., months or years), to commence _ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E   [ ]   Payment during the term of supervised release will commence within _ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   [ ]   Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. Unless otherwise directed by the court, the probation officer, or the United States attorney, all criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, shall be made to **U.S. District Court, 800 Market St., Suite 130, Knoxville, TN 37902**. Payments shall be in the form of a check or a money order, made payable to U.S. District Court, with a notation of the case number.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]   Joint and Several

Defendant Name, Case Number, and Joint and Several Amount:

[ ]   The defendant shall pay the cost of prosecution.

[ ]   The defendant shall pay the following court cost(s):

[ ]   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245B (Rev. 06/05)

DEFENDANT: Amanda Lee Martin
CASE NUMBER: 2:05-CR-01-001
DISTRICT: EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

# STATEMENT OF REASONS
### (Not for Public Disclosure)

## I   COURT FINDINGS ON PRESENTENCE INVESTIGATION REPORT

A   √   **The court adopts the presentence investigation report without change.**

B   ☐   **The court adopts the presentence investigation report with the following changes.**
(Check all that apply and specify court determinations, findings, or comments, referencing paragraph numbers in the presentence report, if applicable.) (Use page 4 if necessary.)

1   ☐ **Chapter Two of the U.S.S.G. Manual** determinations by court (including changes to base offense level, or specific offense characteristics):

2   ☐ **Chapter Three of the U.S.S.G. Manual** determinations by court (including changes to victim-related adjustments, role in the offense, obstruction of justice, multiple counts, or acceptance of responsibility):

3   ☐ **Chapter Four of the U.S.S.G. Manual** determinations by court (including changes to criminal history category or scores, career offender, or criminal livelihood determinations):

4   ☐ **Additional Comments or Findings** (including comments or factual findings concerning certain information in the presentence report that the Federal Bureau of Prisons may rely on when it makes inmate classification, designation, or programming decisions).

C   ☐   **The record establishes no need for a presentence investigation report pursuant to Fed.R.Crim.P. 32.**

## II   COURT FINDING ON MANDATORY MINIMUM SENTENCE (Check all that apply.)

A   ☐   No count of conviction carries a mandatory minimum sentence.

B   ☐   Mandatory minimum sentence imposed.

C   √   One or more counts of conviction alleged in the indictment carry a mandatory minimum term of imprisonment, but the sentence imposed is below a mandatory minimum term because the court has determined that the mandatory minimum does not apply based on

☐   findings of fact in this case
☐   substantial assistance (18 U.S.C. § 3553(e))
☐   the statutory safety valve (18 U.S.C. § 3553(f))

## III   COURT DETERMINATION OF ADVISORY GUIDELINE RANGE (BEFORE DEPARTURES)

Total Offense Level: _____25_____

Criminal History Category: ____I____

Imprisonment Range: ___57___ to _71___ months

Supervised Release Range: ___3___ to ___5___ years

Fine Range: $ _10,000___ to $ 2,000,000___

√ Fine waived or below the guideline range because of inability to pay.

DEFENDANT: Amanda Lee Martin
CASE NUMBER: 2:05-CR-01-001
DISTRICT: EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

# STATEMENT OF REASONS
(Not for Public Disclosure)

IV **ADVISORY GUIDELINE SENTENCING DETERMINATION** (Check only one.)

    A  ☐    The sentence is within an advisory guideline range that is not greater than 24 months, and the court finds no reason to depart.

    B  ☐    The sentence is within an advisory guideline range that is greater than 24 months, and the specific sentence is imposed for these reasons. (Use page 4 if necessary.)

    C  √    The court departs from the advisory guideline range for reasons authorized by the sentencing guidelines manual. (Also complete Section V.)

    D  ☐    The court imposes a sentence outside the advisory sentencing guideline system. (Also complete Section VI.)

V   **DEPARTURES AUTHORIZED BY THE ADVISORY SENTENCING GUIDELINES** (if applicable)

    A   **The sentence imposed departs** (Check only one.):
        √  below the advisory guideline range; or
        ☐  above the advisory guideline range.

    B   **Departure based on** (Check all that apply.):

        1     **Plea Agreement** (Check all that apply and check reason(s) below.):
            √ 5K1.1 plea agreement based on the defendant's substantial assistance;
            ☐ 5K3.1 plea agreement based on Early Disposition or "Fast-track" Program;
            ☐ binding plea agreement for departure accepted by the court;
            ☐ plea agreement for departure, which the court finds to be reasonable;
            ☐ plea agreement that states that the government will not oppose a defense departure motion.

        2     **Motion Not Addressed in a Plea Agreement** (Check all that apply and check reason(s) below.):
            ☐ 5K1.1 government motion based on the defendant's substantial assistance;
            ☐ 5K3.1 government motion based on Early Disposition or "Fast-track" program;
            ☐ government motion for departure;
            ☐ defense motion for departure to which the government did not object;
            ☐ defense motion for departure to which the government objected.

        3     **Other**
            ☐ Other than a plea agreement or motion by the parties for departure (Check reason(s) below.):

    **Reason(s) for Departure** (Check all that apply other than 5K1.1 or 5K3.1.)

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ | 4A1.3 Criminal History Inadequacy | ☐ | 5K2.1 Death | ☐ | 5K2.11 Lesser Harm |
| ☐ | 5H1.1 Age | ☐ | 5K2.2 Physical Injury | ☐ | 5K2.12 Coercion and Duress |
| ☐ | 5H1.2 Education and Vocational Skills | ☐ | 5K2.3 Extreme Psychological Injury | ☐ | 5K2.13 Diminished Capacity |
| ☐ | 5H1.3 Mental and Emotional Condition | ☐ | 5K2.4 Abduction or Unlawful Restraint | ☐ | 5K2.14 Public Welfare |
| ☐ | 5H1.4 Physical Condition | ☐ | 5K2.5 Property Damage or Loss | ☐ | 5K2.16 Voluntary Disclosure of Offense |
| ☐ | 5H1.5 Employment Record | ☐ | 5K2.6 Weapon or Dangerous Weapon | ☐ | 5K2.17 High-Capacity, Semiautomatic Weapon |
| ☐ | 5H1.6 Family Ties and Responsibilities | ☐ | 5K2.7 Disruption of Government Function | ☐ | 5K2.18 Violent Street Gang |
| ☐ | 5H1.11 Military Record, Charitable Service, Good Works | ☐ | 5K2.8 Extreme Conduct | ☐ | 5K2.20 Aberrant Behavior |
| | | ☐ | 5K2.9 Criminal Purpose | ☐ | 5K2.21 Dismissed and Uncharged Conduct |
| ☐ | 5K2.0 Aggravating or Mitigating Circumstances | ☐ | 5K2.10 Victim's Conduct | ☐ | 5K2.22 Age or Health of Sex Offenders |
| | | | | ☐ | 5K2.23 Discharged Terms of Imprisonment |
| | | | | ☐ | Other guideline basis (e.g., 2B1.1 commentary) |

Explain the facts justifying the departure. (Use page 4 if necessary.)

| | |
|---|---|
| DEFENDANT: | Amanda Lee Martin |
| CASE NUMBER: | 2:05-CR-01-001 |
| DISTRICT: | EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE |

# STATEMENT OF REASONS
(Not for Public Disclosure)

## VI COURT DETERMINATION FOR SENTENCE OUTSIDE THE ADVISORY GUIDELINE SYSTEM
(Check all that apply.)

A **The sentence imposed is** (Check only one.):

√ below the advisory guideline range; or

☐ above the advisory guideline range.

B **Sentence imposed pursuant to** (Check all that apply.):

1 **Plea Agreement** (Check all that apply and check reason(s) below.):

√ binding plea agreement for a sentence outside the advisory guideline system accepted by the court;

☐ plea agreement for a sentence outside the advisory guideline system, which the court finds to be reasonable;

☐ plea agreement that states that the government will not oppose a defense motion to the court to sentence outside the guideline system.

2 **Motion Not Addressed in a Plea Agreement** (Check all that apply and check reason(s) below.):

☐ government motion for a sentence outside of the advisory guideline system,

☐ defense motion for a sentence outside the advisory guideline system to which the government did not object;

☐ defense motion for a sentence outside of the advisory guideline system to which the government objected.

3 **Other**

☐ Other than a plea agreement or motion by the parties for a sentence outside of the guideline system (Check reason(s) below.):

**Reason(s) for Sentence Outside the Advisory Guideline System** (Check all that apply.)

☐ the nature and circumstances of the offense and the history and characteristics of the defendant pursuant to 18 U.S.C. § 3553(a)(1);

☐ to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense (18 U.S.C. § 3553(a)(2)(A));

☐ to afford adequate deterrence to criminal conduct (18 U.S.C. § 3553(a)(2)(B));

☐ to protect the public from further crimes of the defendant (18 U.S.C. § 3553(a)(2)(C));

☐ to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner (18 U.S.C. § 3553(a)(2)(D));

☐ to avoid unwarranted sentencing disparities among defendants (18 U.S.C. § 3553(a)(6));

☐ to provide restitution to any victims of the offense (18 U.S.C. § 3553(a)(7)).

Explain the facts justifying a sentence outside the advisory guideline system. (Use page 4 if necessary.)

DEFENDANT: Amanda Lee Martin
CASE NUMBER: 2:05-CR-01-001
DISTRICT: EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

# STATEMENT OF REASONS
### (Not for Public Disclosure)

## VII    COURT DETERMINATIONS OF RESTITUTION

A    √    Restitution Not Applicable.

B    Total Amount of Restitution: $ _____

C    Restitution not ordered (Check only one.):

    1    ☐    For offenses for which restitution is otherwise mandatory under 18 U.S.C. § 3663A, restitution is not ordered because the number of identifiable victims is so large as to make restitution impracticable under 18 U.S.C. § 3663A(c)(3)(A).

    2    ☐    For offenses for which restitution is otherwise mandatory under 18 U.S.C. § 3663A, restitution is not ordered because determining complex issues of fact and relating them to the cause or amount of the victims' losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim would be outweighed by the burden on the sentencing process under 18 U.S.C. § 3663A(c)(3)(B).

    3    ☐    For other offenses for which restitution is authorized under 18 U.S.C. § 3663 and/or required by the sentencing guidelines, restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweigh the need to provide restitution to any victims under 18 U.S.C. § 3663(a)(1)(B)(ii).

    4    ☐    Restitution is not ordered for other reasons. (Explain)

D    ☐    Partial restitution is ordered under 18 U.S.C. § 3663(c) for these reasons:

## VIII    ADDITIONAL FACTS JUSTIFYING THE SENTENCE IN THIS CASE (if applicable).

Sections I, II, III, IV, and VII of the Statement of Reasons form must be completed in all felony cases.

Defendant's Soc. Sec. No.: ███████████

Defendant's Date of Birth: ████████

Defendant's Residence Address: 1460 Old Baileyton Road
Afton, TN 37616

Defendant's Mailing Address: 1460 Old Baileyton Road
Afton, TN 37616

Date of Imposition of Judgment _____ 08/15/05

Signature of Judge

Honorable J. Ronnie Greer, United States District Judge
Name and Title of Judge

Date Signed __ 8/18/05

**GREENE COUNTY ELECTION COMMISSION**
218 NORTH MAIN STREET, SUITE 1
GREENEVILLE, TN 37745
PHONE (423) 798-1715

September 21, 2005

Dear Amanda Martin,

Please be advised that your voter registration records have been purged due to the fact that we received notice from the United States District Court Eastern District of Tennessee that you were convicted on August 15, 2005.

You may register to vote under the provisions of T.C.A. 40-29-105 upon completion of your conviction terms.

Sincerely,

Josephine Roberts

Josephine Roberts
Administrator of Elections

---

AMANDA MARTIN
1105 OLD BAILEYTON ROAD
AFTON, TN

MARTI05 RE37S161007 1005 06 01/07/06
MARTIN RETURN TO SENDER
MOVED LEFT NO ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER

01-11-06A10:35 RCVD



$ 00.37°

MAILED FROM ZIP CODE 37743

---



**State of Tennessee**
**Department of State**
Division of Elections
312 Eighth Avenue North
William R. Snodgrass Tower, Ninth Floor
Nashville, Tennessee 37243
Phone: (615) 741-7956 Fax: (615) 741-1278

RECEIVED
SEP 1 9 2005
BY:..................

Wednesday, September 14, 2005

Ms. Josephine Roberts
Greene County Election Commission
218 North Main Street
Suite 1
Greeneville, TN 37745-3816

Dear Ms. Roberts:

Enclosed is a copy of a federal criminal conviction that was sent to my office. I believe that it is appropriate to purge the following from your voter registration rolls, as it appears that the conviction is for a federal felony:

| NAME | SOCIAL SECURITY | DATE OF BIRTH |
|---|---|---|
| 38767 | Amanda Martin | | |

Felon File

Please contact me if I may provide any additional information.

Sincerely,

Brook K. Thompson
Coordinator of Elections

BKT:pm

Enclosure(s)

*The Department of State is an equal opportunity, equal access, affirmative action employer.*

## VOTING RECORD / TRANSFERRED TO NEW ADDRESS

| YEAR | MARCH MAY | | AUGUST | | | NOV. | CITY | OTHER | NEW ADDRESS (and mailing address if different) | DISTRICT/ WARD/ PRECINCT | CLERK | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PARTY | APPL. NO | PRIMARY | | GENERAL | APPL. NO | APPL. NO | APPL. NO | | | | |
| | | | PARTY | APPL. NO | APPL. NO | | | | | | | |
| 1996 | | | | | | | | | Year Nov 2010 2010 | NT | | 1/2/20 |
| 1997 | | | | | | | | | W105 Old Boulafor Rd Alton CA2 | | | |
| 1998 | | | | | | | | | | | | |
| 1999 | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | |
| 2001 | | | | | | | | | | | | |
| 2002 | | | | | | | | | | | | |
| 2003 | | | | | | | | | | | | |
| 2004 | | | | | | | | | | | | |
| 2005 | | | | | | | | | | | | |
| 2006 | | | | | | | | | | | | |
| 2007 | | | | | | | | | | | | |
| 2008 | | | | | | | | | | | | |
| 2009 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |

38767    MARTIN, AMANDA L.

Eff. Date 3/14/97

Approved ___ JC

Reg # 28767    Mail [ ]    Dist [ ] Cross Anchor    P/A [ ] Old Cross Anchor    Ward (5)

**1** [ ] NEW REGISTRATION    [ ] NAME CHANGE    [ ] ADDRESS CHANGE

**2** LAST NAME: Martin    FIRST NAME: Amanda    MIDDLE INITIAL: L.    APT. #

SEX: [ ] M [✓] F    RACE (OPTIONAL): White

CITY: Greeneville    COUNTY: Greene    ZIP CODE: 37745

**3** ADDRESS WHERE YOU LIVE (DO NOT GIVE A P.O. BOX): 3730 Old Baileyton Rd.
ADDRESS WHERE YOU GET YOUR MAIL (IF DIFFERENT FROM #3)

**4** DATE OF BIRTH    PLACE OF BIRTH: Greenville    SOCIAL SECURITY NUMBER, if any: 6

(required under TCA 2-2-116 for purposes of identification and to avoid duplicate registration)

DAYTIME PHONE NUMBER: 7(423)234-4154

**5** Registration terminated this 9-21-05

because of Felony U.S. District Court 9-15-05

**8** NAME AND ADDRESS ON LAST VOTER REGISTRATION
NAME ___    COUNTY ___
CITY ___

ADDRESS ___

[ ] YES [✓] NO

**9** HAVE YOU EVER BEEN CONVICTED OF A CRIME WHICH IS A FELONY?

WARNING: Giving false information to register or attempting to register when not qualified are felonies punishable by not less than one (1) year nor more than six (6) years' imprisonment or a fine of $3,000 or both.

**10** VOTER DECLARATION    *Read and sign.*

I swear or affirm that:
- I am a U.S. citizen.
- I am a resident of the State of Tennessee.
- I will be at least 18 years old on/or before the next election.
- I have never been convicted of a felony, or I have had my rights restored as required by law.

X Amanda J Martin    2-4-78
Signature (or mark) of Applicant    Date

*If applicant is unable to sign, provide signature of person who signed for applicant*

Signature of Person Assisting

1105 Old Baileyton Rd, Apt. ___    Greeneville    21st    Cross Anchor

Martin, Amanda L.    3730 Old Baileyton Road

Case 3:20-cv-01039    Document 300-1    Filed 10/01/24    Page 16 of 36 PageID #: 7964

Case 3:20-cv-01039 Document 300-1 Filed 10/01/24 Page 17 of 36 PageID #: 7965

**VOTING RECORD**

**TRANSFERRED TO NEW ADDRESS**

| Year | Primary Elections | | General Elections | | City Elections | | Other Elections Ballot No. | House No. | Street, Road or R.F.D. No. | Ward or County Precinct | Clerk | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Party | Ballot No. | August Ballot No. | November Ballot No. | Primary Ballot No. | Regular Ballot No. | | | | | | |
| 1996 | | | | | | | | | | | | |
| 1987 | | | | | | | | | | | | |
| 1988 | | | | | | | | | | | | |
| 1989 | | | | | | | | | | | | |
| 1990 | | | | | | | | | | | | |
| 1991 | | | | | | | | | | | | |
| 1992 | | | | | | | | | | | | |
| 1993 | | | | | | | | | | | | |
| 1994 | | | | | | | | | | | | |
| 1995 | | | | | | | | | | | | |
| 1996 | | | | | | | | | | | | |
| 1997 | Time Received In Person @ 11:20pm | | | | | | | | | | | |
| 1998 | Greene County Election Comm. | | | | | | | | | | | |
| 1999 | JUL 13 2012 | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | |
| 2001 | 210 N. Main St., Suite 1 | | | | | | | | | | | |
| 2002 | Greeneville, TN 37745 | | | | | | | | | | | |
| 2003 | | | | | | | | | | | | |
| 2004 | | | | | | | | | | | | |
| 2005 | | | | | | | | | | | | |

| DATE | CRIME(S) | STATE |
|---|---|---|
| 8/05 | Controlled Substance | TN |



PR-1
SS-1003

ORIGINAL

County, Tennessee

PERMANENT REGISTRATION RECORD

OUT

1. Mr.
   Mrs.
   Ms.
   Last Name: Martin   First Name: Amanda   Middle Initial: L.

2. Legal Residence   House or Apt. No., Rte. and Box No.: 1830 Dobbs Mill Rd.
   City: Afton   State: TN   Street or Road: 37616   Zip

3. Mailing or mailing address if different from legal residence
   Community or Neighborhood or Nearest Cross Street: Same As Above
   House or Apt. No., Rte. and Box No.   City   State   Street or Road

4. Home Phone: (423) 525-3563

5. Date and Place of Birth: Greeneville   City   TN   State   Soc. Sec. No.

6. Your maiden name if you were previously registered: Race W/F   Female   City   State   Zip

7. Where were you last registered to vote?   County   City   State

8. ARE YOU A NATIVE BORN OR NATURALIZED CITIZEN?   YES   HAVE YOU BEEN A RESIDENT OF THE STATE OF TENNESSEE FOR 20 DAYS OR MORE?   YES

9. HAVE YOU EVER BEEN CONVICTED OF A CRIME WHICH IS A FELONY IN THIS STATE, BY A COURT IN THIS STATE, A COURT OF ANOTHER STATE, OR A FEDERAL COURT?   YES   NO

10. IF THE ANSWER TO QUESTION 9 IS "YES", LIST THE CRIME, OR CRIMES, FOR WHICH YOU WERE CONVICTED, AND DATE, OR DATES, OF CONVICTION (SPACE AVAILABLE ON REVERSE SIDE).

DO NOT WRITE IN SHADED AREA
REG#
EFF DATE
CONF
WARD

APPROVED (GB)

11. IF THE ANSWER TO QUESTION 9 IS "YES", HAVE YOU RECEIVED A PARDON OR HAD YOUR FULL RIGHTS OF CITIZENSHIP RESTORED BY A COURT FOR ALL CRIMES LISTED?   YES   NO

12. Registrant Signs By His Mark, Or Cannot Sign At All, Fill In The Following Information.

13. HEIGHT   FT.   INCHES   COLOR EYES   HAIR COLOR   DISTINGUISHING MARKS OR FEATURES

I, being duly sworn on oath (or affirmation) declare that the above address is my legal residence and that I plan to remain at such residence for an undetermined period of time and to the best of my knowledge and belief all of the foregoing statements made by me are true.

Signature (or mark) of Applicant: Amanda L. Martin

SWORN TO AND SUBSCRIBED TO BEFORE ME THIS   13th

Date: 7-13-12

DAY OF   July   2012

Signature of Registrar or other person authorized

Official Position: Deputy

SIGNATURES OF PRECINCT REGISTRARS

Name
Name

*Fax Transmission*

*Date:  July 14, 2012*

*To:  Cara Harr*
 *Division of Elections Office*
*312 Rosa L. Parks Ave., Snodgrass Towers*
*Nashville, TN  37243*
*Phone (615) 741-7956*
*Fax number: (615) 741-1278*



*From:  Donna A. Burgner, AOE*
     *Greene County Election Commission*
     *218 N. Main Street, Suite #1*
     *Greeneville, TN   37745*
        *Phone number: (423) 798-1715*
        *Fax number: (423) 798-1719*

*In reference to: One applicant convicted of a felony that registered to vote and presented documentation to determine eligibility to register to vote. Could you please review and advise us if the enclosed Certificate of restoration meets the needed requirements?*

*Other: Documents from Circuit Court Clerk's Office
for non-registered voter*

The information transmitted via fax is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. If the reader of this message is not the intended recipient(s), please note any dissemination, distribution or copying of communication is strictly prohibited.  If you received this in error, please contact the sender immediately by phone.

```
    TRANSMISSION VERIFICATION REPORT
```

```
                              TIME  : 07/14/2012 16:17
                              NAME  : GREENE CO ELECTION O
                              FAX   : 4237981719
                              TEL   : 4237981715
                              SER.# : 000E6J318381
```

```
    DATE,TIME              07/14  16:15
    FAX NO./NAME           COORDINATOR
    DURATION               00:01:28
    PAGE(S)                10
    RESULT                 OK
    MODE                   STANDARD
                           ECM
```



Received @ 7/13/2012 @ 4:20pm In-Person
Greene County Election Commission

# CERTIFICATE OF RESTORATION
### For Persons Convicted of a Felony After May 18, 1981
### STATE OF TENNESSEE
(To be eligible for voter registration, the person must be current in all child support obligations, *if any.*)

COMPLETED BY AN AGENT OF THE PARDONING AUTHORITY, AN AGENT OR OFFICER OF THE INCARCERATING AUTHORITY, OR A PROBATION/PAROLE OFFICER OR AGENT OF THE SUPERVISING AUTHORITY:

1. I, hereby certify that the following information is true and correct:

   a. Applicant's Name: Amanda Martin

   b. Applicant's County of Residence: Greene

   c. Felony Conviction: Controlled Substance - sell - distribute - or dispense

   d. Mo/Day/Yr. of Conviction: 08 / 15 / 05

   e. Date of Birth: [REDACTED]     f. Soc. Sec. No.: [REDACTED]

2. On the 7th day of April, 2010

### 3. CHECK ONE

☐ The above individual received a pardon which contained no special conditions pertaining to the right of suffrage. A copy of said pardon is attached hereto; or

☐ The maximum sentence imposed for such infamous crime has been served by the above individual; or

☐ The maximum sentence imposed for such infamous crime has expired; or

☑ The above individual has been granted final release from incarceration or supervision by the Board of Probation and Parole, the Department of Correction, or county correction authorities. U.S. Probation Office, Greeneville, TN.

4. Cara Widner
   SIGNATURE

   Cara Widner
   PRINTED NAME

   220 W. Depot St. Greeneville, TN
   ADDRESS

   4 8 10
   DATE OF SIGNATURE

   U.S. Probation Officer
   TITLE

   (423) 638-8121 ext. 1005
   DAYTIME PHONE NUMBER

COMPLETED BY THE CIRCUIT/CRIMINAL COURT CLERK, OR AGENT THEREOF:

5. I hereby certify that the following information is true and correct:     (CHECK ONE)

☑ The court did not order the above individual to pay any restitution as a part of his or her sentence; or

☑ All of the ~~restitution~~ assessment fee ordered by the court as a part of the sentence for the above individual has been paid. $100 Receipt # 14464

6. Frances Mahery
   SIGNATURE

   Frances Mahern
   PRINTED NAME

   USDC 220 W Depot Suite 200
   ADDRESS
   Greeneville, TN 37743

   7/13/12
   DATE OF SIGNATURE

   Case Manager
   TITLE

   ( ) 423-639-3105
   DAYTIME PHONE NUMBER

SS-3041 (Rev. 6/06)     **SEE REVERSE FOR INSTRUCTIONS**     Elections Division RDA S836-1

# INSTRUCTIONS

Received @ 7/13/2018 In-Person @ 4:20pm
Greene County Election Commission
LPR

## Instructions to the Agent Completing the Certificate of Restoration:

1. **APPLICANT INFORMATION.** Provide the requested information.

   For 1c, list the crime(s) for which the person was convicted.
   For 1d, list the date the person was convicted for the crime listed in 1c.

2. **AFFIRMATION CLAUSE.** Provide the date that:
   - i. the applicant received a pardon;
   - ii. the applicant was released from a penal institution and had served the maximum sentence;
   - iii. the applicant's maximum sentence expired; or
   - iv. the applicant was granted final release from incarceration or supervision by the Board of Probation and Parole, the Department of Correction, or the county correction authorities.

3. **REASON FOR RESTORATION.** Check the appropriate box. —

4. **SIGNATURE OF THE PROPER AUTHORITY.** Information required in boxes numbered 1-4 must be completed and signed by either:
   - i. the pardoning authority;
   - ii. an agent or officer of the supervising or incarcerating authority; or
   - iii. a probation/parole officer.

5. **CERTIFICATION REGARDING RESTITUTION REQUIREMENTS.** Check the appropriate box.

6. **SIGNATURE OF THE PROPER AUTHORITY.** Information required in boxes numbered 5-6 must be completed and signed by:
   - i. the circuit or criminal court clerk or an agent of the clerk of court; or
   - ii. a probation/parole officer, or an agent or officer of the supervising or incarcerating authority who has knowledge of the applicant's restitution requirements.

## Persons convicted of any of the following, cannot have his or her voting rights restored:

- Between July 1, 1986, and June 30, 1996 - first degree murder, aggravated rape, treason, or voter fraud

- Between July 1, 1996, and June 30, 2006 - murder, rape, treason, or voter fraud

- On or after July 1, 2006 – Any of the above, or any degree of murder or rape or any felony offense under TCA Title 39, Chapter 16, parts 1, 4, or 5; or any sexual offense under TCA § 40-39-202(17) or any violent sexual offense under TCA § 40-39-202(25) designated as a felony and where the victim of such offense was a minor

## Instructions to the Applicant Seeking to have His or Her Voting Rights Restored:

- After completion, the original form must be filed with the local county election commission

---

### NOTICE

**If a person has child support obligations, to have one's voting rights restored, the person must be current in the payment of all child support obligations. Before restoring the voting rights of an applicant, the Coordinator of Elections will verify with the Department of Human Services that the applicant does not have any outstanding child support payments due.**

---

# VOTING RECORD

| Year | Primary Elections | | General Elections | | City Elections | | Other Elections |
|---|---|---|---|---|---|---|---|
| | Party | Ballot No. | August Ballot No. | November Ballot No. | Primary Ballot No. | Regular Ballot No. | Other Elections Ballot No. |
| 2005 | | | | | | | |
| 2004 | | | | | | | |
| 2003 | | | | | | | |
| 2002 | | | | | | | |
| 2001 | | | | | | | |
| 2000 | | | | | | | |
| 1999 | | | | | | | |
| 1998 | | | | | | | |
| 1997 | | | | | | | |
| 1996 | | | | | | | |
| 1995 | | | | | | | |
| 1994 | | | | | | | |
| 1993 | | | | | | | |
| 1992 | | | | | | | |
| 1991 | | | | | | | |
| 1990 | | | | | | | |
| 1989 | | | | | | | |
| 1988 | | | | | | | |
| 1987 | | | | | | | |
| 1986 | | | | | | | |

Time Received *7:30 P.M.* @ 4:30pm
Greene County Election Comm. — ABC

JUL 1 9 2012

218 N. Main St., Suite 1
Greeneville, TN 37745

# TRANSFERRED TO NEW ADDRESS

| House No. | Street, Rual or R.F.D. No. | Ward or County Precinct | Clerk | Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| DATE | CRIME(S) | STATE |
|---|---|---|
| 8/05 | Controlled Substance | TN |

Case 3:20-cv-01039    Document 300-1    Filed 10/01/24    Page 24 of 36 PageID #: 7972

# VOTING RECORD

| Year | Primary Elections | | General Elections | | City Elections | | Other Elections |
|---|---|---|---|---|---|---|---|
| | Party | Ballot No. | August Ballot No. | November Ballot No. | Primary Ballot No. | Regular Ballot No. | Ballot No. |
| 2005 | | | | | | | |
| 2004 | | | | | | | |
| 2003 | | | | | | | |
| 2002 | | | | | | | |
| 2001 | | | | | | | |
| 2000 | | | | | | | |
| 1999 | | | | | | | |
| 1998 | | | | | | | |
| 1997 | | | | | | | |
| 1996 | | | | | | | |
| 1995 | | | | | | | |
| 1994 | | | | | | | |
| 1993 | | | | | | | |
| 1992 | | | | | | | |
| 1991 | | | | | | | |
| 1990 | | | | | | | |
| 1989 | | | | | | | |
| 1988 | | | | | | | |
| 1987 | | | | | | | |
| 1986 | | | | | | | |

Time Received 7:30 P.M. @ 4:30pm
Greene County Election Comm. — ABC

JUL 1 9 2012

218 N. Main St., Suite 1
Greeneville, TN 37745

# TRANSFERRED TO NEW ADDRESS

| House No. | Street, Rual or R.F.D. No. | Ward or County Precinct | Clerk | Date |
|---|---|---|---|---|
| | | | | |

| DATE | CRIME(S) | STATE |
|---|---|---|
| 8/05 | Controlled Substance | TN |

Case 3:20-cv-01039    Document 300-1    Filed 10/01/24    Page 24 of 36 PageID #: 7972

PN—1
SS—1093

ORIGINAL

PERMANENT REGISTRATION RECORD

_____ County, Tennessee

OUT

DO NOT WRITE IN SHADED AREA

REG #_____    EFF DATE_____    DIST._____
                                    WARD_____
APPROVED (_P_)                      PRECINCT_____

1. Mr. Mrs. Ms.
   Last Name: Martin    First: Amanda    Middle (or Maiden): L.

2. Legal
   Residence: (Street or Apt. No. R.F.D and Box No.)  1830 Dobbs Mill Rd.
   City: Afton    State: TN    Zip: 37616

3. Registration or mailing address if different from legal residence:
   House or Apt. No. R.F.D and Box No.
   City    State
   Same As Above

4. (423) 525-3563    Occupation:

5. Date of Birth    Place of Birth: Greeneville, TN

6. Your maiden name if you are previously registered:    Sex: M / Female

7. Where were you last registered?
   City    County    State    Zip

8. ARE YOU A NATIVE BORN OR NATURALIZED CITIZEN?
   1. YES  2. YES    HAVE YOU BEEN A RESIDENT OF THE STATE OR TENNESSEE FOR 20 DAYS OR MORE?
   1. YES [X]  2. NO

9. HAVE YOU EVER BEEN CONVICTED OF A CRIME WHICH IS A FELONY IN THIS STATE BY A COURT IN THIS STATE OR ANOTHER STATE OR A FEDERAL COURT?
   YES  NO [X]

10. IF THE ANSWER TO QUESTION 9 IS YES, LIST THE CRIME OR CRIMES FOR WHICH YOU WERE CONVICTED AND DATE OR DATES OF CONVICTION (SPACE AVAILABLE ON REVERSE SIDE!)

11. IF THE ANSWER TO QUESTION 9 IS YES, HAVE YOU RECEIVED A PARDON OR HAD YOUR FULL RIGHTS OF CITIZENSHIP RESTORED BY A COURT FOR ALL CRIMES LISTED?
    YES  NO

12. Register Sign at time of Voter - or Cannot Sign At All Fill in the following information
    | HEIGHT FT. INCHES | WEIGHT COLOR EYES | HAIR COLOR | DISTINGUISHING MARKS OR FEATURES |

13.

SWORN TO AND SUBSCRIBED TO BEFORE ME THIS 13th
DAY OF July 2012

_Amanda Martin_
Signature or mark of Applicant

_Ginger B. Greene_
Signature of Registrar, Deputy Registrar, or other person filling out form
Official Position: Deputy

SIGNATURES OF PRECINCT REGISTRARS
Name
Name

Case 3:20-cv-01039    Document 300-1    Filed 10/01/24    Page 25 of 36 PageID #: 7973

**GREENE COUNTY ELECTION COMMISSION**
218 North Main Street, Suite 1
Greeneville, TN 37745
Phone (423) 798-1715
Fax (423) 798-1719

**July 14, 2012**

*(handwritten note)*
7-21-12 @ 10:31 AM

Amanda Martin
per Cara - Old Form
(Cannot Process)
Send New COR Form
to be Completed.

Cara Harr, HAVA Attorney
**Division of Elections**
312 Rosa L. Parks Ave
Ninth Floor
William R. Snodgrass Towers
Nashville, TN 37243

Dear Cara,

   On Friday, July 13, 2012, Amanda L. Martin registered to vote and provided our office with a certificate of restoration.

Documents enclosed for Ms. Martin:

- Certificate of Restoration  <u>Old form</u> (SS-3041 Rev.06/06)
- Voter Registration Applications (front and back)

- Conviction Date: August 15, 2005
- Crime: Controlled substance

   Please advise our office if the applicant is eligible to register to vote in Greene County or if there is something else that is needed to complete the requirements.

Your assistance is greatly appreciated.

Sincerely,

*Donna A. Burgner* (signature)

**Donna A. Burgner**
**Administrator of Elections**

Peggy A. McCamey, Chairman
William West, Secretary
Avery Ayers, Member
Ben Hankins, Member
Richard Keller, Member

## Greene County Election Commission
### 218 N. Main Street, Suite #1
### Greeneville, Tennessee 37745
**Phone: (423) 798-1715**     **Fax: (423) 798-1719**
**E-mail:** ElectionCommission@greenecountytngov.com

Donna A. Burgner,
Administrator of Elections

September 15, 2012

Amanda L. Martin
1830 Babbs Mill Rd.
Afton, TN 37616

Dear Ms. Martin:

Our office submitted the documentation you provided to our office as proof that your Voting Rights had been restored to the Coordinator of Elections Office. However, upon further review and under the advisement of the Coordinator of Elections Office, the information you submitted does not meet the needed qualifications for showing proof of Restoration of Voting Rights for the State of Tennessee.

In order to be eligible to register to vote, you must provide our office with the proper documentation showing that your voting rights have been restored. There are two procedures available for restoring your voting rights:

### (1.) Court Order
- *Obtain a Court Order restoring your rights in either the county in which you currently reside or the county in which you were convicted.*
- *Submit a Certified Copy of the original order to the Greene County Election Commission*

### (2.) Certificate of Restoration
- *Have authorized agent(s) complete Sections 1 through 4*
- *Submit the completed Certificate of Restoration to the Greene County Election Commission*

We have enclosed a Certificate of Restoration of Voting Rights Form for your convenience, if that is the option you choose to complete. Once we receive the required documentation from you, we will submit the information to the Coordinator of Elections for verification. Upon verification that the submitted documentation meets the needed qualifications and there are no outstanding obligations due, you may be considered eligible to register to vote. ***Please note the deadline to register to vote for the upcoming November 6, 2012 Election is Monday, October 8, 2012.***

If you have any questions or concerns, please don't hesitate to contact our office. Our office hours are Monday through Friday, from 8:30 a.m. to 4:30 p.m.

Sincerely,

*Greene County Election Commission*

*Donna A. Burgner*

Donna A. Burgner,
Administrator of Elections

Enclosure





Division of Elections
**Tre Hargett, Secretary of State**



**State of Tennessee**
312 Rosa L. Parks Avenue, 9th Floor
Nashville, Tennessee 37243
615-741-7956

## CERTIFICATE OF RESTORATION
## OF VOTING RIGHTS
### for Persons Convicted of a Felony After May 18, 1981

*TO BE COMPLETED BY AN AGENT OF THE PARDONING AUTHORITY, AN AGENT OR OFFICER OF THE INCARCERATING AUTHORITY, OR A PROBATION/PAROLE OFFICER OR AGENT OF THE SUPERVISING AUTHORITY.*

1. I hereby certify that the following information is true and correct:
   a. Applicant's Name: _____ _____ _____
             (First)     (Middle)     (Last)

   b. Applicant's County of Residence: _____

   c. Felony Conviction: _____

   d. Month/Day/Year of Conviction: _____ TOMIS ID: (if applicable) _____

   e. Date of Birth: _____ f. Soc. Sec. No.:_____

2. On the _____ day of _____ , _____     *(check one)*
   ☐ The above individual received a pardon which contained no special conditions pertaining to the right of suffrage. A copy of said pardon is attached hereto; *or*
   ☐ The maximum sentence imposed for such infamous crime has been served by the above individual; *or*
   ☐ The maximum sentence imposed for such infamous crime has expired; *or*
   ☐ The above individual has been granted final release from incarceration or supervision by the Board of Probation/Parole, the Department of Correction, or county correction authorities.

   Signature: _____ Date: _____
   Printed Name: _____ Title: _____
   Address: _____ Phone Number: _____

3. I hereby certify that the following is true and correct:    *(check one)*
   ☐ The court did not order the above individual to pay any restitution as part of his or her sentence; *or*
   ☐ All of the restitution ordered by the court as a part of the sentence for the above individual has been paid.

   Signature: _____ Date: _____
   Printed Name: _____ Title: _____
   Address: _____ Phone Number: _____

4. I hereby certify that the following is true and correct:    *(check one)*
   ☐ The court did not order the above individual to pay any court cost as part of his or her sentence; *or*
   ☐ All court cost assessed against the above individual has been paid; *or*
   ☐ The court has made a finding at an evidentiary hearing that the above individual is indigent at the time of application.

   Signature: _____ Date: _____
   Printed Name: _____ Title: _____
   Address: _____ Phone Number: _____

SS-3041 (Rev. 8/11)     SEE REVERSE FOR INSTRUCTIONS     RDA S836-1

## INSTRUCTIONS



Instructions to the Agent Completing the Certificate of Restoration:

> *In order to complete any section of this form, the agent must have access to the information being attested to on this form.*

1. In **BOX #1**, the proper authority/agent must provide the requested applicant information.

    NOTE: For 1c, list the crime(s) for which the person was convicted.
    For 1d, list the date the person was convicted for the crime listed in 1c.

2. In **BOX #2**, the proper authority/agent must provide the following information:

    a) Provide the date that corresponds to the box that is checked
    b) Check the appropriate box indicating how the applicant completed their sentence
    c) Provide your signature (print name below signature) and contact information

3. In **BOX #3**, the proper authority/agent must provide the following information:

    a) Check the appropriate box as it relates to any restitution that was or was not assessed to the applicant.
    b) Provide your signature (print name below signature) and contact information.

4. In **BOX #4**, the proper authority/agent must provide the following information:

    a) Check the appropriate box as it relates to any court fines that were assessed to the applicant.
    b) Provide your signature (print name below signature) and contact information.

### Persons convicted of any of the following, cannot have his or her voting rights restored:

- Between July 1, 1986, and June 30, 1996 - first degree murder, aggravated rape, treason, or voter fraud

- Between July 1, 1996, and June 30, 2006 - murder, rape, treason, or voter fraud

- On or after July 1, 2006 – Any of the above, or any degree of murder or rape or any felony offense under TCA Title 39, Chapter 16, parts 1, 4, or 5; or any sexual offense under TCA § 40-39-202(17) or any violent sexual offense under TCA § 40-39-202(25) designated as a felony and where the victim of such offense was a minor

### Instructions to the Applicant Seeking to have His or Her Voting Rights Restored:

- After completion, the original form must be filed with the local county election commission office in the county the applicant desires to register to vote.

---

NOTICE

A person is not eligible to apply for a voter registration card and have their voting rights restored unless the person is current in all child support obligations. Before restoring the voting rights of an applicant, the Coordinator of Elections will verify with the Department of Human Services that the applicant does not have any outstanding child support payments or arrearages.

---

COPY



UNITED STATES POSTAGE
PITNEY BOWES
$ 00.45⁰
02 1M
0004268584     SEP 15  2012
MAILED FROM ZIP CODE 37745

GREENE COUNTY ELECTION COMMISSION
218 NORTH MAIN STREET, SUITE 1
GREENEVILLE, TN  37745-3834

**RETURN SERVICE REQUESTED**

Amanda L. Martin
1830 Babbs Mill Rd.
Afton, TN 37616

Amanda Martin
2:16 pm
9-20-12

525 - 3563
Returned call about
letter sent.

Received @ 7/13/2012 In-Person
Greene County Election Commission

**CERTIFICATE OF RESTORATION**
**For Persons Convicted of a Felony After May 18, 1981**
**STATE OF TENNESSEE**

(To be eligible for voter registration, the person must be current in all child support obligations, *if any*.)

COMPLETED BY AN AGENT OF THE PARDONING AUTHORITY, AN AGENT OR OFFICER OF THE INCARCERATING AUTHORITY, OR A PROBATION/PAROLE OFFICER OR AGENT OF THE SUPERVISING AUTHORITY:

1. I, hereby certify that the following information is true and correct:

a. Applicant's Name: Amanda Martin

b. Applicant's County of Residence: Greene

c. Felony Conviction: Controlled Substance-sell-distribute-or dispense

d. Mo/Day/Yr. of Conviction: 08 15 05

e. Date of Birth: [redacted]     f. Soc. Sec. No.: [redacted]

2. On the 7th day of April, 2010.

**3. CHECK ONE**

☐ The above individual received a pardon which contained no special conditions pertaining to the right of suffrage. A copy of said pardon is attached hereto; or

☐ The maximum sentence imposed for such infamous crime has been served by the above individual; or

☐ The maximum sentence imposed for such infamous crime has expired; or

☑ The above individual has been granted final release from incarceration or supervision by the Board of Probation and Parole, the Department of Correction, or county correction authorities. U.S. Probation office, Greeneville, TN.

4. Cara Widner
SIGNATURE                              4 8 10   DATE OF SIGNATURE

Cara Widner                    U.S. Probation Officer
PRINTED NAME                           TITLE

220 W. Depot St. Greeneville, TN   (423) 638-8121 ext. 1005
ADDRESS                            DAYTIME PHONE NUMBER

COMPLETED BY THE CIRCUIT/CRIMINAL COURT CLERK, OR AGENT THEREOF:

5. I hereby certify that the following information is true and correct:     **(CHECK ONE)**

☑ The court did not order the above individual to pay any restitution as a part of his or her sentence; or

☑ All of the ~~restitution~~ assessment fee ordered by the court as a part of the sentence for the above individual has been paid. $100. receipt # 14464

6. Frances Mahery
SIGNATURE                              7/13/12   DATE OF SIGNATURE

Frances Mahery                 Case manager
PRINTED NAME                           TITLE

USDC 220 W Depot Suite 200     ( ) 423-639-3105
ADDRESS                            DAYTIME PHONE NUMBER
Greeneville, TN 37743

SS-3041 (Rev. 6/06)     **SEE REVERSE FOR INSTRUCTIONS**     Elections Division RDA S836-1

7/21/2012- told Ginger cant process @ this time w/o CC info

@ 4:20pm
Received @ 7/13/2012  In-Person
Greene County Election Commission

## INSTRUCTIONS

### Instructions to the Agent Completing the Certificate of Restoration:

1. **APPLICANT INFORMATION.** Provide the requested information.

   For 1c, list the crime(s) for which the person was convicted.

   For 1d, list the date the person was convicted for the crime listed in 1c.

2. **AFFIRMATION CLAUSE.** Provide the date that:
   - i. the applicant received a pardon;
   - ii. the applicant was released from a penal institution and had served the maximum sentence;
   - iii. the applicant's maximum sentence expired; or
   - iv. the applicant was granted final release from incarceration or supervision by the Board of Probation and Parole, the Department of Correction, or the county correction authorities.

3. **REASON FOR RESTORATION.** Check the appropriate box.

4. **SIGNATURE OF THE PROPER AUTHORITY.** Information required in boxes numbered 1-4 must be completed and signed by either:
   - i. the pardoning authority;
   - ii. an agent or officer of the supervising or incarcerating authority; or
   - iii. a probation/parole officer.

5. **CERTIFICATION REGARDING RESTITUTION REQUIREMENTS.** Check the appropriate box.

6. **SIGNATURE OF THE PROPER AUTHORITY.** Information required in boxes numbered 5-6 must be completed and signed by:
   - i. the circuit or criminal court clerk or an agent of the clerk of court; or
   - ii. a probation/parole officer, or an agent or officer of the supervising or incarcerating authority who has knowledge of the applicant's restitution requirements.

### Persons convicted of any of the following, cannot have his or her voting rights restored:

- Between July 1, 1986, and June 30, 1996 - first degree murder, aggravated rape, treason, or voter fraud

- Between July 1, 1996, and June 30, 2006 - murder, rape, treason, or voter fraud

- On or after July 1, 2006 ~ Any of the above, or any degree of murder or rape or any felony offense under TCA Title 39, Chapter 16, parts 1, 4, or 5; or any sexual offense under TCA § 40-39-202(17) or any violent sexual offense under TCA § 40-39-202(25) designated as a felony and where the victim of such offense was a minor.

### Instructions to the Applicant Seeking to have His or Her Voting Rights Restored:

- After completion, the original form must be filed with the local county election commission

### NOTICE

If a person has child support obligations, to have one's voting rights restored, the person must be current in the payment of all child support obligations. Before restoring the voting rights of an applicant, the Coordinator of Elections will verify with the Department of Human Services that the applicant does not have any outstanding child support payments due.

# GREENE COUNTY ELECTION COMMISSION
### 218 North Main Street, Suite 1
### Greeneville, TN 37745
### Phone (423) 798-1715
### Fax (423) 798-1719

**July 14, 2012**

Cara Harr, HAVA Attorney
Division of Elections
312 Rosa L. Parks Ave
Ninth Floor
William R. Snodgrass Towers
Nashville, TN 37243

Dear Cara,

On Friday, July 13, 2012, Amanda L. Martin registered to vote and provided our office with a certificate of restoration.

Documents enclosed for Ms. Martin:

- Certificate of Restoration  Old form (SS-3041 Rev.06/06)
- Voter Registration Applications (front and back)

- Conviction Date: August 15, 2005
- Crime: Controlled substance

Please advise our office if the applicant is eligible to register to vote in Greene County or if there is something else that is needed to complete the requirements.

Your assistance is greatly appreciated.

Sincerely,

Donna A. Burgner
Administrator of Elections

PERMANENT REGISTRATION RECORD

_____ County, Tennessee

ORIGINAL

PR—1
SS-1001

OUT

1. Last Name: Martin    First: Amanda    Middle Initial: N.

2. Legal Residence: Hse or Apt No. Rte. and Box No. 1830 Dobbs Mill Rd.    City: Afton    State: TN    Zip: 37616

3. Notation or mailing address (from & to) order: Same As Above

4. (423) 505-3563    Home Phone

5. Date and Place of Birth:    Crossville, TN

6. ...    Rte. W / People

7. ...

8. ...    HAVE YOU BEEN A RESIDENT OF THE STATE OR TENNESSEE 20 DAYS OR MORE?    YES

9. ARE YOU A NATIVE BORN, OR NATURALIZED CITIZEN?    YES

10. IF THE ANSWER TO QUESTION 9 IS "YES," LIST THE CRIME OR CRIMES FOR WHICH YOU WERE CONVICTED, AND DATE, OR DATES OF CONVICTION (SPACE AVAILABLE ON REVERSE SIDE).

SIGNATURES OF PRECINCT REGISTRARS

Name

Name

SWORN TO AND SUBSCRIBED TO BEFORE ME THIS

DAY OF July    2-13-12    Date

Signature of Registrar or other person taking oath

11. (Registrant) Sign By His Mark, Or Cannot Sign At All, Fill In The Following Information:

12. HEIGHT (INCHES)    COLOR EYES    HAIR COLOR    DISTINGUISHING MARKS OR FEATURES

IF THE ANSWER TO QUESTION 9 IS "YES," HAVE YOU RECEIVED A PARDON OR HAD YOUR FULL RIGHTS OF CITIZENSHIP RESTORED BY A COURT FOR ALL CRIMES LISTED?    YES    NO

DO NOT WRITE IN SHADED AREA

**VOTING RECORD**

**TRANSFERRED TO NEW ADDRESS**

| Year | Primary Elections | | General Elections | | | City Elections | | Other Election Ballot No. | House No. | Street, Road or R.F.D. No. | Ward or County Precinct | Clerk | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Party | Ballot No. | August Ballot No. | November Ballot No. | | Primary Ballot No. | Regular Ballot No. | | DATE | CRIME(S) | | | STATE |
| 1986 | | | | | | | | | | | | | |
| 1987 | | | | | | | | | | | | | |
| 1988 | | | | | | | | | | | | | |
| 1989 | | | | | | | | | | | | | |
| 1990 | | | | | | | | | | | | | |
| 1991 | | | | | | | | | | | | | |
| 1992 | | | | | | | | | | | | | |
| 1993 | | | | | | | | | | | | | |
| 1994 | | | | | | | | | | | | | |
| 1995 | | | | | | | | | | | | | |
| 1996 | | | | | | | | | | | | | |
| 1997 | Time Received 7-13-2012 @ 4:00pm | | | | | | | | | | | | |
| 1998 | Greene County Election Comm. | | | | | | | | | | | | |
| 1999 | JUL 13 2012 | | | | | | | | 8/05 | Controlled Substance | | | TN |
| 2000 | | | | | | | | | | | | | |
| 2001 | 218 N. Main St., Suite 1 | | | | | | | | | | | | |
| 2002 | Greeneville, TN 37745 | | | | | | | | | | | | |
| 2003 | | | | | | | | | | | | | |
| 2004 | | | | | | | | | | | | | |
| 2005 | | | | | | | | | | | | | |