# EXHIBIT C

IN THE CIRCUIT COURT OF LEWIS COUNTY, TENNESSEE
SITTING AT HOHENWALD

FILED 1st DAY OF October 2024 AT 11:10 AP

Kayla [signature]
BARBARA J. HINSON
CIRCUIT, GENERAL SESSIONS
& JUVENILE COURT CLERK

IN RE: JOHN WEARE )
) Docket No. 2023-CV-23
Petitioner )
)
)

STATE OF TENNESSEE, LEWIS COUNTY
I, THE UNDERSIGNED CLERK OF COURT,
DO HEREBY CERTIFY THIS TO BE A
TRUE COPY OF THE ORIGINAL OF THIS
INSTRUMENT FILED IN THIS CAUSE.
DATE: 10-1-24
Kayla [signature]
GENERAL SESSIONS, JUVENILE &
CIRCUIT COURT

**AGREED ORDER GRANTING PETITION TO RESTORE FULL RIGHTS OF CITIZENSHIP**

This matter came before this Court for hearing upon Petitioner Weare's *Petition to Restore Rights of Citizenship*. Notice of the Petition was timely served by the Petitioner on the District Attorney's Office with a statutory right to resist the relief sought. Notice having been provided, and the District Attorney and Petitioner Weare having reached an agreement that Petitioner Weare is entitled to a *restoration of rights of citizenship* as evidenced by the signatures below and subject to the Court's approval, the Court hereby finds and orders the following:

1. Mr. Weare is statutorily eligible for restoration of his *rights of citizenship* pursuant to Tenn. Code Ann. § 40-29-101 *et seq.*;

2. Mr. Weare's Petition for *Restoration of Rights of Citizenship* should and is hereby **GRANTED**;

3. Mr. Weare's **full rights of citizenship** are restored to the fullest extent of law, excepting his right to lawfully possess a firearm pursuant to Tenn. Code Ann. § 39-17-1307 and the Tennessee Supreme Court's decision in *State v. Johnson*, 79 S.W.3d 522 (Tenn. 2002); *see also Blackwell v. Haslam*, No. M2012-01991-COA-R3-CV, 2013 WL 3379364 at *33, (Tenn. Ct. App. Mar. 26, 2013); and, therefore:

1

4. It is ORDERED, ADJUDGED, and DECREED, that Mr. Weare's *full citizenship rights* are hereby restored to the fullest extent of the law. These rights shall be restored effective immediately upon entry of this Order.

5. Pursuant to Tenn. Code Ann. § 40-29-105(c)(5), the Court shall forward a copy of this Order to the state coordinator of elections, and this Order shall specifically entitle the Petitioner to regain his right to vote.

6. Pursuant to Tenn. Code Ann. § 40-29-105(c)(7), upon receipt of a certified copy of this Order, and after verifying with the coordinator of elections that the order was issued, the administrator of elections shall issue the Petitioner a voter registration card entitling the person to vote.

7. This constitutes a final order for which the clerk is directed to enter judgment.

8. Costs of this action are taxed to the Petitioner, for which execution may issue of necessary.

ENTERED this 1st day of October, 2024.

_____
Michael E. Spitzer
Circuit Court Judge
32nd Judicial District

AGREED TO AND APPROVED FOR ENTRY:

_____
Hans L. Schwendimann
District Attorney General
10 E Main St
Hohenwald, TN 38462
931.796.3450

2