# EXHIBIT D

REGINALD HENDRIX

May 16, 2023



Deborah H. Honeycutt, LCR

Elite Brentwood Reporting Services
Stronger Together

Chattanooga (423)266-2332   Jackson (731)425-1222
Knoxville (865)329-9919   Nashville (615)595-0073   Memphis (901)522-4477
www.elitereportingservices.com

```
 1                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF TENNESSEE
 2                    NASHVILLE DIVISION
   _____
 3
   TENNESSEE CONFERENCE OF THE
 4 NATIONAL ASSOCIATION FOR THE
   ADVANCEMENT OF COLORED PEOPLE,
 5 et al.,

 6            Plaintiffs,           Case No. 3:20-cv-01039
                                    Judge Campbell
 7 vs.                              Magistrate Judge
                                    Frensley
 8 WILLIAM LEE, et al.,             Class Action

 9            Defendants.
   _____
10

11

12

13         Volume 1

14         Videoconference Deposition of:

15         REGINALD HENDRIX

16         Taken on behalf of the Defendants
           May 16, 2023
17
           Commencing at 1:03 p.m.
18

19

20

21
   _____
22
           Elite-Brentwood Reporting Services
23          www.elitereportingservices.com
      Deborah H. Honeycutt, LCR, Associate Reporter
24             555 Marriott Drive
               Nashville, TN 37214
25              (615)595-0073
```

*Elite-Brentwood Reporting Services * (615)595-0073*

```
 1  short break?  Is that okay?
 2              MS. HULING:  Yes.  So we'll be back on
 3  at 2:20.
 4              (Recess observed.)
 5  BY MR. VARELA:
 6  Q.    Mr. Hendrix, just a few more questions.
 7  Thank you for your patience.  I know this is not the
 8  most fun thing in the whole world.  Question to you.
 9        Now that you've had your voting right
10  restored, I think your complaint said that it
11  happened in May of 2022; is that correct?
12  A.    Correct.
13  Q.    Is that not correct?
14              MS. HULING:  That's not correct.  That's
15  not what the complaint says.
16              MR. VARELA:  Never guess.  Always
17  verify, right?
18  BY MR. VARELA:
19  Q.    I'm sorry.  That's when your first attempt
20  was denied because there were additional criminal
21  felony convictions that were not on the COR; is that
22  right?
23  A.    Correct.
24  Q.    After that, you received CORs from Davidson
25  County, submitted those to the elections division,
```

1 and then you were approved; is that correct?
2 A.     Correct.
3 Q.     How were you informed that you were approved
4 to have your voting right restored?
5 A.     The election commission contacted me.
6 Q.     By phone, by email, by letter?
7 A.     By phone.
8         MR. VARELA:  By phone, okay.  And so,
9 Alice, what you're saying is that a letter has not
10 yet been sent from the election commission
11 confirming that Mr. Hendrix has his rights restored?
12         MS. HULING:  That the elections division
13 has all of them for the State and so should also
14 have Mr. Hendrix and they produced the denials and
15 approvals up to a certain date but his approval came
16 after that date and we've not gotten a supplement
17 that included that.
18         MR. VARELA:  Got you.  And if you don't
19 mind, just putting that in an email specifically,
20 about whatever date supplement went through, we'll
21 work on getting that.
22 BY MR. VARELA:
23 Q.     Mr. Hendrix, last question.  Do you have your
24 voter registration card.
25 A.     Yes, I do.

```
 1              MR. VARELA:  Congratulations.  I have no
 2    further questions.
 3              MS. HULING:  I do have a few questions.
 4    Mr. Hendrix, I'm sure you were hoping that that was
 5    it, but just a few more and I promise to be brief.
 6
 7                       EXAMINATION
 8    QUESTIONS BY MS. HULING:
 9    Q.    When you were speaking with Mr. Varela -- am
10    I saying that correctly?
11              MR. VARELA:  That's right.
12    BY MS. HULING:
13    Q.    When you were speaking with Mr. Varela, I
14    believe you said that someone helped you in the
15    process of getting the completed CORs and submitting
16    them?
17    A.    Correct.
18    Q.    Okay.  And when Mr. Varela said that you
19    submitted something to your elections office, was
20    that you personally or with the help of the
21    volunteer who you were working with?
22    A.    The help of the volunteer.  I was kind of
23    confused a little bit.
24    Q.    Absolutely.  Not a problem.  We all use
25    shorthand sometimes.  Okay.
```