# EXHIBIT E

**TY:TR**
**From:** Jessica Lim <Jessica.Lim@tn.gov>
**Sent:** Friday, October 14, 2022 12:02 PM
**To:** Tamyra D. Rucker <Tamyra.D.Rucker@tn.gov>
**Cc:** John M. Jarrett <John.M.Jarrett@tn.gov>; Kim McAdory <Kim.McAdory@tn.gov>
**Subject:** RE: [Secure Email] Voter Restoration List

Happy Friday. Thank you again for all of your help on Monday and Tuesday. Below is the final list for this week – 7 total. These were the stragglers. There's not a huge rush like there was earlier this week.



**Jessica Cunningham Lim**
Elections Attorney
Division of Elections
Office of Tennessee Secretary of State Tre Hargett
312 Rosa L. Parks Ave., 7th Floor
William R. Snodgrass Tower
Nashville, TN 37243
Phone: (615) 253-4581
Fax: (615) 741-1278
Jessica.Lim@tn.gov

Secretary of State Social Media Links:
www.facebook.com/TennesseeSecretaryofState
www.facebook.com/TNStateLibraryArchives/timeline

**From:** Tamyra D. Rucker <Tamyra.D.Rucker@tn.gov>
**Sent:** Tuesday, October 11, 2022 4:28 PM
**To:** Jessica Lim <Jessica.Lim@tn.gov>
**Cc:** John M. Jarrett <John.M.Jarrett@tn.gov>; Kim McAdory <Kim.McAdory@tn.gov>
**Subject:** FW: [Secure Email] Voter Restoration List

**Hi Jessica, Here is the List.**
**Thank you,**
**Tamyra**
**From:** Jessica Lim <Jessica.Lim@tn.gov>
**Sent:** Tuesday, October 11, 2022 3:44 PM
**To:** Tamyra D. Rucker <Tamyra.D.Rucker@tn.gov>

**Cc:** Kim McAdory <Kim.McAdory@tn.gov>; John M. Jarrett <John.M.Jarrett@tn.gov>
**Subject:** RE: [Secure Email] Voter Restoration List

Good afternoon! Thanks for all of your help this week. I have a total of 16 on this list. There might be a couple more stragglers that come in before 4 PM, but for now this is everything. Thanks again!



Reginald Lamar Hendrix                                No Record

**Jessica Cunningham Lim**
Elections Attorney
Division of Elections
Office of Tennessee Secretary of State Tre Hargett
312 Rosa L. Parks Ave., 7th Floor
William R. Snodgrass Tower
Nashville, TN 37243
Phone: (615) 253-4581
Fax: (615) 741-1278
Jessica.Lim@tn.gov

Secretary of State Social Media Links:
www.facebook.com/TennesseeSecretaryofState
www.facebook.com/TNStateLibraryArchives/timeline

**From:** Tamyra D. Rucker <Tamyra.D.Rucker@tn.gov>
**Sent:** Monday, October 10, 2022 3:30 PM
**To:** Jessica Lim <Jessica.Lim@tn.gov>
**Cc:** Kim McAdory <Kim.McAdory@tn.gov>; John M. Jarrett <John.M.Jarrett@tn.gov>; Tamyra D. Rucker <Tamyra.D.Rucker@tn.gov>
**Subject:** FW: [Secure Email] Voter Restoration List

Hi Jessica, Thank you for your patience. Here is the List. If there is anything else we can do just let us know.
Tamyra