IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TENNESSEE CONFERENCE of the NATIONAL ASSOCIATION for the ADVANCEMENT of COLORED PEOPLE, on behalf of itself and its members, et al.,

    Plaintiffs,

v.

WILLIAM LEE, in his official capacity as Governor of the State of Tennessee, et al.,

    Defendants.

Civil No. 3:20-cv-01039

JUDGE CAMPBELL
MAGISTRATE JUDGE FRENSLEY

[Putative Class Action]

## DECLARATION OF ASEEM MULJI

Pursuant to 28 U.S.C. § 1746, I, Aseem Mulji, declare as follows:

1. I am over the age of 18.

2. I am an attorney at the Campaign Legal Center (CLC), counsel to Plaintiffs in this case. I have been employed at CLC since September 2019.

3. The testimony set forth in this Declaration is based on first-hand knowledge, about which I could and would testify competently in open court if called up on to do so. This Declaration is submitted in support of Plaintiffs' Motion for Class Certification and is attached to Plaintiffs' Brief in Response to the Court's September 20th Order Regarding Plaintiffs' Motion for Class Certification.

4. On September 30, 2024, I utilized the Internet Archive's Wayback Machine to access an archived copy of a webpage on the Tennessee Secretary of State's website titled *Restoration of Voting Rights* captured on November 29, 2020. *See* Internet Archive Wayback

Machine, Tennessee Secretary of State, *Restoration of Voting Rights* (captured Nov. 29, 2020), https://web.archive.org/web/20201129134258/https://sos.tn.gov/products/elections/restoration-voting-rights#expand. Attached as Exhibit B to Plaintiffs' Brief in Response to the Court's September 20th Order Regarding Plaintiffs' Motion for Class Certification is a true and correct copy of a printout of this archived webpage.

     5.     I declare under penalty of perjury that the foregoing is true and correct.

Executed October 1, 2024, in Los Angeles, California.

                                                  ___/s/ Aseem Mulji_____