IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE of the ) <br> NATIONAL ASSOCIATION for the ) <br> ADVANCEMENT of COLORED ) <br> PEOPLE, et al., ) <br> ) <br>    Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WILLIAM LEE, et al., ) <br> ) <br>    Defendants. ) | NO. 3:20-cv-01039 <br><br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE FRENSLEY |

## ORDER

Plaintiff Reginald Hendrix has filed a Notice of Voluntary Dismissal, signed by all parties who have appeared, stating that he voluntarily dismisses his claims against Defendants Lee et al. under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and that the parties stipulate that his claims be dismissed. (Doc. No. 298). Accordingly, pursuant to the foregoing notice and the parties' stipulation, Plaintiff Reginald Hendrix's claims in this matter are **DISMISSED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE