# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM LEE, et al. <br><br> Defendants. | No. 3:20-cv-01039 <br><br> Judge Campbell <br> Magistrate Judge Frensley |

## DECLARATION OF MARK GOINS, COORDINATOR OF ELECTIONS, TENNESSEE SECRETARY OF STATE, DIVISION OF ELECTIONS

I, Mark Goins, declare the following:

1. I am the duly appointed Coordinator of Elections for the State of Tennessee. I am over the age of eighteen years, and I am competent to testify on the matters set forth herein.

2. I was first appointed to the position of Coordinator of Elections by the Tennessee Secretary of State in 2009 and serve at the pleasure of the Secretary of State.

3. As the Coordinator of Elections, I serve as the chief administrative election officer of the State and my statutory duties are set forth in Tenn. Code Ann. § 2-11-202.

4. Attached as Exhibit 1 to this Declaration is a letter that I authorized to be sent to Anita Fowlkes of the Dyer County Election Commission on my behalf informing her that Leola Scott is eligible to register to vote. Attached to this letter is the paperwork showing that Ms. Scott had

obtained an Agreed Judgment Granting Verified Petition for Restoration of Full Rights of Citizenship and that Ms. Scott had obtained the Certificates of Restoration of Voting Rights from the appropriate officials.

I declare under penalty of perjury that the foregoing is true and correct in accordance with Fed. R. Civ. P. 72.

    FURTHER DECLARANT SAYETH NAUGHT.

Executed on October 14, 2024

*Mark Goins* (signature)
Mark Goins
Coordinator of Elections
State of Tennessee