# EXHIBIT 1



Elections Division
312 Rosa L. Parks Avenue, 7th Floor
Nashville, Tennessee 37243-1102

Mark Goins
Coordinator of Elections

615-741-7956
Mark.Goins@tn.gov

Tuesday, August 28, 2024

Ms. Anita Fowlkes
Dyer County Election Commission
P O BOX 1109
Dyersburg, TN 38024-5009

Dear Ms. Fowlkes:

Pursuant to Tenn. Code Ann. § 40-29-202, the below individual has successfully completed the restoration process for the following convictions:

| Name | Date of Restoration |
|------|---------------------|
| Leola Lovette Scott | 8/27/2024 |

| Date of Conviction | Conviction |
|--------------------|------------|
| 12/01/92 | Possession of Schedule II Cocaine |
| 04/21/92 | Fraudulent Use of Credit Card |
| 01/27/04 | Evading Arrest |

As of the above date of restoration, this individual is eligible to register to vote in Tennessee. Please be advised that if the individual has additional felony convictions not listed, or is convicted of a felony offense after the above date of restoration, she will be purged from the county's voter registration rolls and will no longer be eligible to vote in Tennessee pursuant to Tenn. Code Ann. § 40-20-112 until restored again.

Please contact me if I may provide any additional information.

Sincerely,

*Mark K. Goins*

Mark K. Goins
Coordinator of Elections

MKG:bhr