Division of Elections
Secretary of State Tre Hargett
State of Tennessee
312 Rosa L. Parks Ave. 7th Fl.
Nashville, TN 37243
615-741-7956



# CERTIFICATE OF RESTORATION OF VOTING RIGHTS
## for Persons Convicted of a Felony on or after May 18, 1981

This includes any federal or state felony conviction both within Tennessee or from another state.

## Eligibility

You must 1) have been pardoned by a Governor, U.S. President, or other appropriate authority of a state, or 2) have had your full rights of citizenship restored as required by law; and 3) not owe restitution to the victim(s); 4) have paid all court costs assessed against you, if any, unless the court made a finding you were indigent; and 5) be current in all child support obligations, if any.

### 1. To Be Completed by Applicant:

I hereby attest that the following is true and correct, to the best of my knowledge:

a. Last Name: Scott  First Name: Leola  Middle Name: Lenette

DOB: [redacted]  SSN: [redacted]

b. Residential Address: [redacted]  City: Dyersburg  State: TN  County: Dyer

Phone Number: [redacted]  Email Address (Optional): [redacted]

c. Check one:
- [ ] I have been pardoned by a Governor, U.S. President, or other appropriate authority of a state (Copy attached.); or
- [X] My full rights of citizenship have been restored as required by law. (Copy attached. If a court order, it must be a certified copy.)

Signature: Leola Scott  Date: 8-23-24

### 2. To Be Completed by an Agent of the Pardoning Authority, an Agent or Officer of the Incarcerating Authority, or a Probation/Parole Officer or Agent of the Supervising Authority.

a. Felony Offense Conviction: Poss of Schedule II Cocaine  Statute(s): /  Month/Date/Year of Conviction: 12-1-1992

TOMIS ID, if Applicable: 203528  County and State of Conviction: Dyer, TN  Case Number: C91-261

b. **Restitution**

I hereby certify that the following is true and correct: (check one)
- [X] Restitution is not owed; or
- [ ] Restitution ordered by the court is owed; or
- [ ] For Federal Convictions Only, 18 U.S.C. § 3613(b) applies in this case and therefore the liability to pay has expired.

Signature: Bridgette Brown  Date: 8/23/24
Printed Name: Bridgette Brown  Title: Deputy Clerk
Address: POB 1360, Dyersburg, TN  Phone Number: 731-286-7808

c. **Court Costs**

I hereby certify that the following is true and correct: (check one)
- [X] Court costs are not owed; or
- [ ] Court costs ordered by the court are owed; or
- [ ] The court has made a finding at an evidentiary hearing that the above individual is indigent at the time of application.

Signature: Bridgette Brown  Date: 8/23/24
Printed Name: Bridgette Brown  Title: Deputy Clerk
Address: POB 1360, Dyersburg, TN  Phone Number: 731-286-7808

SS-3041 (Rev. 7/23)  SEE REVERSE FOR INSTRUCTIONS  RDA S836-1