IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE of the NATIONAL ASSOCIATION for the ADVANCEMENT of COLORED PEOPLE, et al., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| WILLIAM LEE, et al., | ) ) ) |
| Defendants. | ) |

NO. 3:20-cv-01039

JUDGE CAMPBELL
MAGISTRATE JUDGE FRENSLEY

## ORDER

The Court will hold a teleconference in this case on Tuesday, October 29, 2024, at 2:30 p.m. Counsel for the parties shall call 1-866-390-1828 and enter the access code 7884640# to be connected to the call.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE