> ORDER: The motion (Doc. No. 305) is GRANTED.
>
> /s/ William L. Campbell Jr.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., ) ) ) ) ) | |
| Plaintiffs, ) ) | No. 3:20-cv-01039 |
| v. ) ) ) | Judge Campbell Magistrate Judge Frensley |
| WILLIAM LEE, et al. ) ) | |
| Defendants. ) | |

### DEFENDANTS' MOTION TO WITHDRAW DOCUMENT AND REPLACE WITH REDACTED DOCUMENT

Defendants, William Lee, Frank Strada, Mark Goins, and Tre Hargett, file this Motion to Withdraw ECF 303-3 and replace it with a redacted version, which is attached to this Motion. The undersigned accidentally filed an unredacted copy.

**CERTIFICATION:  OPPOSING COUNSEL DOES NOT OBJECT TO THIS MOTION.**