IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TENNESSEE CONFERENCE OF THE | ) | |
| NATIONAL ASSOCIATION FOR THE | ) | |
| ADVANCEMENT OF COLORED | ) | |
| PEOPLE, et al., | ) | NO. 3:20-cv-01039 |
| | ) | |
| Plaintiffs, | ) | JUDGE CAMPBELL |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| WILLIAM LEE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The telephone conference currently set for October 29, 2024, at 2:30 p.m. is RESET for 3:30 p.m.

It is so **ORDERED.**

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1