IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE of the NATIONAL ASSOCIATION for the ADVANCEMENT of COLORED PEOPLE, et al., </br></br> Plaintiffs, </br></br> v. </br></br> WILLIAM LEE, et al., </br></br> Defendants. | NO. 3:20-cv-01039 </br></br> JUDGE CAMPBELL </br> MAGISTRATE JUDGE FRENSLEY |

## ORDER

The Court held a status teleconference on October 29, 2024. For the reasons discussed on the record, all filing and briefing deadlines in this matter are temporarily **STAYED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE