IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TENNESSEE CONFERENCE of the NATIONAL ASSOCIATION for the ADVANCEMENT of COLORED PEOPLE, et al., | ) ) ) ) | |
| | ) | NO. 3:20-cv-01039 |
| Plaintiffs, | ) | |
| | ) | JUDGE CAMPBELL |
| v. | ) | MAGISTRATE JUDGE FRENSLEY |
| | ) | |
| WILLIAM LEE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED ORDER

The Order (Doc. No. 319) entered on October 29, 2024, is amended as follows:

The Court held a status teleconference on October 29, 2024. For the reasons discussed on the record, all deadlines in this matter are temporarily **STAYED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE