IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM LEE, ET AL., <br><br> Defendants. | Case No. 3:20-cv-01039 <br> JUDGE RICHARDSON |

## ORDER

The trial and pretrial conference, scheduled for December 10, 2024, and December 3, 2024, respectively, and all pretrial motion deadlines are canceled due to the pending motions and recent reassignment of District Judges.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE