# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., | )<br>)<br>)<br>) |
| Plaintiffs, | ) No. 3:20-cv-01039 |
| v. | ) Judge Eli Richardson<br>) Magistrate Judge Frensley |
| WILLIAM LEE, et al. | ) |
| Defendants. | ) |

## NOTICE OF FILING LEOLA SCOTT'S REQUEST FOR VOTER BALLOT, REDACTED

Defendants, William Lee, Frank Strada, Mark Goins, and Tre Hargett, file this Notice of Filing Exhibit 1 to their Reply in Support of Motion to Dismiss Leola Scott – Ms. Scott's Request for a Ballot on November 5, 2024.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

Sincerely,

/s/ *Zachary L. Barker*
ZACHARY L. BARKER, BPR # 035933
Senior Assistant Attorney General

DAWN JORDAN
Special Counsel

DAVID RUDOLPH
Senior Assistant Attorney General

ROBERT WILSON
Senior Assistant Attorney General

Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
Zachary.Barker@ag.tn.gov

*Counsel for Defendants*

2

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the above document has been forwarded electronically. Notice of this filing will be sent by the Court's electronic filing system to the parties named below. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Blair Bowie | Charles K. Grant |
| Danielle Lang | Denmark J. Grant |
| Alice C. Huling | Baker, Donelson, Bearman |
| Valencia Richardson | Caldwell & Berkowitz, P.C. |
| Aseem Mulji | 1600 West End Avenue, Suite 2000 |
| Ellen Boettcher | Nashville, TN 37203 |
| Kate Uyeda | |
| Kathryn Huddleston | |
| Campaign Legal Center | |
| 1101 14th Street NW, Suite 400 | |
| Washington, DC 20005 | |
| | |
| Phil Telfeyan | Keeda Haynes |
| Natasha Baker | Free Hearts |
| Equal Justice Under Law | 2013 25th Ave. N. |
| 400 7th St. NW, Suite 602 | Nashville, TN 37208 |
| Washington, DC 20004 | |

Date: December 3, 2024

*/s/ Dawn Jordan*
Special Counsel