> The Motion (Doc. No. 313) is denied as moot in light of the Order at Docket Entry 323.
> IT IS SO ORDERED.
>
> *Eli Richardson*

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., | ) ) ) ) ) |
| Plaintiffs, | ) No. 3:20-cv-01039 |
| v. | ) ) Judge Campbell ) Magistrate Judge Frensley |
| WILLIAM LEE, et al. | ) ) ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER AND CONTINUE THE TRIAL DATE

Defendants, Governor William Lee, Commissioner of the Department of Corrections Frank Strada, Coordinator of Elections Mark Goins, and Secretary of State Tre Hargett, pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, move this Court to modify the Scheduling Order and Continue the Trial Date. Defendants seek only to continue the bench trial, which is currently scheduled for December 10, 2024, for approximately 2 months in order to (1) allow the Court sufficient time to rule on Defendants' Motion for Reconsideration of the Court's Order Denying Defendants' Motion for Summary Judgment and Motion to Dismiss for Lack of Standing, both filed on October 25, 2024 day; and (2) resolve Defendants' unavoidable scheduling conflicts arising from certain Defendants' election-related duties.

In support of this Motion, Defendants rely on the contemporaneously filed Memorandum of Law and the Declaration of Mark Goins.