> The Motion (Doc. No. 308) is granted.
> IT IS SO ORDERED.
>
> *Eli Richardson*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE of the NATIONAL ASSOCIATION for the ADVANCEMENT of COLORED PEOPLE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM LEE, in his official capacity as Governor of the State of Tennessee, et al., <br><br> Defendants. | Civil No. 3:20-cv-01039 <br><br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE FRENSLEY <br><br> [Putative Class Action] |

### PLAINTIFFS' MOTION FOR RELIEF FROM LOCAL RULE 39.01(c)(5)(E) REGARDING EXPERT WITNESSES' TESTIMONY

Plaintiffs respectfully request relief from Local Rule 39.01(c)(5)(E) requiring the direct testimony of Plaintiffs' expert witnesses be reduced to writing and filed upon opposing counsel by November 11, 2024 and read aloud at trial. *See* ECF 297 at 2. Plaintiffs' two expert witnesses, Drs. Traci Burch and Jennifer Selin, proffered comprehensive reports in this case that will be the basis of their direct testimony at trial. Plaintiffs therefore seek to file and serve these reports for their testifying expert witnesses, in lieu of submitting separate written direct testimony. Plaintiffs further seek to present their expert witnesses' direct testimony via questioning, without reading aloud from the three expert reports produced in this case.

Pursuant to Federal Rule of Civil Procedure 26(a)(2) and Local Rule 39.01(c)(5)(C), Plaintiffs disclosed and provided written reports of Drs. Traci Burch and Jennifer Selin to Defendants on February 13, 2023, in accordance with the governing Scheduling Order. *See* ECF 111 at 1. Prior to that, on November 1, 2022, Plaintiffs filed a declaration from Dr. Burch in support