> The Motion (DE 327) is denied in light of the filing of the Amended Motion at DE 328.
> IT IS SO ORDERED.
> *Eli Richardson*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE of the NATIONAL ASSOCIATION for the ADVANCEMENT of COLORED PEOPLE, on behalf of itself and its members, et al., <br><br>　　　　　　　　　　　Plaintiffs, <br><br>　v. <br><br>WILLIAM LEE, in his official capacity as Governor of the State of Tennessee, et al., <br><br>　　　　　　　　　　　Defendants. | Civil No. 3:20-cv-01039 <br><br> JUDGE RICHARDSON <br> MAGISTRATE JUDGE FRENSLEY <br><br> [Putative Class Action] |

## MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AS TO PLAINTIFF LEOLA SCOTT

Plaintiffs respectfully move this Court for leave to file a sur-reply to address Defendants' contention that Plaintiff Scott "has no claim" because she has been issued a "proper" Certificate of Voting Rights Restoration (COR). Defs.' Reply, Doc. 324 at PageID#8108-09. The proposed sur-reply, attached hereto as **Exhibit A**, clarifies the scope of Ms. Scott's personal interest in the case following Defendant Goins' recent recognition that she is no longer disqualified from voting due to a felony conviction. And it emphasizes that even if Ms. Scott's personal interest has expired, her claims on behalf of the putative class remain live under multiple exceptions to the mootness doctrine, as explained in Plaintiffs' response brief, Doc. 317 at PageID#87-91.

Dated: December 9, 2024　　　　　　　　　Respectfully submitted,

Keeda Haynes, BPR No. 031518　　　　　　/s/ *Blair Bowie*
Free Hearts　　　　　　　　　　　　　　　Blair Bowie*
2013 25th Ave. N,　　　　　　　　　　　　Danielle Lang*
Nashville, TN 37208　　　　　　　　　　　Alice Huling*
(615) 479-5530　　　　　　　　　　　　　Valencia Richardson*