The Motion (Doc. No. 328) is granted.
IT IS SO ORDERED.

*Eli Richardson*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE of the NATIONAL ASSOCIATION for the ADVANCEMENT of COLORED PEOPLE, on behalf of itself and its members, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM LEE, in his official capacity as Governor of the State of Tennessee, et al., <br><br> Defendants. | Civil No. 3:20-cv-01039 <br><br> JUDGE RICHARDSON <br> MAGISTRATE JUDGE FRENSLEY <br><br> [Putative Class Action] |

### AMENDED MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AS TO PLAINTIFF LEOLA SCOTT

Plaintiffs respectfully file this **amended** motion for leave to file a sur-reply to address Defendants' contention that Plaintiff Scott "has no claim" because she has been issued a "proper" Certificate of Voting Rights Restoration (COR). Defs.' Reply, Doc. 324 at PageID#8108-09. The motion Plaintiffs filed yesterday, Doc. 327, did not indicate Defendants' position. As such, Plaintiffs withdraw that motion and hereby re-file with Defendants' position noted pursuant to LR7.01(a): Defendants oppose.

Plaintiffs' proposed sur-reply, attached hereto as **Exhibit A**, clarifies the scope of Ms. Scott's personal interest in the case following Defendant Goins' recent recognition that she is no longer disqualified from voting due to a felony conviction. And it emphasizes that even if Ms. Scott's personal interest has expired, her claims on behalf of the putative class remain live under multiple exceptions to the mootness doctrine, as explained in Plaintiffs' response brief, Doc. 317 at PageID#87-91.