IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TENNESSEE CONFERENCE OF THE )
NATIONAL ASSOCIATION FOR )
THE ADVANCEMENT OF COLORED )
PEOPLE, ET AL., )
                   )
        Plaintiffs, )
                   )
v. )      Civil Case No. 3:20-cv-01039
                   )      JUDGE RICHARDSON
WILLIAM LEE, ET AL., )
                   )
        Defendants. )

## **ORDER**

A telephonic status conference is scheduled for March 12, 2025, at 1:00 p.m.

The parties may access the conference call by dialing 877-402-9757. When prompted, enter

the access code of 3785916 followed by the pound (#) sign. If you have any issues connecting,

please call Chambers at (615) 736-5291. As these are public proceedings, other persons may access

the conference call in the same manner.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE