**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

<table>
<tr>
<td>

TENNESSEE CONFERENCE of the NATIONAL ASSOCIATION for the ADVANCEMENT of COLORED PEOPLE, on behalf of itself and its members, et al.,

Plaintiffs,

v.

WILLIAM LEE, in his official capacity as Governor of the State of Tennessee, et al.,

Defendants.

</td>
<td>

Civil No. 3:20-cv-01039

JUDGE RICHARDSON
MAGISTRATE JUDGE FRENSLEY

[Putative Class Action]

</td>
</tr>
</table>

## NOTICE OF INFORMATION REGARDING JUDICIAL ASSIGNMENT

In light of the upcoming status conference, Plaintiffs respectfully submit this notice of information that has come to Plaintiffs' attention and may bear on this matter's judicial assignment.

This case was previously assigned to Judge Campbell, who, following a status conference in October 2024, invoked Judicial Ethics Canon 3(D) and sought the parties' positions on whether he should recuse himself due to a personal relationship with an attorney who had recently joined the Tennessee Department of Correction (TDOC), a defendant in this case. *See* Doc. 326 at 14 (citing Minute Entry for Proceedings). Judge Campbell ultimately recused on November 19, 2024. Doc. 321.

Since reassignment, it has come to the attention of Plaintiffs' counsel that the attorney who recently joined TDOC previously served as a law clerk for this Court. Accordingly, Plaintiffs bring this information to the Court's attention for any consideration it deems appropriate under applicable judicial ethics principles.

Dated: March 10, 2025

Keeda Haynes, BPR No. 031518
Free Hearts
2013 25th Ave. N,
Nashville, TN 37208
(615) 479-5530
keeda@freeheartsorg.com

Charles K. Grant, BPR No. 017081
Denmark J. Grant, BPR No. 036808
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
211 Commerce Street, Suite 800
Nashville, TN 37201
Telephone: (615) 726-5600
Facsimile: (615) 726-0464
cgrant@bakerdonelson.com
dgrant@bakerdonelson.com


* Admitted pro hac vice

Respectfully submitted,

/s/ *Blair Bowie*
Blair Bowie*
Danielle Lang*
Alice Huling*
Valencia Richardson*
Aseem Mulji*
Ellen Boettcher*
Kate Uyeda, BPR No. 040531
Kathryn Huddleston*
Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005
(202) 736-2200
Bbowie@campaignlegal.org
Dlang@campaignlegal.org
Ahuling@campaignlegal.org
VRichardson@campaignlegal.org
Amulji@campaignlegal.org
EBoettcher@campaignlegal.org
KUyeda@campaignlegal.org
KHuddleston@campaignlegal.org


*Counsel for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2025, a copy of the foregoing document was filed electronically. Notice of this filing will be served by operation of the Court's electronic filing system to counsel for parties below. Counsel for the parties may access these filings through the Court's electronic filing system:

DAWN JORDAN (BPR #020383)
Special Counsel
dawn.jordan@ag.tn.gov

ANDREW C. COULAM (BPR #030731)
Deputy Attorney General
Andrew.Coulam@ag.tn.gov

DAVID M. RUDOLPH (BPR #13402)
Senior Assistant Attorney General
david.rudolph@ag.tn.gov

ZACHARY BARKER (BPR #035933)
Assistant Attorney General
Zachary.barker@ag.tn.gov

ROBERT W. WILSON (BPR # 034492)
Assistant Attorney General
Robert.Wilson@ag.tn.gov

Office of the Tennessee Attorney General
Public Interest Division
P.O. Box 20207
Nashville, TN 37202

*Attorneys for State Defendants*

/s/ *Blair Bowie*
Blair Bowie