# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| TENNESSEE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., | ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) | No. 3:20-cv-01039 |
| | ) | |
| v. | ) ) | Judge Richardson Magistrate Judge Frensley |
| | ) | |
| WILLIAM LEE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

---

## NOTICE OF DEFENDANTS HARGETT AND GOINS REGARDING PASSAGE OF NEW RESTORATION OF VOTING RIGHTS LEGISLATION

---

Defendants Hargett and Goins hereby give notice to this Court regarding the passage of legislation concerning the restoration of voting rights in Tennessee.

As of April 15, 2025, the Tennessee General Assembly passed House Bill 0445/Senate Bill 0407 ("Bill"), which significantly affects the justiciability of the claims in Plaintiffs' First Amendment Complaint.   *See* Tennessee General Assembly HB0445/SB407 Bill Information, https://wapp.capitol.tn.gov/apps/BillInfo/Default.aspx?BillNumber=SB0407&GA=114.   Among other things, the Bill repeals the certificate of restoration process codified in Tenn. Code Ann. §§ 40-29-201 through -205, establishes a new judicial process for restoring voting rights in Tennessee, and automatically restores the voting rights of persons with certain felony convictions prior to 1973.  The Bill becomes effective upon signing by the Speakers and the Governor. *See id.*

1

This legislation's enactment raises significant issues as to the continued justiciability of Plaintiffs' claims in the First Amendment Complaint above and beyond the existing issue of Plaintiffs' standing. (*See* Am. Compl., D.E. 102, PageID# 648-57). Defendants anticipate filing an appropriate motion addressing these issues upon the Bill becoming effective.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

/s/ *Zachary L. Barker*
ZACHARY L. BARKER, BPR # 035933
Senior Assistant Attorney General

DAWN JORDAN
Special Counsel

DAVID RUDOLPH
Senior Assistant Attorney General

ROBERT WILSON
Senior Assistant Attorney General

Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
Zachary.Barker@ag.tn.gov

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the above document has been forwarded electronically. Notice of this filing will be sent by the Court's electronic filing system to the parties named below. Parties may access this filing through the Court's electronic filing system.

Blair Bowie
Danielle Lang
Alice C. Huling
Valencia Richardson
Aseem Mulji
Ellen Boettcher
Kate Uyeda
Kathryn Huddleston
Campaign Legal Center
1101 14th Street NW, Suite 400
Washington, DC 20005

Charles K. Grant
Denmark J. Grant
Baker, Donelson, Bearman
Caldwell & Berkowitz, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203

Phil Telfeyan
Natasha Baker
Equal Justice Under Law
400 7th St. NW, Suite 602
Washington, DC 20004

Keeda Haynes
Free Hearts
2013 25th Ave. N.
Nashville, TN 37208

Date: April 15, 2025

*s/ Zachary L. Barker*
Zachary L. Barker
Senior Assistant Attorney General

3