IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CONFERENCE of the NATIONAL ASSOCIATION for the ADVANCEMENT of COLORED PEOPLE, on behalf of itself and its members, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM LEE, in his official capacity as Governor of the State of Tennessee, et al.,<br><br>Defendants. | Civil No. 3:20-cv-01039<br><br>JUDGE RICHARDSON<br>MAGISTRATE JUDGE FRENSLEY<br><br>[Class Action] |

**STIPULATION OF VOLUNTARY DISMISSAL OF COUNTS 1-3**

On April 15, 2025, the Tennessee General Assembly passed House Bill 0445/Senate Bill 0407 (the "Bill"), which the Governor has signed into law. *See* 2025 Tenn. Pub. Acts, ch. 298, https://publications.tnsosfiles.com/acts/114/pub/pc0298.pdf. The Bill repeals Tenn. Code Ann. §§ 40-29-201 through -205, which set out the process for requesting a Certificate of Restoration of Voting Rights (COR). *Id.* These are the same code sections whose application and administration Plaintiffs challenge in Counts 1 through 3 of their First Amended Complaint. Doc. 102. And those were the only counts on which Plaintiffs sought class certification.

In light of this legislative development, the Parties in this matter hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of Counts 1 through 3 of Plaintiffs' First Amended Complaint. Each Party shall bear its own attorneys' fees and costs as to Counts 1 through 3.

//

1

//

**STIPULATED AND AGREED TO:**

Dated: May 6, 2025

| | |
|---|---|
| Keeda Haynes, BPR No. 031518<br>FREE HEARTS<br>2013 25th Ave. N,<br>Nashville, TN 37208<br>(615) 479-5530<br>keeda@freeheartsorg.com<br><br>Phil Telfeyan<br>Natasha Baker*<br>EQUAL JUSTICE UNDER LAW<br>400 7th St. NW, Suite 602<br>Washington, D.C. 20004<br>(202) 505-2058<br>ptelfeyan@equaljusticeunderlaw.org<br><br><br>* Admitted pro hac vice | */s/ Blair Bowie*<br>Blair Bowie*<br>Danielle Lang*<br>Alice Huling*<br>Valencia Richardson*<br>Aseem Mulji*<br>Ellen Boettcher*<br>Kate Uyeda, BPR No. 040531<br>CAMPAIGN LEGAL CENTER<br>1101 14th St. NW, Suite 400<br>Washington, DC 20005<br>(202) 736-2200<br>bbowie@campaignlegal.org<br>dlang@campaignlegal.org<br>ahuling@campaignlegal.org<br>vrichardson@campaignlegal.org<br>amulji@campaignlegal.org<br>eboettcher@campaignlegal.org<br>kuyeda@campaignlegal.org<br><br>Charles K. Grant, BPR No. 017081<br>Denmark J. Grant, BPR No. 036808<br>BAKER, DONELSON, BEARMAN,<br>CALDWELL & BERKOWITZ, PC<br>211 Commerce Street, Suite 800<br>Nashville, TN 37201<br>Telephone: (615) 726-5600<br>Facsimile: (615) 726-0464<br>cgrant@bakerdonelson.com<br>dgrant@bakerdonelson.com<br><br>*Counsel for the Plaintiffs* |

JONATHAN SKRMETTI
Attorney General and Reporter

/s/ *Zachary Barker*
ZACHARY BARKER (BPR #035933)
Zachary.barker@ag.tn.gov

DAWN JORDAN (BPR #020383)
dawn.jordan@ag.tn.gov

DAVID M. RUDOLPH (BPR #13402)
david.rudolph@ag.tn.gov

ROBERT W. WILSON (BPR # 034492)
Robert.Wilson@ag.tn.gov

Office of the Tennessee Attorney General
Public Interest Division
P.O. Box 20207
Nashville, TN 37202

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on May 6, 2025 by operation of the Court's electronic filing system on the following:

Zachary Barker
Dawn Jordan
Andrew C. Coulam
David M. Rudolph
Robert W. Wilson

Office of the Tennessee Attorney General
Public Interest Division
P.O. Box 20207
Nashville, TN 37202

                                                                                          */s/ Blair Bowie*
                                                                                          Blair Bowie