IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TENNESSEE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 3:20-cv-01039 |
| v. | ) ) ) | Judge Richardson Magistrate Judge Frensley |
| WILLIAM LEE, et al. | ) ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Philip Hammersley hereby moves this Court to withdraw as counsel for the defendants because he is leaving the Office of the Tennessee Attorney General. David Rudolph, Dawn Jordan, Zachary Barker, and Robert Wilson will remain counsel of record for the defendants.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

/s/ *Philip Hammersley*
PHILIP HAMMERSLEY (BPR 041111)
Senior Assistant Solicitor General

*Counsel for Defendants*

1

## CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the above document has been forwarded electronically. Notice of this filing will be sent by the Court's electronic filing system to the parties named below. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Blair Bowie<br>Danielle Lang<br>Alice C. Huling<br>Valencia Richardson<br>Aseem Mulji<br>Ellen Boettcher<br>Kate Uyeda<br>Campaign Legal Center<br>1101 14th Street NW, Suite 400<br>Washington, DC 20005 | Charles K. Grant<br>Denmark J. Grant<br>Baker, Donelson, Bearman<br>Caldwell & Berkowitz, P.C.<br>1600 West End Avenue, Suite 2000<br>Nashville, TN 37203 |
| Phil Telfeyan<br>Natasha Baker<br>Equal Justice Under Law<br>400 7th St. NW, Suite 602<br>Washington, DC 20004 | Keeda Haynes<br>Free Hearts<br>2013 25th Ave. N.<br>Nashville, TN 37208 |

Date: May 16, 2025

                                            */s/ Philip Hammerssley*
                                            Senior Assistant Solicitor General

2

Case 3:20-cv-01039   Document 345   Filed 05/16/25   Page 2 of 2 PageID #: 8296