**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 27, 2025

Ms. Lynda M. Hill
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

Re:  Case No. 24-5546, *TN State Conf of the NAACP, et al v. William Lee, et al*
     Originating Case No. 3:20-cv-01039

Dear Ms. Hill:

  Enclosed is a copy of the mandate filed in this case.

                                      Sincerely yours,

                                      s/Patricia J. Elder, Senior Case Administrator
                                        for Roy Ford, Case Manager

cc:  Mr. Zachary Lewis Barker
     Ms. Ellen Boettcher
     Ms. Blair S. Bowie
     Mr. Charles Kevin Grant
     Mr. Denmark Grant
     Ms. Alice Clare Campbell Huling
     Ms. Dawn M. Jordan
     Ms. Danielle Marie Lang
     Mr. James Matthew Rice
     Ms. Valencia Richardson
     Ms. Kate Uyeda

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 24-5546

_____

Filed: June 27, 2025

TENNESSEE STATE CONFERENCE OF THE NAACP, on behalf of itself and its members; CURTIS GRAY, JR.; LAMAR PERRY; JOHN WEARE; BENJAMIN TOURNIER; LEOLA SCOTT; REGINALD HENDRIX

      Plaintiffs - Appellees

v.

WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; LISA HELTON, in her official capacity as Interim Commissioner of the Department of Correction of the State of Tennessee

      Defendants

MARK GOINS, in his official capacity as Coordinator of Elections for the State of Tennessee; TRE HARGETT, in his official capacity as Secretary of the State of Tennessee

      Defendants - Appellants

MANDATE

   Pursuant to the court's disposition that was filed 06/05/2025 the mandate for this case hereby issues today.

 COSTS: None