# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Tennessee Conference of the National Association for
the Advancement of Colored People, et al.

                                                                  Plaintiff,

v.                                                              Case No.:
                                                            3:20–cv–01039

Mark Goins, et al.

                                                            Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/5/2025 re [352].

                                                                           Lynda M. Hill
                                                            s/ Megan Gregory, Deputy Clerk